Stephen A. Metz (89738)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
smetz@offitkurman.com
Subchapter V Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **SKIN LOGIC, LLC** ) | |
| ) | Case No. 23-11352-KHK |
| ) | Chapter 11 |
| **Debtor** ) | |

`***********************************`

**ORDER AUTHORIZING EMPLOYMENT OF
BASSMAN, ADELMAN & WEISS, P.C. AS TAX ACCOUNTANT TO TRUSTEE**

Upon consideration of the Application for Authority to Employ Bassman, Adelman & Weiss, P.C. ("Bassman") as Accountant (the "Application to Employ") filed by the Subchapter V Trustee (the "Trustee"), and the Court finding that Bassman's employment is necessary and would be in the best interest of the estate, it is, by the United States Bankruptcy Court for the Eastern District of Virginia,

**ORDERED**, that the Application to Employ is granted, and the Trustee is authorized to employ Bassman as his tax accountant, with compensation and reimbursement of expenses subject to approval by the Court upon proper application in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules and procedures of this Court.

Date: Mar 15 2024

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: Mar 18 2024

I ask for this:

*/s/ Stephen A. Metz*
Stephen A. Metz
Virginia State Bar No. 89738
Offit Kurman, P.A.
7501 Wisconsin Ave., Suite 100W
Bethesda, MD 20814
Phone: (240) 507-1723
smetz@offitkurman.com
Subchapter V Trustee


Seen and No Objection:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman (SAM w/permission)*
Michael T. Freeman
Virginia State Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell


**Certificate of Endorsement by All Parties**

Pursuant to Local Rule 9022-1(C), I hereby certify that the proposed order has been endorsed by all necessary parties.

*/s/ Stephen A. Metz*
Stephen A. Metz

4861-1593-4380, v. 1

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-11352-KHK |
| Skin Logic, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: Stephanie          Page 1 of 2
Date Rcvd: Mar 18, 2024      Form ID: pdford9      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Skin Logic, LLC, 2 Pidgeon Hill Drive, Sterling, VA 20165-6148 |
| aty | + | Bethany R Benes, BETHUNE BENES, PLLC, 3975 Fair Ridge Drive, South Terrace, Suite 25C Fairfax, VA 22033-2911 |
| cr | + | EagleBank, c/o Benjamin P. Smith, Shulman, Rogers, Gandal, Pordy & Ecker, 12505 Park Potomac Ave, 6th Floor, Potomac, MD 20854-6803 |
| cr | | Harry Kamin, Bethune Benes, PLLC, c/o Bethany Benes, Esq., 3975 Fair Ridge Drive, South Bldg, Suite 246 Fairfax, VA 22033-2911 |
| cr | + | United States of America, 2100 Jamieson Avenue, Alexandria, va 22314-5794 |
| desig | + | Valeria Gunkova, 2 Pidgeon Hill Dr, Sterling, VA 20165-6145 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 19 2024 00:53:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Atlantic Union Bank |
| cr | | BNG Group LLC |
| acc | | Bassman, Adelman & Weiss, P.C. |
| br | | Mark Irion, Transworld Business Advisors of Richmond |
| acc | | SPS Consulting LLC |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2024          Signature:      /s/Gustava Winters

District/off: 0422-9 | User: Stephanie | Page 2 of 2
Date Rcvd: Mar 18, 2024 | Form ID: pdford9 | Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin P. Smith | on behalf of Creditor EagleBank bsmith@shulmanrogers.com ctremper@shulmanrogers.com;CGold@shulmanrogers.com;RParadis@shulmanrogers.com |
| David William Gaffey | on behalf of Creditor Atlantic Union Bank dgaffey@whitefordlaw.com clano@wtplaw.com |
| Gerard R. Vetter | ustpregion04.ax.ecf@usdoj.gov |
| Jack Frankel | on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov |
| Lawrence Allen Katz | on behalf of Creditor BNG Group LLC lkatz@hirschlerlaw.com llewis@hirschlerlaw.com;ndysart@hirschlerlaw.com;aklena@hirschlerlaw.com |
| Marc Elliott Albert | on behalf of Creditor Harry Kamin marc.albert@stinson.com porsche.barnes@stinson.com;malbert@ecf.axosfs.com |
| Matthew J. Troy | on behalf of Creditor United States of America matthew.troy@usdoj.gov USAVAE.ALX.ECF.CIVIL@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor Skin Logic LLC mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com |
| Maurice Belmont VerStandig | on behalf of Defendant Skin Logic LLC mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com |
| Michael T. Freeman | on behalf of U.S. Trustee Gerard R. Vetter michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Stephen A. Metz | smetz@offitkurman.com MD71@ecfcbis.com |
| Stephen A. Metz | on behalf of Trustee Stephen A. Metz smetz@offitkurman.com MD71@ecfcbis.com |
| Tracey Michelle Ohm | on behalf of Plaintiff Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com |
| Tracey Michelle Ohm | on behalf of Creditor Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com |

TOTAL: 14