**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKIN LOGIC, LLC ) | |
| ) | Case No. 23-11352-KHK |
| ) | Chapter 11 |
| Debtor ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**SUPPLEMENTAL
AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2014**

I, Alan G. Bassman, state:

1. I am the President of Bassman, Adelman & Weiss, P.C. ("Bassman").

2. I and the Firm do not have any connections with the Debtor, Stephen A. Metz, the Subchapter V trustee (the "Trustee"), creditors or any other party in interest, their respective attorneys and accounts, the United States Trustee, or any person employed in the Office of the U.S. Trustee, other than providing tax accounting services to the Debtor prior to this bankruptcy case, for which Bassman is owed $9,947.75.  In addition, an attorney with the Philadelphia office of the Trustee's law firm, Offit Kurman, P.A., represents my daughter in law in her divorce from my son.

3. We represent no interest adverse to the estate, other than we are owed $9,947.75.

4. We have not served as an examiner in connection with this bankruptcy case.

5. We are "disinterested persons" within the meaning of Section 101(14) of the Bankruptcy Code and are eligible to serve as the accountant for the Debtor.

6. I state under penalty of perjury that the foregoing is true and correct.

/s/ Alan G. Bassman
Alan G. Bassman, CPA, ABV, CFF
Bassman, Adelman & Weiss, P.C.
630 Sentry Parkway East, Suite 200
Blue Bell, PA 19422
215-B-A-S-S-M-A-N

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of March, 2024, a copy of this Supplemental Declaration was served via CM/ECF on all registered ECF participants who have appeared in this case.

/s/ Stephen A. Metz
Stephen A. Metz

4859-0704-1199, v. 1