# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria DIVISION

TO:  Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854

FROM: CLERK, U.S. BANKRUPTCY COURT

IN RE: **Skin Logic, LLC**

CHAPTER 11

CASE NO.: **23-11352-KHK**

The following has been docketed:

____ Notice Fixing Time for Hearing on Disclosure Statement

____ Order Approving Disclosure Statement and Fixing Hearing on Confirmation and Times for Filing Objections to Confirmation and Acceptances or Rejections of Plan

____ Order Conditionally Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Plan, Fixing Time for Filing Objections to the Disclosure Statement and to the Confirmation of the Plan, and Fixing Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan

_✔_ Order Fixing Hearing on Confirmation and Times for Filing Objections to Confirmation and Acceptances and Rejections of Plan

Notice of the above hearing is to be prepared and mailed by you on or before **April 9, 2024**. The notice may be obtained from the court's web site at www.vaeb.uscourts.gov. A list of creditors, in electronically filed cases, may be obtained through the ECF system. In non-electronically filed cases, a list of creditors may be obtained by contacting the copy service in your division.

The original notice with proof of service shall be filed with the Clerk. <u>FAILURE TO TIMELY COMPLY WITH THE NOTICING/FILING INSTRUCTIONS SET FORTH IN THE ENCLOSED NOTICE/ORDER WILL RESULT IN THE HEARING BEING STRICKEN FROM THE DOCKET WITHOUT FURTHER NOTICE.</u>

If you have any questions relative to the above, please contact the undersigned.

CLERK, UNITED STATES BANKRUPTCY COURT

Date: March 25, 2024         By:    /s/ C. Baumgartner
                                         Deputy Clerk

[ver. NN-memodspl 02/20]

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria DIVISION

In re Skin Logic, LLC

Debtor(s)*

Address: 2 Pidgeon Hill Drive
Sterling, VA 20165

Last four digits of Social-Security (SSN) No(s).: _____
Last four digits of Individual Taxpayer-Identification (ITIN) No(s).: _____
Employer Tax-Identification (EIN) No(s).: 27-2473849

Case No. 23-11352-KHK

Chapter 11
(Subchapter V)

**ORDER FIXING HEARING ON CONFIRMATION AND TIMES FOR FILING OBJECTIONS TO CONFIRMATION AND ACCEPTANCES OR REJECTIONS OF PLAN**

A plan under subchapter V of chapter 11 of the Bankruptcy Code having been filed by Skin Logic, LLC, on March 11, 2024; and the debtor being a debtor under subchapter V of Chapter 11:

IT IS **ORDERED**, and notice is hereby given, that:

A. April 23, 2024 is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

B. No later than **35 days** prior to the hearing date set forth in paragraph C. below, the proponent of the plan shall mail to the trustee, creditors, equity security holders, and other parties in interest, and shall transmit to the United States trustee, the plan, a ballot conforming to Official Form 314, and a notice of hearing on confirmation of the plan. The proponent of the plan shall file with the Clerk the notice of hearing together with a certification of distribution of the aforementioned plan, ballot and notice. **FAILURE TO TIMELY COMPLY WITH THE NOTICING INSTRUCTIONS AS SET FORTH HEREIN MAY RESULT IN THE HEARING BEING STRICKEN FROM THE DOCKET WITHOUT FURTHER NOTICE.**

C. May 14, 2024 At 12:00 PM is fixed for the hearing on confirmation of the plan.

D. April 23, 2024 is fixed as the last day for filing and serving written objections to the confirmation of the plan.

Date: Mar 22 2024

BY THE COURT

/s/ Klinette H Kindred
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: Mar 25 2024

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.*

[subchVntcOrder ver. 02/20]