**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ DIVISION

TO:   Maurice Belmont VerStandig
      The VerStandig Law Firm, LLC
      9812 Falls Roads, #114-160
      Potomac, MD 20854

FROM: CLERK, U.S. BANKRUPTCY COURT

IN RE: **Skin Logic, LLC**

CHAPTER 11

CASE NO.:  **23-11352-KHK**

The following has been docketed:

\_\_\_\_   Notice Fixing Time for Hearing on Disclosure Statement

\_\_\_\_   Order Approving Disclosure Statement and Fixing Hearing on Confirmation and Times for Filing Objections to Confirmation and Acceptances or Rejections of Plan

\_\_\_\_   Order Conditionally Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Plan, Fixing Time for Filing Objections to the Disclosure Statement and to the Confirmation of the Plan, and Fixing Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan

  ✔    Order Fixing Hearing on Confirmation and Times for Filing Objections to Confirmation and Acceptances and Rejections of Plan

Notice of the above hearing is to be prepared and mailed by you on or before  **April 9, 2024**                .
The notice may be obtained from the court's web site at www.vaeb.uscourts.gov.  A list of creditors, in electronically filed cases, may be obtained through the ECF system. In non-electronically filed cases, a list of creditors may be obtained by contacting the copy service in your division.

The original notice with proof of service shall be filed with the Clerk.  FAILURE TO TIMELY COMPLY WITH THE NOTICING/FILING INSTRUCTIONS SET FORTH IN THE ENCLOSED NOTICE/ORDER WILL RESULT IN THE HEARING BEING STRICKEN FROM THE DOCKET WITHOUT FURTHER NOTICE.

 If you have any questions relative to the above, please contact the undersigned.

CLERK, UNITED STATES BANKRUPTCY COURT

Date: March 25, 2024              By:            /s/ C. Baumgartner
                                                  Deputy Clerk

[ver. NN-memodspl 02/20]

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ **DIVISION**

**In re** Skin Logic, LLC

**Debtor(s)***

Address: 2 Pidgeon Hill Drive
Sterling, VA 20165

Last four digits of Social-Security (SSN) No(s).: _____
Last four digits of Individual Taxpayer-Identification (ITIN) No(s).: _____
Employer Tax-Identification (EIN) No(s).: 27-2473849

**Case No.** 23-11352-KHK

**Chapter 11**
**(Subchapter V)**

**ORDER FIXING HEARING ON CONFIRMATION AND TIMES FOR FILING
OBJECTIONS TO CONFIRMATION AND ACCEPTANCES OR REJECTIONS OF PLAN**

A plan under subchapter V of chapter 11 of the Bankruptcy Code having been filed by Skin Logic, LLC, on March 11, 2024; and the debtor being a debtor under subchapter V of Chapter 11:

IT IS **ORDERED,** and notice is hereby given, that:

A. April 23, 2024 is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

B. No later than **35 days** prior to the hearing date set forth in paragraph C. below, the proponent of the plan shall mail to the trustee, creditors, equity security holders, and other parties in interest, and shall transmit to the United States trustee, the plan, a ballot conforming to Official Form 314, and a notice of hearing on confirmation of the plan. The proponent of the plan shall file with the Clerk the notice of hearing together with a certification of distribution of the aforementioned plan, ballot and notice. **FAILURE TO TIMELY COMPLY WITH THE NOTICING INSTRUCTIONS AS SET FORTH HEREIN MAY RESULT IN THE HEARING BEING STRICKEN FROM THE DOCKET WITHOUT FURTHER NOTICE.**

C. May 14, 2024 At 12:00 PM is fixed for the hearing on confirmation of the plan.

D. April 23, 2024 is fixed as the last day for filing and serving written objections to the confirmation of the plan.

Date: Mar 22 2024

BY THE COURT

/s/ Klinette H Kindred
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: Mar 25 2024

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.

[subchVntcOrder ver. 02/20]

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-11352-KHK |
| Skin Logic, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0422-9        User: CynthiaBa        Page 1 of 2
Date Rcvd: Mar 25, 2024        Form ID: pdford3        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 26 2024 01:36:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2024        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin P. Smith | on behalf of Creditor EagleBank bsmith@shulmanrogers.com ctremper@shulmanrogers.com;CGold@shulmanrogers.com;RParadis@shulmanrogers.com |
| David William Gaffey | on behalf of Creditor Atlantic Union Bank dgaffey@whitefordlaw.com clano@wtplaw.com |
| Gerard R. Vetter | ustpregion04.ax.ecf@usdoj.gov |
| Jack Frankel | on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0422-9 | User: CynthiaBa | Page 2 of 2 |
| Date Rcvd: Mar 25, 2024 | Form ID: pdford3 | Total Noticed: 1 |

Lawrence Allen Katz
on behalf of Creditor BNG Group LLC lkatz@hirschlerlaw.com
llewis@hirschlerlaw.com;ndysart@hirschlerlaw.com;aklena@hirschlerlaw.com

Marc Elliott Albert
on behalf of Creditor Harry Kamin marc.albert@stinson.com porsche.barnes@stinson.com;malbert@ecf.axosfs.com

Matthew J. Troy
on behalf of Creditor United States of America matthew.troy@usdoj.gov USAVAE.ALX.ECF.CIVIL@usdoj.gov

Maurice Belmont VerStandig
on behalf of Debtor Skin Logic  LLC mac@mbvesq.com,
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Defendant Skin Logic  LLC mac@mbvesq.com,
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
on behalf of U.S. Trustee Gerard R. Vetter michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

Stephen A. Metz
smetz@offitkurman.com MD71@ecfcbis.com

Stephen A. Metz
on behalf of Trustee Stephen A. Metz smetz@offitkurman.com MD71@ecfcbis.com

Tracey Michelle Ohm
on behalf of Creditor Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com

Tracey Michelle Ohm
on behalf of Plaintiff Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com

TOTAL: 14