**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-11352 |
| SKIN LOGIC, LLC ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

To the Clerk:

Please enter the appearance of Alan D. Eisler as counsel for interested party, Radiant World Enterprise, LLC, and send copies of pleadings and notices to:

>Alan D. Eisler
>Eisler Hamilton, LLC
>1 Research Court, Suite 450
>Rockville, MD 20850
>Email: aeisler@e-hlegal.com
>Phone: (240) 283-1164

>EISLER HAMILTON, LLC

>By: /s/ Alan D. Eisler
>Alan D. Eisler, Va. Bar No. 33169
>1 Research Court, Suite 450
>Rockville, MD 20850
>Phone: (240) 283-1164
>Fax: (301) 519-8005
>Email: aeisler@e-hlegal.com
>Attorneys for Radiant World Enterprise, LLC

CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2024, copies of the Notice of Appearance and Request for Notice were sent by CM/ECF to:

Benjamin P. Smith on behalf of Creditor EagleBank bsmith@shulmanrogers.com ctremper@shulmanrogers.com;CGold@shulmanrogers.com;RParadis@shulmanrogers.com

David William Gaffey on behalf of Creditor Atlantic Union Bank dgaffey@whitefordlaw.com clano@wtplaw.com

Gerard R. Vetter ustpregion04.ax.ecf@usdoj.gov

Jack Frankel on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov

Lawrence Allen Katz on behalf of Creditor BNG Group LLC lkatz@hirschlerlaw.com llewis@hirschlerlaw.com;ndysart@hirschlerlaw.com;aklena@hirschlerlaw.com

Marc Elliott Albert on behalf of Creditor Harry Kamin marc.albert@stinson.com porsche.barnes@stinson.com;malbert@ecf.axosfs.com

Matthew J. Troy on behalf of Creditor United States of America matthew.troy@usdoj.gov USAVAE.ALX.ECF.CIVIL@usdoj.gov

Maurice Belmont VerStandig on behalf of Debtor Skin Logic LLC mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman on behalf of U.S. Trustee Gerard R. Vetter michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

Stephen A. Metz smetz@offitkurman.com MD71@ecfcbis.com

Tracey Michelle Ohm on behalf of Creditor Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com

      /s/ Alan D. Eisler
Alan D. Eisler