**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| In re: | Case No.: 23-11352-KHK |
| SKIN LOGIC, LLC, | Chapter 11 |
| Debtor. | |

**SUMMARY OF BALLOTS**

Comes now Skin Logic, LLC ("Skin Logic" or the "Debtor"), by and through undersigned counsel, pursuant to Local Rule 3016-1(D), and notes as follows:

No ballots on the Debtor's First Amended Plan of Liquidation for Small Business Under Chapter 11 (the "Plan") have been received by undersigned counsel. However, several objections to the Plan have been filed.

Should any party in interest believe a ballot was cast and not received, said party may contact undersigned counsel at any time prior to the confirmation hearing herein and, to the extent appropriate, an amended summary of ballots will be filed.

Respectfully Submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No.: MD18071
THE BELMONT FIRM
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
E-Mail: mac@dcbankruptcy.com
*Counsel for the Debtor*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of May, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig
