IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11352-KHK |
| | ) | (Chapter 11) |
| SKIN LOGIC, LLC | ) | |
| | ) | |
|       Debtor. | ) | |
| | ) | |

### NOTICE OF MOTION TO WAIVE DISCHARGE AND HEARING THEREUPON

Skin Logic, LLC ("Skin Logic" or the "Debtor") has filed a motion to waive the Debtor's discharge. The motion is founded upon Skin Logic's commitment to confirmation of a liquidating plan and the absence of utility in a discharge where a company is liquidated.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not wish the Court to grant the motion, or if you want the court to consider your views on the motion, then on or before June 3, 2024, you must file a written response explaining your position with the Court and serve a copy on the movant. UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

**THE HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS MOTION IS SCHEDULED TO BE HELD ON JUNE 11, 2024 AT 12:00 PM IN THE U.S. BANKRUPTCY COURT, 200 S. WASHINGTON STREET, ALEXANDRIA, VIRGINIA 22314, IN COURTROOM III.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

*[Signature on Following Page]*

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: May 11, 2024 | By:  /s/ Maurice B. VerStandig |
|  | Maurice B. VerStandig, Esq. |
|  | Bar No. 81556 |
|  | The VerStandig Law Firm, LLC |
|  | 1452 W. Horizon Ridge Pkwy, #665 |
|  | Henderson, Nevada 89012 |
|  | Phone: (301) 444-4600 |
|  | Facsimile: (301) 444-4600 |
|  | mac@dcbankruptcy.com |
|  | *Counsel for the Debtor* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig