```
Label Matrix for local noticing         EagleBank                               Radiant World Enterprise, LLC
0422-1                                  c/o Benjamin P. Smith                   c/o Powell Chee, Managing Partner
Case 23-11352-KHK                       Shulman, Rogers, Gandal, Pordy & Ecker  30 N. Gould Street, Suite R
Eastern District of Virginia            12505 Park Potomac Ave, 6th Floor       Sheridan, WY 82801-6317
Alexandria                              Potomac, MD 20854-6803
Mon May 13 14:39:05 EDT 2024

Skin Logic, LLC                         United States of America                United States Bankruptcy Court
2 Pidgeon Hill Drive                    2100 Jamieson Avenue                    200 South Washington Street
Sterling, VA 20165-6148                 Alexandria, va 22314-5794               Alexandria, VA 22314-5405


BNG Group LLC                           BNG Group LLC                           BNG Group LLC
2 Pidgeon Hill Drive Suite 100          2 Pidgeon Hill Drive Suite 120          Successor to Judicial Drive Property Hol
Sterling, VA 20165-6148                 Sterling, VA 20165-6129                 2 Pidgeon Hill Drive Suite 120
                                                                                Sterling, VA 20165-6129


Bethany Benes, Esq.                     Bitty Advance 2, LLC                    Cadence Bank
Bethune Benes, PLLC                     1855 Griffin Road #A-474                201 S. Spring Street
3975 Fair Ridge Drive South Suite 246   Dania, FL 33004-2241                    Tupelo, MS 38804-4811
Fairfax, VA 22033-2911


Cadence Bank                            Cadence Bank                            Cadence Bank
2100 3rd Avenue North                   PO Box 789                              c/o The Stark Firm, PLLC
Suite 1100                              Tupelo, MS 38802-0789                   3017 Bolling Way NE
Birmingham, AL 35203-3385                                                       Atlanta, GA 30305-2205


Commonwealth of Virginia                EagleBank                               EagleBank
1957 Westmoreland Street                7830 Old Georgetown Road 3rd Floor      Shulman, Rogers, Gandal, Pordy
Richmond, VA 23230-3225                 Bethesda, MD 20814-2432                 & Ecker, PA
                                                                                12505 Park Potomac Avenue, Sixth Floor
                                                                                Potomac, MD 20854-6802


Financial Pacific Leasing, Inc.         Harry Kamin                             Harry Kamin
P.O. Box 4568                           320 S. Surf Road Apt. 504               Bethany R. Benes, Esq
Auburn, WA 98063-4568                   Hollywood, FL 33019-2033                Bethune Benes PLLC
                                                                                3975 Fair Ridge Dr, South Bldg Suite 246
                                                                                Fairfax, VA 22033-2911


Harry Kamin, on behalf of BNG Group LLC Internal Revenue Service                Jacob Bogatin
c/o Bethany Benes, Bethune Benes PLLC   P O Box 7346                            20701 Riptide Square
3975 Fair Ridge Dr, South Bldg Suite 246 Philadelphia, PA 19101-7346            Sterling, VA 20165-7436
Fairfax, VA 22033-2911


Janet M. Meiburger, Esq.                Janet M. Meiburger, Esq.                Marc E. Albert, No. 26096
Trustee of Estate of Sterling Investment Trustee of Estate of VNJ Management, LLC Tracey M. Ohm, No. 77150 STINSON LLP
The Meiburger Law Firm, P.C. 1493 Chain The Meiburger Law Firm, P.C. 1493 Chain 1775 Pennsylvania Ave., N.W., Suite 800
Mc Lean, VA 22101                       Mc Lean, VA 22101                       Washington, DC 20006-4760


Parafin, Inc.                           Parafin, Inc.                           Sterling Investment LLC
360 9th Street                          c/o Incorporating Services, Ltd.        2 Pidgeon Hill Drive Suite 100
San Francisco, CA 94103-3809            3500 S. Dupont Hwy                      Sterling, VA 20165-6148
                                        Dover, DE 19901-6041
```

```
The Elex Group, Inc.              The Law Offices of Jay M. McDonnell, PLL    (p)US BANK
P.O. Box 14                       10617 Jones Street #301A                    PO BOX 5229
Medford, NJ 08055-0014            Fairfax, VA 22030-7505                      CINCINNATI OH 45201-5229


U.S. Small Business Administration   VNJ Management LLC                       Valeria Gunkova
2 North Street Suite 320             2 Pidgeon Hill Drive Suite 100           20701 Riptide Sq
Birmingham, AL 35203                 Sterling, VA 20165-6148                  Sterling, VA 20165-7436


Gerard R. Vetter                     Harry Kamin                              Maurice Belmont VerStandig
Office of the U.S. Trustee - Region 4 Bethune Benes, PLLC                     The VerStandig Law Firm, LLC
1725 Duke Street                     c/o Bethany Benes, Esq.                  9812 Falls Roads, #114-160
Suite 650                            3975 Fair Ridge Drive, South Bldg        Potomac, MD 20854-3976
Alexandria, VA 22314-3489            Suite 246
                                     Fairfax, VA 22033-2911

Stephen A. Metz                      Valeria Gunkova
Offit Kurman, P.A.                   2 Pidgeon Hill Dr
7501 Wisconsin Ave, Suite 1000W      Sterling, VA 20165-6145
Bethesda, MD 20814-6604
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Atlantic Union Bank              (u)BNG Group LLC                         (u)Bassman, Adelman & Weiss, P.C.


(u)SPS Consulting LLC               (d)Internal Revenue Service              (u)Mark Irion
                                    PO Box 7346                              Transworld Business Advisors of Richmond
                                    Philadelphia, PA 19101-7346
```

End of Label Matrix
Mailable recipients    40
Bypassed recipients     6
Total                  46