Stephen A. Metz (89738)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
smetz@offitkurman.com
Subchapter V Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **SKIN LOGIC, LLC** ) | |
| ) | **Case No. 23-11352-KHK** |
| ) | **Chapter 11** |
| **Debtor** ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**NOTICE OF
SUBCHAPTER V TRUSTEE'S MOTION
(A) FOR ORDER ESTABLISHING BIDDING PROCEDURES IN
CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL
OF THE DEBTOR'S ASSETS; AND (B) APPROVING
PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT
OF CONTRACTS AND DETERMINING CURE AMOUNTS**

Stephen A. Metz, Subchapter V Trustee (the "Trustee") for Skin Logic, LLC (the "Debtor"), has filed a Motion (A) for Order Establishing Bidding Procedures in Connection with the Sale of Substantially All of the Debtor's Assets; and (B) Approving Procedures for the Assumption and Assignment of Contracts and Determining Cure Amounts (the "Motion"). **Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one).**

**IF YOU DO NOT WISH THE COURT TO GRANT THE RELIEF SOUGHT IN THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN WITHIN 21 DAYS FROM THE DATE OF FILING OF THIS MOTION, YOU MUST FILE A WRITTEN RESPONSE EXPLAINING YOUR POSITION WITH THE COURT AND SERVE A COPY ON THE MOVANT. UNLESS A WRITTEN RESPONSE IS FILED AND SERVED WITHIN THIS 21-DAY PERIOD, THE COURT MAY DEEM OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED, AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of the 21-day period.

The hearing is scheduled for **June 11, 2024** at **12:00 p.m. at the U.S. Bankruptcy Court, Eastern District of Virginia, 200 S. Washington Street, Alexandria, VA 22314, Judge Kindred's Courtroom.**

**IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

Respectfully submitted,

**OFFIT KURMAN, P.A.**

By:   /s/ Stephen A. Metz
Stephen A. Metz, Esq. (Bar. No. 89738)
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
TEL:   (240) 507-1723
FAX:   (240) 507-1735
Email: smetz@offitkurman.com

*Subchapter V Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of May, 2024, a copy of this Notice was served via CM/ECF on all registered ECF participants who have appeared in this case, and on May 14, 2024, I served all creditors and parties in interest on the Court's matrix, via first class mail, postage prepaid.

/s/ Stephen A. Metz
Stephen A. Metz

4883-3704-7485, v. 1