# EXHIBIT A

[Business Term Sheet]

Date: 5/10/2024

Parties:

Seller: Skin Logic LLC

Buyer: Harpreet Singh

1. Purchase Price: The agreed purchase price for all of Skin Logic LLC's assets is $2,000,000 (Two Million Dollars).
2. Break-Up Fee: In the event that another party outbids the Buyer, a break-up fee of $44,000 (Forty-Four Thousand Dollars) shall be payable to the Purchaser.
3. Formation of New Entity: The Buyer shall form a new entity for the purpose of this transaction. The details of the new entity shall be provided upon completion of this agreement.
4. Assignment of Lease: The assignment of the lease for the business premises currently held by BNG Group shall be finalized as a part of this transaction. Both parties agree to cooperate in completing the necessary documentation for the assignment.
5. Transition Period: The current owners of Skin Logic LLC shall stay on for a period of 4 (four) months after the closing date to facilitate a smooth transition of the business operations.
6. Due Diligence: The purchase price is subject to completion of Due Diligence by the Buyer. The Buyer reserves the right to adjust the purchase price based on the findings of the Due Diligence process.
7. Debt-Free Condition: The purchase price assumes that at the time of closing, Skin Logic LLC shall be debt-free. Any

   outstanding debts or liabilities shall be the responsibility of the Seller to settle prior to closing.
8. Governing Law: This agreement shall be governed by the laws of Virginia.

Buyer: Harpreet Singh
By: [Authorized Signatory]