```
Label Matrix for local noticing          EagleBank                                  Radiant World Enterprise, LLC
0422-1                                   c/o Benjamin P. Smith                      c/o Powell Chee, Managing Partner
Case 23-11352-KHK                        Shulman, Rogers, Gandal, Pordy & Ecker     30 N. Gould Street, Suite R
Eastern District of Virginia             12505 Park Potomac Ave, 6th Floor          Sheridan, WY 82801-6317
Alexandria                               Potomac, MD 20854-6803
Mon May 13 14:39:05 EDT 2024

Skin Logic, LLC                          United States of America                   United States Bankruptcy Court
2 Pidgeon Hill Drive                     2100 Jamieson Avenue                       200 South Washington Street
Sterling, VA 20165-6148                  Alexandria, va 22314-5794                  Alexandria, VA 22314-5405


BNG Group LLC                            BNG Group LLC                              BNG Group LLC
2 Pidgeon Hill Drive Suite 100           2 Pidgeon Hill Drive Suite 120             Successor to Judicial Drive Property Hol
Sterling, VA 20165-6148                  Sterling, VA 20165-6129                    2 Pidgeon Hill Drive Suite 120
                                                                                    Sterling, VA 20165-6129


Bethany Benes, Esq.                      Bitty Advance 2, LLC                       Cadence Bank
Bethune Benes, PLLC                      1855 Griffin Road #A-474                   201 S. Spring Street
3975 Fair Ridge Drive South Suite 246    Dania, FL 33004-2241                       Tupelo, MS 38804-4811
Fairfax, VA 22033-2911


Cadence Bank                             Cadence Bank                               Cadence Bank
2100 3rd Avenue North                    PO Box 789                                 c/o The Stark Firm, PLLC
Suite 1100                               Tupelo, MS 38802-0789                      3017 Bolling Way NE
Birmingham, AL 35203-3385                                                           Atlanta, GA 30305-2205


Commonwealth of Virginia                 EagleBank                                  EagleBank
1957 Westmoreland Street                 7830 Old Georgetown Road 3rd Floor         Shulman, Rogers, Gandal, Pordy
Richmond, VA 23230-3225                  Bethesda, MD 20814-2432                    & Ecker, PA
                                                                                    12505 Park Potomac Avenue, Sixth Floor
                                                                                    Potomac, MD 20854-6802


Financial Pacific Leasing, Inc.          Harry Kamin                                Harry Kamin
P.O. Box 4568                            320 S. Surf Road Apt. 504                  Bethany R. Benes, Esq
Auburn, WA 98063-4568                    Hollywood, FL 33019-2033                   Bethune Benes PLLC
                                                                                    3975 Fair Ridge Dr, South Bldg Suite 246
                                                                                    Fairfax, VA 22033-2911


Harry Kamin, on behalf of BNG Group LLC  Internal Revenue Service                   Jacob Bogatin
c/o Bethany Benes, Bethune Benes PLLC    P O Box 7346                               20701 Riptide Square
3975 Fair Ridge Dr, South Bldg Suite 246 Philadelphia, PA 19101-7346                Sterling, VA 20165-7436
Fairfax, VA 22033-2911


Janet M. Meiburger, Esq.                 Janet M. Meiburger, Esq.                   Marc E. Albert, No. 26096
Trustee of Estate of Sterling Investment Trustee of Estate of VNJ Management, LLC   Tracey M. Ohm, No. 77150 STINSON LLP
The Meiburger Law Firm, P.C. 1493 Chain  The Meiburger Law Firm, P.C. 1493 Chain    1775 Pennsylvania Ave., N.W., Suite 800
Mc Lean, VA 22101                        Mc Lean, VA 22101                          Washington, DC 20006-4760


Parafin, Inc.                            Parafin, Inc.                              Sterling Investment LLC
360 9th Street                           c/o Incorporating Services, Ltd.           2 Pidgeon Hill Drive Suite 100
San Francisco, CA 94103-3809             3500 S. Dupont Hwy                         Sterling, VA 20165-6148
                                         Dover, DE 19901-6041
```

| | | |
|---|---|---|
| The Elex Group, Inc.<br>P.O. Box 14<br>Medford, NJ 08055-0014 | The Law Offices of Jay M. McDonnell, PLL<br>10617 Jones Street #301A<br>Fairfax, VA 22030-7505 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| U.S. Small Business Administration<br>2 North Street Suite 320<br>Birmingham, AL 35203 | VNJ Management LLC<br>2 Pidgeon Hill Drive Suite 100<br>Sterling, VA 20165-6148 | Valeria Gunkova<br>20701 Riptide Sq<br>Sterling, VA 20165-7436 |
| Gerard R. Vetter<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | Harry Kamin<br>Bethune Benes, PLLC<br>c/o Bethany Benes, Esq.<br>3975 Fair Ridge Drive, South Bldg<br>Suite 246<br>Fairfax, VA 22033-2911 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Roads, #114-160<br>Potomac, MD 20854-3976 |
| Stephen A. Metz<br>Offit Kurman, P.A.<br>7501 Wisconsin Ave, Suite 1000W<br>Bethesda, MD 20814-6604 | Valeria Gunkova<br>2 Pidgeon Hill Dr<br>Sterling, VA 20165-6145 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Atlantic Union Bank | (u)BNG Group LLC | (u)Bassman, Adelman & Weiss, P.C. |
| (u)SPS Consulting LLC | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (u)Mark Irion<br>Transworld Business Advisors of Richmond |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     6
Total                  46