Stephen A. Metz (89738)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
smetz@offitkurman.com
Subchapter V Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **SKIN LOGIC, LLC** ) | |
| ) | **Case No. 23-11352-KHK** |
| ) | **Chapter 11** |
| **Debtor** ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF
## SUBCHAPTER V TRUSTEE'S MOTION FOR ENTRY OF AN ORDER APPROVING SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS

Stephen A. Metz, Subchapter V Trustee (the "Trustee") for Skin Logic, LLC (the "Debtor"), has filed a Motion for Entry of an Order Approving Sale of Substantially All of Debtor's Assets (the "Motion"). **Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one).**

**IF YOU DO NOT WISH THE COURT TO GRANT THE RELIEF SOUGHT IN THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN ON OR BEFORE <u>JULY 24, 2024</u>, YOU MUST FILE A WRITTEN RESPONSE EXPLAINING YOUR POSITION WITH THE COURT AND SERVE A COPY ON THE MOVANT. UNLESS A WRITTEN RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY DEEM OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED, AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before July 24, 2024.

The hearing is scheduled for **July 30, 2024** at **12:00 p.m. at the U.S. Bankruptcy Court, Eastern District of Virginia, 200 S. Washington Street, Alexandria, VA 22314, Judge Kindred's Courtroom.**

**IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF**

**SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

                Respectfully submitted,

                **OFFIT KURMAN, P.A.**

By:    /s/ Stephen A. Metz
                Stephen A. Metz, Esq. (Bar. No. 89738)
                7501 Wisconsin Avenue, Suite 1000W
                Bethesda, Maryland 20814
                TEL:   (240) 507-1723
                FAX:   (240) 507-1735
                Email: smetz@offitkurman.com

                *Subchapter V Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of May, 2024, a copy of this Notice was served via CM/ECF on all registered ECF participants who have appeared in this case, and on May 14, 2024, this Notice will be mailed via first class mail, postage prepaid, to all creditors and parties in interest on the Court's matrix.

/s/ Stephen A. Metz
Stephen A. Metz

4881-5341-7918, v. 1