Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11352-KHK |
| | ) | (Chapter 11) |
| SKIN LOGIC, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING MOTION TO WAIVE DISCHARGE

Upon consideration of the Motion to Waive Discharge (the "Motion") filed by Skin Logic, LLC ("Skin Logic" or the "Debtor"), the absence of any objection thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the Eastern District of Virginia, hereby:

FOUND, that the Debtor has waived its rights – to whatever extent such a right may, or may not have existed – to receive a discharge herein; and it is therefore

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor shall not receive a discharge in this case.

Date: Jun 11 2024

Entered On Docket: Jun 11 2024

/s/ Klinette H Kindred

Hon. Klinette H. Kindred
United States Bankruptcy Judge

**I ask for this:**

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

**Seen:**

/s/ Stephen Metz (signed w/ express permission)
Stephen Metz, Esq.
Offit Kurman, P.A.
7501 Wisconsin Ave
Suite 1000W
Bethesda, MD 20814
*Subchapter V Trustee*

/s/ Bethany R. Benes (signed w/ express permission)
Bethany R. Benes, Esq.
Bethune Benes, PLLC
3975 Fair Ridge Drive
South Building Suite 246
Fairfax, Virginia 22033
*Counsel for Harry Kamin*

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I HEREBY CERTIFY that this proposed order has been signed by all necessary parties through their respective counsel.

/s/ Maurice B. VerStandig
Maurice B. VerStandig