Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11352-KHK |
| | ) | (Chapter 11) |
| SKIN LOGIC, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## ORDER GRANTING MOTION TO WAIVE DISCHARGE

Upon consideration of the Motion to Waive Discharge (the "Motion") filed by Skin Logic, LLC ("Skin Logic" or the "Debtor"), the absence of any objection thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the Eastern District of Virginia, hereby:

FOUND, that the Debtor has waived its rights – to whatever extent such a right may, or may not have existed – to receive a discharge herein; and it is therefore

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor shall not receive a discharge in this case.

Date: Jun 11 2024

Entered On Docket: Jun 11 2024

/s/ Klinette H Kindred
Hon. Klinette H. Kindred
United States Bankruptcy Judge

**I ask for this:**

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

**Seen:**

/s/ Stephen Metz (signed w/ express permission)
Stephen Metz, Esq.
Offit Kurman, P.A.
7501 Wisconsin Ave
Suite 1000W
Bethesda, MD 20814
*Subchapter V Trustee*

/s/ Bethany R. Benes (signed w/ express permission)
Bethany R. Benes, Esq.
Bethune Benes, PLLC
3975 Fair Ridge Drive
South Building Suite 246
Fairfax, Virginia 22033
*Counsel for Harry Kamin*

**LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION**

    I HEREBY CERTIFY that this proposed order has been signed by all necessary parties through their respective counsel.

                                          /s/ Maurice B. VerStandig
                                          Maurice B. VerStandig

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-11352-KHK |
| Skin Logic, LLC | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: CynthiaBa | Page 1 of 2 |
| Date Rcvd: Jun 11, 2024 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

**Recip ID        Recipient Name and Address**
aty            + Bethany R Benes, BETHUNE BENES, PLLC, 3975 Fair Ridge Drive, South Terrace, Suite 25C Fairfax, VA 22033-2911

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:

**Name        Email Address**

Alan D. Eisler
            on behalf of Interested Party Radiant World Enterprise LLC aeisler@e-hlegal.com, mcghamilton@gmail.com

Benjamin P. Smith
            on behalf of Creditor EagleBank bsmith@shulmanrogers.com ctremper@shulmanrogers.com;CGold@shulmanrogers.com;RParadis@shulmanrogers.com

David William Gaffey
            on behalf of Creditor Atlantic Union Bank dgaffey@whitefordlaw.com clano@whitefordlaw.com

Gerard R. Vetter
            ustpregion04.ax.ecf@usdoj.gov

Jack Frankel
            on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Lawrence Allen Katz

| | | |
|---|---|---|
| District/off: 0422-9 | User: CynthiaBa | Page 2 of 2 |
| Date Rcvd: Jun 11, 2024 | Form ID: pdford9 | Total Noticed: 1 |

on behalf of Creditor BNG Group LLC lkatz@hirschlerlaw.com  chall@hirschlerlaw.com;aklena@hirschlerlaw.com

Marc E. Albert

    on behalf of Creditor Harry Kamin marc.albert@stinson.com
    dc05@ecfcbis.com;porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com

Matthew J. Troy

    on behalf of Creditor United States of America matthew.troy@usdoj.gov  USAVAE.ALX.ECF.CIVIL@usdoj.gov

Maurice Belmont VerStandig

    on behalf of Debtor Skin Logic  LLC mac@mbvesq.com,
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

    on behalf of Defendant Skin Logic  LLC mac@mbvesq.com,
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman

    on behalf of U.S. Trustee Gerard R. Vetter michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Stephen A. Metz

    smetz@offitkurman.com  MD71@ecfcbis.com

Stephen A. Metz

    on behalf of Trustee Stephen A. Metz smetz@offitkurman.com  MD71@ecfcbis.com

Tracey Michelle Ohm

    on behalf of Creditor Harry Kamin tracey.ohm@stinson.com  porsche.barnes@stinson.com

Tracey Michelle Ohm

    on behalf of Plaintiff Harry Kamin tracey.ohm@stinson.com  porsche.barnes@stinson.com

TOTAL: 15