IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**In re:**

**Skin Logic, LLC,**

          **Debtor.**

Case No. 23-11352-KHK

Chapter 11 – Subchapter V

## NOTICE OF MOTION AND NOTICE OF HEARING

The United States Trustee has filed with the Court a motion to convert or dismiss chapter 11 case.

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

**A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS MOTION IS SCHEDULED FOR JULY 30, 2024 @ 12:00 P.M. IN COURTROOM III, UNITED STATES BANKRUPTCY COURT, 200 SOUTH WASHINGTON STREET, ALEXANDRIA, VIRGINIA 22314**

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **21 days from the date of this Notice** you or your attorney must:

- ■      File with the court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without**

Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell

**further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

- Attend the hearing scheduled to be held on **July 30, 2024 @ 12:00 p.m.** in Courtroom No. III, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

- A copy of any written response must be mailed to the following persons:

    United States Trustee for Region 4
    1725 Duke St., Suite 650
    Alexandria, VA  22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: July 8, 2024                                     GERARD R. VETTER
                                                       Acting United States Trustee, Region 4


                                                       By: /s/ *Michael T. Freeman*
                                                       Michael T. Freeman
                                                       Virginia State Bar No. 65460
                                                       Asst. United States Trustee
                                                       Office of the United States Trustee
                                                       1725 Duke Street, Suite 650
                                                       Alexandria, VA 22314
                                                       (703) 557-7274- Direct Dial
                                                       (202) 934-4174- Office Cell
                                                       Michael.T.Freeman@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on July 8, 2024, I electronically filed the foregoing Notice with the Clerk of the Court and served it on the parties listed below who are registered Users of the CM/ECF system, by the Notice of Electronic filing generated by the Court's ECF system:

Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com

Jack Frankel jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov; Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

David William Gaffey dgaffey@whitefordlaw.com, clano@whitefordlaw.com

Lawrence Allen Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com; aklena@hirschlerlaw.com

Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

Benjamin P. Smith bsmith@shulmanrogers.com, ctremper@shulmanrogers.com; RParadis@shulmanrogers.com;kdiaz@shulmanrogers.com;sevans@shulmanrogers.com

Matthew J. Troy matthew.troy@usdoj.gov, USAVAE.ALX.ECF.CIVIL@usdoj.gov

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Gerard R. Vetter ustpregion04.ax.ecf@usdoj.gov

      I further certify that on July 8, 2024, a copy of the Notice was served by first class mail, postage prepaid, to:

| Bethany R Benes<br>BETHUNE BENES, PLLC<br>3975 Fair Ridge Drive<br>South Terrace, Suite 25C<br>Fairfax, VA 22033 | Valeria Gunkova<br>2 Pidgeon Hill Dr<br>Sterling, VA 20165 |
|---|---|

                                          */s/ Robert W. Ours*
                                          Robert W. Ours
                                          Paralegal Specialist