**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**  23−11352−KHK
**Chapter**  11
**Judge**  Klinette H. Kindred

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Skin Logic, LLC
dba Aria Medi Spa
dba ARIA
dba Aria Medispa
dba Aria Laser Skin Care Center
dba Aria Skin Care SPA
2 Pidgeon Hill Drive
Sterling, VA 20165

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: 27−2473849

**NOTICE OF HEARING**

A

*132* − Motion to Convert Case to Chapter 7 (Fee Amount of $ 15 Exempt), or in the alternative Motion to Dismiss Case , Notice of Motion & Notice of Hearing Hearing scheduled for 7/30/2024 at 12:00 PM at Judge Kindred's Courtroom, 200 S. Washington Street, 3rd Floor, Courtroom III, Alexandria, VA. (Attachments: # 1 Notice of Motion and Hearing)Filed by Michael T. Freeman of Office of the US Trustee on behalf of Gerard R. Vetter (Freeman, Michael)

   has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**  July 30, 2024          **Time:**  12:00 PM

**Location:**

Judge Kindred's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 South Washington St., Courtroom III, Alexandria, VA 22314


Dated:  July 9, 2024                    For the Court,

                                        William C. Redden, Clerk
[VAN022USTvSept2023.jsp]                United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

| In re: | Case No. 23-11352-KHK |
|---|---|
| Skin Logic, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: CynthiaBa | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2024 | Form ID: VAN22UST | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Skin Logic, LLC, 2 Pidgeon Hill Drive, Sterling, VA 20165-6148 |
| aty | + | Bethany R Benes, BETHUNE BENES, PLLC, 3975 Fair Ridge Drive, South Terrace, Suite 25C Fairfax, VA 22033-2911 |
| cr | + | EagleBank, c/o Benjamin P. Smith, Shulman, Rogers, Gandal, Pordy & Ecker, 12505 Park Potomac Ave, 6th Floor, Potomac, MD 20854-6803 |
| cr | | Harry Kamin, Bethune Benes, PLLC, c/o Bethany Benes, Esq., 3975 Fair Ridge Drive, South Bldg, Suite 246 Fairfax, VA 22033-2911 |
| intp | + | Radiant World Enterprise, LLC, c/o Powell Chee, Managing Partner, 30 N. Gould Street, Suite R, Sheridan, WY 82801-6317 |
| cr | + | United States of America, 2100 Jamieson Avenue, Alexandria, va 22314-5794 |
| desig | + | Valeria Gunkova, 2 Pidgeon Hill Dr, Sterling, VA 20165-6145 |
| 16213708 | + | BNG Group LLC, 2 Pidgeon Hill Drive Suite 120, Sterling, VA 20165-6129 |
| 16213710 | + | BNG Group LLC, Successor to Judicial Drive Property Hol, 2 Pidgeon Hill Drive Suite 120, Sterling, VA 20165-6129 |
| 16213709 | + | BNG Group LLC, 2 Pidgeon Hill Drive Suite 100, Sterling, VA 20165-6148 |
| 16213706 | + | Bethany Benes, Esq., Bethune Benes, PLLC, 3975 Fair Ridge Drive South Suite 246, Fairfax, VA 22033-2911 |
| 16382589 | + | Cadence Bank, c/o The Stark Firm, PLLC, 3017 Bolling Way NE, Atlanta, GA 30305-2205 |
| 16213711 | + | Cadence Bank, 201 S. Spring Street, Tupelo, MS 38804-4811 |
| 16213713 | + | Commonwealth of Virginia, 1957 Westmoreland Street, Richmond, VA 23230-3225 |
| 16214884 | + | EagleBank, Shulman, Rogers, Gandal, Pordy, & Ecker, PA, 12505 Park Potomac Avenue, Sixth Floor, Potomac, MD 20854-6802 |
| 16213714 | + | EagleBank, 7830 Old Georgetown Road 3rd Floor, Bethesda, MD 20814-2432 |
| 16213716 | + | Harry Kamin, Bethany R. Benes, Esq, Bethune Benes PLLC, 3975 Fair Ridge Dr, South Bldg Suite 246, Fairfax, VA 22033-2911 |
| 16270067 | + | Harry Kamin, 320 S. Surf Road Apt. 504, Hollywood, FL 33019-2033 |
| 16268781 | + | Harry Kamin, on behalf of BNG Group LLC, c/o Bethany Benes, Bethune Benes PLLC, 3975 Fair Ridge Dr, South Bldg Suite 246, Fairfax, VA 22033-2911 |
| 16213718 | + | Jacob Bogatin, 20701 Riptide Square, Sterling, VA 20165-7436 |
| 16213720 | | Janet M. Meiburger, Esq., Trustee of Estate of Sterling Investment, The Meiburger Law Firm, P.C. 1493 Chain, Mc Lean, VA 22101 |
| 16213719 | | Janet M. Meiburger, Esq., Trustee of Estate of VNJ Management, LLC, The Meiburger Law Firm, P.C. 1493 Chain, Mc Lean, VA 22101 |
| 16217761 | + | Marc E. Albert, No. 26096, Tracey M. Ohm, No. 77150 STINSON LLP, 1775 Pennsylvania Ave., N.W., Suite 800, Washington, DC 20006-4760 |
| 16213721 | + | Parafin, Inc., c/o Incorporating Services, Ltd., 3500 S. Dupont Hwy, Dover, DE 19901-6041 |
| 16213723 | + | Sterling Investment LLC, 2 Pidgeon Hill Drive Suite 100, Sterling, VA 20165-6148 |
| 16213724 | + | The Elex Group, Inc., P.O. Box 14, Medford, NJ 08055-0014 |
| 16213725 | + | The Law Offices of Jay M. McDannell, PLL, 10617 Jones Street #301A, Fairfax, VA 22030-7505 |
| 16213726 | | U.S. Small Business Administration, 2 North Street Suite 320, Birmingham, AL 35203 |
| 16213728 | + | VNJ Management LLC, 2 Pidgeon Hill Drive Suite 100, Sterling, VA 20165-6148 |
| 16213727 | + | Valeria Gunkova, 20701 Riptide Sq, Sterling, VA 20165-7436 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16213707 | + | Email/Text: jorleidy@bittyadvance.com | Jul 11 2024 00:50:00 | Bitty Advance 2, LLC, 1855 Griffin Road #A-474, Dania, FL 33004-2241 |
| 16232205 | + | Email/Text: bankruptcy.dept@cadencebank.com | Jul 11 2024 00:52:00 | Cadence Bank, 2100 3rd Avenue North, Suite 1100, Birmingham, AL 35203-3385 |
| 16213712 | + | Email/Text: mtgbankruptcy@cadencebank.com | Jul 11 2024 00:50:00 | Cadence Bank, PO Box 789, Tupelo, MS |

