**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-11352-KHK |
| SKIN LOGIC, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**CHIEF RESTRUCTURING OFFICER'S JOINDER
TO HARRY KAMIN'S RESPONSE TO U.S. TRUSTEE'S
MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE**

Angela Shortall (the "**CRO**"), the chief restructuring officer for BNG Group LLC ("**BNG**"), by counsel, hereby joins (the "**Joinder**") the *Response to the U.S. Trustee's Motion to Convert or Dismiss Chapter 11 Case* filed by Harry Kamin (the "**Kamin Response**") [Docket No. 136], and in support thereof, respectfully states as follows:

**BACKGROUND**

1. By Deed of Lease dated February 25, 2013, Skin Logic, LLC (the "**Debtor**") entered into a lease (the "**Lease**") to occupy the premises located at 2 Pidgeon Hill Drive, Sterling, Virginia (the "**Premises**"). On October 30, 2020, BNG acquired the Premises. The Lease, as amended and assigned, is presently by and between the Debtor and BNG.

2. The Debtor is currently in default under the Lease, both as to prepetition rent due and post-petition administrative rent due.

Lawrence A. Katz (VA Bar No. 47664)
Allison P. Klena (VA Bar No. 96400)
Hirschler Fleischer, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703-584-8362
Facsimile:  703-584-8901
Email:   lkatz@hirschlerlaw.com
         aklena@hirschlerlaw.com

*Counsel for the Chief Restructuring Officer*

3. On August 24, 2023 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under subchapter V of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), commencing this bankruptcy case (the "**Bankruptcy Case**").

4. Three weeks prior to the Petition Date, on August 3, 2023, Valeria V. Gunkova ("**Ms. Gunkova**"), the Debtor's principal, filed her own voluntary petition under chapter 11 of the Bankruptcy Code in this Court, commencing Case No. 23-11261-BFK (the "**Gunkova Case**").

5. Ms. Gunkova holds a 50% interest in BNG, which interest is now an asset of Ms. Gunkova's bankruptcy estate.

6. On October 26, 2024, Ms. Gunkova filed an application to employ Ms. Shortall as the chief restructuring officer of BNG [Gunkova Case, Docket No. 122], and on November 9, 2023, this Court entered an Order appointing Ms. Shortall as CRO [Gunkova Case, Docket No. 143].

7. On September 13, 2023, the Office of the United States Trustee moved for the appointment of Stephen A. Metz to serve as the chapter 11 trustee of the Debtor's bankruptcy estate [Docket No. 34]. On September 27, 2023, this Court appointed Mr. Metz as trustee and removed the Debtor as debtor in possession.

8. On July 8, 2024, the U.S. Trustee filed the U.*S. Trustee's Motion to Convert or Dismiss Chapter 11 Case* (the "**Conversion Motion**") [Dkt. No. 132], after the U.S. Trustee learned that the sole offer to purchase the Debtor's business had been withdrawn.

9. On July 26, 2024, Mr. Kamin filed the Kamin Response, asserting that the Conversion Motion be granted by converting the Debtor's Bankruptcy Case to a case under chapter 7 of the Bankruptcy Code.

**JOINDER**

10. The Kamin Response sets forth in detail a sufficient basis for conversion of the Debtor's Bankruptcy Case to a case under chapter 7, including the Debtor's inability to operate at a level sufficient to either remain current on its rent obligations under the Lease or cure the substantial default thereunder.

11. While the CRO takes no position on the factual allegations included in the Kamin Response concerning the behavior of any of the parties, the CRO, in the exercise of her fiduciary duties, joins in the request for conversion as dismissal would simply result in a continuation of the same management and operational conditions that have existed for the past nine (9) months.

12. Further supporting conversion are Ms. Gunkova's undisputed efforts to engage in spoliation of the books and records of the Debtor and of BNG. In a Memorandum Opinion entered on July 25, 2024, Judge Kenney found Ms. Gunkova's actions in this respect to be "egregious and unjustified." *See Kamin v. Gunkova*, Adv. Pro. 23-01062, Docket No. 105. Given Judge Kenney's findings, as well as Ms. Gunkova's recent motion to voluntarily dismiss the Gunkova Case [Gunkova Case, Docket No. 229], the CRO has serious concerns about the preservation of financial information in Ms. Gunkova's possession and the lack of oversight that the dismissal of this Bankruptcy Case would occasion. As a result, the CRO submits that this information should not be left to Ms. Gunkova's unfettered discretion and instead should be turned over to a chapter 7 trustee upon conversion of this Bankruptcy Case.

WHEREFORE, the CRO respectfully requests that this Court enter an Order converting the Debtor's bankruptcy to a case under chapter 7 of the Bankruptcy Code and granting such other and further relief as this Court may deem just and proper.

Dated: July 26, 2024                    Respectfully submitted

*/s/ Lawrence A. Katz*
Lawrence A. Katz (VA Bar No. 47664)
Allison P. Klena (VA Bar No. 96400)
Hirschler Fleischer, PC
1676 International Drive, Suite 1350
Tysons, VA 22102
Telephone:  703-584-8362
Facsimile:  703-584-8901
Email:  lkatz@hirschlerlaw.com
         aklena@hirschlerlaw.com

*Counsel for the Chief Restructuring Officer*

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of July, 2024, a true and correct copy of the foregoing *Chief Restructuring Officer's Joinder to Response to the U.S. Trustee's Motion to Convert or Dismiss Chapter 11 Case* was served on all parties receiving CM/ECF notices in this case, and by U.S. Mail, first class, postage prepaid, on and on each of the parties on the attached "Service List."

                                               */s/ Lawrence A. Katz*
                                               Lawrence A. Katz

## **SERVICE LIST**

Bitty Advance 2 LLC
1855 Griffin Road #A-474
Dania, FL 33004-2241

Cadence Bank
2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203

Cadence Bank
201 S. Spring Street
Tupelo, MS 38804-4811

Cadence Bank
PO Box 789
Tupelo, MS 38802-0789

Cadence Bank
c/o The Stark Firm PLLC
3017 Bolling Way NE
Atlanta, GA 30305-2205

Commonwealth of Virginia
1957 Westmoreland Street
Richmond, VA 23230-3225

Financial Pacific Leasing Inc.
PO Box 4568
Auburn, WA 98063-4568

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jacob Bogatin
20701 Riptide Square
Sterling, VA 20165-7436

Janet M. Meiburger, Trustee of Estate of Sterling Investment
The Meiburger Law Firm PC
1493 Chain Bridge Road
McLean, VA 22101

Janet M. Meiburger, Trustee of Estate of VNJ Management
The Meiburger Law Firm PC
1493 Chain Bridge Road
McLean, VA 22101

Parafin Inc.
360 9th Street
San Francisco, CA 94103-3809

Parafin Inc.
c/o Incorporating Services Ltd.
3500 S. Dupont Highway
Dover, DE 19901-6041

The Elex Group Inc.
PO Box 14
Medford, NJ 08055-0014

Law Office of Jay M. McDannell PLLC
10617 Jones St, #301A
Fairfax, VA 22030-7505

US Bank
PO Box 5229
Cincinnati, OH 45201-5229

US Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

Valeria Gunkova
2 Pidgeon Hill Drive
Sterling, VA 20165-6145