UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re:

SKIN LOGIC, LLC,

    Debtor.

Chapter 11

Case No. 23-11352 (KHK)

### CONSENT ORDER CONTINUING AUGUST 13, 2024 HEARINGS

This case is before the Court on the *First Amended Plan of Liquidation for Small Business Under Chapter 11* [Dkt. No. 96] filed by debtor Skin Logic, LLC (the "Debtor"), the *Subchapter V Trustee's Motion for Entry of an Order Approving Sale of Substantially All of Debtor's Assets* [Dkt. No. 119] filed by Stephen A. Metz, Subchapter V trustee, and the *U.S. Trustee's Motion to Convert or Dismiss Chapter 11 Case* [Dkt. No. 132] filed by Gerard R. Vetter, Acting United States Trustee for Region 4 (collectively Dkt. Nos. 96, 119 and 132 are referred to as the "Skin Logic Matters").

**IT APPEARING TO THE COURT** as follows:

1. The Skin Logic Matters were scheduled for hearing on July 30, 2024, at 12:00 p.m.

2. The Skin Logic Matters were continued by the Court to August 13, 2024, at 12:00 p.m.

Marc E. Albert, No. 26096
Tracey M. Ohm, No. 77150
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020
Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com

Bethany R. Benes, No. 85408
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Building, Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9325
bbenes@bethunebenes.com

*Counsel for Harry Kamin and BNC Group LLC*

CORE/3529060.0002/191715739.1

3. Two of the attorneys involved in the Skin Logic Matters were unable to attend an August 13, 2024 hearing.

4. Counsel for the interested parties conferred and agreed to continue the hearing on the Skin Logic Matters to a date when all counsel may be present.

5. When the Court's next two Chapter 11 motion dates also presented conflicts, counsel for the interested parties sought permission from the Court for the Skin Logic Matters to be heard on September 3, 2024, and the Court is amenable to that request.

**IT IS HEREBY ORDERED**, that the hearings on the Skin Logic Matters are removed from the Court's August 13, 2024 docket; and it is

**FURTHER ORDERED**, that the hearing on the Debtor's *First Amended Plan of Liquidation for Small Business Under Chapter 11* [Dkt. No. 96] is continued to **September 3, 2024 at 12:00 p.m.**, in Courtroom III, United States Bankruptcy Court for the Eastern District of Virginia, 200 S. Washington Street, Alexandria, VA 22314-5405; and it is

**FURTHER ORDERED**, that the hearing on the *Subchapter V Trustee's Motion for Entry of an Order Approving Sale of Substantially All of Debtor's Assets* [Dkt. No. 119] is continued to **September 3, 2024 at 12:00 p.m.** in Courtroom III, United States Bankruptcy Court for the Eastern District of Virginia, 200 S. Washington Street, Alexandria, VA 22314-5405; and it is

**FURTHER ORDERED**, that the hearing on the *U.S. Trustee's Motion to Convert or Dismiss Chapter 11 Case* [Dkt. No. 132] is continued to **September 3, 2024 at 12:00 p.m.** in Courtroom III, United States Bankruptcy Court for the Eastern District of Virginia, 200 S. Washington Street, Alexandria, VA 22314-5405.

Date: Aug 12 2024

/s/ Klinette H Kindred
Hon. Klinette H. Kindred
United States Bankruptcy Judge

Entered on docket: Aug 12 2024

**WE ASK FOR THIS:**

/s/ Tracey M. Ohm
Marc E. Albert, No. 26096
Tracey M. Ohm, No. 77150
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020; Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com

and

Bethany R. Benes, No. 85408
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Building Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9325
bbenes@bethunebenes.com
*Counsel for Harry Kamin and BNG Group LLC*

**SEEN AND CONSENTED TO:**

/s/ Stephen A. Metz
Stephen A. Metz, Esq. (Bar. No. 89738)
(*signed with permission via email*)
OFFIT KURMAN, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
TEL: (240) 507-1723
FAX: (240) 507-1735
Email: smetz@offitkurman.com
*Subchapter V Trustee*

**SEEN AND CONSENTED TO:**

/s/ David W. Gaffey
WHITEFORD, TAYLOR & PRESTON, LLP
David W. Gaffey (VSB # 85088)
(*signed with permission via email*)
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
703.280.9260
dgaffey@wtplaw.com
*Counsel to Atlantic Union Bank*

