| Fill in this information to identify the case: | |
|---|---|
| Debtor Name | Skin Logic, LLC |
| United States Bankruptcy Court for the: | Eastern District of Virginia |
| Case number: | 23-11352 |

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __7/2024__

Line of business: __Medispa__

Date report filed: __10/01/2024__
MM / DD / YYYY

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

| | |
|---|---|
| Responsible party: | Stephen Metz, Subchapter V Trustee |
| Original signature of responsible party | /s/ Stephen Metz |
| Printed name of responsible party | Stephen Metz |

The Subchapter V Trustee was authorized to operate the Debtor's business by order entered September 27, 2023. The responses to some of the questions are on information and belief based upon information provided to the Trustee from Valeria Gunkova and Jacob Bogatin.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Skin Logic, LLC | Case number | 23-11352 |

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 27,747.13

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ 80,579.84

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

− $ 101,319.77

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ -20,739.93

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 7,007.20

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ See Exhibit E

Debtor Name  Skin Logic, LLC

Case number  23-11352

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ _____ 0.00

   *(Exhibit F)*

---

## 5. Employees

26. What was the number of employees when the case was filed?                            _____ 28

27. What is the number of employees as of the date of this monthly report?               _____ 28

---

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00

30. How much have you paid this month in other professional fees?                                          $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                         $ _____ 0.00

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 90,000.00 | − | $ 80,579.84 | = | $ 9,420.16 |
| 33. **Cash disbursements** | $ 90,000.00 | − | $ 101,319.77 | = | $ -11,319.77 |
| 34. **Net cash flow** | $ 0.00 | − | $ -20,739.93 | = | $ 20,739.93 |

35. Total projected cash receipts for the next month:                       $ 107,000.94

36. Total projected cash disbursements for the next month:                 − $ 101,506.45

37. Total projected net cash flow for the next month:                      = $ 5,494.49

---

Debtor Name  Skin Logic, LLC                                    Case number  23-11352

## ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

## EXHIBIT A

3.      The Debtor did not pay lease payments to EagleBank/Elix.

4.      The Debtor issued checks to all employees but delayed (in some cases) delivering physical checks to some employees due to cash flow issues.

5.      Most of the receipts were deposited into the DIP Account.  If not, they were promptly transferred to the DIP Account.  This occurred once on July 3, 2024, in the amount of $940.99.  TD Bank closed the account ending in x5259.  This was the only transaction in July in x5259 (deposit of $940.99 and transfer to x9515).

## EXHIBIT B

10.     Several accounts at TD Bank were not closed yet.  Most of the Debtor's banking occurred through the DIP account at TD Bank (x9515).  See also Exhibit A, No. 5.

## EXHIBIT E (Payables)

-    The Debtor did not pay its EagleBank/Elix leases since the petition date.  According to Mr. Bogatin, the monthly payments total $3,661.51.  The Debtor negotiated a modification to the agreement(s) and is awaiting written confirmation of such modification.  The Trustee filed a motion to sell substantially all of the Debtor's assets.  If a sale closes, the sales proceeds will be utilized to satisfy this claim as part of EagleBank's secured claim.
-    A dispute exists between the Debtor and BNG, pursuant to which the Debtor contends it funded construction costs for suites in the building and that the funding of those construction costs constitutes prepaid rent.  The Debtor took the position that it should be paying BNG $12,000 per month in rent, as opposed to the contractual rent obligation of approximately $28,000 per month.  The Trustee is in the process of attempting negotiate a resolution of this issue with BNG.  On July 3, 2024, a check in the amount of $12,000 cleared. That check was a check to BNG for rent.

4853-8603-7995, v. 2

| EXHIBIT C CASH RECEIPTS SUMMARY | | | |
|---|---|---|---|
| **JULY 2024** | | | |
| | | | |
| | | | |
| TD BANK | ████ 9515 | | $      80,579.84 |
| | | | |
| | | | |
| **TOTAL** | | | **$      80,579.84** |

| CHAPTER 11 CHECKING 9515 | | | | |
|---|---|---|---|---|
| **RECEIPTS** | | | | |
| **JULY 2024** | | | | |
| **Date** | **Payee** | **Memo** | **Deposit** | **Account** |
| 07/01/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 1,436.80 | Sales:Services Income |
| 07/01/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,732.44 | Sales:Services Income |
| 07/02/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 1,800.36 | Sales:Services Income |
| 07/02/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 1,135.22 | Sales:Services Income |
| 07/03/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 4,575.57 | Sales:Services Income |
| 07/03/2024 | Mindbody Inc | | 940.99 | Sales:Services Income |
| 07/05/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 414.47 | Sales:Services Income |
| 07/05/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 5,969.84 | Sales:Services Income |
| 07/08/2024 | Amazon | VISA DDA REF - 469216    AMAZON COM            AMZN COM BILL * WA | 95.39 | Cost of goods sold:Skin Care & Food Supplies |
| 07/08/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 6,001.47 | Sales:Services Income |
| 07/08/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 4,150.52 | Sales:Services Income |
| 07/09/2024 | ClassPass | CLASSPASS INC.  EDI PYMNTS | 561.00 | Sales:Services Income |
| 07/09/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 1,014.01 | Sales:Services Income |
| 07/09/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 1,196.07 | Sales:Services Income |
| 07/10/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 534.65 | Sales:Services Income |
| 07/11/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 5,794.00 | Sales:Services Income |
| 07/12/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 1,896.02 | Sales:Services Income |
| 07/15/2024 | Gympass | GYMPASS US LLC  PAYMENTS | 9.27 | Sales:Services Income |
| 07/15/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 1,540.67 | Sales:Services Income |
| 07/15/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,561.02 | Sales:Services Income |
| 07/16/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,316.51 | Sales:Services Income |
| 07/16/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 972.32 | Sales:Services Income |
| 07/17/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 1,229.87 | Sales:Services Income |
| 07/18/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 3,258.92 | Sales:Services Income |
| 07/19/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,670.69 | Sales:Services Income |
| 07/22/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 466.32 | Sales:Services Income |
| 07/22/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,798.23 | Sales:Services Income |
| 07/23/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 4,093.48 | Sales:Services Income |
| 07/23/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,898.15 | Sales:Services Income |
| 07/24/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 385.22 | Sales:Services Income |
| 07/25/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 460.28 | Sales:Services Income |
| 07/26/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 1,309.43 | Sales:Services Income |
| 07/29/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 3,625.89 | Sales:Services Income |
| 07/29/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 3,978.81 | Sales:Services Income |
| 07/30/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 792.05 | Sales:Services Income |
| 07/30/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 1,984.97 | Sales:Services Income |
| 07/31/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,978.92 | Sales:Services Income |
| | **TOTAL** | | **$      80,579.84** | |

