---

**Fill in this information to identify the case:**

Debtor Name _Skin Logic, LLC_

United States Bankruptcy Court for the: _Eastern District of Virginia_

Case number: _23-11352_

☐ Check if this is an amended filing

---

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _8/2024_

Line of business: _Medispa_

Date report filed: _10/01/2024_
MM / DD / YYYY

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _Stephen Metz, Subchapter V Trustee_

Original signature of responsible party: _/s/ Stephen Metz_

Printed name of responsible party: _Stephen Metz_

### 1. Questionnaire

The Subchapter V Trustee was authorized to operate the Debtor's business by order entered September 27, 2023. The responses to some of the questions are on information and belief based upon information provided to the Trustee from Valeria Gunkova and Jacob Bogatin.

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A._**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B._**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Skin Logic, LLC | Case number | 23-11352 |

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 7,007.20

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ 107,000.94

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

− $ 101,506.45

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ 5,494.49

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 12,501.69

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ See Exhibit E

Debtor Name  Skin Logic, LLC                                    Case number  23-11352

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                          $ _____ 0.00

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                      _____ 28
27. What is the number of employees as of the date of this monthly report?         _____ 28

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00
30. How much have you paid this month in other professional fees?                                      $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?                     $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | *Projected* | — | *Actual* | = | *Difference* |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 107,000.94 | — | $ 107,000.94 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 101,506.45 | — | $ 101,506.45 | = | $ 0.00 |
| 34. **Net cash flow** | $ 5,494.49 | — | $ 5,494.49 | = | $ 0.00 |

35. Total projected cash receipts for the next month:                   $ 85,000.00
36. Total projected cash disbursements for the next month:            - $ 85,000.00
37. Total projected net cash flow for the next month:                  = $ 0.00

Debtor Name  Skin Logic, LLC                                            Case number  23-11352

---

## ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**EXHIBIT A**

3.   The Debtor did not pay lease payments to EagleBank/Elix.

4.   The Debtor issued checks to all employees but delayed (in some cases) delivering physical checks to some employees due to cash flow issues.

5.   Most of the receipts were deposited into the DIP Account.  If not, they were promptly transferred to the DIP Account.  This occurred once on August 1, 2024, in the amount of $960.90.  TD Bank closed the account ending in x5259.  This was the only transaction in August in x5259 (deposit of $969.90 and transfer to x9515).

**EXHIBIT B**

10.  Several accounts at TD Bank were not closed yet.  Most of the Debtor's banking occurred through the DIP account at TD Bank (x9515).  See also Exhibit A, No. 5.

**EXHIBIT E (Payables)**

-   The Debtor did not pay its EagleBank/Elix leases since the petition date.  According to Mr. Bogatin, the monthly payments total $3,661.51.  The Debtor negotiated a modification to the agreement(s) and is awaiting written confirmation of such modification.  The Trustee filed a motion to sell substantially all of the Debtor's assets.  If a sale closes, the sales proceeds will be utilized to satisfy this claim as part of EagleBank's secured claim.
-   A dispute exists between the Debtor and BNG, pursuant to which the Debtor contends it funded construction costs for suites in the building and that the funding of those construction costs constitutes prepaid rent.  The Debtor took the position that it should be paying BNG $12,000 per month in rent, as opposed to the contractual rent obligation of approximately $28,000 per month.  The Trustee is in the process of attempting negotiate a resolution of this issue with BNG.

4857-0546-0459, v. 3

| EXHIBIT C CASH RECEIPTS SUMMARY | | | |
|---|---|---|---|
| AUGUST 2024 | | | |
| | | | |
| | | | |
| TD BANK | ████ 9515 | | $      107,000.94 |
| | | | |
| | | | |
| **TOTAL** | | | **$      107,000.94** |

| | CHAPTER 11 CHECKING 9515 | | | |
|---|---|---|---|---|
| | RECEIPTS | | | |
| | AUGUST 2024 | | | |
| Date | Payee | Memo | Deposit | Account |
| 08/01/2024 | Mindbody Inc | | 960.90 | Sales:Services Income |
| 08/01/2024 | Synchrony Bank Mtot | SYNCHRONY BANK   MTOT DEP | 1,742.68 | Sales:Services Income |
| 08/01/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,662.99 | Sales:Services Income |
| 08/02/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,339.38 | Sales:Services Income |
| 08/05/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,339.94 | Sales:Services Income |
| 08/05/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,872.07 | Sales:Services Income |
| 08/06/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,033.34 | Sales:Services Income |
| 08/06/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,216.52 | Sales:Services Income |
| 08/07/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 3,155.34 | Sales:Services Income |
| 08/08/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 1,645.95 | Sales:Services Income |
| 08/09/2024 | ClassPass | CLASSPASS INC.  EDI PYMNTS | 510.00 | Sales:Services Income |
| 08/09/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 7,692.09 | Sales:Services Income |
| 08/12/2024 | Synchrony Bank Mtot | SYNCHRONY BANK   MTOT DEP | 376.40 | Sales:Services Income |
| 08/12/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 11,120.39 | Sales:Services Income |
| 08/12/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 7,307.33 | Sales:Services Income |
| 08/13/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,072.67 | Sales:Services Income |
| 08/13/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 875.71 | Sales:Services Income |
| 08/14/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,511.29 | Sales:Services Income |
| 08/15/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 1,505.35 | Sales:Services Income |
| 08/16/2024 | Spa Week Corp | SPA WEEK MEDIA G ACH PMT | 123.00 | Sales:Services Income |
| 08/16/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 7,258.57 | Sales:Services Income |
| 08/19/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,550.59 | Sales:Services Income |
| 08/19/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 3,524.78 | Sales:Services Income |
| 08/20/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 1,511.11 | Sales:Services Income |
| 08/20/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 10,976.72 | Sales:Services Income |
| 08/21/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 3,685.45 | Sales:Services Income |
| 08/22/2024 | Synchrony Bank Mtot | SYNCHRONY BANK   MTOT DEP | 1,037.08 | Sales:Services Income |
| 08/22/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,316.34 | Sales:Services Income |
| 08/23/2024 | Synchrony Bank Mtot | SYNCHRONY BANK   MTOT DEP | 2,147.60 | Sales:Services Income |
| 08/23/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 3,196.54 | Sales:Services Income |
| 08/26/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,290.75 | Sales:Services Income |
| 08/26/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 1,769.54 | Sales:Services Income |
| 08/27/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 1,098.03 | Sales:Services Income |
| 08/27/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 2,002.81 | Sales:Services Income |
| 08/28/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 1,953.38 | Sales:Services Income |
| 08/29/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 431.51 | Sales:Services Income |
| 08/30/2024 | TSYS/TRANSFIRST  CR CD DEP | TSYS/TRANSFIRST  CR CD DEP | 3,186.80 | Sales:Services Income |
| | **TOTAL** | | $      107,000.94 | |

