# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **SKIN LOGIC, LLC,** | ) Case No. 23-11352-KHK |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| **ANGELA SHORTALL, CHIEF RESTRUCTURING OFFICER FOR BNG GROUP, LLC,** | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| **SKIN LOGIC, LLC,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION AND HEARING

Angela Shortall, the chief restructuring officer for BNG Group LLC, has filed papers with the Court to move the Court for relief from the automatic stay.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

**IF YOU DO NOT WISH THE COURT TO GRANT THE RELIEF SOUGHT IN THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN WITHIN 14 DAYS FROM THE DATE OF SERVICE OF THIS MOTION, YOU MUST FILE A WRITTEN RESPONSE EXPLAINING YOUR POSITION**

Lawrence A. Katz (VA Bar No. 47664)
Allison P. Klena (VA Bar No. 96400)
Hirschler Fleischer, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703-584-8362
Facsimile:  703-584-8901
Email:   lkatz@hirschlerlaw.com
         aklena@hirschlerlaw.com

*Counsel for the Chief Restructuring Officer*

**WITH THE COURT AND SERVE A COPY ON THE MOVANT. UNLESS A WRITTEN RESPONSE IS FILED AND SERVED WITHIN THIS 14-DAY PERIOD, THE COURT MAY DEEM OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED, AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

**IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE EXPIRATION OF THE 14- DAY PERIOD. YOU MUST ALSO MAIL A COPY TO:**

> Lawrence A. Katz, Esquire
> Hirschler Fleischer, P.C.
> 1676 International Drive, Suite 1350
> Tysons, Virginia  22102.

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THE MOTION IS SCHEDULED TO BE HELD ON DECEMBER 5, 2024 AT 11:00 AM IN COURTROOM III (OR SUCH OTHER COURTROOM AS MAY BE ASSIGNED), IN THE UNITED STATES BANKRUPTCY COURT, 200 SOUTH WASHINGTON STREET, ALEXANDRIA, VIRGINIA 22314. IF NO TIMELY RESPONSE HAS BEEN FILED OPPOSING THE RELIEF REQUESTED, THE COURT MAY GRANT THE RELIEF WITHOUT HOLDING A HEARING.**

> */s/ Lawrence A. Katz*
> Lawrence A. Katz (VA Bar No. 47664)
> Allison P. Klena (VA Bar No. 96400)
> Hirschler Fleischer, PC
> 1676 International Drive, Suite 1350
> Tysons, VA 22102
> Telephone:  703-584-8362
> Facsimile:  703-584-8901
> Email:  lkatz@hirschlerlaw.com
>             aklena@hirschlerlaw.com
>
> *Counsel for Chief Restructuring Officer*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of November, 2024, a true and correct copy of the foregoing *Notice of Motion and Hearing* was served on the following parties receiving CM/ECF notices in this case:

- **Marc E. Albert**  marc.albert@stinson.com, dc05@ecfcbis.com; porsche.barnes@stinson.com; malbert@ecf.epiqsystems.com; joshua.cox@stinson.com
- **Alan D. Eisler**  aeisler@e-hlegal.com, mcghamilton@gmail.com
- **Jack Frankel**  jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov; Robert.W.Ours@usdoj.gov
- **Michael T. Freeman**  michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov
- **David William Gaffey**  dgaffey@whitefordlaw.com, clano@whitefordlaw.com
- **Stephen A. Metz**  smetz@offitkurman.com, MD71@ecfcbis.com
- **Tracey Michelle Ohm**  tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **Benjamin P. Smith**  bsmith@shulmanrogers.com, ctremper@shulmanrogers.com; kdiaz@shulmanrogers.com ;rparadis@shulmanrogers.com
- **Matthew J. Troy**  matthew.troy@usdoj.gov, USAVAE.ALX.ECF.CIVIL@usdoj.gov
- **Maurice Belmont VerStandig**  mac@mbvesq.com, lisa@mbvesq.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email
- **Gerard R. Vetter**  ustpregion04.ax.ecf@usdoj.gov

and by U.S. Mail, first class, postage prepaid, on and on each of the parties on the attached Mailing List.

*/s/ Lawrence A. Katz*
Lawrence A. Katz

# MAILING LIST

Cadence Bank
2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Cameron/ McEvoy PLLC
4100 Monument Corner Drive
Suite 420
Fairfax, VA 22030-8610

Capital One N.A. by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Capital One
PO Box 71087
Charlotte, NC 28272-1087

Citi
P.O. BOX 9001037
Louisville, KY 40290-1037

Discover Bank
P.O. Box 3025
New Albany, Oh 43054-3025

Discover
PO Box 6103
Carol Stream, IL 60197-6103

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

IRS
Special Procedures Support Staff
P. O. Box 10025
Richmond, VA 23240

KL Discovery Ontrack LLC
9023 Columbine Road
Eden Prairie, MN 55347

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

SBA
409 3rd Street, SW
Washington, DC 20416-0005

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

State Farm
US Bank
P O Box 790408
St Louis, MO 63179-0408

Sterling Investment, LLC
2 Pidgeon Hill Dr. Ste. 110
Sterling, VA 20165-6129

TD Bank
PO Box 100114
Columbia, SC 29202-3114

TD Bank, N.A.
PO BOX 1931
Burlingame, CA 94011-1931

The Law Office of Jay M. McDannell PLLC
10617 Jones St, #301A
Fairfax, VA 22030-7505

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Valeria Gunkova
2 Pidgeon Hill Drive
Sterling, VA  201655

Mark Irion, CM&AP
5300 Hickory Park Dr.
Suite 225
Glen Allen, VA  23059

SPS Consulting LLC
2273 Research Blvd, Ste. 701
Rockville, MD  20850

Bassman, Adelman & Weiss, P.C.
630 Sentry Pkwy
Bluebell, PA  19422