Stephen A. Metz (89738)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
smetz@offitkurman.com
Subchapter V Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **SKIN LOGIC, LLC** ) | |
| ) | **Case No. 23-11352-KHK** |
| ) | **Chapter 11** |
| **Debtor** ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**NOTICE OF
SUBCHAPTER V TRUSTEE'S MOTION FOR ENTRY OF AN ORDER APPROVING
SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS**

Stephen A. Metz, Subchapter V Trustee (the "Trustee") for Skin Logic, LLC (the "Debtor"), has filed a Motion for Entry of an Order Approving Sale of Substantially All of Debtor's Assets (the "Motion"). **Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one).**

**IF YOU DO NOT WISH THE COURT TO GRANT THE RELIEF SOUGHT IN THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN ON OR BEFORE DECEMBER 6, 2024, YOU MUST FILE A WRITTEN RESPONSE EXPLAINING YOUR POSITION WITH THE COURT AND SERVE A COPY ON THE MOVANT. UNLESS A WRITTEN RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY DEEM OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED, AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before December 6, 2024.

The hearing is scheduled for **January 14, 2025** at **12:00 p.m. at the U.S. Bankruptcy Court, Eastern District of Virginia, 200 S. Washington Street, Alexandria, VA 22314, Judge Kindred's Courtroom.**

**IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF**

**SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

        Respectfully submitted,

        **OFFIT KURMAN, P.A.**

By:   /s/ Stephen A. Metz
        Stephen A. Metz, Esq. (Bar. No. 89738)
        7501 Wisconsin Avenue, Suite 1000W
        Bethesda, Maryland 20814
        TEL:  (240) 507-1723
        FAX:  (240) 507-1735
        Email: smetz@offitkurman.com

*Subchapter V Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November, 2024, a copy of this Notice was served via CM/ECF on all registered ECF participants who have appeared in this case, and on November 15, 2024, this Notice will be mailed via first class mail, postage prepaid, to all creditors and parties in interest on the Court's matrix, and on:

The Elex Group, Inc.
PO Box 14
Medford, NJ 08055

Michael Lichtenstein, Esq.
Shulman Rogers
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854
*Counsel for EagleBank*

LEAF Commercial Capital, Inc.
2005 Market St.
Philadelphia, PA 19103

MindBody Processing
651 Tank Farm Rd.
San Luis Obispo, CA 93401

Accupay Payroll
50 S. Penn St. #5A
Hatboro, PA 19040

/s/ Stephen A. Metz
Stephen A. Metz

4866-0151-9607, v. 1