| Fill in this information to identify the case: | |
|---|---|
| Debtor Name | Skin Logic, LLC |
| United States Bankruptcy Court for the: | Eastern District of Virginia |
| Case number: | 23-11352 |

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11            12/17

| | | | |
|---|---|---|---|
| Month: | 9/2024 | Date report filed: | 11/18/2024 |
| | | | MM / DD / YYYY |
| Line of business: | Medispa | NAISC code: | |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

| | |
|---|---|
| Responsible party: | Stephen Metz, Subchapter V Trustee |
| Original signature of responsible party | /s/ Stephen Metz |
| Printed name of responsible party | Stephen Metz |

The Subchapter V Trustee was authorized to operate the Debtor's business by order entered September 27, 2023. The responses to some of the questions are on information and belief based upon information provided to the Trustee from Valeria Gunkova and Jacob Bogatin.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Skin Logic, LLC | Case number | 23-11352 |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 12,501.69

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 92,182.33

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 88,624.19

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 3,558.14

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 16,059.83

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ See Exhibit E

Debtor Name  Skin Logic, LLC                                      Case number  23-11352

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                           $ _____0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                        _____28

27. What is the number of employees as of the date of this monthly report?           _____28

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ _____0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____0.00

30. How much have you paid this month in other professional fees?                    $ _____0.00

31. How much have you paid in total other professional fees since filing the case?   $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 85,000.00 | − | $ 92,182.33 | = | $ 7,182.33 |
| 33. **Cash disbursements** | $ 85,000.00 | − | $ 88,624.19 | = | $ 3,624.19 |
| 34. **Net cash flow** | $ 0.00 | − | $ 3,558.14 | = | $ 3,558.14 |

35. Total projected cash receipts for the next month:                               $ 85,000.00

36. Total projected cash disbursements for the next month:                        − $ 85,000.00

37. Total projected net cash flow for the next month:                             = $ 0.00

Debtor Name  Skin Logic, LLC                                                    Case number  23-11352

## ▮ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

## EXHIBIT A

3.      The Debtor did not pay lease payments to EagleBank/Elix.

4.      The Debtor issued checks to all employees but delayed (in some cases) delivering physical checks to some employees due to cash flow issues.

## EXHIBIT B

10.     One pre-petition account at TD Bank was not closed yet, but it had no activity.

## EXHIBIT E (Payables)

- The Debtor did not pay its EagleBank/Elix leases since the petition date.  According to Mr. Bogatin, the monthly payments total $3,661.51.  The Debtor negotiated a modification to the agreement(s) and is awaiting written confirmation of such modification.  The Trustee filed a motion to sell substantially all of the Debtor's assets.  If a sale closes, the sales proceeds will be utilized to satisfy this claim as part of EagleBank's secured claim.
- A dispute exists between the Debtor and BNG, pursuant to which the Debtor contends it funded construction costs for suites in the building and that the funding of those construction costs constitutes prepaid rent.  The Debtor took the position that it should be paying BNG $12,000 per month in rent, as opposed to the contractual rent obligation of approximately $28,000 per month.  The Trustee is in the process of attempting negotiate a resolution of this issue with BNG.

4895-0283-8780, v. 1

| EXHIBIT C CASH RECEIPTS SUMMARY | | | |
|---|---|---|---|
| SEPTEMBER 2024 | | | |
| | | | |
| | | | |
| TD BANK | ███ 9515 | | $ 92,182.33 |
| | | | |
| | | | |
| **TOTAL** | | | **$ 92,182.33** |

| CHAPTER 11 CHECKING 9515 | | | | |
|---|---|---|---|---|
| RECEIPTS | | | | |
| SEPTEMBER 2024 | | | | |
| Date | Payee | Memo | Deposit | Account |
| 09/03/2024 | VRBO | VRBO        PAYMENT | 915.36 | Sales:Services Income |
| 09/03/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 4,958.23 | Sales:Services Income |
| 09/03/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 1,286.75 | Sales:Services Income |
| 09/03/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 310.15 | Sales:Services Income |
| 09/03/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 4,357.85 | Sales:Services Income |
| 09/04/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 3,143.09 | Sales:Services Income |
| 09/05/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 861.22 | Sales:Services Income |
| 09/06/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 3,616.68 | Sales:Services Income |
| 09/09/2024 | Synchrony Bank Mtot | SYNCHRONY BANK   MTOT DEP | 1,411.50 | Sales:Services Income |
| 09/09/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 614.32 | Sales:Services Income |
| 09/09/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 2,758.41 | Sales:Services Income |
| 09/10/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 500.51 | Sales:Services Income |
| 09/10/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 360.59 | Sales:Services Income |
| 09/11/2024 | RETURNED ITEM | RETURNED ITEM | 1,527.10 | Payroll expenses:Wages and Compensation |
| 09/11/2024 | Mindbody Inc | MINDBODY, INC.  MINDBODY, | 2,900.68 | Sales:Services Income |
| 09/11/2024 | ClassPass | CLASSPASS INC.  EDI PYMNTS | 488.60 | Sales:Services Income |
| 09/11/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 1,751.21 | Sales:Services Income |
| 09/12/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 7,816.90 | Sales:Services Income |
| 09/13/2024 | Mindbody Inc | MINDBODY, INC.  MINDBODY, | 355.84 | Sales:Services Income |
| 09/13/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 3,355.24 | Sales:Services Income |
| 09/16/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 2,720.05 | Sales:Services Income |
| 09/16/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 5,032.50 | Sales:Services Income |
| 09/17/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 1,190.61 | Sales:Services Income |
| 09/17/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 1,549.40 | Sales:Services Income |
| 09/18/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 1,272.16 | Sales:Services Income |
| 09/19/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 3,056.60 | Sales:Services Income |
| 09/20/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 3,417.26 | Sales:Services Income |
| 09/23/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 3,699.89 | Sales:Services Income |
| 09/23/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 2,818.96 | Sales:Services Income |
| 09/24/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 801.51 | Sales:Services Income |
| 09/24/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 1,617.62 | Sales:Services Income |
| 09/25/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 2,631.87 | Sales:Services Income |
| 09/26/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 3,001.30 | Sales:Services Income |
| 09/27/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 6,250.95 | Sales:Services Income |
| 09/30/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 6,021.38 | Sales:Services Income |
| 09/30/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 3,810.04 | Sales:Services Income |
| | **TOTAL** | | **$      92,182.33** | |

