Stephen A. Metz (89738)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
smetz@offitkurman.com
Subchapter V Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **SKIN LOGIC, LLC** ) | |
| ) | **Case No. 23-11352-KHK** |
| ) | **Chapter 11** |
| **Debtor** ) | **(Subchapter V)** |
| ************************************ | |

## WITHDRAWAL OF
## SUBCHAPTER V TRUSTEE'S MOTION FOR ENTRY OF AN ORDER APPROVING SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS

Stephen A. Metz, Subchapter V trustee (the "Trustee") for Skin Logic, LLC ("Debtor"), hereby withdraws the Motion for Entry of an Order Approving Sale of Substantially All of Debtor's Assets filed on May 13, 2024 [Doc. 119].  Trustee filed a different sale motion on November 15, 2024 [Doc. 160], which motion is pending.

Respectfully submitted,

**OFFIT KURMAN, P.A.**

By:   /s/ Stephen A. Metz
Stephen A. Metz, Esq. (Bar. No. 89738)
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
TEL:   (240) 507-1723
FAX:   (240) 507-1735
Email:  smetz@offitkurman.com

*Subchapter V Trustee*

Dated: November 19, 2024

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 19th day of November, 2024, a copy of this Withdrawal was served via CM/ECF on all registered ECF participants who have appeared in this case.

              /s/ Stephen A. Metz
              Stephen A. Metz

4887-7059-8075, v. 1