# EXHIBIT 1

**TRANSWORLD Business Advisors**
Business Sales • Franchises • Mergers & Acquisitions

Transworld Business Advisors of Richmond VA
www.tworld.com/RVA  (804) 545-0670

## MARKETING AGREEMENT (M&A)

Business Name __Aria Wellness Center__
Seller (Corporate Name) __Skin Logic, LLC__
Business Address __2 Pidgeon Hill Drive, Suite 100__
City __Sterling__    State __VA__    Zip __20165__
Principal Name __Stephen Metz, Court Appointed TRUSTEE__
Cell Phone __240-507-1723__
Private Email __smetz@offitkurman.com__

Seller not to compete within __20__ miles for __5__ years
Will train at no cost for __2__ weeks.  Inventory included $ __TBD__
F.F.&E. incl. $__TBD__.  Leasehold Improvements Incl. $__TBD__
Annual Sales $__uncertain__                owner will prove
Seller's Discretionary Earnings $__uncertain__    owner will prove
Total Sales Price $__2,599,999__    Down Payment $__TBD__
Seller Note $__TBD__                at __TBD__% interest in payments of
$__TBD__                per month payable over __TBD__ months

**Additional Provisions**

1. In consideration of the services of **TRANSWORLD BUSINESS ADVISORS OF RICHMOND VA** ("Broker"), Seller hereby gives Broker the full and exclusive right to sell the above named business ("Business"), which includes all or any portion of its assets, rights, liabilities or property at the Total Sales Price and terms set forth above, or for any other price and terms as acceptable to Seller. A sale is not guaranteed.
2. This Agreement begins on the latest date indicated below and continues for **six (6) months** (the "Term") or through the closing date of any transactions (the "Closing") under any agreement that exists at expiration.
3. "Total Sales Price" is listed above, or if a sale occurs it is defined as the amount paid for Business by the person or entity purchasing Business ("Buyer"), including inventory and any liabilities, contingent liabilities, other obligations assumed by Buyer, consulting or management agreements, and any compensation paid.
4. Seller shall pay to Broker, as compensation or liquidated damages, **ten (10%) of the Total Sales Price on the first $1,000,000, eight (8%) on the 2nd $1,000,000, six (6%) on the 3rd $1000,000 and four (4%) on the remaining amount of the purchase price, but no less than $100,000** if
    a. Seller and Buyer consummate the sale of Business with a Buyer procured by Broker;
5. Broker's compensation will be due and payable at the Closing.
6. Broker shall use its best efforts to procure a ready, willing and able Prospect. Seller will show Business upon reasonable notification.
7. Seller agrees to fully cooperate with Broker, including referring immediately to Broker all inquiries regarding the sale of Business. Seller will deliver to Broker copies of any agreement between Seller and any Prospect or potential buyer immediately and permit Broker to be present at the Closing. Broker is authorized to instruct the Closing agent to pay any and all compensation due to Broker under this Agreement at the Closing.
8. Seller understands and acknowledges that information provided by Seller may be disclosed to Prospects, Buyer and other brokers. Broker may choose to co-broke this listing and advertise at their discretion.
9. As a trustee, Seller makes no representations or warranties as to the accuracy of information provided by employees and/or owners of the Seller.  Any sale will be "as is where is" and shall be subject to approval of the United States Bankruptcy Court for the Eastern District of Virginia.  This Marketing Agreement, and the terms of compensation, is also subject to approval of the United States Bankruptcy Court for the Eastern District of Virginia.
10. Seller agrees to independently verify the qualifications of all Prospects, and understands that Broker will not warranty Buyer's health, financial status, experience, competency, or residency.
11. This Agreement shall be governed by the laws of the State of Virginia. The prevailing party in any litigation arising under this Agreement shall be entitled to recover, in addition to any other relief awarded, all of its attorneys' fees, costs, and expenses incurred at both trial and appellate levels. Each party agrees that any disputes under this Agreement shall be resolved exclusively in the state or federal courts located in Henrico County, VA and consents to and waives any objection to personal jurisdiction and venue therein. Each party waives any right to have a jury participate in the resolution of any dispute.
12. This Agreement constitutes the entire agreement between the parties and supersedes all negotiations, preliminary agreements, and all prior and discussions and understandings, and shall not be modified except in writing executed by the parties. Seller acknowledges that it has read, understood and received a copy of this Agreement.
13. Documents may be sent electronically, and such electronic copies, as well as electronic signatures, shall be treated for all purposes as (a) properly authorized and/or endorsed by the sending party; (b) "in writing" and signed; and (c) as an original document.

Dated as of    __1/2/2024__
TRANSWORLD  BUSINESS ADVISORS OF RICHMOND VA
BROKER

By: *Mark Irion*    Mark Irion
AGENT SIGNATURE / AGENT NAME
Approved By: *rupesh bharad*
Rupesh Bharad – President / Officer

Skin Logic, LLC
PRINT SELLER (CORPORATE NAME)

By: *Stephen Metz*    Its    Court Appointed Trustee
SIGNATURE(s)        TITLE
*Stephen Metz*

TRUSTEE, SOLELY IN HIS CAPACITY AS TRUSTEE FOR SKIN LOGIC, LLC AND NOT IN HIS INDIVIDUAL CAPACITY

Marketing Agreement M&A   10/11   © 2016
4895-8633-6918, v. 1

Transworld Business Advisors of Richmond VA is an independently owned and operated company.