# EXHIBIT 2

**TRANSWORLD**
Business Advisors
Business Sales • Franchises • Mergers & Acquisitions

## ADDENDUM TO MARKETING AGREEMENT

The undersigned **SELLER** and **TRANSWORLD BUSINESS ADVISORS OF Richmond VA** ("**TRANSWORLD**") hereby agree to amend that certain Marketing/Listing Agreement executed by and between **SELLER** and Transworld, dated  01/02/2024_____(List Date) offering for sale the business and/or real property described as follows:

Business Name:__Skin Logic, LLC
Listing #:___9525-587904_____
Address: 2 Pidgeon Hill Dr., Sterling, VA_20165_____

| | |
|---|---|
| Sales Price changed from: | $2,599,999 |
| Sales Price changed to: | $1,700,000 |
| Down payment changed from: | $ |
| Down Payment changed to: | $ |
| Terms of New Note changed from: | $ |
| Terms of New Note changed to: | $ |

Termination date changed to Midnight: the sooner of 02/21/2025 or whenever Stephen Metz may cease to be the court appointed Chapter 11, Subchapter 5 Trustee._____
Other Changes:
ALL OTHER TERMS AND CONDITIONS OF SAID LISTING AGREEMENT REMAIN AS PREVIOUSLY AGREED.

Receipt of a copy of the Addendum Agreement is hereby acknowledged.

| **BROKER:** | **SELLER:** |
|---|---|
| **TRANSWORLD BUSINESS ADVISORS OF Richmond VA** | **Skin Logic, LLC** |
| | COMPANY NAME |
| By: _____ | By: _____ |
| AGENT SIGNATURE | SIGNATURE |
| Mark Irion | Stephen Metz, Subchapter V Trustee |
| PRINT AGENT NAME | PRINT NAME & TITLE |
| **Date**:_____ | **Date**:_____ |

**Approved By**:_____

Rupesh Bharad - President / Officer