Stephen A. Metz (89738)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
smetz@offitkurman.com
Subchapter V Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **SKIN LOGIC, LLC** ) | |
| ) | **Case No. 23-11352-KHK** |
| ) | **Chapter 11** |
| **Debtor** ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER AUTHORIZING TRUSTEE TO EXECUTE ADDENDUM TO MARKETING AGREEMENT WITH MARK IRION AND TRANSWORLD BUSINESS ADVISORS OF RICHMOND VA AS BROKER TO THE ESTATE

Upon consideration of the Motion to Approve Addendum to Marketing Agreement with Mark Irion and Transworld Business Advisors of Richmond VA ("Transworld") (the "Motion") filed by the Subchapter V Trustee (the "Trustee"), and the Court finding that granting the requested relief would be in the best interest of the estate, it is, by the United States Bankruptcy Court for the Eastern District of Virginia,

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the Addendum attached to the Motion is approved and the Court authorizes the Trustee to execute it.

Date: _____          _____
                               Klinette H. Kindred
                               United States Bankruptcy Judge

                               Entered on Docket: _____

I ask for this:

*/s/ Stephen A. Metz*
Stephen A. Metz
Virginia State Bar No. 89738
Offit Kurman, P.A.
7501 Wisconsin Ave., Suite 100W
Bethesda, MD 20814
Phone: (240) 507-1723
smetz@offitkurman.com
Subchapter V Trustee


Seen:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: _____
Michael T. Freeman
Virginia State Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell


**Certificate of Endorsement by All Parties**

  Pursuant to Local Rule 9022-1(C), I hereby certify that the proposed order has been endorsed by all necessary parties.

            */s/ Stephen A. Metz*
            Stephen A. Metz

4889-1800-0534, v. 2

2