Stephen A. Metz (89738)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
smetz@offitkurman.com
Subchapter V Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKIN LOGIC, LLC ) | |
| ) | Case No. 23-11352-KHK |
| ) | Chapter 11 |
| Debtor ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

NOTICE OF
SUBCHAPTER V TRUSTEE'S MOTION TO APPROVE ADDENDUM TO
MARKETING AGREEMENT WITH MARK IRION AND TRANSWORLD
BUSINESS ADVISORS OF RICHMOND VA AS BROKER TO THE ESTATE

Stephen A. Metz, Subchapter V Trustee (the "Trustee") for Skin Logic, LLC (the "Debtor"), has filed a Motion to Approve Addendum to Marketing Agreement with Mark Irion and Transworld Business Advisors of Richmond VA as Broker to the Estate (the "Motion").  **Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one).**

**If you do not wish the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within 14 days from the date of filing of this motion, you must file a written response explaining your position with the Court and serve a copy on the movant.  Unless a written response is filed and served within this 14-day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of the 14-day period.

The hearing is scheduled for **January 14, 2025** at **12:00 p.m. at the U.S. Bankruptcy Court, Eastern District of Virginia, 200 S. Washington Street, Alexandria, VA 22314, Judge Kindred's Courtroom.**

**IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF**

**SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

Dated:  December 4, 2024  					Respectfully submitted,

						**OFFIT KURMAN, P.A.**

					By:	 /s/ Stephen A. Metz
						Stephen A. Metz, Esq. (Bar. No. 89738)
						7501 Wisconsin Avenue, Suite 1000W
						Bethesda, Maryland 20814
						TEL:   (240) 507-1723
						FAX:   (240) 507-1735
						Email: smetz@offitkurman.com

						*Subchapter V Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of December, 2024, a copy of this Notice was served via CM/ECF on all registered ECF participants who have appeared in this case.

					/s/ Stephen A. Metz
					Stephen A. Metz

4898-5429-8882, v. 1

2