**SBA 7(a) Borrower Information Form**
(Section II: Individual Owner Information)

OMB Control No : 3245-0348
Expiration Date: 09/30/2023

| Individual Owner's Full Legal Name | Social Security / Tax ID No. | Date of Birth | Place of Birth (City, State, Country) |
|---|---|---|---|
| Leila Kump | ███-█-9486 | ██/██/1968 | Vladikavkaz, Russia |
| **Home Address** | | **Home Phone** | **% of Ownership** |
| 11913 Hunters Lane, Rockvill, MD 208562 | | 2404829474 | 0 |
| **Applicant Legal Name:** | | Skin Logic LLC | |

Veteran/Gender/Race/Ethnicity data is collected for program reporting purposes only.

Disclosure is voluntary and has no bearing on the credit decision.

| | | Enter Response |
|---|---|---|
| Veteran | 1=Non-Veteran; 2=Veteran; 3=Service-Disabled Veteran; 4=Spouse of Veteran; X=Not | 1 |
| Gender | M=Male; F=Female; X=Not Disclosed | F |
| Race (more than 1 may be selected) | 1=American Indian or Alaska Native; 2=Asian; 3=Black or African-American; 4=Native Hawaiian or Pacific Islander; 5=White; X=Not Disclosed | 5 |
| Ethnicity | H=Hispanic or Latino; N=Not Hispanic or Latino; X=Not Disclosed | N |

| | Question | Yes | No |
|---|---|---|---|
| 17 | Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction? *(If "YES," the loan request is not eligible for SBA assistance.)* | ☐ | ☒ |
| | Initial here to confirm your response to question 17 (originally initialed, or an acceptable electronic signature, and not typed.) ➔ | *LK* | |
| 18 | Have you been arrested in the last 6 months for any criminal offense? | ☐ | ☒ |
| | Initial here to confirm your response to question 18 (originally initialed, or an acceptable electronic signature, and not typed.) ➔ | *LK* | |
| 19 | For any criminal offense - other than a minor vehicle violation - have you ever: 1) been convicted; 2) pleaded guilty; 3) pleaded nolo contendere; 4) been placed on pretrial diversion; or 5) been placed on any form of parole or probation (including probation before judgment)? | ☐ | ☒ |
| | Initial here to confirm your response to question 19 (originally initialed, or an acceptable electronic signature, and not typed.) ➔ | *LK* | |

If you answer "Yes" to questions 18 or 19, you must furnish details, including dates, location, fines, sentences, level of charge (whether misdemeanor or felony), dates of parole/probation, unpaid fines or penalties, name(s) under which charged, and any other pertinent information. If you answer "Yes" to question 19 and are currently on parole or probation, the loan request is not eligible for SBA assistance.

| 20 | ☒ I am a U.S. Citizen OR<br>☐ I have Lawful Permanent Resident (LPR) status.<br>☐ I am not a U.S. Citizen or Lawful Permanent Resident.* | USCIS Registration Number: | |
|---|---|---|---|
| | | Country of Citizenship: | |
| | Initial here to confirm your response to question 20 (originally initialed, or an acceptable electronic signature, and not typed.) ➔ | *LK* | |

\* Businesses with ownership that includes Foreign Nationals or Foreign Entities may be eligible only if the business is at least 51% owned and controlled by U.S. citizens and/or those who have LPR status from USCIS whose status will be verified by the Lender in accordance with SBA Loan Program Requirements.

SBA Form 1919 (Revised 09/20)                    6

**SBA 7(a) Borrower Information Form**
(Section II: Individual Owner Information)

OMB Control No : 3245-0348
Expiration Date: 09/30/2023

*If any of the questions below are answered "Yes," please provide details on a separate sheet.*

| | Question | Yes | No |
|---|---|---|---|
| 21 | Are you presently suspended, debarred, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any Federal department or agency? (If "Yes," the application is not eligible for SBA financial assistance) | ☐ | ☒ |
| 22 | If you are a 50% or more owner of the Applicant, are you more than 60 days delinquent on any obligation to pay child support arising under an administrative order, court order, repayment agreement between the holder and a custodial parent, or repayment agreement between the holder and a state agency providing child support enforcement services. (If "Yes," the application is not eligible for SBA financial assistance) | ☐ | ☒ |
| 23 | Do you have any ownership in other businesses which would be defined as an Affiliate of the Applicant in the definition found on page 1? *(If "Yes," attach a listing of all businesses, your title and ownership percentage in the business.)* | ☐ | ☒ |
| 24 | Have you, or any business you controlled, ever filed for bankruptcy protection? *If yes, provide details.* | ☐ | ☒ |
| 25 | Are you, or any business you control, presently involved in any legal action (including divorce)? *If yes, provide details.* | ☐ | ☒ |
| 26 | Have you or any business owned or controlled by you ever obtained a direct or guaranteed loan from SBA or any other Federal agency or been a guarantor on such a loan? (This includes, but is not limited to USDA, FHA, EDA, and student loans.) | ☐ | ☒ |
| | (a) If you answered "Yes" to Question 26, is any of the financing presently considered delinquent? | ☐ | ☐ |
| | (b) If you answered "Yes" to Question 26, did any loan that was made for business purposes ever default and cause a loss to the Government, including a compromise, resolution or settlement of a loan's principal balance for less than the full amount due? *(If you answer "Yes" to either 26(a) or 26(b) above, please provide Lender with a written explanation.)* | ☐ | ☐ |