Case 23-11352-KHK   Doc 135   Filed 07/12/24   Entered 07/13/24 00:29:28   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0422-9 | User: CynthiaBa | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2024 | Form ID: VAN22UST | Total Noticed: 36 |

| Recip ID | Bypass Reason | Email/Text Address | Date/Time | Name and Address |
|---|---|---|---|---|
| 16213715 | + | Email/Text: psadmin@finpac.com | Jul 11 2024 00:50:00 | Financial Pacific Leasing, Inc., P.O. Box 4568, Auburn, WA 98063-4568 38802-0789 |
| 16213717 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 11 2024 00:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16249176 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 11 2024 00:51:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Atlantic Union Bank |
| cr | | BNG Group LLC |
| acc | | Bassman, Adelman & Weiss, P.C. |
| br | | Mark Irion, Transworld Business Advisors of Richmond |
| acc | | SPS Consulting LLC |
| 16243451 | *+ | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 16213722 | ##+ | Parafin, Inc., 360 9th Street, San Francisco, CA 94103-3809 |

TOTAL: 5 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan D. Eisler | on behalf of Interested Party Radiant World Enterprise LLC aeisler@e-hlegal.com, mcghamilton@gmail.com |
| Benjamin P. Smith | on behalf of Creditor EagleBank bsmith@shulmanrogers.com ctremper@shulmanrogers.com;RParadis@shulmanrogers.com;kdiaz@shulmanrogers.com;sevans@shulmanrogers.com |
| David William Gaffey | on behalf of Creditor Atlantic Union Bank dgaffey@whitefordlaw.com clano@whitefordlaw.com |
| Gerard R. Vetter | ustpregion04.ax.ecf@usdoj.gov |
| Jack Frankel | on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| Lawrence Allen Katz | on behalf of Creditor BNG Group LLC lkatz@hirschlerlaw.com chall@hirschlerlaw.com;aklena@hirschlerlaw.com |

| | | |
|---|---|---|
| District/off: 0422-9 | User: CynthiaBa | Page 3 of 3 |
| Date Rcvd: Jul 10, 2024 | Form ID: VAN22UST | Total Noticed: 36 |

Marc E. Albert
on behalf of Creditor Harry Kamin marc.albert@stinson.com
dc05@ecfcbis.com;porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com

Matthew J. Troy
on behalf of Creditor United States of America matthew.troy@usdoj.gov USAVAE.ALX.ECF.CIVIL@usdoj.gov

Maurice Belmont VerStandig
on behalf of Debtor Skin Logic LLC mac@mbvesq.com,
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Defendant Skin Logic LLC mac@mbvesq.com,
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
on behalf of U.S. Trustee Gerard R. Vetter michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

Stephen A. Metz
smetz@offitkurman.com MD71@ecfcbis.com

Stephen A. Metz
on behalf of Trustee Stephen A. Metz smetz@offitkurman.com MD71@ecfcbis.com

Tracey Michelle Ohm
on behalf of Plaintiff Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com

Tracey Michelle Ohm
on behalf of Creditor Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com

TOTAL: 15