3

**SEEN AND CONSENTED TO:**

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
(*signed with permission via email*)
Bar No. 81556
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for Skin Logic, LLC*

**SEEN AND CONSENTED TO:**

/s/ Lawrence A. Katz
Lawrence A. Katz (VA Bar No. 47664)
(*signed with permission via email*)
Allison P. Klena (VA Bar No. 96400)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, VA 22102
Telephone: 703-584-8362
Facsimile: 703-584-8901
Email: lkatz@hirschlerlaw.com
　　　　aklena@hirschlerlaw.com
*Counsel for Angela Shortall,*
*Chief Restructuring Officer for BNG Group LLC*

**SEEN AND CONSENTED TO:**

GERARD R. VETTER
Acting United States Trustee, Region 4

By: /s/ Michael T. Freeman
Michael T. Freeman
(*signed with permission via email*)
Virginia State Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell

4

**CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)**

      I HEREBY CERTIFY that this Order has been endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

                              /s/ Tracey M. Ohm
                              Tracey M. Ohm

**Copies electronically to:**

- Marc E. Albert    marc.albert@stinson.com, dc05@ecfcbis.com; porsche.barnes@stinson.com; malbert@ecf.epiqsystems.com; joshua.cox@stinson.com

- Alan D. Eisler    aeisler@e-hlegal.com, mcghamilton@gmail.com

- Jack Frankel    jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov; Robert.W.Ours@usdoj.gov

- Michael T. Freeman    michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

- David William Gaffey    dgaffey@whitefordlaw.com, clano@whitefordlaw.com

- Lawrence Allen Katz    lkatz@hirschlerlaw.com, chall@hirschlerlaw.com; aklena@hirschlerlaw.com

- Stephen A. Metz    smetz@offitkurman.com, MD71@ecfcbis.com

- Tracey Michelle Ohm    tracey.ohm@stinson.com, porsche.barnes@stinson.com

- Benjamin P. Smith    bsmith@shulmanrogers.com, ctremper@shulmanrogers.com; RParadis@shulmanrogers.com; kdiaz@shulmanrogers.com; sevans@shulmanrogers.com

- Matthew J. Troy    matthew.troy@usdoj.gov, USAVAE.ALX.ECF.CIVIL@usdoj.gov

- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

- Gerard R. Vetter    ustpregion04.ax.ecf@usdoj.gov

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-11352-KHK |
| Skin Logic, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: CynthiaBa          Page 1 of 2

Date Rcvd: Aug 12, 2024          Form ID: pdford7          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 13 2024 00:38:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan D. Eisler | on behalf of Interested Party Radiant World Enterprise  LLC aeisler@e-hlegal.com, mcghamilton@gmail.com |
| Benjamin P. Smith | on behalf of Creditor EagleBank bsmith@shulmanrogers.com ctremper@shulmanrogers.com;RParadis@shulmanrogers.com;kdiaz@shulmanrogers.com;sevans@shulmanrogers.com |
| David William Gaffey | on behalf of Creditor Atlantic Union Bank dgaffey@whitefordlaw.com  clano@whitefordlaw.com |
| Gerard R. Vetter | ustpregion04.ax.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0422-9 | User: CynthiaBa | Page 2 of 2 |
| Date Rcvd: Aug 12, 2024 | Form ID: pdford7 | Total Noticed: 1 |

Jack Frankel
    on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Lawrence Allen Katz
    on behalf of Creditor BNG Group LLC lkatz@hirschlerlaw.com chall@hirschlerlaw.com;aklena@hirschlerlaw.com

Marc E. Albert
    on behalf of Creditor Harry Kamin marc.albert@stinson.com
    dc05@ecfcbis.com;porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com

Matthew J. Troy
    on behalf of Creditor United States of America matthew.troy@usdoj.gov USAVAE.ALX.ECF.CIVIL@usdoj.gov

Maurice Belmont VerStandig
    on behalf of Debtor Skin Logic LLC mac@mbvesq.com,
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Skin Logic LLC mac@mbvesq.com,
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
    on behalf of U.S. Trustee Gerard R. Vetter michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

Stephen A. Metz
    smetz@offitkurman.com MD71@ecfcbis.com

Stephen A. Metz
    on behalf of Trustee Stephen A. Metz smetz@offitkurman.com MD71@ecfcbis.com

Tracey Michelle Ohm
    on behalf of Creditor Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com

Tracey Michelle Ohm
    on behalf of Plaintiff Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com

TOTAL: 15