| EXHIBIT D CASH DISBURSEMENTS SUMMARY | | | | |
|---|---|---|---|---|
| JULY 2024 | | | | |
| | | | | |
| TD BANK | ███████ 9515 | | $ | 101,319.77 |
| | | | | |
| | | | | |
| **TOTAL** | | | **$** | **101,319.77** |

| | | CHAPTER 11 CHECKING 9515 | | | |
|---|---|---|---|---|---|
| | | **DISBURSEMENTS** | | | |
| | | **JULY 2024** | | | |
| Date | Ref No. | Payee | Memo | Payment | Account |
| 07/01/2024 | 14288 | Clarissa Danee Shepherd | CHECK 14288 | 45.00 | Payroll expenses:Wages and Compensation |
| 07/01/2024 | 14316 | Shokoofeh Bastani Elahabadi | CHECK 14316 | 1,381.96 | Payroll expenses:Wages and Compensation |
| 07/01/2024 | | Amazon | VISA DDA PUR AP - 469216      AMAZON COM R70FJ13Z0      AMZN COM BILL * WA | 169.38 | Inventory Asset |
| 07/01/2024 | | Ap Puls Ca | VISA DDA PUR AP - 411641    PULS COM         713 568 3458  * CA | 34.99 | Office expenses |
| 07/01/2024 | | Amazon | VISA DDA PUR AP - 469216      AMAZON MKTPL RC5CK7SG1    AMZN COM BILL * WA | 84.78 | Office expenses |
| 07/01/2024 | | CVS | VISA DDA PUR AP - 413746      CVS PHARMACY 01424       STERLING * VA | 31.67 | Cost of goods sold:Skin Care & Food Supplies |
| 07/01/2024 | | GoDaddy | VISA DDA PUR AP - 469216    DNH GODADDY COM        480 505 8855 * AZ | 8.99 | Office expenses:Software & apps |
| 07/01/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269    ARC3 GASES 202       804 644 4521  * VA | 431.57 | Cost of goods sold:Skin Care & Food Supplies |
| 07/01/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269    ARC3 GASES 202       804 644 4521  * VA | 143.80 | Cost of goods sold:Skin Care & Food Supplies |
| 07/02/2024 | 1017 | Gunkova, Valeria | CHECK 1017 | 2,025.94 | Office expenses:Office supplies |
| 07/02/2024 | | Amazon | VISA DDA PUR AP - 469216      AMAZON COM RC5YC29F1      AMZN COM BILL * WA | 154.61 | Inventory Asset |
| 07/02/2024 | | Amazon | VISA DDA PUR AP - 469216      AMAZON MKTPL RC9GL3WZ1    AMZN COM BILL * WA | 80.55 | Office expenses |
| 07/02/2024 | | Google | VISA DDA PUR AP - 480394      GOOGLE GSUITE VNBMANAG      CC GOOGLE COM * CA | 32.40 | Office expenses:Software & apps |
| 07/02/2024 | | Restaurant Depot | DDA PURCHASE AP - 00A64419      RESTAURANT DEPOT      CHANTILLY    * VA | 292.59 | Cost of goods sold:Skin Care & Food Supplies |
| 07/02/2024 | | Accupay Accounting | 1555 SKIN LOGIC  TRANSFER | 204.94 | Payroll expenses:Payroll Accounting Fees |
| 07/02/2024 | | Accupay Taxes | 1555 SKIN LOGIC  TRANSFER | 5,568.26 | Taxes paid:Payroll taxes |
| 07/02/2024 | | Google | VISA DDA PUR AP - 480394      GOOGLE GSUITE ARIAMEDI      CC GOOGLE COM * CA | 50.40 | Office expenses:Software & apps |
| 07/02/2024 | | Accupay Payroll | NATPAY-10570488 DIRDEP | 7,168.18 | Payroll expenses:Wages and Compensation |
| 07/03/2024 | 1016 | BNG Group LLC | CHECK 1016 | 12,000.00 | Building & property rent |
| 07/03/2024 | 14318 | Jacob Bogatin | CHECK 14318 | 1,875.00 | Payroll expenses:Wages and Compensation |
| 07/03/2024 | 14320 | Alihad Fawad | CHECK 14320 | 1,143.10 | Payroll expenses:Wages and Compensation |
| 07/03/2024 | 14321 | Gunkova, Valeria | CHECK 14321 | 2,902.20 | Payroll expenses:Wages and Compensation |
| 07/03/2024 | | My Advice | VISA DDA PUR AP - 490641      PST MYADVICECEATUS MRKTG    801 3689103  * UT | 1,002.96 | Advertising & marketing |
| 07/03/2024 | | Panera Bread | VISA DDA PUR AP - 469216      PANERA BREAD 601230 P      HERNDON    * VA | 13.35 | Cost of goods sold:Skin Care & Food Supplies |
| 07/03/2024 | | Russian Gourmet | VISA DDA PUR AP - 469216      SQ RUSSIAN GOURMET  TAS      HERNDON    * VA | 49.78 | Meals |
| 07/03/2024 | | www.podium.com | VISA DDA PUR AP - 401134      WWW PODIUM COM          HTTPSWWW PODI * UT | 1,681.80 | Advertising & marketing |
| 07/03/2024 | | Home Depot | VISA DDA PUR AP - 494301      THE HOME DEPOT 4602       STERLING * VA | 122.72 | Cost of goods sold:Skin Care & Food Supplies |
| 07/05/2024 | 14317 | Denis Anpilogov | CHECK 14317 | 360.00 | Payroll expenses:Wages and Compensation |
| 07/05/2024 | 14319 | Porfirio H. Ramos Bonilla | CHECK 14319 | 850.00 | Payroll expenses:Wages and Compensation |
| 07/05/2024 | 14323 | Munkhzul Wratchford | CHECK 14323 | 1,734.97 | Payroll expenses:Wages and Compensation |
| 07/05/2024 | 14332 | Dagmar Benesova | CHECK 14332 | 2,778.97 | Payroll expenses:Wages and Compensation |
| 07/05/2024 | | Sunoco | VISA DDA PUR AP - 425138    LA BONA NAIL CARE  SPA    STERLING * VA | 81.00 | Cost of goods sold:Skin Care & Food Supplies |
| 07/05/2024 | | Starbucks | VISA DDA PUR AP - 444500      STARBUCKS 00717        STERLING * VA | 14.73 | Meals |
| 07/05/2024 | | Verizon | VERIZON          PAYMENTREC | 274.00 | Utilities:Telephone & Internet |