| EXHIBIT D CASH DISBURSEMENTS SUMMARY | | | | |
|---|---|---|---|---|
| AUGUST 2024 | | | | |
| | | | | |
| TD BANK | ▮▮▮9515 | | $ | 101,506.45 |
| | | | | |
| | | | | |
| **TOTAL** | | | **$** | **101,506.45** |

| CHAPTER 11 CHECKING 9515 | | | | | |
|---|---|---|---|---|---|
| DISBURSEMENTS | | | | | |
| AUGUST 2024 | | | | | |
| Date | Ref No. | Payee | Memo | Payment | Account |
| 08/01/2024 | | Inmode | VISA DDA PUR AP - 401134 INMODE E STORE        HTTPSUS INMOD * CA | 1,650.00 | Tools, machinery, and equipment |
| 08/01/2024 | | Accupay Payroll | 1555 SKIN LOGIC  TRANSFER | 144.36 | Payroll expenses:Payroll Accounting Fees |
| 08/01/2024 | | Accupay Taxes | 1555 SKIN LOGIC  TRANSFER | 6,439.46 | Taxes paid:Payroll taxes |
| 08/02/2024 | 14345 | Kelly DeMarce | CHECK 14345 | 90.00 | Payroll expenses:Wages and Compensation |
| 08/02/2024 | 14352 | Randy Salomon De La Cruz | CHECK 14352 | 1,179.05 | Payroll expenses:Wages and Compensation |
| 08/02/2024 | 14368 | Dagmar Benesova | CHECK 14368 | 2,666.55 | Payroll expenses:Wages and Compensation |
| 08/02/2024 | | Starbucks | VISA DDA PUR AP - 469216 STARBUCKS STORE 11313 STERLING     * VA | 27.26 | Meals |
| 08/02/2024 | | Google | VISA DDA PUR AP - 480394 GOOGLE GSUITE VNBMANAG    CC GOOGLE COM * CA | 34.15 | Office expenses:Software & apps |
| 08/02/2024 | | Google | VISA DDA PUR AP - 480394 GOOGLE GSUITE ARIAMEDI    CC GOOGLE COM * CA | 50.40 | Office expenses:Software & apps |
| 08/02/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269     ARC3 GASES 202        804 644 4521 * VA | 145.14 | Cost of goods sold:Skin Care & Food Supplies |
| 08/05/2024 | 14326 | Carol Schulte | POD CHECK | 337.07 | Payroll expenses:Wages and Compensation |
| 08/05/2024 | 14353 | Alinah Fawad | CHECK 14353 | 955.84 | Payroll expenses:Wages and Compensation |
| 08/05/2024 | 14358 | Joel Jackson | CHECK 14358 | 1,314.82 | Payroll expenses:Wages and Compensation |
| 08/05/2024 | | Ap Pchelpsft Com | VISA DDA PUR AP - 479338 PCHELPSFT COM        877 2913417  * VA | 49.97 | Office expenses:Software & apps |
| 08/05/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL RV9XC9Y91 AMZN COM BILL * WA | 58.30 | Office expenses |
| 08/05/2024 | | My Advice | VISA DDA PUR AP - 490641     PST MYADVICECEATUS MRKTG    435 5757470  * UT | 1,002.96 | Advertising & marketing |
| 08/05/2024 | | QuickBooks Payments | VISA DDA PUR AP - 469216     INTUIT QBOOKS ONLINE    CL INTUIT COM * CA | 35.00 | Office expenses:Software & apps |
| 08/05/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269     ARC3 GASES 202        804 644 4521 * VA | 344.95 | Cost of goods sold:Skin Care & Food Supplies |
| 08/05/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269     ARC3 GASES 202        804 644 4521 * VA | 146.93 | Cost of goods sold:Skin Care & Food Supplies |
| 08/06/2024 | | Verizon | VERIZON    PAYMENTREC | 274.00 | Utilities:Telephone & Internet |
| 08/07/2024 | 14361 | Jessica Beardsley | CHECK 14361 | 130.00 | Payroll expenses:Wages and Compensation |
| 08/07/2024 | | LaSource | VISA DDA PUR AP - 403981 LASOURCE CORP        888 2951799  * PA | 986.71 | Tools, machinery, and equipment |
| 08/07/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL RF4JS6SB1 AMZN COM BILL * WA | 69.94 | Office expenses |
| 08/08/2024 | 14351 | Jacob Bogatin | CHECK 14351 | 1,875.00 | Payroll expenses:Wages and Compensation |
| 08/08/2024 | 14355 | Munkhzul Wratchford | CHECK 14355 | 1,588.77 | Payroll expenses:Wages and Compensation |
| 08/08/2024 | 14367 | Olivia Howard | CHECK 14367 | 199.15 | Payroll expenses:Wages and Compensation |
| 08/08/2024 | | Accupay Accounting | NATPAY-10570488  TRANSFER | 834.29 | Payroll expenses:Payroll Accounting Fees |
| 08/08/2024 | | Accupay Payroll | NATPAY-10570488  DIRDEP | 2,914.65 | Payroll expenses:Wages and Compensation |
| 08/09/2024 | 14359 | Khishigt, Enkhtuya | CHECK 14359 | 1,436.67 | Payroll expenses:Wages and Compensation |
| 08/09/2024 | 14364 | Cheryl Ganzer | CHECK 14364 | 45.00 | Payroll expenses:Wages and Compensation |
| 08/09/2024 | 14370 | Mary Jo Sepulveda Westman | CHECK 14370 | 384.00 | Payroll expenses:Wages and Compensation |
| 08/09/2024 | | Commonwealth Digital | VISA DDA PUR AP - 463923 COMMONWEALTH DIGITAL OFF 703 4507171  * VA | 87.51 | Repairs & maintenance |
| 08/09/2024 | | Sunoco | DDA PURCHASE AP - 41697604 SUNOCO 08538449        STERLING * VA | 70.01 | Office expenses |
| 08/09/2024 | | Restaurant Depot | DDA PURCHASE AP - 00A64419 RESTAURANT DEPOT CHANTILLY    * VA | 632.73 | Cost of goods sold:Skin Care & Food Supplies |