| EXHIBIT D CASH DISBURSEMENTS SUMMARY | | | | |
|---|---|---|---|---|
| SEPTEMBER 2024 | | | | |
| | | | | |
| TD BANK | ███ 9515 | | $ | 88,624.19 |
| | | | | |
| | | | | |
| **TOTAL** | | | **$** | **88,624.19** |

| | | CHAPTER 11 CHECKING 9515 | | | |
|---|---|---|---|---|---|
| | | DISBURSEMENTS | | | |
| | | SEPTEMBER 2024 | | | |
| Date | Ref No. | Payee | Memo | Payment | Account |
| 09/03/2024 | 14386 | Jacob Bogatin | CHECK 14386 | 1,875.00 | Payroll expenses:Wages and Compensation |
| 09/03/2024 | 14388 | Gunkova, Valeria | CHECK 14388 | 2,786.87 | Payroll expenses:Wages and Compensation |
| 09/03/2024 | | Accupay Accounting | 1555 SKIN LOGIC  TRANSFER | 5,605.20 | Payroll expenses:Wages and Compensation |
| 09/03/2024 | | American Girl | VISA DDA PUR AP - 479338 AMERICAN GIRL RETAIL  IN MCLEAN      * VA | 164.31 | Inventory Asset |
| 09/03/2024 | | Google | VISA DDA PUR AP - 480394 GOOGLE GSUITE ARIAMEDI      CC GOOGLE COM * CA | 50.40 | Office expenses:Software & apps |
| 09/03/2024 | | Giant | VISA DDA PUR AP - 469216     GIANT 0794         STERLING    * VA | 142.69 | Cost of goods sold:Skin Care & Food Supplies |
| 09/03/2024 | | Inmode | VISA DDA PUR AP - 401134 INMODE E STORE        HTTPSUS INMOD * CA | 886.80 | Tools, machinery, and equipment |
| 09/03/2024 | | Courtyard | VISA DDA PUR AP - 469216 COURTYARD BY MARRIOTT DULLES      * VA | 192.66 | Office expenses |
| 09/03/2024 | | Courtyard | VISA DDA PUR AP - 469216 COURTYARD BY MARRIOTT DULLES      * VA | 192.66 | Office expenses |
| 09/03/2024 | | Amazon | VISA DDA PUR AP - 401134 AMAZON MARK RK1OD35P1 HTTPSAMAZON C * WA | 19.07 | Office expenses |
| 09/03/2024 | | Google | VISA DDA PUR AP - 480394 GOOGLE GSUITE VNBMANAG      CC GOOGLE COM * CA | 43.20 | Office expenses:Software & apps |
| 09/03/2024 | | Office of Radiologic | VISA DDA PUR AP - 475542     VDH OFFICE OF RADIOLOGIC   804 8648150  * VA | 100.00 | Office expenses |
| 09/03/2024 | | Accupay Accounting | 1555 SKIN LOGIC  TRANSFER | 146.56 | Legal & accounting services:Accounting fees |
| 09/03/2024 | | www.podium.com | VISA DDA PUR AP - 401134    WWW PODIUM COM        HTTPSWWW PODI * UT | 1,681.80 | Advertising & marketing |
| 09/03/2024 | | GoDaddy | VISA DDA PUR AP - 469216     DNH GODADDY COM       480 505 8855 * AZ | 8.99 | Office expenses:Software & apps |
| 09/03/2024 | | Home Depot | VISA DDA PUR AP - 494301    THE HOME DEPOT 4641      RESTON * VA | 45.00 | Cost of goods sold:Skin Care & Food Supplies |
| 09/03/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269    ARC3 GASES 202       804 644 4521  * VA | 344.95 | Cost of goods sold:Skin Care & Food Supplies |
| 09/03/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269    ARC3 GASES 202       804 644 4521  * VA | 169.62 | Cost of goods sold:Skin Care & Food Supplies |
| 09/03/2024 | | GoDaddy | VISA DDA PUR AP - 469216     DNH GODADDY COM       480 505 8855 * AZ | 44.34 | Office expenses:Software & apps |
| 09/04/2024 | 14379 | Kelly DeMarce | CHECK 14379 | 90.00 | Payroll expenses:Wages and Compensation |
| 09/04/2024 | | QuickBooks Payments | VISA DDA PUR AP - 469216    INTUIT QBOOKS ONLINE     CL INTUIT COM * CA | 35.00 | Office expenses:Software & apps |
| 09/04/2024 | | Verizon | VERIZON        PAYMENTREC | 274.00 | Utilities:Telephone & Internet |
| 09/04/2024 | | My Advice | VISA DDA PUR AP - 490641    PST MYADVICECEATUS MRKTG   435 5757470  * UT | 1,002.96 | Advertising & marketing |
| 09/05/2024 | 14387 | Randy Salomon De La Cruz | CHECK 14387 | 1,115.64 | Payroll expenses:Wages and Compensation |
| 09/05/2024 | | Parts Laser | VISA DDA PUR AP - 449216 PARTS4LASER LLP        120 15889858 * NJ | 1,160.00 | Tools, machinery, and equipment |
| 09/06/2024 | 14394 | Khishigt, Enkhtuya | CHECK 14394 | 2,245.19 | Payroll expenses:Wages and Compensation |
| 09/06/2024 | 14401 | Dagmar Benesova | CHECK 14401 | 2,206.00 | Payroll expenses:Wages and Compensation |
| 09/06/2024 | | Cartessa Aesthetics | VISA DDA PUR AP - 407105 CARTESSA AESTHETICS LL   877 6622783  * NY | 1,467.04 | Tools, machinery, and equipment |
| 09/09/2024 | 14366 | Katharina Hemingway | CHECK 14366 | 45.00 | Payroll expenses:Wages and Compensation |
| 09/09/2024 | 14378 | Jessica Beardsley | CHECK 14378 | 130.00 | Payroll expenses:Wages and Compensation |
| 09/09/2024 | 14389 | Kostina, Elena | CHECK 14389 | 1,548.91 | Payroll expenses:Wages and Compensation |