SBA Form 1919 (Revised 09/20)         7

**SBA 7(a) Borrower Information Form**
(Section II: Individual Owner Information)

OMB Control No : 3245-0348
Expiration Date: 09/30/2023

**By Signing Below, You Make the Following Representations, Acknowledgement, Authorization, and Certification**

### REPRESENTATIONS, ACKNOWLEDGEMENT AND AUTHORIZATION

I represent that:

- I have read the Statements Required by Law and Executive Order and I understand them.
- I will comply, whenever applicable, with the hazard insurance, lead-based paint, civil rights or other limitations in this form.
- All SBA loan proceeds will be used only for business related purposes as specified in the loan application.
- The Applicant is not knowingly engaged and will not knowingly engage in any activity that is illegal under federal, state, or local law or that can reasonably be determined to support or facilitate any activity that is illegal under federal, state, or local law.
- I understand, acknowledge, agree, and consent that the Lender can use and share any tax information that I have provided and/or that the Lender has obtained from the Internal Revenue Service with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of compliance with SBA Loan Program Requirements and all SBA reviews.

I acknowledge that:

- SBA encourages the purchase, to the extent feasible, of American-made equipment and supplies.

I authorize the SBA to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for programs authorized by the Small Business Act, as amended.

### ACCURACY CERTIFICATION

I certify that the information provided in this application and the information that I have provided in all supporting documents and forms is true and accurate. I realize that the penalty for knowingly making a false statement to obtain a guaranteed loan from SBA is that I may be fined up to $250,000 and/or be put in jail for up to 5 years under 18 USC § 1001; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if false statements are submitted to a Federally insured institution, I may be fined up to $1,000,000 and/or be put in jail for up to 30 years under 18 USC § 1014.

DocuSigned by:
*Leila Kump*
ECAE30427F1D435...

11/15/2022

Date:

Leila Kamp, Key Operator
Print Name and Title

SBA Form 1919 (Revised 09/20)            8

DocuSign

# Certificate Of Completion

Envelope Id: 220B04BD997F4CDC98EADAAE10990B4A  
Subject: Complete with DocuSign: SBA Form_1919 - Section II Leila Kump.pdf  
Source Envelope:  
Document Pages: 3  
Certificate Pages: 3  
AutoNav: Enabled  
EnvelopeId Stamping: Enabled  
Time Zone: (UTC-06:00) Central Time (US & Canada)  

Signatures: 1  
Initials: 4  

Status: Completed  

Envelope Originator:  
Alice Deng  
3639 N Broadway St  
Chicago, IL  60613-4421  
adeng@bylinebank.com  
IP Address: 52.162.139.191  

## Record Tracking

Status: Original  
    11/14/2022 5:02:49 PM  

Holder: Alice Deng  
    adeng@bylinebank.com  

Location: DocuSign  

| Signer Events | Signature | Timestamp |
|---|---|---|
| LEILA KUMP<br>Leila.kump@gmail.com<br>MD<br>Security Level: Email, Account Authentication (None), Authentication | DocuSigned by:<br>Leila Kump<br>ECAE30427F1D435...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 100.15.85.21 | Sent: 11/14/2022 5:06:59 PM<br>Resent: 11/15/2022 3:46:26 PM<br>Viewed: 11/15/2022 3:48:50 PM<br>Signed: 11/15/2022 3:49:25 PM |

**Authentication Details**  
ID Check:  
    Transaction: 31019068025495  
    Result: passed  
    Vendor ID: LexisNexis  
    Type: iAuth  
    Recipient Name Provided by: Recipient  
    Information Provided for ID Check: Address, SSN9, SSN4, DOB  
    Performed: 11/15/2022 3:48:41 PM  

Question Details:  
    passed   corporate.association.real  
    passed   property.street.in.city.real  
    passed   corporate.association.real  
    passed   vehicle.historical.association.real  
    failed   vehicle.historical.association.real  
    passed   property.association.single.fake  

**Electronic Record and Signature Disclosure:**  
    Accepted: 11/15/2022 3:48:50 PM  
    ID: d892c0f8-d6a2-48b8-b25a-7f572c1e2e5a  

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/14/2022 5:06:59 PM |
| Certified Delivered | Security Checked | 11/15/2022 3:48:50 PM |
| Signing Complete | Security Checked | 11/15/2022 3:49:25 PM |
| Completed | Security Checked | 11/15/2022 3:49:25 PM |

| Payment Events | Status | Timestamps |
|---|---|---|
| **Electronic Record and Signature Disclosure** | | |

Electronic Record and Signature Disclosure created on: 8/5/2020 4:05:32 PM
Parties agreed to: LEILA KUMP

# ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

Byline Bank offers delivery of certain Treasury Management documents to you in electronic form.  Described below are the terms and conditions for providing such documents through the DocuSign system. Please read the information below carefully and thoroughly.  If you can access this information electronically to your satisfaction and agree to receive and sign documents electronically, please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you

**How to contact Byline Bank:**

If you have any questions, you may contact us as follows:

To contact us via email send messages to: cashmanagement@bylinebank.com

To Contact us via USPS, mail your request to:

> Byline Bank
> Attn: Treasury Management
> 180 North LaSalle 4th Floor
> Chicago, IL 60601

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here:  https://support.docusign.com/guides/signer-guide-signing-system-requirements