| Date | Num | Name | Memo | Amount | Category |
|---|---|---|---|---|---|
| 07/05/2024 | | QuickBooks Payments | VISA DDA PUR AP - 469216   INTUIT QBOOKS ONLINE     CL INTUIT COM * CA | 30.00 | Office expenses:Software & apps |
| 07/08/2024 | 14298 | Kelly DeMarce | CHECK 14298 | 90.00 | Payroll expenses:Wages and Compensation |
| 07/08/2024 | 14312 | Kelly DeMarce | CHECK 14312 | 90.00 | Payroll expenses:Wages and Compensation |
| 07/08/2024 | 14313 | Katharina Hemingway | CHECK 14313 | 45.30 | Payroll expenses:Wages and Compensation |
| 07/08/2024 | 14324 | Fariba Hejazi | CHECK 14324 | 2,953.24 | Payroll expenses:Wages and Compensation |
| 07/08/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL R77Y739W0 AMZN COM BILL * WA | 274.50 | Inventory Asset |
| 07/10/2024 | 14325 | Morris, Sheila | CHECK 14325 | 3,158.50 | Payroll expenses:Wages and Compensation |
| 07/10/2024 | | Whole Foods | DDA PURCHASE AP - 313149 WHOLEFDS BMT  10 19800 B ASHBURN     * VA | 288.00 | Cost of goods sold:Skin Care & Food Supplies |
| 07/10/2024 | | Sunoco | DDA PURCHASE AP - 69345903 SUNOCO 80015913      STERLING * VA | 39.90 | Office expenses |
| 07/10/2024 | | Sunoco | DDA PURCHASE AP - 41697604 SUNOCO 08538449      STERLING * VA | 39.77 | Office expenses |
| 07/10/2024 | | Blackhawk | VISA DDA PUR AP - 478930 BLACKHAWK ISSUED CONTENT 480 4866880   * CA | 10.00 | General business expenses:Merchant account fees |
| 07/10/2024 | | QuickBooks Payments | VISA DDA PUR AP - 469216   INTUIT QBOOKS ONLINE     CL INTUIT COM * CA | 60.00 | Office expenses:Software & apps |
| 07/10/2024 | | TSYS/TRANSFIRST MERCH FEES | TSYS/TRANSFIRST  MERCH FEES | 2,794.05 | General business expenses:Merchant account fees |
| 07/15/2024 | 14308 | Khishigt, Enkhtuya | CHECK 14308 | 1,535.75 | Payroll expenses:Wages and Compensation |
| 07/15/2024 | 14330 | Lucas Gavitt | CHECK 14330 | 90.00 | Payroll expenses:Wages and Compensation |
| 07/15/2024 | 14334 | Shokoofeh Bastani Elahabadi | CHECK 14334 | 1,496.11 | Payroll expenses:Wages and Compensation |
| 07/15/2024 | | Amazon | VISA DDA PUR AP - 443106 AMAZON COM RY0NC4KB2 SEATTLE     * WA | 54.04 | Office expenses |
| 07/15/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON PRIME RY5XR47Q0 AMZN COM BILL * WA | 14.99 | Office expenses |
| 07/15/2024 | | Whole Foods | DDA PURCHASE AP - 313149 WHOLEFDS BMT  10 19800 B ASHBURN     * VA | 126.63 | Cost of goods sold:Skin Care & Food Supplies |
| 07/15/2024 | | Amazon | VISA DDA PUR AP - 401134 AMAZON MAR  114 390538 HTTPSAMAZON C * WA | 63.51 | Office expenses |
| 07/15/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL RS2FE0C90 AMZN COM BILL * WA | 58.94 | Office expenses |
| 07/15/2024 | | Sunoco | DDA PURCHASE AP - 69345903 SUNOCO 80015913      STERLING * VA | 36.99 | Office expenses |
| 07/15/2024 | | Sunoco | DDA PURCHASE AP - 69345903 SUNOCO 80015913      STERLING * VA | 65.87 | Office expenses |
| 07/15/2024 | | Whole Foods | DDA PURCHASE AP - 313149 WHOLEFDS BMT  10 19800 B ASHBURN     * VA | 63.37 | Cost of goods sold:Skin Care & Food Supplies |
| 07/15/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON COM RY60U2YK0     AMZN COM BILL * WA | 92.20 | Office expenses |
| 07/15/2024 | | CVS | DDA PURCHASE AP - 30142403 CVS PHARM 01424  110 E STERLING     * VA | 16.94 | Cost of goods sold:Skin Care & Food Supplies |
| 07/15/2024 | | LOTTE PLAZA | VISA DDA PUR AP - 405522    LOTTE PLAZA STERLING      JESSUP      * MD | 26.05 | Cost of goods sold:Skin Care & Food Supplies |
| 07/15/2024 | | LOTTE PLAZA | VISA DDA PUR AP - 405522    LOTTE PLAZA STERLING      JESSUP      * MD | 50.76 | Cost of goods sold:Skin Care & Food Supplies |
| 07/15/2024 | | Comcast | COMCAST 8299610 451095748 | 63.97 | Utilities:Telephone & Internet |
| 07/16/2024 | 14329 | Cheryl Ganzer | CHECK 14329 | 80.00 | Payroll expenses:Wages and Compensation |
| 07/16/2024 | 14333 | Vahid Coskun | CHECK 14333 | 415.00 | Payroll expenses:Wages and Compensation |
| 07/16/2024 | | Amazon | VISA DDA PUR AP - 469216    AMZN MKTP US RS6IB9TQ0    AMZN COM BILL * WA | 95.38 | Cost of goods sold:Skin Care & Food Supplies |
| 07/16/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL RY3JD9YP2 AMZN COM BILL * WA | 80.52 | Office expenses |
| 07/16/2024 | | Accupay Accounting | 1555 SKIN LOGIC  TRANSFER | 118.55 | Payroll expenses:Payroll Accounting Fees |
| 07/16/2024 | | Accupay Taxes | 1555 SKIN LOGIC  TRANSFER | 4,156.74 | Taxes paid:Payroll taxes |