| Date | Num | Name | Memo | Amount | Category |
|------|-----|------|------|--------|----------|
| 08/09/2024 | | Party City | DDA PURCHASE AP - 9911 PARTY CITY CORPORATION STERLING   * VA | 119.25 | Office expenses |
| 08/09/2024 | | Party City | DDA PURCHASE AP - 9914 PARTY CITY CORPORATION STERLING   * VA | 414.04 | Office expenses |
| 08/09/2024 | | Food Lion | DDA PURCHASE AP - 0052    FOOD LION  1337 20789    STERLING   * VA | 65.69 | Cost of goods sold:Skin Care & Food Supplies |
| 08/09/2024 | | Sunoco | DDA PURCHASE AP - 41697604 SUNOCO 08538449        STERLING * VA | 39.77 | Office expenses |
| 08/12/2024 | 14354 | Gunkova, Valeria | CHECK 14354 | 2,827.69 | Payroll expenses:Wages and Compensation |
| 08/12/2024 | | Neiman Marcus | VISA DDA PUR AP - 413746 NEIMAN MARCUS REST 023 MCLEAN     * VA | 79.84 | Office expenses |
| 08/12/2024 | | Sq Mylittlecastle | VISA DDA PUR AP - 469216    SQ MYLITTLECASTLE        STERLING * VA | 381.00 | Cost of goods sold:Skin Care & Food Supplies |
| 08/12/2024 | | Sq Stay | VISA DDA PUR AP - 469216    SQ STAY COOL ICE CREAM HERNDON     * VA | 679.00 | Cost of goods sold:Skin Care & Food Supplies |
| 08/12/2024 | | Tst Dons | VISA DDA PUR AP - 413746    TST THE DONS  WOOD FIRE   STERLING * VA | 135.08 | Cost of goods sold:Skin Care & Food Supplies |
| 08/12/2024 | | Tipicos Los | VISA DDA PUR AP - 476501 TIPICOS LOS AMIGOS STERLING    * VA | 48.54 | Cost of goods sold:Skin Care & Food Supplies |
| 08/12/2024 | | Sq Stay | VISA DDA PUR AP - 469216    SQ STAY COOL ICE CREAM   STERLING * VA | 825.00 | Cost of goods sold:Skin Care & Food Supplies |
| 08/12/2024 | | Image Skincare | VISA DDA PUR AP - 449216    IMAGE SKINCARE PR HTTPSPROFESSI * FL | 1,438.50 | Cost of goods sold:Skin Care & Food Supplies |
| 08/12/2024 | | TSYS/TRANSFIRST MERCH FEES | TSYS/TRANSFIRST  MERCH FEES | 2,648.27 | General business expenses:Merchant account fees |
| 08/12/2024 | | Blackhawk | VISA DDA PUR AP - 478930 BLACKHAWK ISSUED CONTENT 480 4866880  * CA | 10.00 | General business expenses:Merchant account fees |
| 08/12/2024 | | QuickBooks Payments | VISA DDA PUR AP - 469216    INTUIT QBOOKS ONLINE     CL INTUIT COM * CA | 65.00 | Office expenses:Software & apps |
| 08/12/2024 | | Russian Gourmet | VISA DDA PUR AP - 469216    SQ RUSSIAN GOURMET  TAS HERNDON     * VA | 185.56 | Meals |
| 08/13/2024 | 14346 | Lucas Gavitt | CHECK 14346 | 45.00 | Payroll expenses:Wages and Compensation |
| 08/13/2024 | 14363 | Kelly DeMarce | CHECK 14363 | 90.00 | Payroll expenses:Wages and Compensation |
| 08/13/2024 | 14365 | Lucas Gavitt | CHECK 14365 | 90.00 | Payroll expenses:Wages and Compensation |
| 08/13/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON PRIME RM3GI1SE0 AMZN COM BILL * WA | 14.99 | Office expenses |
| 08/14/2024 | 14360 | Morris, Sheila | CHECK 14360 | 1,585.00 | Payroll expenses:Wages and Compensation |
| 08/14/2024 | | Ready Care | VISA DDA PUR AP - 427539    READY CARE PURE FIJI    303 3417171  * CO | 267.12 | Inventory Asset |
| 08/14/2024 | | Ready Care | VISA DDA PUR AP - 427539    READY CARE PURE FIJI    303 3417171  * CO | 337.93 | Inventory Asset |
| 08/14/2024 | | Ready Care | VISA DDA PUR AP - 427539    READY CARE PURE FIJI    303 3417171  * CO | 778.60 | Inventory Asset |
| 08/15/2024 | | Comcast | COMCAST 8299610 451095748 | 64.16 | Utilities:Telephone & Internet |
| 08/19/2024 | 14371 | Shokoofeh Bastani Elahabadi | CHECK 14371 | 1,305.87 | Payroll expenses:Wages and Compensation |
| 08/19/2024 | | Avast | VISA DDA PUR AP - 469216    AVAST ADPXXXXXX6819     AVAST COM ORD * AZ | 29.88 | Office expenses:Software & apps |
| 08/19/2024 | | Avast | VISA DDA PUR AP - 469216    AVAST ADPXXXXXX2042     AVAST COM ORD * AZ | 76.19 | Office expenses:Software & apps |
| 08/19/2024 | | Avast | VISA DDA PUR AP - 469216    AVAST ADPXXXXXX3104     AVAST COM ORD * AZ | 39.99 | Office expenses:Software & apps |
| 08/19/2024 | | Avast | VISA DDA PUR AP - 469216    AVAST ADPXXXXXX1451     AVAST COM ORD * AZ | 41.88 | Office expenses:Software & apps |
| 08/19/2024 | | Avast | VISA DDA PUR AP - 469216    AVAST ADPXXXXXX8168     AVAST COM ORD * AZ | 47.88 | Office expenses:Software & apps |
| 08/19/2024 | | McAfee | VISA DDA PUR AP - 420429 MCAFEE COM AUTORENEWAL 866 6223911   * CA | 119.99 | Office expenses:Software & apps |