| Date | Num | Name | Memo | Amount | Category |
|---|---|---|---|---|---|
| 09/09/2024 | 14390 | Gulnara Meurmishvili | CHECK 14390 | 1,388.56 | Payroll expenses:Wages and Compensation |
| 09/09/2024 | 14391 | Munkhzul Wratchford | CHECK 14391 | 1,253.90 | Payroll expenses:Wages and Compensation |
| 09/09/2024 | 14395 | Diana Molina De Sanchez | CHECK 14395 | 2,030.00 | Payroll expenses:Wages and Compensation |
| 09/09/2024 | | Food Lion | DDA PURCHASE AP - 0004     FOOD LION  1337 20789     STERLING    * VA | 82.81 | Cost of goods sold:Skin Care & Food Supplies |
| 09/09/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON COM ZT80X0DE1 AMZN COM BILL * WA | 42.79 | Office expenses |
| 09/09/2024 | | Amazon | VISA DDA PUR AP - 401134 AMAZON RETA  Z82699312     WWW AMAZON CO * WA | 68.37 | Office expenses |
| 09/09/2024 | | TSYS/TRANSFIRST MERCH FEES | TSYS/TRANSFIRST  CR CD CHBK | 235.00 | General business expenses:Merchant account fees |
| 09/10/2024 | 14380 | Cheryl Ganzer | CHECK 14380 | 45.00 | Payroll expenses:Wages and Compensation |
| 09/10/2024 | 14392 | Fariba Hejazi | CHECK 14392 | 2,062.41 | Payroll expenses:Wages and Compensation |
| 09/10/2024 | 14402 | Vahid Coskun | CHECK 14402 | 90.00 | Payroll expenses:Wages and Compensation |
| 09/10/2024 | | Potomac Floral Wholesale, Inc. | VISA DDA PUR AP - 400958 POTOMAC FLORAL WHOLESALE 800 770 8353  * MD | 143.71 | Office expenses |
| 09/10/2024 | | Sweetwater Tavern | VISA DDA PUR AP - 400097 SWEETWATER TAVERN  ST    571 4346500  * VA | 116.46 | Cost of goods sold:Skin Care & Food Supplies |
| 09/10/2024 | | Sweetwater Tavern | VISA DDA PUR AP - 400097 SWEETWATER TAVERN  ST    571 4346500  * VA | 23.02 | Cost of goods sold:Skin Care & Food Supplies |
| 09/10/2024 | | QuickBooks Payments | VISA DDA PUR AP - 469216    INTUIT QBOOKS ONLINE     CL INTUIT COM * CA | 65.00 | Office expenses:Software & apps |
| 09/10/2024 | | TSYS/TRANSFIRST MERCH FEES | TSYS/TRANSFIRST  MERCH FEES | 3,666.98 | General business expenses:Merchant account fees |
| 09/10/2024 | | Morris, Sheila | CHECK 14396 | 1,527.10 | Payroll expenses:Wages and Compensation |
| 09/10/2024 | | Blackhawk | VISA DDA PUR AP - 478930 BLACKHAWK ISSUED CONTENT 480 4866880  * CA | 10.00 | General business expenses:Merchant account fees |
| 09/10/2024 | | VA DEPT TAXATION TAX | VA DEPT TAXATION TAX PAYMEN | 233.95 | Taxes paid:State taxes |
| 09/11/2024 | 14400 | Katharina Hemingway | CHECK 14400 | 93.00 | Payroll expenses:Wages and Compensation |
| 09/12/2024 | 14403 | Shokoofeh Bastani Elahabadi | CHECK 14403 | 1,280.51 | Payroll expenses:Wages and Compensation |
| 09/12/2024 | | Restaurant Depot | DDA PURCHASE AP - 00A64422 RESTAURANT DEPOT CHANTILLY   * VA | 280.97 | Cost of goods sold:Skin Care & Food Supplies |
| 09/13/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON PRIME YQ2VP6GT3 AMZN COM BILL * WA | 14.99 | Office expenses |
| 09/13/2024 | | Russian Gourmet | VISA DDA PUR AP - 469216      SQ RUSSIAN GOURMET  TAS HERNDON      * VA | 175.36 | Meals |
| 09/13/2024 | | Home Depot | VISA DDA PUR AP - 494301    THE HOME DEPOT  4602     STERLING * VA | 120.33 | Cost of goods sold:Skin Care & Food Supplies |
| 09/16/2024 | | Ebay | VISA DDA PUR AP - 420429    EBAY O 01 12079 67903     408 3766151  * CA | 903.00 | Tools, machinery, and equipment |
| 09/16/2024 | | Ebay | VISA DDA PUR AP - 420429    EBAY O 05 12076 53515     SAN JOSE    * CA | 596.22 | Tools, machinery, and equipment |
| 09/16/2024 | | Amazon | VISA DDA PUR AP - 401134 AMAZON MARK  FS0QW54R3 HTTPSAMAZON C * WA | 72.76 | Office expenses |
| 09/16/2024 | | Ebay | VISA DDA PUR AP - 420429    EBAY O 01 12079 67902     408 3766151  * CA | 364.50 | Tools, machinery, and equipment |
| 09/16/2024 | | Amazon | VISA DDA PUR AP - 469216    AMZN MKTP US BL4B55JX3     AMZN COM BILL * WA | 114.48 | Office expenses |
| 09/16/2024 | | Comcast | COMCAST 8299610 451095748 | 76.39 | Utilities:Telephone & Internet |
| 09/16/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269    ARC3 GASES 202     804 644 4521  * VA | 190.30 | Cost of goods sold:Skin Care & Food Supplies |
| 09/17/2024 | 14396 | Morris, Sheila | POD CHECK | 1,527.10 | Payroll expenses:Wages and Compensation |
| 09/17/2024 | 14405 | Jacob Bogatin | CHECK 14405 | 1,875.00 | Payroll expenses:Wages and Compensation |
| 09/17/2024 | | Accupay Accounting | 1555 SKIN LOGIC  TRANSFER | 188.79 | Legal & accounting services:Accounting fees |
| 09/17/2024 | | Accupay Taxes | 1555 SKIN LOGIC  TRANSFER | 4,994.56 | Taxes paid:Payroll taxes |