| Date | Num | Name | Memo | Amount | Category |
|---|---|---|---|---|---|
| 07/16/2024 | | Accupay Payroll | NATPAY-10570488  DIRDEP | 4,510.18 | Payroll expenses:Wages and Compensation |
| 07/17/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL RS2XG7ZW2 AMZN COM BILL * WA | 118.68 | Furniture & Fixtures |
| 07/18/2024 | 14335 | Jacob Bogatin | CHECK 14335 | 1,875.00 | Payroll expenses:Wages and Compensation |
| 07/18/2024 | 14337 | Gunkova, Valeria | CHECK 14337 | 2,953.10 | Payroll expenses:Wages and Compensation |
| 07/19/2024 | 14336 | Morris, Sheila | CHECK 14336 | 1,252.59 | Payroll expenses:Wages and Compensation |
| 07/19/2024 | 14341 | Kostina, Elena | CHECK CASHED | 443.28 | Payroll expenses:Wages and Compensation |
| 07/19/2024 | 14342 | Khishigt, Enkhtuya | CHECK 14342 | 845.72 | Payroll expenses:Wages and Compensation |
| 07/22/2024 | 14339 | Munkhzul Wratchford | CHECK 14339 | 1,215.52 | Payroll expenses:Wages and Compensation |
| 07/22/2024 | 14348 | Dagmar Benesova | CHECK 14348 | 2,409.35 | Payroll expenses:Wages and Compensation |
| 07/22/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL RJ0UE70J2 AMZN COM BILL * WA | 370.99 | Furniture & Fixtures |
| 07/22/2024 | | Sunoco | DDA PURCHASE AP - 41697604 SUNOCO 08538449        STERLING * VA | 39.77 | Office expenses |
| 07/22/2024 | | LOTTE PLAZA | DDA PURCHASE AP - 56808205 LOTTE PLAZA STE        JESSUP * MD | 29.36 | Cost of goods sold:Skin Care & Food Supplies |
| 07/22/2024 | | Restaurant Depot | VISA DDA PUR AP - 443565 RESTAURANT DEPOT CHANTILLY   * VA | 388.60 | Cost of goods sold:Skin Care & Food Supplies |
| 07/22/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269   ARC3 GASES 202      804 644 4521 * VA | 431.57 | Cost of goods sold:Skin Care & Food Supplies |
| 07/23/2024 | 14322 | Gulnara Meurmishvili | CHECK 14322 | 612.49 | Payroll expenses:Wages and Compensation |
| 07/23/2024 | 14338 | Kostina, Elena | CHECK 14338 | 414.55 | Payroll expenses:Wages and Compensation |
| 07/23/2024 | 14340 | Fariba Hejazi | CHECK 14340 | 2,457.46 | Payroll expenses:Wages and Compensation |
| 07/23/2024 | | Ap Va | VISA DDA PUR AP - 469216   7 11 STORE 40290        STERLING  * VA | 14.00 | Office expenses |
| 07/24/2024 | 14305 | Gulnara Meurmishvili | CHECK 14305 | 1,290.21 | Payroll expenses:Wages and Compensation |
| 07/24/2024 | 14328 | Kelly DeMarce | CHECK 14328 | 90.00 | Payroll expenses:Wages and Compensation |
| 07/24/2024 | 14343 | Morris, Sheila | CHECK 14343 | 1,805.00 | Payroll expenses:Wages and Compensation |
| 07/24/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL RJ4TX9KR0 AMZN COM BILL * WA | 29.15 | Office expenses |
| 07/24/2024 | | AT&T | T-MOBILE    PCS SVC | 184.27 | Utilities:Telephone & Internet |
| 07/25/2024 | | Panera Bread | VISA DDA PUR AP - 469216 PANERA BREAD  601579 P STERLING   * VA | 24.82 | Meals |
| 07/25/2024 | | Starbucks | VISA DDA PUR AP - 444500 STARBUCKS 00735 WASHINGTON   * DC | 6.45 | Meals |
| 07/26/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON COM RV95B8440        AMZN COM BILL * WA | 73.68 | Office expenses |
| 07/26/2024 | | Ap Loundountax Va | VISA DDA PUR AP - 419880 LOUDOUNTAX XXXXXX0450   * VA | 2,967.64 | Taxes paid:Other taxes |
| 07/26/2024 | | The Hartford | THE HARTFORD   INSPMTCL | 765.36 | Insurance |
| 07/29/2024 | 14327 | Katharina Hemingway | CHECK 14327 | 260.00 | Payroll expenses:Wages and Compensation |
| 07/29/2024 | 14331 | Katharina Hemingway | CHECK 14331 | 141.00 | Payroll expenses:Wages and Compensation |
| 07/29/2024 | 14344 | Jessica Beardsley | CHECK 14344 | 110.00 | Payroll expenses:Wages and Compensation |
| 07/29/2024 | 14347 | Katharina Hemingway | CHECK 14347 | 49.00 | Payroll expenses:Wages and Compensation |
| 07/29/2024 | 14350 | Shokoofeh Bastani Elahabadi | CHECK 14350 | 1,166.37 | Payroll expenses:Wages and Compensation |
| 07/29/2024 | | VA DEPT TAXATION TAX | VA DEPT TAXATION TAX PAYMEN | 266.55 | Taxes paid:State taxes |
| 07/29/2024 | | Mindbody Inc | VISA DDA PUR AP - 469216   WL MINDBODY INC      805 250 8506 * CA | 697.10 | Office expenses:Software & apps |
| 07/29/2024 | | Indeed | VISA DDA PUR AP - 479338 INDEED 95407513        800 4625842  * TX | 120.00 | General business expenses:Merchant account fees |
| 07/29/2024 | | State Farm | STATE FARM RO 27 CPC-CLIENT | 270.33 | Insurance |
| 07/29/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269   ARC3 GASES 202      804 644 4521 * VA | 396.85 | Cost of goods sold:Skin Care & Food Supplies |
| 07/29/2024 | | Comcast | COMCAST      CABLE | 345.00 | Utilities:Telephone & Internet |