| Date | Num | Name | Memo/Description | Amount | Category |
|---|---|---|---|---|---|
| 08/19/2024 | | McAfee | VISA DDA PUR AP - 420429 MCAFEE COM AUTORENEWAL 866 6223911 * CA | 79.99 | Office expenses:Software & apps |
| 08/19/2024 | | LOTTE PLAZA | DDA PURCHASE AP - 56808206 LOTTE PLAZA STE        JESSUP * MD | 77.45 | Cost of goods sold:Skin Care & Food Supplies |
| 08/19/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269    ARC3 GASES 202       804 644 4521 * VA | 344.95 | Cost of goods sold:Skin Care & Food Supplies |
| 08/20/2024 | 1018 | Stephen Metz Subchapter  v Trustee | CHECK 1018 | 10,000.00 | Legal & accounting services:Professional Fees Bankruptcy |
| 08/20/2024 | 14349 | Vahid Coskun | CHECK 14349 | 90.00 | Payroll expenses:Wages and Compensation |
| 08/20/2024 | 14369 | Vahid Coskun | CHECK 14369 | 90.00 | Payroll expenses:Wages and Compensation |
| 08/20/2024 | 14372 | Denis Anpilogov | CHECK 14372 | 400.00 | Payroll expenses:Wages and Compensation |
| 08/20/2024 | 14383 | Dagmar Benesova | CHECK 14383 | 2,917.46 | Payroll expenses:Wages and Compensation |
| 08/20/2024 | | Whole Foods | DDA PURCHASE AP - 313149 WHOLEFDS BMT  10 19800 B ASHBURN      * VA | 181.56 | Cost of goods sold:Skin Care & Food Supplies |
| 08/20/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL R48YS9JD2 AMZN COM BILL * WA | 397.39 | Inventory Asset |
| 08/20/2024 | | Amazon | VISA DDA PUR AP - 401134 AMAZON MARK  R43H95NY2 HTTPSAMAZON C * WA | 120.82 | Inventory Asset |
| 08/20/2024 | | Amazon | VISA DDA PUR AP - 401134 AMAZON RETA  R49EW43B2 WWW AMAZON CO * WA | 38.94 | Office expenses |
| 08/20/2024 | | Amazon | VISA DDA PUR AP - 401134 AMAZON MARK  R49SG7TA2 HTTPSAMAZON C * WA | 98.56 | Office expenses |
| 08/20/2024 | | Amazon | VISA DDA PUR AP - 469216    AMZN MKTP US RU19K0BN0    AMZN COM BILL * WA | 91.14 | Office expenses |
| 08/20/2024 | | Candela Corporation | VISA DDA PUR AP - 490641 CANDELA CORP US       508 2500099    * MA | 1,001.70 | Tools, machinery, and equipment |
| 08/20/2024 | | Accupay Taxes | 1555 SKIN LOGIC  TRANSFER | 5,500.25 | Taxes paid:Payroll taxes |
| 08/20/2024 | | Accupay Accounting | 1555 SKIN LOGIC  TRANSFER | 216.47 | Payroll expenses:Payroll Accounting Fees |
| 08/20/2024 | | Accupay Payroll | NATPAY-10570488  DIRDEP | 13,659.61 | Payroll expenses:Wages and Compensation |
| 08/21/2024 | 14373 | Jacob Bogatin | CHECK 14373 | 1,875.00 | Payroll expenses:Wages and Compensation |
| 08/21/2024 | 14374 | Porfirio H. Ramos Bonilla | POD CHECK | 960.00 | Payroll expenses:Wages and Compensation |
| 08/21/2024 | 14375 | Randy Salomon De La Cruz | CHECK 14375 | 1,445.38 | Payroll expenses:Wages and Compensation |
| 08/21/2024 | 14377 | Morris, Sheila | CHECK 14377 | 1,692.00 | Payroll expenses:Wages and Compensation |
| 08/21/2024 | | Universal Companies | VISA DDA PUR AP - 449398 UNIVERSAL COMPANIES      276 591 4102 * VA | 58.43 | Cost of goods sold:Skin Care & Food Supplies |
| 08/21/2024 | | Candela Corporation | VISA DDA PUR AP - 490641 CANDELA CORP US       508 2500099    * MA | 586.07 | Tools, machinery, and equipment |
| 08/21/2024 | | CosmoProf | DDA PURCHASE AP - 319183 COSMOPROF  6425 21800 TO STERLING     * VA | 277.74 | Cost of goods sold:Skin Care & Food Supplies |
| 08/21/2024 | | Eminence Organic Skin | INTL DDA PUR AP - 431518 EMINENCE ORGANIC SKIN CA VANCOUVER    C AN | 1,087.79 | Cost of goods sold:Skin Care & Food Supplies |
| 08/21/2024 | | VA DEPT TAXATION TAX | VA DEPT TAXATION TAX PAYMEN | 16.06 | Taxes paid:State taxes |
| 08/22/2024 | | Shape of Nails | VISA DDA PUR AP - 479338    SHAPE OF NAILS LLC       RESTON    * VA | 138.00 | Owner draws |
| 08/23/2024 | 14376 | Gunkova, Valeria | CHECK 14376 | 2,887.66 | Payroll expenses:Wages and Compensation |
| 08/23/2024 | | Walmart | DDA PURCHASE AP - 20380026  WM SUPERC WAL MART SUP STERLING     * VA | 484.02 | Inventory Asset |
| 08/23/2024 | | Image Skincare | VISA DDA PUR AP - 401339    IMAGE SKINCARE      561 7912602  * FL | 2,469.50 | Cost of goods sold:Skin Care & Food Supplies |
| 08/23/2024 | | Panera Bread | VISA DDA PUR AP - 469216 PANERA BREAD  601579 O    571 434 8701 * VA | 61.36 | Meals |
| 08/23/2024 | | USPS | DDA PURCHASE AP - 88034298 USPS PO S 46164 WESTLA STERLING     * VA | 35.34 | Office expenses |
| 08/26/2024 | 14385 | Shokoofeh Bastani Elahabadi | CHECK 14385 | 1,127.68 | Payroll expenses:Wages and Compensation |
| 08/26/2024 | | AT&T | T-MOBILE      PCS SVC | 184.27 | Utilities:Telephone & Internet |