| Date | Check # | Name | Memo | Amount | Category |
|---|---|---|---|---|---|
| 09/17/2024 | | DoorDash | VISA DDA PUR AP - 403629    DD DOORDASH THECHEESE    855 973 1040  * CA | 159.32 | Tools, machinery, and equipment |
| 09/17/2024 | | Accupay Payroll | NATPAY-10570488 DIRDEP | 8,205.48 | Payroll expenses:Wages and Compensation |
| 09/18/2024 | 14406 | Randy Salomon De La Cruz | CHECK 14406 | 1,403.60 | Payroll expenses:Wages and Compensation |
| 09/18/2024 | 14407 | Gunkova, Valeria | CHECK 14407 | 313.34 | Payroll expenses:Wages and Compensation |
| 09/18/2024 | | Food Lion | DDA PURCHASE AP - 0001    FOOD LION  1337 20789    STERLING    * VA | 185.95 | Cost of goods sold:Skin Care & Food Supplies |
| 09/18/2024 | | Ebay | VISA DDA PUR AP - 420429    EBAY O 20 12071 03902    408 3766151  * CA | 364.50 | Tools, machinery, and equipment |
| 09/18/2024 | | LOTTE PLAZA | DDA PURCHASE AP - 56808206 LOTTE PLAZA STE    JESSUP * MD | 93.67 | Cost of goods sold:Skin Care & Food Supplies |
| 09/19/2024 | | Accupay Accounting | NATPAY-10570488 TRANSFER | 740.71 | Payroll expenses:Payroll Accounting Fees |
| 09/19/2024 | | Food Lion | DDA PURCHASE AP - 0051    FOOD LION  1337 20789    STERLING    * VA | 106.19 | Cost of goods sold:Skin Care & Food Supplies |
| 09/19/2024 | | Whole Foods | DDA PURCHASE AP - 313149 WHOLEFDS BMT  10 19800 B ASHBURN   * VA | 349.26 | Cost of goods sold:Skin Care & Food Supplies |
| 09/19/2024 | | VA DEPT TAXATION TAX | VA DEPT TAXATION TAX PAYMEN | 151.23 | Taxes paid:State taxes |
| 09/19/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269    ARC3 GASES 202    804 644 4521  * VA | 215.49 | Cost of goods sold:Skin Care & Food Supplies |
| 09/19/2024 | | Accupay Payroll | NATPAY-10570488 DIRDEP | 2,596.44 | Payroll expenses:Wages and Compensation |
| 09/20/2024 | 14398 | Kelly DeMarce | CHECK 14398 | 90.00 | Payroll expenses:Wages and Compensation |
| 09/20/2024 | 14420 | Dagmar Benesova | CHECK 14420 | 2,531.40 | Payroll expenses:Wages and Compensation |
| 09/20/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL 2A13D49J3 AMZN COM BILL * WA | 92.51 | Office expenses |
| 09/20/2024 | | Food Lion | DDA PURCHASE AP - 0052    FOOD LION  1337 20789    STERLING    * VA | 81.61 | Cost of goods sold:Skin Care & Food Supplies |
| 09/20/2024 | | TSYS/TRANSFIRST MERCH FEES | TSYS/TRANSFIRST  CR CD CHBK | 127.46 | General business expenses:Merchant account fees |
| 09/23/2024 | 14404 | Denis Anpilogov | CHECK 14404 | 360.00 | Payroll expenses:Wages and Compensation |
| 09/23/2024 | 14410 | Munkhzul Wratchford | CHECK 14410 | 1,277.66 | Payroll expenses:Wages and Compensation |
| 09/23/2024 | 14412 | Khishigt, Enkhtuya | CHECK 14412 | 2,764.41 | Payroll expenses:Wages and Compensation |
| 09/23/2024 | 14413 | Diana Molina De Sanchez | CHECK 14413 | 1,530.00 | Payroll expenses:Wages and Compensation |
| 09/23/2024 | | Amazon | VISA DDA PUR AP - 469216    AMZN MKTP US I436X5OF3    AMZN COM BILL * WA | 385.84 | Tools, machinery, and equipment |
| 09/23/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL 7N08S4PL3 AMZN COM BILL * WA | 52.99 | Office expenses |
| 09/23/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL 7N7DF75Q3 AMZN COM BILL * WA | 73.14 | Office expenses |
| 09/23/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL DS8Y403P3 AMZN COM BILL * WA | 31.77 | Office expenses |
| 09/24/2024 | 14419 | Katharina Hemingway | CHECK 14419 | 90.00 | Payroll expenses:Wages and Compensation |
| 09/24/2024 | | AT&T | T-MOBILE    PCS SVC | 184.31 | Utilities:Telephone & Internet |
| 09/25/2024 | 14357 | Karina E Shupilova | POD CHECK | 712.95 | Payroll expenses:Wages and Compensation |
| 09/25/2024 | 14409 | Gulnara Meurmishvili | CHECK 14409 | 2,003.91 | Payroll expenses:Wages and Compensation |
| 09/25/2024 | | Amazon | VISA DDA PUR AP - 469216    AMZN MKTP US D573U2R93    AMZN COM BILL * WA | 333.55 | Tools, machinery, and equipment |
| 09/26/2024 | 14408 | Kostina, Elena | CHECK 14408 | 691.98 | Payroll expenses:Wages and Compensation |
| 09/26/2024 | 14414 | Morris, Sheila | CHECK 14414 | 2,258.00 | Payroll expenses:Wages and Compensation |
| 09/26/2024 | | The Hartford | THE HARTFORD    INSPMTCL | 765.36 | Insurance |
| 09/27/2024 | | Accupay Accounting | NATPAY-10570488 TRANSFER | 202.09 | Payroll expenses:Payroll Accounting Fees |
| 09/27/2024 | | Mindbody Inc | VISA DDA PUR AP - 401134 MINDBODY INC    WWW MINDBODYO * CA | 678.10 | Office expenses:Software & apps |
| 09/27/2024 | | State Farm | STATE FARM RO 27 CPC-CLIENT | 270.33 | Insurance |