| 07/30/2024 | | Ap Puls Ca | VISA DDA PUR AP - 411641    PULS COM          713 568 3458  * CA | | 34.99 | Repairs & maintenance |
| 07/31/2024 | | Accupay Payroll | NATPAY-10570488  DIRDEP | | 4,682.84 | Payroll expenses:Wages and Compensation |
| 07/31/2024 | | www.podium.com | VISA DDA PUR AP - 401134    WWW PODIUM COM        HTTPSWWW PODI * UT | | 1,681.80 | Advertising & marketing |
| 07/31/2024 | | GoDaddy | VISA DDA PUR AP - 469216    DNH GODADDY COM      480 505 8855 * AZ | | 8.99 | Office expenses:Software & apps |
| | | **TOTAL** | | **$** | **101,319.77** | |

# SKIN LOGIC LLC

## Profit and Loss

July 2024

| | TOTAL |
|---|---|
| Income | |
|   Sales | |
|   Services Income | 80,484.45 |
|   **Total Sales** | **80,484.45** |
| **Total Income** | **$80,484.45** |
| Cost of Goods Sold | |
|   Cost of goods sold | |
|   Skin Care & Food Supplies | 2,934.82 |
|   **Total Cost of goods sold** | **2,934.82** |
| **Total Cost of Goods Sold** | **$2,934.82** |
| **GROSS PROFIT** | **$77,549.63** |
| Expenses | |
|   Advertising & marketing | 4,366.56 |
|   Building & property rent | 12,000.00 |
|   General business expenses | |
|   Merchant account fees | 2,924.05 |
|   **Total General business expenses** | **2,924.05** |
|   Insurance | 1,035.69 |
|   Meals | 95.78 |
|   Office expenses | 903.65 |
|   Office supplies | 2,025.94 |
|   Software & apps | 887.88 |
|   **Total Office expenses** | **3,817.47** |
|   Payroll expenses | |
|   Payroll Accounting Fees | 323.49 |
|   Wages and Compensation | 58,776.94 |
|   **Total Payroll expenses** | **59,100.43** |
|   Repairs & maintenance | 34.99 |
|   Taxes paid | |
|   Other taxes | 2,967.64 |
|   Payroll taxes | 9,725.00 |
|   State taxes | 266.55 |
|   **Total Taxes paid** | **12,959.19** |
|   Utilities | |
|   Telephone & Internet | 867.24 |
|   **Total Utilities** | **867.24** |
| **Total Expenses** | **$97,201.40** |
| **NET OPERATING INCOME** | **$ -19,651.77** |
| **NET INCOME** | **$ -19,651.77** |

**TD Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT



SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA
2 PIDGEON HILL DR STE 100
STERLING VA 20165-6148

Page:                              1 of 11
Statement Period:    Jul 01 2024-Jul 31 2024
Cust Ref #:              4441099515-039-E-***
Primary Account #:                      9515

## Chapter 11 Checking

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

Account #          9515

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 27,747.13 | Average Collected Balance | 8,196.93 |
| Electronic Deposits | 80,579.84 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 56,441.68 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 44,878.09 | Days in Period | 31 |
| Ending Balance | 7,007.20 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $175.00 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $175.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,732.44 |
| 07/01 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,436.80 |
| 07/02 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,800.36 |
| 07/02 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,135.22 |
| 07/03 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 4,575.57 |
| 07/03 | eTransfer Credit, Online Xfer<br>Transfer from CK      5259 | 940.99 |
| 07/05 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 5,969.84 |
| 07/05 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 414.47 |
| 07/08 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 6,001.47 |
| 07/08 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 4,150.52 |
| 07/08 | DEBIT CARD CREDIT, *****04034431860, AUT 070524 VISA DDA REF<br>AMAZON COM          AMZN COM BILL * WA | 95.39 |
| 07/09 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,196.07 |
| 07/09 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,014.01 |
| 07/09 | CCD DEPOSIT, CLASSPASS INC. EDI PYMNTS ****99080877163 | 561.00 |
| 07/10 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 534.65 |
| 07/11 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 5,794.00 |

# How to Balance your Account

Page:          2 of 11

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ① Ending Balance | | 7,007.20 |
| ② Total Deposits | + | |
| ③ Sub Total | | |
| ④ Total Withdrawals | - | |
| ⑤ Adjusted Balance | | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 3 of 11 |
| Statement Period: | Jul 01 2024-Jul 31 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | ████9515 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/12 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,896.02 |
| 07/15 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,561.02 |
| 07/15 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,540.67 |
| 07/15 | CTX DEPOSIT, GYMPASS US LLC PAYMENTS ****69690739 | 9.27 |
| 07/16 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,316.51 |
| 07/16 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 972.32 |
| 07/17 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,229.87 |
| 07/18 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,258.92 |
| 07/19 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,670.69 |
| 07/22 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,798.23 |
| 07/22 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 466.32 |
| 07/23 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 4,093.48 |
| 07/23 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,898.15 |
| 07/24 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 385.22 |
| 07/25 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 460.28 |
| 07/26 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,309.43 |
| 07/29 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,978.81 |
| 07/29 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,625.89 |
| 07/30 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,984.97 |
| 07/30 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 792.05 |
| 07/31 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,978.92 |
| | Subtotal: | 80,579.84 |