| Date | Check # | Payee | Description | Amount | Category |
|---|---|---|---|---|---|
| 08/26/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269    ARC3 GASES 202        804 644 4521  * VA | 146.93 | Cost of goods sold:Skin Care & Food Supplies |
| 08/26/2024 | | The Hartford | THE HARTFORD    INSPMTCL | 765.36 | Insurance |
| 08/27/2024 | | State Farm | STATE FARM RO 27 CPC-CLIENT | 270.33 | Insurance |
| 08/27/2024 | | Comcast | COMCAST      CABLE | 345.00 | Utilities:Telephone & Internet |
| 08/28/2024 | 14381 | Lucas Gavitt | CHECK 14381 | 135.00 | Payroll expenses:Wages and Compensation |
| 08/28/2024 | 14382 | Katharina Hemingway | CHECK 14382 | 45.00 | Payroll expenses:Wages and Compensation |
| 08/28/2024 | | Indeed | VISA DDA PUR AP - 479338 INDEED 96614091        800 4625842   * TX | 120.00 | General business expenses:Merchant account fees |
| 08/28/2024 | | Mindbody Inc | VISA DDA PUR AP - 469216    WL MINDBODY INC      805 250 8506  * CA | 674.10 | Office expenses:Software & apps |
| 08/29/2024 | | Amazon | VISA DDA PUR AP - 401134 AMAZON MARK  RK75D84Z1 HTTPSAMAZON C * WA | 48.74 | Office expenses |
| 08/30/2024 | | Ap Puls Ca | VISA DDA PUR AP - 411641    PULS COM        713 568 3458  * CA | 34.99 | Repairs & maintenance |
| 08/30/2024 | | Accupay Payroll | NATPAY-10570488  DIRDEP | 5,131.06 | Payroll expenses:Wages and Compensation |
| | | **TOTAL** | | **$    101,506.45** | |

# SKIN LOGIC LLC

## Profit and Loss

### August 2024

|  | TOTAL |
|---|---|
| **Income** |  |
|   Sales |  |
|   Services Income | 107,000.94 |
|   **Total Sales** | **107,000.94** |
| **Total Income** | **$107,000.94** |
| **Cost of Goods Sold** |  |
|   Cost of goods sold |  |
|   Skin Care & Food Supplies | 9,486.91 |
|   **Total Cost of goods sold** | **9,486.91** |
| **Total Cost of Goods Sold** | **$9,486.91** |
| **GROSS PROFIT** | **$97,514.03** |
| **Expenses** |  |
|   Advertising & marketing | 1,002.96 |
|   General business expenses |  |
|   Merchant account fees | 2,778.27 |
|   **Total General business expenses** | **2,778.27** |
|   Insurance | 1,035.69 |
|   Legal & accounting services |  |
|   Professional Fees Bankruptcy | 10,000.00 |
|   **Total Legal & accounting services** | **10,000.00** |
|   Meals | 274.18 |
|   Office expenses | 1,178.86 |
|   Software & apps | 1,344.42 |
|   **Total Office expenses** | **2,523.28** |
|   Payroll expenses |  |
|   Payroll Accounting Fees | 1,195.12 |
|   Wages and Compensation | 53,515.98 |
|   **Total Payroll expenses** | **54,711.10** |
|   Repairs & maintenance | 122.50 |
|   Taxes paid |  |
|   Payroll taxes | 11,939.71 |
|   State taxes | 16.06 |
|   **Total Taxes paid** | **11,955.77** |
|   Utilities |  |
|   Telephone & Internet | 867.43 |
|   **Total Utilities** | **867.43** |
| **Total Expenses** | **$85,271.18** |
| **NET OPERATING INCOME** | **$12,242.85** |
| **NET INCOME** | **$12,242.85** |

# TD Bank

**America's Most Convenient Bank®**

E   STATEMENT OF ACCOUNT



SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA
2 PIDGEON HILL DR STE 100
STERLING VA 20165-6148

Page:                                      1 of 12
Statement Period:    Aug 01 2024-Aug 31 2024
Cust Ref #:              4441099515-039-E-***
Primary Account #:                     9515

## Chapter 11 Checking

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

Account # 9515

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,007.20 | Average Collected Balance | 12,526.63 |
| Electronic Deposits | 107,000.94 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 41,810.66 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 59,695.79 | Days in Period | 31 |
| Ending Balance | 12,501.69 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $175.00 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $175.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,662.99 |
| 08/01 | CCD DEPOSIT, SYNCHRONY BANK MTOT DEP ****12130137961 | 1,742.68 |
| 08/01 | eTransfer Credit, Online Xfer Transfer from CK 5259 | 960.90 |
| 08/02 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,339.38 |
| 08/05 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,872.07 |
| 08/05 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,339.94 |
| 08/06 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,216.52 |
| 08/06 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,033.34 |
| 08/07 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,155.34 |
| 08/08 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,645.95 |
| 08/09 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 7,692.09 |
| 08/09 | CCD DEPOSIT, CLASSPASS INC. EDI PYMNTS ****99083004747 | 510.00 |
| 08/12 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 11,120.39 |
| 08/12 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 7,307.33 |
| 08/12 | CCD DEPOSIT, SYNCHRONY BANK MTOT DEP ****12130137961 | 376.40 |
| 08/13 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,072.67 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ① Ending Balance | | 12,501.69 |
| ② Total Deposits | + | |
| ③ Sub Total | | |
| ④ Total Withdrawals | - | |
| ⑤ Adjusted Balance | | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank

**America's Most Convenient Bank®**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 3 of 12 |
| Statement Period: | Aug 01 2024-Aug 31 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | 9515 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/13 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 875.71 |
| 08/14 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,511.29 |
| 08/15 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,505.35 |
| 08/16 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 7,258.57 |
| 08/16 | CCD DEPOSIT, SPA WEEK MEDIA G ACH PMT ****1557214 | 123.00 |
| 08/19 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,524.78 |
| 08/19 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,550.59 |
| 08/20 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 10,976.72 |
| 08/20 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,511.11 |
| 08/21 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,685.45 |
| 08/22 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,316.34 |
| 08/22 | CCD DEPOSIT, SYNCHRONY BANK MTOT DEP ****12130137961 | 1,037.08 |
| 08/23 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,196.54 |
| 08/23 | CCD DEPOSIT, SYNCHRONY BANK MTOT DEP ****12130137961 | 2,147.60 |
| 08/26 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,290.75 |
| 08/26 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,769.54 |
| 08/27 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,002.81 |
| 08/27 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,098.03 |
| 08/28 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,953.38 |
| 08/29 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 431.51 |
| 08/30 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,186.80 |
| | Subtotal: | 107,000.94 |