| Date | Num | Name | Memo | Amount | Category |
|---|---|---|---|---|---|
| 09/27/2024 | | Accupay Payroll | NATPAY-10570488  DIRDEP | 944.38 | Payroll expenses:Wages and Compensation |
| 09/30/2024 | 14399 | Lucas Gavitt | CHECK 14399 | 45.00 | Payroll expenses:Wages and Compensation |
| 09/30/2024 | 14418 | Lucas Gavitt | CHECK 14418 | 130.00 | Payroll expenses:Wages and Compensation |
| 09/30/2024 | | Amazon | VISA DDA PUR AP - 401134  AMAZON RETA  B46BL88Q3  WWW AMAZON CO * WA | 119.62 | Office expenses |
| 09/30/2024 | | Ap Puls Ca | VISA DDA PUR AP - 411641     PULS COM        713 568 3458  * CA | 34.99 | Office expenses |
| 09/30/2024 | | Adobe | VISA DDA PUR AP - 403629  ADOBE   ADOBE          408 536 6000 * CA | 19.99 | Office expenses:Software & apps |
| 09/30/2024 | | Amazon | VISA DDA PUR AP - 469216     AMZN MKTP US UU4532OD3    AMZN COM BILL * WA | 85.21 | Office expenses |
| 09/30/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269     ARC3 GASES 202          804 644 4521  * VA | 360.04 | Cost of goods sold:Skin Care & Food Supplies |
| 09/30/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269     ARC3 GASES 202          804 644 4521  * VA | 95.03 | Cost of goods sold:Skin Care & Food Supplies |
| 09/30/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269     ARC3 GASES 202          804 644 4521  * VA | 11.95 | Cost of goods sold:Skin Care & Food Supplies |
| 09/30/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269     ARC3 GASES 202          804 644 4521  * VA | 2,185.25 | Cost of goods sold:Skin Care & Food Supplies |
| 09/30/2024 | | Comcast | COMCAST        CABLE | 345.00 | Utilities:Telephone & Internet |
| | | **TOTAL** | | **$    88,624.19** | |

# SKIN LOGIC LLC

## Profit and Loss

September 2024

|  | TOTAL |
|---|---|
| Income |  |
|   Sales |  |
|   Services Income | 90,655.23 |
|   **Total Sales** | **90,655.23** |
| **Total Income** | **$90,655.23** |
| Cost of Goods Sold |  |
|   Cost of goods sold |  |
|   Skin Care & Food Supplies | 5,200.59 |
|   **Total Cost of goods sold** | **5,200.59** |
| **Total Cost of Goods Sold** | **$5,200.59** |
| GROSS PROFIT | **$85,454.64** |
| Expenses |  |
|   Advertising & marketing | 2,684.76 |
|   General business expenses |  |
|   Merchant account fees | 4,039.44 |
|   **Total General business expenses** | **4,039.44** |
|   Insurance | 1,035.69 |
|   Legal & accounting services |  |
|   Accounting fees | 335.35 |
|   **Total Legal & accounting services** | **335.35** |
|   Meals | 175.36 |
|   Office expenses | 1,451.72 |
|   Software & apps | 945.02 |
|   **Total Office expenses** | **2,396.74** |
|   Payroll expenses |  |
|   Payroll Accounting Fees | 942.80 |
|   Wages and Compensation | 57,241.84 |
|   **Total Payroll expenses** | **58,184.64** |
|   Taxes paid |  |
|   Payroll taxes | 4,994.56 |
|   State taxes | 385.18 |
|   **Total Taxes paid** | **5,379.74** |
|   Utilities |  |
|   Telephone & Internet | 879.70 |
|   **Total Utilities** | **879.70** |
| **Total Expenses** | **$75,111.42** |
| NET OPERATING INCOME | **$10,343.22** |
| NET INCOME | **$10,343.22** |

# TD Bank

**America's Most Convenient Bank®**

E        **STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA
2 PIDGEON HILL DR STE 100
STERLING VA  20165-6148

| | |
|---|---|
| Page: | 1 of 12 |
| Statement Period: | Sep 01 2024-Sep 30 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | ████ 9515 |

## Chapter 11 Checking

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

Account # ████ 9515

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,501.69 | Average Collected Balance | 8,764.70 |
| Electronic Deposits | 90,655.23 | Interest Earned This Period | 0.00 |
| Other Credits | 1,527.10 | Interest Paid Year-to-Date | 0.00 |
| | **TOTAL CREDITS** | Annual Percentage Yield Earned | 0.00% |
| | **$92,182.33** | Days in Period | 30 |
| Checks Paid | 41,417.44 | | |
| Electronic Payments | 47,206.75 | **TOTAL DEBITS** | |
| Ending Balance | 16,059.83 | **$88,624.19** | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $175.00 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $175.00 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 4,958.23 |
| 09/03 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 4,357.85 |
| 09/03 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,286.75 |
| 09/03 | CCD DEPOSIT, VRBO PAYMENT ****00766890208 | 915.36 |
| 09/03 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 310.15 |
| 09/04 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,143.09 |
| 09/05 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 861.22 |
| 09/06 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,616.68 |
| 09/09 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,758.41 |
| 09/09 | CCD DEPOSIT, SYNCHRONY BANK MTOT DEP ****12130137961 | 1,411.50 |
| 09/09 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 614.32 |
| 09/10 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 500.51 |
| 09/10 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 360.59 |
| 09/11 | CCD DEPOSIT, MINDBODY, INC. MINDBODY, ST-U8T6D7V8F4I9 | 2,900.68 |
| 09/11 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,751.21 |
| 09/11 | CCD DEPOSIT, CLASSPASS INC. EDI PYMNTS ****99085192973 | 488.60 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 16,059.83 |
|---|---|
| ❷ Total Deposits | + |
| ❸ Sub Total | |
| ❹ Total Withdrawals | - |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible.  We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# **TD** Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 3 of 12 |
| Statement Period: | Sep 01 2024-Sep 30 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | ███████9515 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/12 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 7,816.90 |
| 09/13 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,355.24 |
| 09/13 | CCD DEPOSIT, MINDBODY, INC. MINDBODY, ST-N2A3Z9D8X4U5 | 355.84 |
| 09/16 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 5,032.50 |
| 09/16 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,720.05 |
| 09/17 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,549.40 |
| 09/17 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,190.61 |
| 09/18 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,272.16 |
| 09/19 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,056.60 |
| 09/20 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,417.26 |
| 09/23 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,699.89 |
| 09/23 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,818.96 |
| 09/24 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,617.62 |
| 09/24 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 801.51 |
| 09/25 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,631.87 |
| 09/26 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,001.30 |
| 09/27 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 6,250.95 |
| 09/30 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 6,021.38 |
| 09/30 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,810.04 |
| | Subtotal: | 90,655.23 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/11 | RETURNED ITEM | 1,527.10 |
| | Subtotal: | 1,527.10 |