### Checks Paid     No. Checks: 39

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/03 | 1016 | 12,000.00 | 07/03 | 14320 | 1,143.10 |
| 07/02 | 1017 | 2,025.94 | 07/03 | 14321 | 2,902.20 |
| 07/01 | 14288* | 45.00 | 07/23 | 14322 | 612.49 |
| 07/08 | 14298* | 90.00 | 07/05 | 14323 | 1,734.97 |
| 07/24 | 14305* | 1,290.21 | 07/08 | 14324 | 2,953.24 |
| 07/15 | 14308* | 1,535.75 | 07/10 | 14325 | 3,158.50 |
| 07/08 | 14312* | 90.00 | 07/29 | 14327* | 260.00 |
| 07/08 | 14313 | 45.30 | 07/24 | 14328 | 90.00 |
| 07/01 | 14316* | 1,381.96 | 07/16 | 14329 | 80.00 |
| 07/05 | 14317 | 360.00 | 07/15 | 14330 | 90.00 |
| 07/03 | 14318 | 1,875.00 | 07/29 | 14331 | 141.00 |
| 07/05 | 14319 | 850.00 | 07/05 | 14332 | 2,778.97 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 4 of 11 |
| Statement Period: | Jul 01 2024-Jul 31 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | ▉9515 |

---

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|------|-----------|--------|------|-----------|--------|
| 07/16 | 14333 | 415.00 | 07/19 | 14341 | 443.28 |
| 07/15 | 14334 | 1,496.11 | 07/19 | 14342 | 845.72 |
| 07/18 | 14335 | 1,875.00 | 07/24 | 14343 | 1,805.00 |
| 07/19 | 14336 | 1,252.59 | 07/29 | 14344 | 110.00 |
| 07/18 | 14337 | 2,953.10 | 07/29 | 14347* | 49.00 |
| 07/23 | 14338 | 414.55 | 07/22 | 14348 | 2,409.35 |
| 07/22 | 14339 | 1,215.52 | 07/29 | 14350* | 1,166.37 |
| 07/23 | 14340 | 2,457.46 | | | |
| | | | | Subtotal: | 56,441.68 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | DBCRD PUR AP, *****04034431860, AUT 062824 VISA DDA PUR AP ARC3 GASES 202        804 644 4521 * VA | 431.57 |
| 07/01 | DBCRD PUR AP, *****04034431860, AUT 063024 VISA DDA PUR AP AMAZON COM R70FJ13Z0      AMZN COM BILL * WA | 169.38 |
| 07/01 | DBCRD PUR AP, *****04034431860, AUT 062924 VISA DDA PUR AP ARC3 GASES 202        804 644 4521 * VA | 143.80 |
| 07/01 | DBCRD PUR AP, *****04034431860, AUT 063024 VISA DDA PUR AP AMAZON MKTPL RC5CK7SG1    AMZN COM BILL * WA | 84.78 |
| 07/01 | DBCRD PMT AP, *****04034431860, AUT 062924 VISA DDA PUR AP PULS COM          713 568 3458 * CA | 34.99 |
| 07/01 | DBCRD PUR AP, *****04034431860, AUT 062924 VISA DDA PUR AP CVS PHARMACY 01424      STERLING    * VA | 31.67 |
| 07/01 | DBCRD PMT AP, *****04034431860, AUT 063024 VISA DDA PUR AP DNH GODADDY COM       480 505 8855 * AZ | 8.99 |
| 07/02 | CCD DEBIT, NATPAY-10570488 DIRDEP 10570488 | 7,168.18 |
| 07/02 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 5,568.26 |
| 07/02 | DEBIT POS AP, *****04034431860, AUT 070224 DDA PURCHASE AP RESTAURANT DEPOT     CHANTILLY   * VA | 292.59 |
| 07/02 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 204.94 |
| 07/02 | DBCRD PUR AP, *****04034431860, AUT 062824 VISA DDA PUR AP AMAZON COM RC5YC29F1    AMZN COM BILL * WA | 154.61 |
| 07/02 | DBCRD PUR AP, *****04034431860, AUT 063024 VISA DDA PUR AP AMAZON MKTPL RC9GL3WZ1    AMZN COM BILL * WA | 80.55 |
| 07/02 | DBCRD PUR AP, *****04034431860, AUT 070124 VISA DDA PUR AP GOOGLE GSUITE ARIAMEDI   CC GOOGLE COM * CA | 50.40 |
| 07/02 | DBCRD PUR AP, *****04034431860, AUT 070124 VISA DDA PUR AP GOOGLE GSUITE VNBMANAG   CC GOOGLE COM * CA | 32.40 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 5 of 11 |
| Statement Period: | Jul 01 2024-Jul 31 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | ▮▮▮9515 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | DBCRD PMT AP, *****04034431860, AUT 070224 VISA DDA PUR AP WWW PODIUM COM      HTTPSWWW PODI * UT | 1,681.80 |
| 07/03 | DBCRD PUR AP, *****04034431860, AUT 070224 VISA DDA PUR AP PST MYADVICECEATUS MRKTG  801 3689103 * UT | 1,002.96 |
| 07/03 | DBCRD PUR AP, *****04034431860, AUT 070124 VISA DDA PUR AP THE HOME DEPOT 4602      STERLING    * VA | 122.72 |
| 07/03 | DBCRD PUR AP, *****04034431860, AUT 070224 VISA DDA PUR AP SQ RUSSIAN GOURMET TAS  HERNDON    * VA | 49.78 |
| 07/03 | DBCRD PUR AP, *****04034431860, AUT 070224 VISA DDA PUR AP PANERA BREAD 601230 P    HERNDON    * VA | 13.35 |
| 07/05 | ELECTRONIC PMT-WEB, VERIZON PAYMENTREC ****340630001 | 274.00 |
| 07/05 | DBCRD PUR AP, *****04034431860, AUT 070324 VISA DDA PUR AP LA BONA NAIL CARE  SPA   STERLING    * VA | 81.00 |
| 07/05 | DBCRD PMT AP, *****04034431860, AUT 070324 VISA DDA PUR AP INTUIT  QBOOKS ONLINE    CL INTUIT COM * CA | 30.00 |
| 07/05 | DBCRD PUR AP, *****04034431860, AUT 070224 VISA DDA PUR AP STARBUCKS 00717      STERLING    * VA | 14.73 |
| 07/08 | DBCRD PUR AP, *****04034431860, AUT 070524 VISA DDA PUR AP AMAZON MKTPL R77Y739W0    AMZN COM BILL * WA | 274.50 |
| 07/10 | CCD DEBIT, TSYS/TRANSFIRST MERCH FEES ****84555830732 | 2,794.05 |
| 07/10 | DEBIT POS AP, *****04034431860, AUT 071024 DDA PURCHASE AP WHOLEFDS BMT 10 19800 B  ASHBURN    * VA | 288.00 |
| 07/10 | DBCRD PMT AP, *****04034465595, AUT 070924 VISA DDA PUR AP INTUIT  QBOOKS ONLINE    CL INTUIT COM * CA | 60.00 |
| 07/10 | DEBIT POS AP, *****04034431860, AUT 071024 DDA PURCHASE AP SUNOCO 80015913      STERLING    * VA | 39.90 |
| 07/10 | DEBIT POS AP, *****04034431860, AUT 071024 DDA PURCHASE AP SUNOCO 08538449      STERLING    * VA | 39.77 |
| 07/10 | DBCRD PMT AP, *****04034431860, AUT 070824 VISA DDA PUR AP BLACKHAWK ISSUED CONTENT  480 4866880  * CA | 10.00 |
| 07/15 | DEBIT POS AP, *****04034431860, AUT 071324 DDA PURCHASE AP WHOLEFDS BMT 10 19800 B  ASHBURN    * VA | 126.63 |
| 07/15 | DBCRD PUR AP, *****04034431860, AUT 071324 VISA DDA PUR AP AMAZON COM RY60U2YK0    AMZN COM BILL * WA | 92.20 |
| 07/15 | DEBIT POS AP, *****04034431860, AUT 071524 DDA PURCHASE AP SUNOCO 80015913      STERLING    * VA | 65.87 |
| 07/15 | ACH DEBIT, COMCAST 8299610 451095748 6851077 | 63.97 |
| 07/15 | DBCRD PUR AP, *****04034431860, AUT 071424 VISA DDA PUR AP AMAZON MAR  114 390538    HTTPSAMAZON C * WA | 63.51 |
| 07/15 | DEBIT POS AP, *****04034431860, AUT 071524 DDA PURCHASE AP WHOLEFDS BMT 10 19800 B  ASHBURN    * VA | 63.37 |
| 07/15 | DBCRD PUR AP, *****04034431860, AUT 071324 VISA DDA PUR AP AMAZON MKTPL RS2FE0C90    AMZN COM BILL * WA | 58.94 |