### Checks Paid    No. Checks: 32

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/20 | 1018 | 10,000.00 | 08/14 | 14360 | 1,585.00 |
| 08/05 | 14326* | 337.07 | 08/07 | 14361 | 130.00 |
| 08/02 | 14345* | 90.00 | 08/13 | 14363* | 90.00 |
| 08/13 | 14346 | 45.00 | 08/09 | 14364 | 45.00 |
| 08/20 | 14349* | 90.00 | 08/13 | 14365 | 90.00 |
| 08/08 | 14351* | 1,875.00 | 08/08 | 14367* | 199.15 |
| 08/02 | 14352 | 1,179.05 | 08/02 | 14368 | 2,666.55 |
| 08/05 | 14353 | 955.84 | 08/20 | 14369 | 90.00 |
| 08/12 | 14354 | 2,827.69 | 08/09 | 14370 | 384.00 |
| 08/08 | 14355 | 1,588.77 | 08/19 | 14371 | 1,305.87 |
| 08/05 | 14358* | 1,314.82 | 08/20 | 14372 | 400.00 |
| 08/09 | 14359 | 1,436.67 | 08/21 | 14373 | 1,875.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 4 of 12 |
| Statement Period: | Aug 01 2024-Aug 31 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | 9515 |

---

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/21 | 14374 | 960.00 | 08/28 | 14381* | 135.00 |
| 08/21 | 14375 | 1,445.38 | 08/28 | 14382 | 45.00 |
| 08/23 | 14376 | 2,887.66 | 08/20 | 14383 | 2,917.46 |
| 08/21 | 14377 | 1,692.00 | 08/26 | 14385* | 1,127.68 |
| | | | | Subtotal: | 41,810.66 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 6,439.46 |
| 08/01 | DBCRD PUR AP, *****04034431860, AUT 073124 VISA DDA PUR AP INMODE E STORE        HTTPSUS INMOD * CA | 1,650.00 |
| 08/01 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 144.36 |
| 08/02 | DBCRD PUR AP, *****04034431860, AUT 080124 VISA DDA PUR AP ARC3 GASES 202        804 644 4521 * VA | 145.14 |
| 08/02 | DBCRD PUR AP, *****04034431860, AUT 080124 VISA DDA PUR AP GOOGLE GSUITE ARIAMEDI    CC GOOGLE COM * CA | 50.40 |
| 08/02 | DBCRD PUR AP, *****04034431860, AUT 080124 VISA DDA PUR AP GOOGLE GSUITE VNBMANAG    CC GOOGLE COM * CA | 34.15 |
| 08/02 | DBCRD PUR AP, *****04034431860, AUT 073124 VISA DDA PUR AP STARBUCKS STORE 11313    STERLING    * VA | 27.26 |
| 08/05 | DBCRD PUR AP, *****04034431860, AUT 080224 VISA DDA PUR AP PST MYADVICECEATUS MRKTG   435 5757470  * UT | 1,002.96 |
| 08/05 | DBCRD PUR AP, *****04034431860, AUT 080224 VISA DDA PUR AP ARC3 GASES 202        804 644 4521 * VA | 344.95 |
| 08/05 | DBCRD PUR AP, *****04034431860, AUT 080224 VISA DDA PUR AP ARC3 GASES 202        804 644 4521 * VA | 146.93 |
| 08/05 | DBCRD PUR AP, *****04034431860, AUT 080124 VISA DDA PUR AP AMAZON MKTPL RV9XC9Y91    AMZN COM BILL * WA | 58.30 |
| 08/05 | DBCRD PMT AP, *****04034431860, AUT 080424 VISA DDA PUR AP PCHELPSFT COM        877 2913417  * VA | 49.97 |
| 08/05 | DBCRD PMT AP, *****04034431860, AUT 080324 VISA DDA PUR AP INTUIT  QBOOKS ONLINE    CL INTUIT COM * CA | 35.00 |
| 08/06 | ELECTRONIC PMT-WEB, VERIZON PAYMENTREC ****340630001 | 274.00 |
| 08/07 | DBCRD PUR AP, *****04034431860, AUT 080524 VISA DDA PUR AP LASOURCE CORP        888 2951799  * PA | 986.71 |
| 08/07 | DBCRD PUR AP, *****04034431860, AUT 080424 VISA DDA PUR AP AMAZON MKTPL RF4JS6SB1    AMZN COM BILL * WA | 69.94 |
| 08/08 | CCD DEBIT, NATPAY-10570488 DIRDEP 10570488 | 2,914.65 |
| 08/08 | CCD DEBIT, NATPAY-10570488 TRANSFER 10570488 | 834.29 |
| 08/09 | DEBIT POS AP, *****04034431860, AUT 080924 DDA PURCHASE AP RESTAURANT DEPOT        CHANTILLY   * VA | 632.73 |