### Checks Paid

No. Checks: 35        *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/25 | 14357 | 712.95 | 09/09 | 14390 | 1,388.56 |
| 09/09 | 14366* | 45.00 | 09/09 | 14391 | 1,253.90 |
| 09/09 | 14378* | 130.00 | 09/10 | 14392 | 2,062.41 |
| 09/04 | 14379 | 90.00 | 09/06 | 14394* | 2,245.19 |
| 09/10 | 14380 | 45.00 | 09/09 | 14395 | 2,030.00 |
| 09/03 | 14386* | 1,875.00 | 09/10 | 14396 | 1,527.10 |
| 09/05 | 14387 | 1,115.64 | 09/17 | 14396* | 1,527.10 |
| 09/03 | 14388 | 2,786.87 | 09/20 | 14398* | 90.00 |
| 09/09 | 14389 | 1,548.91 | 09/30 | 14399 | 45.00 |



**TD Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 4 of 12 |
| Statement Period: | Sep 01 2024-Sep 30 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | ██████9515 |

---

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/11 | 14400 | 93.00 | 09/25 | 14409 | 2,003.91 |
| 09/06 | 14401 | 2,206.00 | 09/23 | 14410 | 1,277.66 |
| 09/10 | 14402 | 90.00 | 09/23 | 14412* | 2,764.41 |
| 09/12 | 14403 | 1,280.51 | 09/23 | 14413 | 1,530.00 |
| 09/23 | 14404 | 360.00 | 09/26 | 14414 | 2,258.00 |
| 09/17 | 14405 | 1,875.00 | 09/30 | 14418* | 130.00 |
| 09/18 | 14406 | 1,403.60 | 09/24 | 14419 | 90.00 |
| 09/18 | 14407 | 313.34 | 09/20 | 14420 | 2,531.40 |
| 09/26 | 14408 | 691.98 | | | |
| | | | | Subtotal: | 41,417.44 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 5,605.20 |
| 09/03 | DBCRD PMT AP, *****04034431860, AUT 083024 VISA DDA PUR AP WWW PODIUM COM          HTTPSWWW PODI * UT | 1,681.80 |
| 09/03 | DBCRD PUR AP, *****04034431860, AUT 083124 VISA DDA PUR AP INMODE E STORE          HTTPSUS INMOD * CA | 886.80 |
| 09/03 | DBCRD PUR AP, *****04034431860, AUT 082924 VISA DDA PUR AP ARC3 GASES 202          804 644 4521  * VA | 344.95 |
| 09/03 | DBCRD PUR AP, *****04034431860, AUT 083124 VISA DDA PUR AP COURTYARD BY MARRIOTT          DULLES          * VA | 192.66 |
| 09/03 | DBCRD PUR AP, *****04034431860, AUT 083124 VISA DDA PUR AP COURTYARD BY MARRIOTT          DULLES          * VA | 192.66 |
| 09/03 | DBCRD PUR AP, *****04034431860, AUT 083024 VISA DDA PUR AP ARC3 GASES 202          804 644 4521  * VA | 169.62 |
| 09/03 | DBCRD PUR AP, *****04034431860, AUT 083024 VISA DDA PUR AP AMERICAN GIRL RETAIL IN   MCLEAN          * VA | 164.31 |
| 09/03 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 146.56 |
| 09/03 | DBCRD PUR AP, *****04034431860, AUT 090224 VISA DDA PUR AP GIANT 0794          STERLING          * VA | 142.69 |
| 09/03 | DBCRD PUR AP, *****04034431860, AUT 083124 VISA DDA PUR AP VDH OFFICE OF RADIOLOGIC    804 8648150  * VA | 100.00 |
| 09/03 | DBCRD PMT AP, *****04034431860, AUT 090124 VISA DDA PUR AP GOOGLE GSUITE ARIAMEDI     CC GOOGLE COM * CA | 50.40 |
| 09/03 | DBCRD PUR AP, *****04034431860, AUT 090124 VISA DDA PUR AP THE HOME DEPOT 4641          RESTON          * VA | 45.00 |
| 09/03 | DBCRD PMT AP, *****04034431860, AUT 090224 VISA DDA PUR AP DNH GODADDY COM          480 505 8855  * AZ | 44.34 |