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 6 of 11 |
| Statement Period: | Jul 01 2024-Jul 31 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | 9515 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/15 | DBCRD PUR AP, *****04034431860, AUT 071324 VISA DDA PUR AP AMAZON COM RY0NC4KB2    SEATTLE    * WA | 54.04 |
| 07/15 | DBCRD PUR AP, *****04034431860, AUT 071224 VISA DDA PUR AP LOTTE PLAZA STERLING    JESSUP    * MD | 50.76 |
| 07/15 | DEBIT POS AP, *****04034431860, AUT 071324 DDA PURCHASE AP SUNOCO 80015913    STERLING    * VA | 36.99 |
| 07/15 | DBCRD PUR AP, *****04034431860, AUT 071424 VISA DDA PUR AP LOTTE PLAZA STERLING    JESSUP    * MD | 26.05 |
| 07/15 | DEBIT POS AP, *****04034431860, AUT 071424 DDA PURCHASE AP CVS PHARM 01424 110 E    STERLING    * VA | 16.94 |
| 07/15 | DBCRD PUR AP, *****04034431860, AUT 071224 VISA DDA PUR AP AMAZON PRIME RY5XR47Q0    AMZN COM BILL * WA | 14.99 |
| 07/16 | CCD DEBIT, NATPAY-10570488 DIRDEP 10570488 | 4,510.18 |
| 07/16 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 4,156.74 |
| 07/16 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 118.55 |
| 07/16 | DBCRD PUR AP, *****04034431860, AUT 071424 VISA DDA PUR AP AMZN MKTP US RS6IB9TQ0    AMZN COM BILL * WA | 95.38 |
| 07/16 | DBCRD PUR AP, *****04034431860, AUT 071424 VISA DDA PUR AP AMAZON MKTPL RY3JD9YP2    AMZN COM BILL * WA | 80.52 |
| 07/17 | DBCRD PUR AP, *****04034431860, AUT 071524 VISA DDA PUR AP AMAZON MKTPL RS2XG7ZW2    AMZN COM BILL * WA | 118.68 |
| 07/22 | DBCRD PUR AP, *****04034431860, AUT 071924 VISA DDA PUR AP ARC3 GASES 202    804 644 4521 * VA | 431.57 |
| 07/22 | DBCRD PUR AP, *****04034431860, AUT 072024 VISA DDA PUR AP RESTAURANT DEPOT    CHANTILLY    * VA | 388.60 |
| 07/22 | DBCRD PUR AP, *****04034431860, AUT 072024 VISA DDA PUR AP AMAZON MKTPL RJ0UE70J2    AMZN COM BILL * WA | 370.99 |
| 07/22 | DEBIT POS AP, *****04034431860, AUT 072224 DDA PURCHASE AP SUNOCO 08538449    STERLING    * VA | 39.77 |
| 07/22 | DEBIT POS AP, *****04034431860, AUT 072224 DDA PURCHASE AP LOTTE PLAZA STE    JESSUP    * MD | 29.36 |
| 07/23 | DBCRD PUR AP, *****04034431860, AUT 072224 VISA DDA PUR AP 7 11 STORE 40290    STERLING    * VA | 14.00 |
| 07/24 | ELECTRONIC PMT-WEB, T-MOBILE PCS SVC 0022251 | 184.27 |
| 07/24 | DBCRD PUR AP, *****04034431860, AUT 072324 VISA DDA PUR AP AMAZON MKTPL RJ4TX9KR0    AMZN COM BILL * WA | 29.15 |
| 07/25 | DBCRD PUR AP, *****04034431860, AUT 072324 VISA DDA PUR AP PANERA BREAD 601579 P    STERLING    * VA | 24.82 |
| 07/25 | DBCRD PUR AP, *****04034431860, AUT 072424 VISA DDA PUR AP STARBUCKS 00735    WASHINGTON    * DC | 6.45 |
| 07/26 | DBCRD PUR AP, *****04034431860, AUT 072524 VISA DDA PUR AP LOUDOUNTAX    8888770450    * VA | 2,967.64 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 7 of 11 |
| Statement Period: | Jul 01 2024-Jul 31 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | 9515 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/26 | CCD DEBIT, THE HARTFORD INSPMTCL 16634456 | 765.36 |
| 07/26 | DBCRD PUR AP, *****04034431860, AUT 072524 VISA DDA PUR AP AMAZON COM RV95B8440   AMZN COM BILL * WA | 73.68 |
| 07/29 | DBCRD PMT AP, *****04034431860, AUT 072724 VISA DDA PUR AP WL  MINDBODY INC   805 250 8506  * CA | 697.10 |
| 07/29 | DBCRD PUR AP, *****04034431860, AUT 072624 VISA DDA PUR AP ARC3 GASES 202     804 644 4521  * VA | 396.85 |
| 07/29 | CCD DEBIT, COMCAST CABLE 0860725 | 345.00 |
| 07/29 | CCD DEBIT, STATE FARM RO 27 CPC-CLIENT ** S **94797707 | 270.33 |
| 07/29 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3849 | 266.55 |
| 07/29 | DBCRD PUR AP, *****04034431860, AUT 072724 VISA DDA PUR AP INDEED 95407513     800 4625842  * TX | 120.00 |
| 07/30 | DBCRD PMT AP, *****04034431860, AUT 072924 VISA DDA PUR AP PULS COM     713 568 3458  * CA | 34.99 |
| 07/31 | CCD DEBIT, NATPAY-10570488 DIRDEP 10570488 | 4,682.84 |
| 07/31 | DBCRD PMT AP, *****04034431860, AUT 073024 VISA DDA PUR AP WWW  PODIUM COM     HTTPSWWW PODI * UT | 1,681.80 |
| 07/31 | DBCRD PMT AP, *****04034431860, AUT 073024 VISA DDA PUR AP DNH GODADDY COM   480 505 8855  * AZ | 8.99 |