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 5 of 12 |
| Statement Period: | Aug 01 2024-Aug 31 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | ▉515 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/09 | DEBIT POS AP, *****04034431860, AUT 080924 DDA PURCHASE AP PARTY CITY CORPORATION    STERLING    * VA | 414.04 |
| 08/09 | DEBIT POS AP, *****04034431860, AUT 080924 DDA PURCHASE AP PARTY CITY CORPORATION    STERLING    * VA | 119.25 |
| 08/09 | DBCRD PUR AP, *****04034431860, AUT 080724 VISA DDA PUR AP COMMONWEALTH DIGITAL OFF    703 4507171   * VA | 87.51 |
| 08/09 | DEBIT POS AP, *****04034431860, AUT 080924 DDA PURCHASE AP SUNOCO 08538449      STERLING    * VA | 70.01 |
| 08/09 | DEBIT POS AP, *****04034431860, AUT 080924 DDA PURCHASE AP FOOD LION 1337 20789    STERLING    * VA | 65.69 |
| 08/09 | DEBIT POS AP, *****04034431860, AUT 080924 DDA PURCHASE AP SUNOCO 08538449      STERLING    * VA | 39.77 |
| 08/12 | CCD DEBIT, TSYS/TRANSFIRST MERCH FEES ****84555830732 | 2,648.27 |
| 08/12 | DBCRD PUR AP, *****04034431860, AUT 081024 VISA DDA PUR AP IMAGE SKINCARE PR    HTTPSPROFESSI * FL | 1,438.50 |
| 08/12 | DBCRD PUR AP, *****04034431860, AUT 081024 VISA DDA PUR AP SQ STAY COOL ICE CREAM    STERLING    * VA | 825.00 |
| 08/12 | DBCRD PUR AP, *****04034431860, AUT 081024 VISA DDA PUR AP SQ STAY COOL ICE CREAM    HERNDON    * VA | 679.00 |
| 08/12 | DBCRD PUR AP, *****04034431860, AUT 081024 VISA DDA PUR AP SQ MYLITTLECASTLE    STERLING    * VA | 381.00 |
| 08/12 | DBCRD PUR AP, *****04034431860, AUT 080924 VISA DDA PUR AP SQ RUSSIAN GOURMET TAS    HERNDON    * VA | 185.56 |
| 08/12 | DBCRD PUR AP, *****04034431860, AUT 081024 VISA DDA PUR AP TST THE DONS WOOD FIRE    STERLING    * VA | 135.08 |
| 08/12 | DBCRD PUR AP, *****04034431860, AUT 080824 VISA DDA PUR AP NEIMAN MARCUS REST 023    MCLEAN    * VA | 79.84 |
| 08/12 | DBCRD PMT AP, *****04034465595, AUT 080924 VISA DDA PUR AP INTUIT QBOOKS ONLINE    CL INTUIT COM * CA | 65.00 |
| 08/12 | DBCRD PUR AP, *****04034431860, AUT 080924 VISA DDA PUR AP TIPICOS LOS AMIGOS    STERLING    * VA | 48.54 |
| 08/12 | DBCRD PMT AP, *****04034431860, AUT 080824 VISA DDA PUR AP BLACKHAWK ISSUED CONTENT    480 4866880   * CA | 10.00 |
| 08/13 | DBCRD PUR AP, *****04034431860, AUT 081224 VISA DDA PUR AP AMAZON PRIME RM3GI1SE0    AMZN COM BILL * WA | 14.99 |
| 08/14 | DBCRD PUR AP, *****04034431860, AUT 081324 VISA DDA PUR AP READY CARE PURE FIJI      303 3417171   * CO | 778.60 |
| 08/14 | DBCRD PUR AP, *****04034431860, AUT 081324 VISA DDA PUR AP READY CARE PURE FIJI      303 3417171   * CO | 337.93 |
| 08/14 | DBCRD PUR AP, *****04034431860, AUT 081324 VISA DDA PUR AP READY CARE PURE FIJI      303 3417171   * CO | 267.12 |
| 08/15 | ACH DEBIT, COMCAST 8299610 451095748 7058231 | 64.16 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 6 of 12 |
| Statement Period: | Aug 01 2024-Aug 31 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | 9515 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/19 | DBCRD PUR AP, *****04034431860, AUT 081624 VISA DDA PUR AP ARC3 GASES 202     804 644 4521 * VA | 344.95 |
| 08/19 | DBCRD PUR AP, *****04034431860, AUT 081724 VISA DDA PUR AP MCAFEE COM AUTORENEWAL     866 6223911  * CA | 119.99 |
| 08/19 | DBCRD PUR AP, *****04034431860, AUT 081724 VISA DDA PUR AP MCAFEE COM AUTORENEWAL     866 6223911  * CA | 79.99 |
| 08/19 | DEBIT POS AP, *****04034431860, AUT 081924 DDA PURCHASE AP LOTTE PLAZA STE      JESSUP       * MD | 77.45 |
| 08/19 | DBCRD PUR AP, *****04034431860, AUT 081824 VISA DDA PUR AP AVAST ADP1545012042     AVAST COM ORD * AZ | 76.19 |
| 08/19 | DBCRD PUR AP, *****04034431860, AUT 081824 VISA DDA PUR AP AVAST ADP1545038168     AVAST COM ORD * AZ | 47.88 |
| 08/19 | DBCRD PUR AP, *****04034431860, AUT 081824 VISA DDA PUR AP AVAST ADP1545011451     AVAST COM ORD * AZ | 41.88 |
| 08/19 | DBCRD PUR AP, *****04034431860, AUT 081724 VISA DDA PUR AP AVAST ADP1544923104     AVAST COM ORD * AZ | 39.99 |
| 08/19 | DBCRD PUR AP, *****04034431860, AUT 081824 VISA DDA PUR AP AVAST ADP1545016819     AVAST COM ORD * AZ | 29.88 |
| 08/20 | CCD DEBIT, NATPAY-10570488 DIRDEP 10570488 | 13,659.61 |
| 08/20 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 5,500.25 |
| 08/20 | DBCRD PUR AP, *****04034431860, AUT 081924 VISA DDA PUR AP CANDELA CORP US      508 2500099  * MA | 1,001.70 |
| 08/20 | DBCRD PUR AP, *****04034431860, AUT 081924 VISA DDA PUR AP AMAZON MKTPL R48YS9JD2    AMZN COM BILL * WA | 397.39 |
| 08/20 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 216.47 |
| 08/20 | DEBIT POS AP, *****04034431860, AUT 082024 DDA PURCHASE AP WHOLEFDS BMT 10 19800 B   ASHBURN      * VA | 181.56 |
| 08/20 | DBCRD PUR AP, *****04034431860, AUT 081924 VISA DDA PUR AP AMAZON MARK R43H95NY2    HTTPSAMAZON C * WA | 120.82 |
| 08/20 | DBCRD PUR AP, *****04034431860, AUT 081824 VISA DDA PUR AP AMAZON MARK R49SG7TA2    HTTPSAMAZON C * WA | 98.56 |
| 08/20 | DBCRD PUR AP, *****04034431860, AUT 081924 VISA DDA PUR AP AMZN MKTP US RU19K0BN0    AMZN COM BILL * WA | 91.14 |
| 08/20 | DBCRD PUR AP, *****04034431860, AUT 081924 VISA DDA PUR AP AMAZON RETA R49EW43B2    WWW AMAZON CO * WA | 38.94 |
| 08/21 | INTL DBCD PUR AP, *****04034431860, AUT 081924 INTL DDA PUR AP EMINENCE ORGANIC SKIN CA  VANCOUVER    C AN | 1,087.79 |
| 08/21 | DBCRD PUR AP, *****04034431860, AUT 082024 VISA DDA PUR AP CANDELA CORP US      508 2500099  * MA | 586.07 |
| 08/21 | DEBIT POS AP, *****04034431860, AUT 082124 DDA PURCHASE AP COSMOPROF 6425 21800 TO   STERLING    * VA | 277.74 |
| 08/21 | DBCRD PUR AP, *****04034431860, AUT 081924 VISA DDA PUR AP UNIVERSAL COMPANIES     276 591 4102 * VA | 58.43 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 7 of 12 |
| Statement Period: | Aug 01 2024-Aug 31 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | ▇▇▇▇515 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/21 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3849 | 16.06 |
| 08/22 | DBCRD PUR AP, *****04034431860, AUT 082124 VISA DDA PUR AP SHAPE OF NAILS LLC     RESTON     * VA | 138.00 |
| 08/23 | DBCRD PUR AP, *****04034431860, AUT 081924 VISA DDA PUR AP IMAGE SKINCARE     561 7912602   * FL | 2,469.50 |
| 08/23 | DEBIT POS AP, *****04034431860, AUT 082324 DDA PURCHASE AP WM SUPERC WAL MART SUP     STERLING   * VA | 484.02 |
| 08/23 | DBCRD PUR AP, *****04034431860, AUT 082224 VISA DDA PUR AP PANERA BREAD 601579 O     571 434 8701 * VA | 61.36 |
| 08/23 | DEBIT POS AP, *****04034431860, AUT 082324 DDA PURCHASE AP USPS PO 5 46164 WESTLA     STERLING   * VA | 35.34 |
| 08/26 | CCD DEBIT, THE HARTFORD INSPMTCL 16634456 | 765.36 |
| 08/26 | ELECTRONIC PMT-WEB, T-MOBILE PCS SVC 0299865 | 184.27 |
| 08/26 | DBCRD PUR AP, *****04034431860, AUT 082224 VISA DDA PUR AP ARC3 GASES 202     804 644 4521 * VA | 146.93 |
| 08/27 | CCD DEBIT, COMCAST CABLE 0965243 | 345.00 |
| 08/27 | CCD DEBIT, STATE FARM RO 27 CPC-CLIENT ** S **94797707 | 270.33 |
| 08/28 | DBCRD PMT AP, *****04034431860, AUT 082724 VISA DDA PUR AP WL  MINDBODY INC     805 250 8506  * CA | 674.10 |
| 08/28 | DBCRD PUR AP, *****04034431860, AUT 082724 VISA DDA PUR AP INDEED 96614091     800 4625842  * TX | 120.00 |
| 08/29 | DBCRD PUR AP, *****04034431860, AUT 082824 VISA DDA PUR AP AMAZON MARK RK75D84Z1     HTTPSAMAZON C * WA | 48.74 |
| 08/30 | CCD DEBIT, NATPAY-10570488 DIRDEP 10570488 | 5,131.06 |
| 08/30 | DBCRD PMT AP, *****04034431860, AUT 082924 VISA DDA PUR AP PULS COM     713 568 3458  * CA | 34.99 |