**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 5 of 12 |
| Statement Period: | Sep 01 2024-Sep 30 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | ███████9515 |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | DBCRD PUR AP, *****04034431860, AUT 090124 VISA DDA PUR AP<br>GOOGLE GSUITE VNBMANAG    CC GOOGLE COM * CA | 43.20 |
| 09/03 | DBCRD PUR AP, *****04034431860, AUT 083024 VISA DDA PUR AP<br>AMAZON MARK RK1OD35P1    HTTPSAMAZON C * WA | 19.07 |
| 09/03 | DBCRD PMT AP, *****04034431860, AUT 083024 VISA DDA PUR AP<br>DNH GODADDY COM    480 505 8855 * AZ | 8.99 |
| 09/04 | DBCRD PUR AP, *****04034431860, AUT 090224 VISA DDA PUR AP<br>PST MYADVICECEATUS MRKTG   435 5757470 * UT | 1,002.96 |
| 09/04 | ELECTRONIC PMT-WEB, VERIZON PAYMENTREC ****340630001 | 274.00 |
| 09/04 | DBCRD PMT AP, *****04034431860, AUT 090324 VISA DDA PUR AP<br>INTUIT QBOOKS ONLINE    CL INTUIT COM * CA | 35.00 |
| 09/05 | DBCRD PUR AP, *****04034431860, AUT 090424 VISA DDA PUR AP<br>PARTS4LASER LLP    120 15889858 * NJ | 1,160.00 |
| 09/06 | DBCRD PUR AP, *****04034431860, AUT 083124 VISA DDA PUR AP<br>CARTESSA AESTHETICS LL    877 6622783 * NY | 1,467.04 |
| 09/09 | CCD DEBIT, TSYS/TRANSFIRST CR CD CHBK ****84555830732 | 235.00 |
| 09/09 | DEBIT POS AP, *****04034431860, AUT 090824 DDA PURCHASE AP<br>FOOD LION 1337 20789    STERLING    * VA | 82.81 |
| 09/09 | DBCRD PUR AP, *****04034431860, AUT 090824 VISA DDA PUR AP<br>AMAZON RETA  Z82699312    WWW AMAZON CO * WA | 68.37 |
| 09/09 | DBCRD PUR AP, *****04034431860, AUT 090724 VISA DDA PUR AP<br>AMAZON COM ZT80X0DE1    AMZN COM BILL * WA | 42.79 |
| 09/10 | CCD DEBIT, TSYS/TRANSFIRST MERCH FEES ****84555830732 | 3,666.98 |
| 09/10 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3849 | 233.95 |
| 09/10 | DBCRD PUR AP, *****04034431860, AUT 090724 VISA DDA PUR AP<br>POTOMAC FLORAL WHOLESALE   800 770 8353 * MD | 143.71 |
| 09/10 | DBCRD PUR AP, *****04034431860, AUT 090824 VISA DDA PUR AP<br>SWEETWATER TAVERN  ST    571 4346500 * VA | 116.46 |
| 09/10 | DBCRD PMT AP, *****04034465595, AUT 090924 VISA DDA PUR AP<br>INTUIT QBOOKS ONLINE    CL INTUIT COM * CA | 65.00 |
| 09/10 | DBCRD PUR AP, *****04034431860, AUT 090824 VISA DDA PUR AP<br>SWEETWATER TAVERN  ST    571 4346500 * VA | 23.02 |
| 09/10 | DBCRD PMT AP, *****04034431860, AUT 090824 VISA DDA PUR AP<br>BLACKHAWK ISSUED CONTENT   480 4866880 * CA | 10.00 |
| 09/12 | DEBIT POS AP, *****04034431860, AUT 091224 DDA PURCHASE AP<br>RESTAURANT DEPOT     CHANTILLY    * VA | 280.97 |
| 09/13 | DBCRD PUR AP, *****04034431860, AUT 091224 VISA DDA PUR AP<br>SQ RUSSIAN GOURMET TAS    HERNDON    * VA | 175.36 |
| 09/13 | DBCRD PUR AP, *****04034431860, AUT 091124 VISA DDA PUR AP<br>THE HOME DEPOT  4602    STERLING    * VA | 120.33 |
| 09/13 | DBCRD PUR AP, *****04034431860, AUT 091224 VISA DDA PUR AP<br>AMAZON PRIME YQ2VP6GT3    AMZN COM BILL * WA | 14.99 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 6 of 12 |
| Statement Period: | Sep 01 2024-Sep 30 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | ███████9515 |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/16 | DBCRD PUR AP, *****04034431860, AUT 091424 VISA DDA PUR AP EBAY O 01 12079 67903    408 3766151   * CA | 903.00 |
| 09/16 | DBCRD PUR AP, *****04034431860, AUT 091424 VISA DDA PUR AP EBAY O 05 12076 53515    SAN JOSE    * CA | 596.22 |
| 09/16 | DBCRD PUR AP, *****04034431860, AUT 091524 VISA DDA PUR AP EBAY O 01 12079 67902    408 3766151   * CA | 364.50 |
| 09/16 | DBCRD PUR AP, *****04034431860, AUT 091324 VISA DDA PUR AP ARC3 GASES 202    804 644 4521  * VA | 190.30 |
| 09/16 | DBCRD PUR AP, *****04034431860, AUT 091324 VISA DDA PUR AP AMZN MKTP US BL4B55JX3    AMZN COM BILL * WA | 114.48 |
| 09/16 | ACH DEBIT, COMCAST 8299610 451095748 7503490 | 76.39 |
| 09/16 | DBCRD PUR AP, *****04034431860, AUT 091324 VISA DDA PUR AP AMAZON MARK FS0QW54R3    HTTPSAMAZON C * WA | 72.76 |
| 09/17 | CCD DEBIT, NATPAY-10570488 DIRDEP 10570488 | 8,205.48 |
| 09/17 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 4,994.56 |
| 09/17 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 188.79 |
| 09/17 | DBCRD PUR AP, *****04034431860, AUT 091624 VISA DDA PUR AP DD  DOORDASH THECHEESE    855 973 1040  * CA | 159.32 |
| 09/18 | DBCRD PUR AP, *****04034431860, AUT 091724 VISA DDA PUR AP EBAY O 20 12071 03902    408 3766151   * CA | 364.50 |
| 09/18 | DEBIT POS AP, *****04034431860, AUT 091824 DDA PURCHASE AP FOOD LION  1337 20789    STERLING    * VA | 185.95 |
| 09/18 | DEBIT POS AP, *****04034431860, AUT 091824 DDA PURCHASE AP LOTTE PLAZA STE    JESSUP    * MD | 93.67 |
| 09/19 | CCD DEBIT, NATPAY-10570488 DIRDEP 10570488 | 2,596.44 |
| 09/19 | CCD DEBIT, NATPAY-10570488 TRANSFER 10570488 | 740.71 |
| 09/19 | DEBIT POS AP, *****04034431860, AUT 091924 DDA PURCHASE AP WHOLEFDS BMT  10 19800 B   ASHBURN    * VA | 349.26 |
| 09/19 | DBCRD PUR AP, *****04034431860, AUT 091624 VISA DDA PUR AP ARC3 GASES 202    804 644 4521  * VA | 215.49 |
| 09/19 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3849 | 151.23 |
| 09/19 | DEBIT POS AP, *****04034431860, AUT 091924 DDA PURCHASE AP FOOD LION  1337 20789    STERLING    * VA | 106.19 |
| 09/20 | CCD DEBIT, TSYS/TRANSFIRST CR CD CHBK ****84555830732 | 127.46 |
| 09/20 | DBCRD PUR AP, *****04034431860, AUT 091924 VISA DDA PUR AP AMAZON MKTPL 2A13D49J3    AMZN COM BILL * WA | 92.51 |
| 09/20 | DEBIT POS AP, *****04034431860, AUT 092024 DDA PURCHASE AP FOOD LION  1337 20789    STERLING    * VA | 81.61 |
| 09/23 | DBCRD PUR AP, *****04034431860, AUT 092224 VISA DDA PUR AP AMZN MKTP US I436X5OF3    AMZN COM BILL * WA | 385.84 |
| 09/23 | DBCRD PUR AP, *****04034431860, AUT 092224 VISA DDA PUR AP AMAZON MKTPL 7N7DF75Q3    AMZN COM BILL * WA | 73.14 |