Subtotal:      44,878.09

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 27,747.13 | 07/17 | 8,526.59 |
| 07/01 | 29,584.23 | 07/18 | 6,957.41 |
| 07/02 | 16,941.94 | 07/19 | 7,086.51 |
| 07/03 | 1,667.59 | 07/22 | 5,465.90 |
| 07/05 | 1,928.23 | 07/23 | 8,959.03 |
| 07/08 | 8,722.57 | 07/24 | 5,945.62 |
| 07/09 | 11,493.65 | 07/25 | 6,374.63 |
| 07/10 | 5,638.08 | 07/26 | 3,877.38 |
| 07/11 | 11,432.08 | 07/29 | 7,659.88 |
| 07/12 | 13,328.10 | 07/30 | 10,401.91 |
| 07/15 | 13,582.94 | 07/31 | 7,007.20 |
| 07/16 | 7,415.40 | | |

# TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

Page:                    8 of 11
Statement Period:        Jul 01 2024-Jul 31 2024
Cust Ref #:              4441099515-039-E-***
Primary Account #:       ████████515



#1016        07/03        $12,000.00



#14288       07/01        $45.00



#14305       07/24        $1,290.21



#14312       07/08        $90.00



#14316       07/01        $1,381.96



#1017        07/02        $2,025.94

#14298       07/08        $90.00

#14308       07/15        $1,535.75

#14313       07/08        $45.30



#14317       07/05        $360.00

# TD Bank

**America's Most Convenient Bank®**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 9 of 11 |
| Statement Period: | Jul 01 2024-Jul 31 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | ████9515 |

| #14318 | 07/03 | $1,875.00 |
|---|---|---|
| #14319 | 07/05 | $850.00 |
| #14320 | 07/03 | $1,143.10 |
| #14321 | 07/03 | $2,902.20 |
| #14322 | 07/23 | $612.49 |
| #14323 | 07/05 | $1,734.97 |
| #14324 | 07/08 | $2,953.24 |
| #14325 | 07/10 | $3,158.50 |
| #14327 | 07/29 | $260.00 |
| #14328 | 07/24 | $90.00 |

# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

Page:                     10 of 11
Statement Period:   Jul 01 2024-Jul 31 2024
Cust Ref #:            4441099515-039-E-***
Primary Account #:                     9515





| #14329 | 07/16 | $80.00 |
| #14330 | 07/15 | $90.00 |
| #14331 | 07/29 | $141.00 |
| #14332 | 07/05 | $2,778.97 |
| #14333 | 07/16 | $415.00 |
| #14334 | 07/15 | $1,496.11 |
| #14335 | 07/18 | $1,875.00 |
| #14336 | 07/19 | $1,252.59 |
| #14337 | 07/18 | $2,953.10 |
| #14338 | 07/23 | $414.55 |

# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 11 of 11 |
| Statement Period: | Jul 01 2024-Jul 31 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | 9515 |



| #14339 | 07/22 | $1,215.52 | #14340 | 07/23 | $2,457.46 |
|---|---|---|---|---|---|
| #14341 | 07/19 | $443.28 | #14342 | 07/19 | $845.72 |
| #14343 | 07/24 | $1,805.00 | #14344 | 07/29 | $110.00 |
| #14347 | 07/29 | $49.00 | #14348 | 07/22 | $2,409.35 |





| #14350 | 07/29 | $1,166.37 |
|---|---|---|