Subtotal:     59,695.79

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 7,007.20 | 08/16 | 28,893.44 |
| 08/01 | 4,139.95 | 08/19 | 32,804.74 |
| 08/02 | 2,286.78 | 08/20 | 10,488.67 |
| 08/05 | 3,252.95 | 08/21 | 6,175.65 |
| 08/06 | 7,228.81 | 08/22 | 9,391.07 |
| 08/07 | 9,197.50 | 08/23 | 8,797.33 |
| 08/08 | 3,431.59 | 08/26 | 10,633.38 |
| 08/09 | 8,339.01 | 08/27 | 13,118.89 |
| 08/12 | 17,819.65 | 08/28 | 14,098.17 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

Page:                                       8 of 12
Statement Period:        Aug 01 2024-Aug 31 2024
Cust Ref #:                    44410995515-039-E-***
Primary Account #:                             9515

| DAILY BALANCE SUMMARY | | | |
|---|---|---|---|
| DATE | BALANCE | DATE | BALANCE |
| 08/13 | 20,528.04 | 08/29 | 14,480.94 |
| 08/14 | 20,070.68 | 08/30 | 12,501.69 |
| 08/15 | 21,511.87 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

Page:                  9 of 12
Statement Period:      Aug 01 2024-Aug 31 2024
Cust Ref #:            4441099515-039-E-***
Primary Account #:     ██████9515



#1018     08/20     $10,000.00



#14326    08/05     $337.07



#14345    08/02     $90.00

#14346    08/13     $45.00



#14349    08/20     $90.00

#14351    08/08     $1,875.00



#14352    08/02     $1,179.05

#14353    08/05     $955.84



#14354    08/12     $2,827.69



#14355    08/08     $1,588.77

# **TD Bank**
### America's Most Convenient Bank®

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

STATEMENT OF ACCOUNT

Page:                   10 of 12
Statement Period:       Aug 01 2024-Aug 31 2024
Cust Ref #:             4441099515-039-E-***
Primary Account #:               9515



| #14358 | 08/05 | $1,314.82 |
| #14359 | 08/09 | $1,436.67 |
| #14360 | 08/14 | $1,585.00 |
| #14361 | 08/07 | $130.00 |
| #14363 | 08/13 | $90.00 |
| #14364 | 08/09 | $45.00 |
| #14365 | 08/13 | $90.00 |
| #14367 | 08/08 | $199.15 |
| #14368 | 08/02 | $2,666.55 |
| #14369 | 08/20 | $90.00 |

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

Page:                    11 of 12
Statement Period:    Aug 01 2024-Aug 31 2024
Cust Ref #:            4441099515-039-E-***
Primary Account #:                      9515



| #14370 | 08/09 | $384.00 | #14371 | 08/19 | $1,305.87 |
| #14372 | 08/20 | $400.00 | #14373 | 08/21 | $1,875.00 |
| #14374 | 08/21 | $960.00 | #14375 | 08/21 | $1,445.38 |
| #14376 | 08/23 | $2,887.66 | #14377 | 08/26 | $1,692.00 |
| #14381 | 08/28 | $135.00 | #14382 | 08/28 | $45.00 |



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 12 of 12 |
| Statement Period: | Aug 01 2024-Aug 31 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | 9515 |



#14383        08/20        $2,917.46



#14385        08/26        $1,127.68