# TD Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 7 of 12 |
| Statement Period: | Sep 01 2024-Sep 30 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | ▮▮▮▮9515 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/23 | DBCRD PUR AP, *****04034431860, AUT 092224 VISA DDA PUR AP<br>AMAZON MKTPL 7N08S4PL3    AMZN COM BILL * WA | 52.99 |
| 09/23 | DBCRD PUR AP, *****04034431860, AUT 092224 VISA DDA PUR AP<br>AMAZON MKTPL DS8Y403P3    AMZN COM BILL * WA | 31.77 |
| 09/24 | ELECTRONIC PMT-WEB, T-MOBILE PCS SVC 0519985 | 184.31 |
| 09/25 | DBCRD PUR AP, *****04034431860, AUT 092524 VISA DDA PUR AP<br>AMZN MKTP US D573U2R93    AMZN COM BILL * WA | 333.55 |
| 09/26 | CCD DEBIT, THE HARTFORD INSPMTCL 16634456 | 765.36 |
| 09/27 | CCD DEBIT, NATPAY-10570488 DIRDEP 10570488 | 944.38 |
| 09/27 | DBCRD PUR AP, *****04034431860, AUT 092724 VISA DDA PUR AP<br>MINDBODY  INC        WWW  MINDBODYO * CA | 678.10 |
| 09/27 | CCD DEBIT, STATE FARM RO 27 CPC-CLIENT ** S **94797707 | 270.33 |
| 09/27 | CCD DEBIT, NATPAY-10570488 TRANSFER 10570488 | 202.09 |
| 09/30 | DBCRD PUR AP, *****04034431860, AUT 092624 VISA DDA PUR AP<br>ARC3 GASES 202        804 644 4521  * VA | 2,185.25 |
| 09/30 | DBCRD PUR AP, *****04034431860, AUT 092524 VISA DDA PUR AP<br>ARC3 GASES 202        804 644 4521  * VA | 360.04 |
| 09/30 | CCD DEBIT, COMCAST CABLE 2045859 | 345.00 |
| 09/30 | DBCRD PUR AP, *****04034431860, AUT 092724 VISA DDA PUR AP<br>AMAZON RETA  B46BL88Q3      WWW  AMAZON CO * WA | 119.62 |
| 09/30 | DBCRD PUR AP, *****04034431860, AUT 092624 VISA DDA PUR AP<br>ARC3 GASES 202        804 644 4521  * VA | 95.03 |
| 09/30 | DBCRD PUR AP, *****04034431860, AUT 092824 VISA DDA PUR AP<br>AMZN MKTP US UU4532OD3    AMZN COM BILL * WA | 85.21 |
| 09/30 | DBCRD PMT AP, *****04034431860, AUT 092924 VISA DDA PUR AP<br>PULS COM        713 568 3458  * CA | 34.99 |
| 09/30 | DBCRD PUR AP, *****04034431860, AUT 092924 VISA DDA PUR AP<br>ADOBE  ADOBE        408 536 6000  * CA | 19.99 |
| 09/30 | DBCRD PUR AP, *****04034431860, AUT 092624 VISA DDA PUR AP<br>ARC3 GASES 202        804 644 4521  * VA | 11.95 |

| | | |
|---|---|---|
| | Subtotal: | 47,206.75 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 12,501.69 | 09/17 | 6,146.50 |
| 09/03 | 9,829.91 | 09/18 | 5,057.60 |
| 09/04 | 11,571.04 | 09/19 | 3,954.88 |
| 09/05 | 10,156.62 | 09/20 | 4,449.16 |
| 09/06 | 7,855.07 | 09/23 | 4,492.20 |
| 09/09 | 5,813.96 | 09/24 | 6,637.02 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# **TD** Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 8 of 12 |
| Statement Period: | Sep 01 2024-Sep 30 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | ████9515 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/10 | -1,308.57 | 09/25 | 6,218.48 |
| 09/11 | 5,266.02 | 09/26 | 5,504.44 |
| 09/12 | 11,521.44 | 09/27 | 9,660.49 |
| 09/13 | 14,921.84 | 09/30 | 16,059.83 |
| 09/16 | 20,356.74 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 9 of 12 |
| Statement Period: | Sep 01 2024-Sep 30 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | 9515 |

| #14357 | 09/25 | $712.95 |
|---|---|---|
| #14366 | 09/09 | $45.00 |
| #14378 | 09/25 | $130.00 |
| #14379 | 09/04 | $90.00 |
| #14380 | 09/10 | $45.00 |
| #14386 | 09/03 | $1,875.00 |
| #14387 | 09/05 | $1,115.64 |
| #14388 | 09/03 | $2,786.87 |
| #14389 | 09/09 | $1,548.91 |
| #14390 | 09/09 | $1,388.56 |

# TD Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 10 of 12 |
| Statement Period: | Sep 01 2024-Sep 30 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | ████9515 |



| #14391 | 09/09 | $1,253.90 |
|---|---|---|
| #14392 | 09/10 | $2,062.41 |
| #14394 | 09/06 | $2,245.19 |
| #14395 | 09/09 | $2,030.00 |
| #14396 | 09/10 | $1,527.10 |
| #14396 | 09/17 | $1,527.10 |
| #14398 | 09/20 | $90.00 |
| #14399 | 09/30 | $45.00 |
| #14400 | 09/11 | $93.00 |
| #14401 | 09/06 | $2,206.00 |

# **TD** Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 11 of 12 |
| Statement Period: | Sep 01 2024-Sep 30 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | 9515 |

| Check | Date | Amount |
|---|---|---|
| #14402 | 09/10 | $90.00 |
| #14403 | 09/12 | $1,280.51 |
| #14404 | 09/23 | $360.00 |
| #14405 | 09/17 | $1,875.00 |
| #14406 | 09/18 | $1,403.60 |
| #14407 | 09/18 | $313.34 |
| #14408 | 09/26 | $691.98 |
| #14409 | 09/25 | $2,003.91 |
| #14410 | 09/23 | $1,277.66 |
| #14412 | 09/23 | $2,764.41 |

# TD Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 12 of 12 |
| Statement Period: | Sep 01 2024-Sep 30 2024 |
| Cust Ref #: | 4441099515-039-E-*** |
| Primary Account #: | ███████9515 |



| #14413 | 09/23 | $1,530.00 |
|---|---|---|
| #14414 | 09/26 | $2,258.00 |
| #14418 | 09/30 | $130.00 |
| #14419 | 09/24 | $90.00 |



| #14420 | 09/20 | $2,531.40 |