**Fill in this information to identify the case:**

Debtor Name Skin Logic, LLC

United States Bankruptcy Court for the: Eastern District of Virginia

Case number: 23-11352

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11 12/17

Month: 10/2024 Date report filed: 02/17/2025 (MM / DD / YYYY)

Line of business: Medispa NAISC code: ______

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Stephen Metz, Subchapter V Trustee

Original signature of responsible party /s/ Stephen Metz

Printed name of responsible party Stephen Metz

The Subchapter V Trustee was authorized to operate the Debtor's business by order entered September 27, 2023. The responses to some of the questions are on information and belief based upon information provided to the Trustee from Valeria Gunkova and Jacob Bogatin.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Skin Logic, LLC Case number 23-11352

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 16,059.83

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 72,577.64

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. – $ 79,542.49

22. **Net cash flow** + $ -6,964.85

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 9,094.98

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ See Exhibit E

*(Exhibit E)*

Debtor Name Skin Logic, LLC Case number 23-11352

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 0.00

## 5. Employees

26. What was the number of employees when the case was filed? 28
27. What is the number of employees as of the date of this monthly report? 28

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 85,000.00 | – | $ 72,577.64 | = | $ 12,422.36 |
| 33. **Cash disbursements** | $ 85,000.00 | – | $ 79,542.49 | = | $ 5,457.51 |
| 34. **Net cash flow** | $ 0.00 | – | $ -6,964.85 | = | $ 6,964.85 |

35. Total projected cash receipts for the next month: $ 87,971.24
36. Total projected cash disbursements for the next month: - $ 88,525.91
37. Total projected net cash flow for the next month: = $ 554.67

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**EXHIBIT A**

3. The Debtor did not pay lease payments to EagleBank/Elix.

4. The Debtor issued checks to all employees but delayed (in some cases) delivering physical checks to some employees due to cash flow issues.

**EXHIBIT B**

10. One pre-petition account at TD Bank was not closed yet, but it had no activity.

**EXHIBIT E (Payables)**

- The Debtor did not pay its EagleBank/Elix leases since the petition date. According to Mr. Bogatin, the monthly payments total $3,661.51. The Trustee filed a motion to sell substantially all of the Debtor's assets, which the Court approved in January of 2025. If a sale closes, the sales proceeds will be utilized to satisfy this claim as part of EagleBank's secured claim.
- A dispute exists between the Debtor and BNG, pursuant to which the Debtor contends it funded construction costs for suites in the building and that the funding of those construction costs constitutes prepaid rent. The Debtor took the position that it should be paying BNG $12,000 per month in rent, as opposed to the contractual rent obligation of approximately $28,000 per month. Assuming the sale closes, this dispute will be moot.

| EXHIBIT C CASH RECEIPTS SUMMARY | | | |
|---|---|---|---|
| OCTOBER 2024 | | | |
| | | | |
| | | | |
| TD BANK | [redacted]9515 | | $ 72,577.64 |
| | | | |
| | | | |
| **TOTAL** | | | **$ 72,577.64** |

| CHAPTER 11 CHECKING 9515 | | | | |
|---|---|---|---|---|
| RECEIPTS | | | | |
| OCTOBER 2024 | | | | |
| **Date** | **Payee** | **Memo** | **Deposit** | **Account** |
| 10/01/2024 | Mindbody Inc | MINDBODY, INC. MINDBODY, | 917.40 | Sales:Services Income |
| 10/01/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 1,482.08 | Sales:Services Income |
| 10/01/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 1,430.95 | Sales:Services Income |
| 10/02/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 1,232.61 | Sales:Services Income |
| 10/03/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 434.19 | Sales:Services Income |
| 10/04/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 5,364.84 | Sales:Services Income |
| 10/07/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 2,081.19 | Sales:Services Income |
| 10/07/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 3,654.26 | Sales:Services Income |
| 10/08/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 507.27 | Sales:Services Income |
| 10/08/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 561.76 | Sales:Services Income |
| 10/09/2024 | ClassPass | CLASSPASS INC. EDI PYMNTS | 424.85 | Sales:Services Income |
| 10/09/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 704.55 | Sales:Services Income |
| 10/10/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 2,631.26 | Sales:Services Income |
| 10/11/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 2,868.93 | Sales:Services Income |
| 10/15/2024 | Gympass | GYMPASS US LLC PAYMENTS | 9.27 | Sales:Services Income |
| 10/15/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 3,262.47 | Sales:Services Income |
| 10/15/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 3,951.05 | Sales:Services Income |
| 10/15/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 468.20 | Sales:Services Income |
| 10/15/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 1,932.99 | Sales:Services Income |
| 10/16/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 1,732.28 | Sales:Services Income |
| 10/17/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 2,797.38 | Sales:Services Income |
| 10/18/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 3,072.77 | Sales:Services Income |
| 10/21/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 4,141.69 | Sales:Services Income |
| 10/21/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 1,015.83 | Sales:Services Income |
| 10/22/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 2,084.62 | Sales:Services Income |
| 10/22/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 1,614.44 | Sales:Services Income |
| 10/23/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 4,046.91 | Sales:Services Income |
| 10/24/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 2,893.80 | Sales:Services Income |
| 10/25/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 3,399.76 | Sales:Services Income |
| 10/28/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 3,882.14 | Sales:Services Income |
| 10/28/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 2,005.16 | Sales:Services Income |
| 10/29/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 574.25 | Sales:Services Income |
| 10/29/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 1,493.44 | Sales:Services Income |
| 10/30/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 606.30 | Sales:Services Income |
| 10/31/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST CR CD DEP | 3,296.75 | Sales:Services Income |
| | **TOTAL** | | **$ 72,577.64** | |

| EXHIBIT D CASH DISBURSEMENTS SUMMARY | | | |
|---|---|---|---|
| OCTOBER 2024 | | | |
| | | | |
| TD BANK | [redacted]9515 | | $ 79,542.49 |
| | | | |
| | | | |
| **TOTAL** | | | **$ 79,542.49** |

| CHAPTER 11 CHECKING 9515 | | | | | |
|---|---|---|---|---|---|
| DISBURSEMENTS | | | | | |
| OCTOBER 2024 | | | | | |
| **Date** | **Ref No.** | **Payee** | **Memo** | **Payment** | **Account** |
| 10/01/2024 | 14384 | Vahid Coskun | CHECK 14384 | 90.00 | Payroll expenses:Wages and Compensation |
| 10/01/2024 | 14416 | Kelly DeMarce | CHECK 14416 | 90.00 | Payroll expenses:Wages and Compensation |
| 10/01/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL 025I591Z3 AMZN COM BILL * WA | 36.02 | Office expenses |
| 10/01/2024 | | UPS | VISA DDA PUR AP - 469216 UPS XXXXXX2726 502 485 2222 * KY | 36.00 | Office expenses |
| 10/01/2024 | | GoDaddy | VISA DDA PUR AP - 469216 DNH GODADDY COM 480 505 8855 * AZ | 8.99 | Office expenses:Software & apps |
| 10/01/2024 | | www.podium.com | VISA DDA PUR AP - 401134 WWW PODIUM COM HTTPSWWW PODI * UT | 1,681.80 | Advertising & marketing |
| 10/02/2024 | 14417 | Cheryl Ganzer | CHECK 14417 | 40.00 | Payroll expenses:Wages and Compensation |
| 10/02/2024 | | Accupay Taxes | 1555 SKIN LOGIC TRANSFER | 5,628.98 | Taxes paid:Payroll taxes |
| 10/02/2024 | | Inmode | VISA DDA PUR AP - 401134 SP INMODE E STORE HTTPSUS INMOD * CA | 842.00 | Furniture & Fixtures |
| 10/02/2024 | | Google | VISA DDA PUR AP - 469216 GOOGLE GSUITE VNBMANA CC GOOGLE COM * CA | 43.20 | Office expenses:Software & apps |
| 10/02/2024 | | Google | VISA DDA PUR AP - 480394 GOOGLE GSUITE ARIAMEDI CC GOOGLE COM * CA | 50.40 | Office expenses:Software & apps |
| 10/02/2024 | | Accupay Accounting | 1555 SKIN LOGIC TRANSFER | 261.56 | Legal & accounting services:Accounting fees |
| 10/02/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269 ARC3 GASES 202 804 644 4521 * VA | 121.98 | Cost of goods sold:Skin Care & Food Supplies |
| 10/02/2024 | | Accupay Payroll | NATPAY-10570488 DIRDEP | 9,680.59 | Payroll expenses:Wages and Compensation |
| 10/02/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269 ARC3 GASES 202 804 644 4521 * VA | 115.80 | Cost of goods sold:Skin Care & Food Supplies |
| 10/03/2024 | | My Advice | VISA DDA PUR AP - 490641 PST MYADVICECEATUS MRKTG 435 5757470 * UT | 1,002.96 | Advertising & marketing |
| 10/04/2024 | 14422 | Jacob Bogatin | CHECK 14422 | 1,875.00 | Payroll expenses:Wages and Compensation |
| 10/04/2024 | | Walgreens | DDA PURCHASE AP - 318198 WALGREENS STORE 20800 GR STERLING * VA | 91.93 | Cost of goods sold:Skin Care & Food Supplies |
| 10/04/2024 | | QuickBooks Payments | VISA DDA PUR AP - 469216 INTUIT QBOOKS ONLINE CL INTUIT COM * CA | 35.00 | Office expenses:Software & apps |
| 10/04/2024 | | Verizon | VERIZON PAYMENTREC | 274.00 | Utilities:Telephone & Internet |
| 10/07/2024 | 14423 | Porfirio H. Ramos Bonilla | CHECK 14423 | 995.60 | Payroll expenses:Wages and Compensation |
| 10/07/2024 | 14425 | Gunkova, Valeria | CHECK 14425 | 2,840.67 | Payroll expenses:Wages and Compensation |
| 10/07/2024 | 14437 | Dagmar Benesova | CHECK 14437 | 2,021.65 | Payroll expenses:Wages and Compensation |
| 10/07/2024 | | Sunoco | VISA DDA PUR AP - 402207 SUNOCO XXXXXX1302 STERLING * VA | 36.99 | Office expenses |
| 10/07/2024 | | Giant | VISA DDA PUR AP - 469216 GIANT 0794 STERLING * VA | 167.72 | Cost of goods sold:Skin Care & Food Supplies |
| 10/07/2024 | | Town | VISA DDA PUR AP - 474455 TOWN CENTER GARAGE PARKI ALEXANDRIA * VA | 8.00 | Travel |
| 10/07/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL L21132WL3 AMZN COM BILL * WA | 265.94 | Inventory Asset |
| 10/07/2024 | | LOTTE PLAZA | DDA PURCHASE AP - 56808206 LOTTE PLAZA STE JESSUP * MD | 80.91 | Cost of goods sold:Skin Care & Food Supplies |
| 10/07/2024 | | Sunoco | DDA PURCHASE AP - 41697604 SUNOCO 08538449 STERLING * VA | 12.71 | Office expenses |
| 10/07/2024 | | Whole Foods | DDA PURCHASE AP - 313149 WHOLEFDS BMT 10 19800 B ASHBURN * VA | 43.44 | Office expenses |
| 10/07/2024 | | CVS | VISA DDA PUR AP - 413746 CVS PHARMACY 01424 STERLING * VA | 139.96 | Cost of goods sold:Skin Care & Food Supplies |

| | | | | | |
|---|---|---|---|---|---|
| 10/07/2024 | | McDonalds | VISA DDA PUR AP - 442733 MCDONALD S F14127 STERLING * VA | 5.64 | Cost of goods sold:Skin Care & Food Supplies |
| 10/07/2024 | | Store | VISA DDA PUR AP - 469216 TST RUS UZ ALEXANDRIA ALEXANDRIA * VA | 8.60 | Office expenses |
| 10/07/2024 | | 7-Eleven | DDA PURCHASE AP - 00MOGV13 7 ELEVEN STERLING * VA | 19.60 | Cost of goods sold:Skin Care & Food Supplies |
| 10/08/2024 | 14424 | Randy Salomon De La Cruz | CHECK 14424 | 1,266.34 | Compensation |
| 10/09/2024 | 14430 | Diana Molina De Sanchez | CHECK 14430 | 1,530.00 | Payroll expenses:Wages and Compensation |
| 10/10/2024 | | Blackhawk | VISA DDA PUR AP - 478930 BLACKHAWK ISSUED CONTENT 480 4866880 * CA | 10.00 | General business expenses:Merchant account fees |
| 10/10/2024 | | Ap Store | VISA DDA PUR AP - 463923 A A CENTRIC COECO 410 9023300 * CT | 86.74 | Office expenses |
| 10/10/2024 | | TSYS/TRANSFIRST MERCH FEES | TSYS/TRANSFIRST MERCH FEES | 3,213.97 | General business expenses:Merchant account fees |
| 10/10/2024 | | QuickBooks Payments | VISA DDA PUR AP - 469216 INTUIT QBOOKS ONLINE CL INTUIT COM * CA | 65.00 | Office expenses:Software & apps |
| 10/11/2024 | 14411 | Karina E Shupilova | CHECK 14411 | 812.68 | Payroll expenses:Wages and Compensation |
| 10/11/2024 | 14427 | Munkhzul Wratchford | CHECK 14427 | 1,375.65 | Payroll expenses:Wages and Compensation |
| 10/11/2024 | | Food Lion | VISA DDA PUR AP - 469216 FOOD LION 1337 STERLING * VA | 12.73 | Cost of goods sold:Skin Care & Food Supplies |
| 10/15/2024 | 14397 | Jessica Beardsley | CHECK 14397 | 130.00 | Payroll expenses:Wages and Compensation |
| 10/15/2024 | 14415 | Jessica Beardsley | CHECK 14415 | 130.00 | Payroll expenses:Wages and Compensation |
| 10/15/2024 | 14426 | Gulnara Meurmishvili | CHECK 14426 | 1,427.20 | Payroll expenses:Wages and Compensation |
| 10/15/2024 | 14429 | ENKHTUYA KHISHIGH | CHECK 14429 | 1,949.78 | Payroll expenses:Wages and Compensation |
| 10/15/2024 | 14431 | Morris, Sheila | CHECK 14431 | 1,310.00 | Payroll expenses:Wages and Compensation |
| 10/15/2024 | | Sunoco | VISA DDA PUR AP - 402207 SUNOCO XXXXXX1302 STERLING * VA | 22.20 | Office expenses |
| 10/15/2024 | | LOTTE PLAZA | VISA DDA PUR AP - 405522 LOTTE PLAZA STERLING JESSUP * MD | 116.51 | Cost of goods sold:Skin Care & Food Supplies |
| 10/15/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON PRIME ZG06C9773 AMZN COM BILL * WA | 14.99 | Inventory Asset |
| 10/15/2024 | | Sunoco | DDA PURCHASE AP - 69345904 SUNOCO 80015913 STERLING * VA | 18.50 | Office expenses |
| 10/15/2024 | | Ap Store | VISA DDA PUR AP - 463923 A A CENTRIC COECO 410 9023300 * CT | 81.14 | Office expenses |
| 10/15/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269 ARC3 GASES 202 804 644 4521 * VA | 88.15 | Cost of goods sold:Skin Care & Food Supplies |
| 10/16/2024 | | Sortrel Thai Restaurant & Bar | VISA DDA PUR AP - 432300 SORTREL THAI RESTAURANT STERLING * VA | 34.27 | Cost of goods sold:Skin Care & Food Supplies |
| 10/17/2024 | | Accupay Taxes | 1555 SKIN LOGIC TRANSFER | 4,710.31 | Taxes paid:Payroll taxes |
| 10/17/2024 | | Ap Store | VISA DDA PUR AP - 476501 COUNTRY INN RESTAURANT BERKELEY SPRI * WV | 102.95 | Office expenses |
| 10/17/2024 | | Accupay Accounting | 1555 SKIN LOGIC TRANSFER | 120.99 | Legal & accounting services:Accounting fees |
| 10/17/2024 | | Accupay Payroll | NATPAY-10570488 DIRDEP | 5,565.72 | Payroll expenses:Wages and Compensation |
| 10/21/2024 | 14440 | Jacob Bogatin | CHECK 14440 | 1,875.00 | Payroll expenses:Wages and Compensation |
| 10/21/2024 | 14441 | Randy Salomon De La Cruz | CHECK 14441 | 1,318.55 | Payroll expenses:Wages and Compensation |
| 10/21/2024 | 14454 | Dagmar Benesova | CHECK 14454 | 2,725.90 | Payroll expenses:Wages and Compensation |
| 10/21/2024 | | LOTTE PLAZA | DDA PURCHASE AP - 56808206 LOTTE PLAZA STE JESSUP * MD | 35.40 | Cost of goods sold:Skin Care & Food Supplies |
| 10/21/2024 | | LOTTE PLAZA | DDA PURCHASE AP - 56808206 LOTTE PLAZA STE JESSUP * MD | 19.71 | Cost of goods sold:Skin Care & Food Supplies |
| 10/21/2024 | | LOTTE PLAZA | DDA PURCHASE AP - 56808206 LOTTE PLAZA STE JESSUP * MD | 8.61 | Cost of goods sold:Skin Care & Food Supplies |

| | | | | | |
|---|---|---|---|---|---|
| 10/21/2024 | | Ap Store | VISA DDA PUR AP - 469216 TST LUCIAS POTOMAC FALL STERLING * VA | 44.02 | Office expenses |
| 10/21/2024 | | Sunoco | DDA PURCHASE AP - 69345904 SUNOCO 80015913 STERLING * VA | 12.71 | Office expenses |
| 10/21/2024 | | Sunoco | DDA PURCHASE AP - 69345904 SUNOCO 80015913 STERLING * VA | 56.10 | Office expenses |
| 10/21/2024 | | Restaurant Depot | DDA PURCHASE AP - 00A64414 RESTAURANT DEPOT CHANTILLY * VA | 321.11 | Cost of goods sold:Skin Care & Food Supplies |
| 10/21/2024 | | Sunoco | DDA PURCHASE AP - 69345904 SUNOCO 80015913 STERLING * VA | 7.08 | Office expenses |
| 10/21/2024 | | Amazon | VISA DDA PUR AP - 469216 AMZN MKTP US 8A20Y9BA3 AMZN COM BILL * WA | 102.60 | Office expenses |
| 10/21/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269 ARC3 GASES 202 804 644 4521 * VA | 146.93 | Cost of goods sold:Skin Care & Food Supplies |
| 10/22/2024 | 14446 | Fariba Hejazi | CHECK 14446 | 1,865.51 | Payroll expenses:Wages and Compensation |
| 10/22/2024 | | Comcast | COMCAST 8299610 451095748 | 64.16 | Utilities:Telephone & Internet |
| 10/23/2024 | 14445 | Munkhzul Wratchford | CHECK 14445 | 1,158.20 | Payroll expenses:Wages and Compensation |
| 10/23/2024 | 14447 | ENKHTUYA KHISHIGH | CHECK 14447 | 1,520.83 | Payroll expenses:Wages and Compensation |
| 10/23/2024 | | Webstaurant | VISA DDA PUR AP - 411343 THE WEBSTAURANT STORE IN 717 392 7472 * PA | 147.00 | Cost of goods sold:Skin Care & Food Supplies |
| 10/23/2024 | | Sunoco | DDA PURCHASE AP - 65242004 SUNOCO 02737963 HERNDON * VA | 12.23 | Office expenses |
| 10/23/2024 | | Amazon | VISA DDA PUR AP - 469216 AMZN MKTP US Z33LM26L3 AMZN COM BILL * WA | 496.10 | Inventory Asset |
| 10/23/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL 6991J9F83 AMZN COM BILL * WA | 91.23 | Office expenses |
| 10/23/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269 ARC3 GASES 202 804 644 4521 * VA | 318.23 | Cost of goods sold:Skin Care & Food Supplies |
| 10/24/2024 | 14443 | Kostina, Elena | CHECK 14443 | 1,739.73 | Payroll expenses:Wages and Compensation |
| 10/24/2024 | 14444 | Gulnara Meurmishvili | CHECK 14444 | 1,186.88 | Payroll expenses:Wages and Compensation |
| 10/24/2024 | 14448 | Diana Molina De Sanchez | CHECK 14448 | 1,530.00 | Payroll expenses:Wages and Compensation |
| 10/24/2024 | | Target | DDA PURCHASE AP - 31009078 TARGET T 46201 POTOMA STERLING * VA | 128.72 | Office expenses |
| 10/24/2024 | | 7-Eleven | DDA PURCHASE AP - 00MOGV13 7 ELEVEN STERLING * VA | 12.76 | Cost of goods sold:Skin Care & Food Supplies |
| 10/24/2024 | | AT&T | T-MOBILE PCS SVC | 168.23 | Utilities:Telephone & Internet |
| 10/25/2024 | 14435 | Lucas Gavitt | CHECK 14435 | 130.00 | Payroll expenses:Wages and Compensation |
| 10/25/2024 | | La Madaleine | VISA DDA PUR AP - 444500 LA MADELEINE 027 RESTON * VA | 32.40 | Cost of goods sold:Skin Care & Food Supplies |
| 10/28/2024 | 14439 | Denis Anpilogov | CHECK 14439 | 360.00 | Payroll expenses:Wages and Compensation |
| 10/28/2024 | 14442 | Gunkova, Valeria | CHECK 14442 | 2,791.13 | Payroll expenses:Wages and Compensation |
| 10/28/2024 | 14449 | Morris, Sheila | CHECK 14449 | 1,921.00 | Payroll expenses:Wages and Compensation |
| 10/28/2024 | | La Madaleine | VISA DDA PUR AP - 444500 LA MADELEINE 027 RESTON * VA | 30.82 | Cost of goods sold:Skin Care & Food Supplies |
| 10/28/2024 | | Mindbody Inc | VISA DDA PUR AP - 401134 MINDBODY INC WWW MINDBODYO * CA | 670.10 | Long-term office equipment:Custom software or app |
| 10/28/2024 | | Skyline Beauty | VISA DDA PUR AP - 427539 US SKYLINE BEAUTY SUP I 703 8498887 * VA | 355.00 | Cost of goods sold:Skin Care & Food Supplies |
| 10/28/2024 | | Sunoco | VISA DDA PUR AP - 402207 SUNOCO XXXXXX4900 STERLING * VA | 22.12 | Office expenses |
| 10/28/2024 | | Home Depot | DDA PURCHASE AP - 306039 THE HOME DEPOT 4602 STERLING * VA | 19.28 | Cost of goods sold:Skin Care & Food Supplies |
| 10/28/2024 | | Comcast | COMCAST CABLE | 345.00 | Utilities:Telephone & Internet |
| 10/28/2024 | | The Hartford | THE HARTFORD INSPMTCL | 765.36 | Insurance |

| | | | | | |
|---|---|---|---|---|---|
| 10/29/2024 | | Microsoft | VISA DDA PUR AP - 443099 MICROSOFT G063310596 MSBILL INFO  * WA | 99.00 | Office expenses |
| 10/29/2024 | | State Farm | STATE FARM RO 27 CPC-CLIENT | 270.33 | Insurance |
| 10/30/2024 | | Ap Puls Ca | VISA DDA PUR AP - 411641    PULS COM            713 568 3458  * CA | 34.99 | Office expenses |
| 10/30/2024 | | Home Depot | DDA PURCHASE AP - 06238335 THE HOME DEPOT  4602 STERLING     * VA | 22.19 | Cost of goods sold:Skin Care & Food Supplies |
| 10/31/2024 | | Adobe | VISA DDA PUR AP - 403629 ADOBE   ADOBE            408 536 6000  * CA | 19.99 | Office expenses:Software & apps |
| 10/31/2024 | | www.podium.com | VISA DDA PUR AP - 401134    WWW PODIUM COM          HTTPSWWW PODI * UT | 1,681.80 | Advertising & marketing |
| 10/31/2024 | | GoDaddy | VISA DDA PUR AP - 469216    DNH GODADDY COM         480 505 8855 * AZ | 8.99 | Office expenses:Software & apps |
| | | **TOTAL** | | **$    79,542.49** | |

# SKIN LOGIC LLC

## Profit and Loss

October 2024

| | TOTAL |
|---|---|
| Income | |
| Sales | |
| Services Income | 72,577.64 |
| **Total Sales** | **72,577.64** |
| **Total Income** | **$72,577.64** |
| Cost of Goods Sold | |
| Cost of goods sold | |
| Skin Care & Food Supplies | 2,464.64 |
| **Total Cost of goods sold** | **2,464.64** |
| **Total Cost of Goods Sold** | **$2,464.64** |
| GROSS PROFIT | **$70,113.00** |
| Expenses | |
| Advertising & marketing | 4,366.56 |
| General business expenses | |
| Merchant account fees | 3,223.97 |
| **Total General business expenses** | **3,223.97** |
| Insurance | 1,035.69 |
| Legal & accounting services | |
| Accounting fees | 382.55 |
| **Total Legal & accounting services** | **382.55** |
| Office expenses | 1,096.09 |
| Software & apps | 231.57 |
| **Total Office expenses** | **1,327.66** |
| Payroll expenses | |
| Wages and Compensation | 53,253.61 |
| **Total Payroll expenses** | **53,253.61** |
| Taxes paid | |
| Payroll taxes | 10,339.29 |
| **Total Taxes paid** | **10,339.29** |
| Travel | 8.00 |
| Utilities | |
| Telephone & Internet | 851.39 |
| **Total Utilities** | **851.39** |
| **Total Expenses** | **$74,788.72** |
| NET OPERATING INCOME | **$ -4,675.72** |
| NET INCOME | **$ -4,675.72** |

TD Bank
America's Most Convenient Bank®

Go paperless. Scan the QR code to opt in to paperless statements.

E

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA
2 PIDGEON HILL DR STE 100
STERLING VA 20165-6148

Page: 1 of 10
Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: 9515-039-E-***
Primary Account #: 9515

## Chapter 11 Checking

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

Account # 9515

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,059.83 | Average Collected Balance | 5,248.18 |
| Electronic Deposits | 72,577.64 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 38,007.30 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 41,535.19 | Days in Period | 31 |
| Ending Balance | 9,094.98 | | |

$79,542.49

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $175.00 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $175.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,482.08 |
| 10/01 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,430.95 |
| 10/01 | CCD DEPOSIT, MINDBODY, INC. MINDBODY, ST-F2Y0V2S1M7U6 | 917.40 |
| 10/02 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,232.61 |
| 10/03 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 434.19 |
| 10/04 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 5,364.84 |
| 10/07 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,654.26 |
| 10/07 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,081.19 |
| 10/08 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 561.76 |
| 10/08 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 507.27 |
| 10/09 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 704.55 |
| 10/09 | CCD DEPOSIT, CLASSPASS INC. EDI PYMNTS ****99087338767 | 424.85 |
| 10/10 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,631.26 |
| 10/11 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,868.93 |
| 10/15 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,951.05 |
| 10/15 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,262.47 |
| 10/15 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,932.99 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | **Ending Balance** | 9,094.98 |
| 2 | **Total Deposits** | + |
| 3 | **Sub Total** | |
| 4 | **Total Withdrawals** | - |
| 5 | **Adjusted Balance** | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | 4 |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

## INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 3 of 10 |
| Statement Period: | Oct 01 2024-Oct 31 2024 |
| Cust Ref #: | [redacted]9515-039-E-*** |
| Primary Account #: | [redacted]9515 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 468.20 |
| 10/15 | CTX DEPOSIT, GYMPASS US LLC PAYMENTS ****74280764 | 9.27 |
| 10/16 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,732.28 |
| 10/17 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,797.38 |
| 10/18 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,072.77 |
| 10/21 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 4,141.69 |
| 10/21 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,015.83 |
| 10/22 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,084.62 |
| 10/22 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,614.44 |
| 10/23 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 4,046.91 |
| 10/24 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,893.80 |
| 10/25 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,399.76 |
| 10/28 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,882.14 |
| 10/28 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,005.16 |
| 10/29 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,493.44 |
| 10/29 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 574.25 |
| 10/30 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 606.30 |
| 10/31 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,296.75 |
| | Subtotal: | 72,577.64 |

### Checks Paid

No. Checks: 29

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/01 | 14384 | 90.00 | 10/15 | 14429* | 1,949.78 |
| 10/15 | 14397* | 130.00 | 10/09 | 14430 | 1,530.00 |
| 10/11 | 14411* | 812.68 | 10/15 | 14431 | 1,310.00 |
| 10/15 | 14415* | 130.00 | 10/25 | 14435* | 130.00 |
| 10/01 | 14416 | 90.00 | 10/07 | 14437* | 2,021.65 |
| 10/02 | 14417 | 40.00 | 10/28 | 14439* | 360.00 |
| 10/04 | 14422* | 1,875.00 | 10/21 | 14440 | 1,875.00 |
| 10/07 | 14423 | 995.60 | 10/21 | 14441 | 1,318.55 |
| 10/08 | 14424 | 1,266.34 | 10/28 | 14442 | 2,791.13 |
| 10/07 | 14425 | 2,840.67 | 10/24 | 14443 | 1,739.73 |
| 10/15 | 14426 | 1,427.20 | 10/24 | 14444 | 1,186.88 |
| 10/11 | 14427 | 1,375.65 | 10/23 | 14445 | 1,158.20 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: 9515-039-E-***
Primary Account #: 9515

## DAILY ACCOUNT ACTIVITY

**Checks Paid (continued)** *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/22 | 14446 | 1,865.51 | 10/28 | 14449 | 1,921.00 |
| 10/23 | 14447 | 1,520.83 | 10/21 | 14454* | 2,725.90 |
| 10/24 | 14448 | 1,530.00 | | | |

Subtotal: 38,007.30

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | DBCRD PMT AP, *****04034431860, AUT 093024 VISA DDA PUR AP WWW PODIUM COM HTTPSWWW PODI * UT | 1,681.80 |
| 10/01 | DBCRD PUR AP, *****04034431860, AUT 092924 VISA DDA PUR AP AMAZON MKTPL 025I591Z3 AMZN COM BILL * WA | 36.02 |
| 10/01 | DBCRD PUR AP, *****04034431860, AUT 092824 VISA DDA PUR AP UPS 1814432726 502 485 2222 * KY | 36.00 |
| 10/01 | DBCRD PMT AP, *****04034431860, AUT 093024 VISA DDA PUR AP DNH GODADDY COM 480 505 8855 * AZ | 8.99 |
| 10/02 | CCD DEBIT, NATPAY-10570488 DIRDEP 10570488 | 9,680.59 |
| 10/02 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 5,628.98 |
| 10/02 | DBCRD PUR AP, *****04034431860, AUT 100124 VISA DDA PUR AP SP INMODE E STORE HTTPSUS INMOD * CA | 842.00 |
| 10/02 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 261.56 |
| 10/02 | DBCRD PUR AP, *****04034431860, AUT 100124 VISA DDA PUR AP ARC3 GASES 202 804 644 4521 * VA | 121.98 |
| 10/02 | DBCRD PUR AP, *****04034431860, AUT 092724 VISA DDA PUR AP ARC3 GASES 202 804 644 4521 * VA | 115.80 |
| 10/02 | DBCRD PUR AP, *****04034431860, AUT 100124 VISA DDA PUR AP GOOGLE GSUITE ARIAMEDI CC GOOGLE COM * CA | 50.40 |
| 10/02 | DBCRD PMT AP, *****04034431860, AUT 100124 VISA DDA PUR AP GOOGLE GSUITE VNBMANA CC GOOGLE COM * CA | 43.20 |
| 10/03 | DBCRD PUR AP, *****04034431860, AUT 100124 VISA DDA PUR AP PST MYADVICECEATUS MRKTG 435 5757470 * UT | 1,002.96 |
| 10/04 | ELECTRONIC PMT-WEB, VERIZON PAYMENTREC ****340630001 | 274.00 |
| 10/04 | DEBIT POS AP, *****04034431860, AUT 100324 DDA PURCHASE AP WALGREENS STORE 20800 GR STERLING * VA | 91.93 |
| 10/04 | DBCRD PMT AP, *****04034431860, AUT 100324 VISA DDA PUR AP INTUIT QBOOKS ONLINE CL INTUIT COM * CA | 35.00 |
| 10/07 | DBCRD PUR AP, *****04034431860, AUT 100524 VISA DDA PUR AP AMAZON MKTPL L21132WL3 AMZN COM BILL * WA | 265.94 |
| 10/07 | DBCRD PUR AP, *****04034431860, AUT 100424 VISA DDA PUR AP GIANT 0794 STERLING * VA | 167.72 |
| 10/07 | DBCRD PUR AP, *****04034431860, AUT 100624 VISA DDA PUR AP CVS PHARMACY 01424 STERLING * VA | 139.96 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: [redacted]9515-039-E-***
Primary Account #: [redacted]9515

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | DEBIT POS AP, *****04034431860, AUT 100524 DDA PURCHASE AP LOTTE PLAZA STE JESSUP * MD | 80.91 |
| 10/07 | DEBIT POS AP, *****04034431860, AUT 100524 DDA PURCHASE AP WHOLEFDS BMT 10 19800 B ASHBURN * VA | 43.44 |
| 10/07 | DBCRD PUR AP, *****04034431860, AUT 100624 VISA DDA PUR AP SUNOCO 8001591302 STERLING * VA | 36.99 |
| 10/07 | DEBIT POS AP, *****04034431860, AUT 100524 DDA PURCHASE AP 7 ELEVEN STERLING * VA | 19.60 |
| 10/07 | DEBIT POS AP, *****04034431860, AUT 100624 DDA PURCHASE AP SUNOCO 08538449 STERLING * VA | 12.71 |
| 10/07 | DBCRD PUR AP, *****04034431860, AUT 100524 VISA DDA PUR AP TST RUS UZ ALEXANDRIA ALEXANDRIA * VA | 8.60 |
| 10/07 | DBCRD PUR AP, *****04034431860, AUT 100624 VISA DDA PUR AP TOWN CENTER GARAGE PARKI ALEXANDRIA * VA | 8.00 |
| 10/07 | DBCRD PUR AP, *****04034431860, AUT 100424 VISA DDA PUR AP MCDONALD S F14127 STERLING * VA | 5.64 |
| 10/10 | CCD DEBIT, TSYS/TRANSFIRST MERCH FEES ****84555830732 | 3,213.97 |
| 10/10 | DBCRD PUR AP, *****04034431860, AUT 100824 VISA DDA PUR AP A A CENTRIC COECO 410 9023300 * CT | 86.74 |
| 10/10 | DBCRD PMT AP, *****04034465595, AUT 100924 VISA DDA PUR AP INTUIT QBOOKS ONLINE CL INTUIT COM * CA | 65.00 |
| 10/10 | DBCRD PMT AP, *****04034431860, AUT 100824 VISA DDA PUR AP BLACKHAWK ISSUED CONTENT 480 4866880 * CA | 10.00 |
| 10/11 | DBCRD PUR AP, *****04034431860, AUT 101024 VISA DDA PUR AP FOOD LION 1337 STERLING * VA | 12.73 |
| 10/15 | DBCRD PUR AP, *****04034431860, AUT 101124 VISA DDA PUR AP LOTTE PLAZA STERLING JESSUP * MD | 116.51 |
| 10/15 | DBCRD PUR AP, *****04034431860, AUT 101024 VISA DDA PUR AP ARC3 GASES 202 804 644 4521 * VA | 88.15 |
| 10/15 | DBCRD PUR AP, *****04034431860, AUT 101024 VISA DDA PUR AP A A CENTRIC COECO 410 9023300 * CT | 81.14 |
| 10/15 | DBCRD PUR AP, *****04034431860, AUT 101224 VISA DDA PUR AP SUNOCO 8001591302 STERLING * VA | 22.20 |
| 10/15 | DEBIT POS AP, *****04034431860, AUT 101424 DDA PURCHASE AP SUNOCO 80015913 STERLING * VA | 18.50 |
| 10/15 | DBCRD PUR AP, *****04034431860, AUT 101224 VISA DDA PUR AP AMAZON PRIME ZG06C9773 AMZN COM BILL * WA | 14.99 |
| 10/16 | DBCRD PUR AP, *****04034431860, AUT 101424 VISA DDA PUR AP SORTREL THAI RESTAURANT STERLING * VA | 34.27 |
| 10/17 | CCD DEBIT, NATPAY-10570488 DIRDEP 10570488 | 5,565.72 |
| 10/17 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 4,710.31 |
| 10/17 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 120.99 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

Page: 6 of 10
Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: [redacted]9515-039-E-***
Primary Account #: [redacted]9515

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/17 | DBCRD PUR AP, *****04034431860, AUT 101524 VISA DDA PUR AP<br>COUNTRY INN RESTAURANT BERKELEY SPRI * WV | 102.95 |
| 10/21 | DEBIT POS AP, *****04034431860, AUT 102124 DDA PURCHASE AP<br>RESTAURANT DEPOT CHANTILLY * VA | 321.11 |
| 10/21 | DBCRD PUR AP, *****04034431860, AUT 101824 VISA DDA PUR AP<br>ARC3 GASES 202 804 644 4521 * VA | 146.93 |
| 10/21 | DBCRD PUR AP, *****04034431860, AUT 101924 VISA DDA PUR AP<br>AMZN MKTP US 8A20Y9BA3 AMZN COM BILL * WA | 102.60 |
| 10/21 | DEBIT POS AP, *****04034431860, AUT 101924 DDA PURCHASE AP<br>SUNOCO 80015913 STERLING * VA | 56.10 |
| 10/21 | DBCRD PUR AP, *****04034431860, AUT 101824 VISA DDA PUR AP<br>TST LUCIAS POTOMAC FALL STERLING * VA | 44.02 |
| 10/21 | DEBIT POS AP, *****04034431860, AUT 102124 DDA PURCHASE AP<br>LOTTE PLAZA STE JESSUP * MD | 35.40 |
| 10/21 | DEBIT POS AP, *****04034431860, AUT 101924 DDA PURCHASE AP<br>LOTTE PLAZA STE JESSUP * MD | 19.71 |
| 10/21 | DEBIT POS AP, *****04034431860, AUT 102024 DDA PURCHASE AP<br>SUNOCO 80015913 STERLING * VA | 12.71 |
| 10/21 | DEBIT POS AP, *****04034431860, AUT 101924 DDA PURCHASE AP<br>LOTTE PLAZA STE JESSUP * MD | 8.61 |
| 10/21 | DEBIT POS AP, *****04034431860, AUT 102124 DDA PURCHASE AP<br>SUNOCO 80015913 STERLING * VA | 7.08 |
| 10/22 | ACH DEBIT, COMCAST 8299610 451095748 9925903 | 64.16 |
| 10/23 | DBCRD PUR AP, *****04034431860, AUT 102224 VISA DDA PUR AP<br>AMZN MKTP US Z33LM26L3 AMZN COM BILL * WA | 496.10 |
| 10/23 | DBCRD PUR AP, *****04034431860, AUT 102124 VISA DDA PUR AP<br>ARC3 GASES 202 804 644 4521 * VA | 318.23 |
| 10/23 | DBCRD PUR AP, *****04034431860, AUT 102224 VISA DDA PUR AP<br>THE WEBSTAURANT STORE IN 717 392 7472 * PA | 147.00 |
| 10/23 | DBCRD PUR AP, *****04034431860, AUT 102224 VISA DDA PUR AP<br>AMAZON MKTPL 6991J9F83 AMZN COM BILL * WA | 91.23 |
| 10/23 | DEBIT POS AP, *****04034431860, AUT 102324 DDA PURCHASE AP<br>SUNOCO 02737963 HERNDON * VA | 12.23 |
| 10/24 | ELECTRONIC PMT-WEB, T-MOBILE PCS SVC 0736194 | 168.23 |
| 10/24 | DEBIT POS AP, *****04034431860, AUT 102424 DDA PURCHASE AP<br>TARGET T 46201 POTOMA STERLING * VA | 128.72 |
| 10/24 | DEBIT POS AP, *****04034431860, AUT 102424 DDA PURCHASE AP<br>7 ELEVEN STERLING * VA | 12.76 |
| 10/25 | DBCRD PUR AP, *****04034431860, AUT 102324 VISA DDA PUR AP<br>LA MADELEINE 027 RESTON * VA | 32.40 |
| 10/28 | CCD DEBIT, THE HARTFORD INSPMTCL 16634456 | 765.36 |
| 10/28 | DBCRD PMT AP, *****04034431860, AUT 102724 VISA DDA PUR AP<br>MINDBODY INC WWW MINDBODYO * CA | 670.10 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

Page: 7 of 10
Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: [redacted]9515-039-E-***
Primary Account #: [redacted]9515

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/28 | DBCRD PUR AP, *****04034431860, AUT 102524 VISA DDA PUR AP US SKYLINE BEAUTY SUP I 703 8498887 * VA | 355.00 |
| 10/28 | CCD DEBIT, COMCAST CABLE 1589824 | 345.00 |
| 10/28 | DBCRD PUR AP, *****04034431860, AUT 102424 VISA DDA PUR AP LA MADELEINE 027 RESTON * VA | 30.82 |
| 10/28 | DBCRD PUR AP, *****04034431860, AUT 102524 VISA DDA PUR AP SUNOCO 0853844900 STERLING * VA | 22.12 |
| 10/28 | DEBIT POS AP, *****04034431860, AUT 102724 DDA PURCHASE AP THE HOME DEPOT 4602 STERLING * VA | 19.28 |
| 10/29 | CCD DEBIT, STATE FARM RO 27 CPC-CLIENT ** S **94797707 | 270.33 |
| 10/29 | DBCRD PMT AP, *****04034431860, AUT 102824 VISA DDA PUR AP MICROSOFT G063310596 MSBILL INFO * WA | 99.00 |
| 10/30 | DBCRD PMT AP, *****04034431860, AUT 102924 VISA DDA PUR AP PULS COM 713 568 3458 * CA | 34.99 |
| 10/30 | DEBIT POS AP, *****04034431860, AUT 103024 DDA PURCHASE AP THE HOME DEPOT 4602 STERLING * VA | 22.19 |
| 10/31 | DBCRD PMT AP, *****04034431860, AUT 103024 VISA DDA PUR AP WWW PODIUM COM HTTPSWWW PODI * UT | 1,681.80 |
| 10/31 | DBCRD PMT AP, *****04034431860, AUT 103024 VISA DDA PUR AP ADOBE ADOBE 408 536 6000 * CA | 19.99 |
| 10/31 | DBCRD PMT AP, *****04034431860, AUT 103024 VISA DDA PUR AP DNH GODADDY COM 480 505 8855 * AZ | 8.99 |
| | Subtotal: | 41,535.19 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 16,059.83 | 10/17 | 1,660.15 |
| 10/01 | 17,947.45 | 10/18 | 4,732.92 |
| 10/02 | 2,395.55 | 10/21 | 3,216.72 |
| 10/03 | 1,826.78 | 10/22 | 4,986.11 |
| 10/04 | 4,915.69 | 10/23 | 5,289.20 |
| 10/07 | 4,003.71 | 10/24 | 3,416.68 |
| 10/08 | 3,806.40 | 10/25 | 6,654.04 |
| 10/09 | 3,405.80 | 10/28 | 5,261.53 |
| 10/10 | 2,661.35 | 10/29 | 6,959.89 |
| 10/11 | 3,329.22 | 10/30 | 7,509.01 |
| 10/15 | 7,664.73 | 10/31 | 9,094.98 |
| 10/16 | 9,362.74 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: 515-039-E-***
Primary Account #: 9515

#14384 10/01 $90.00

#14411 10/11 $812.68

#14416 10/01 $90.00

#14422 10/04 $1,875.00

#14424 10/08 $1,266.34

#14397 10/15 $130.00

#14415 10/15 $130.00

#14417 10/02 $40.00

#14423 10/07 $995.60

#14425 10/07 $2,840.67

TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: 9515-039-E-***
Primary Account #: 9515

#14426 10/15 $1,427.20

#14427 10/11 $1,375.65

#14429 10/15 $1,949.78

#14430 10/09 $1,530.00

#14431 10/15 $1,310.00

#14435 10/25 $130.00

#14437 10/07 $2,021.65

#14439 10/28 $360.00

#14440 10/21 $1,875.00

#14441 10/21 $1,318.55

**TD Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 10 of 10 |
| Statement Period: | Oct 01 2024-Oct 31 2024 |
| Cust Ref #: | 9515-039-E-*** |
| Primary Account #: | 9515 |

Skin Logic LLC
ARIA Skin Care SPA
2 Pidgeon Hill Dr, Suite 100
Sterling, VA 20165
TD Bank, NA
Check Date October 16, 2024 — Check Number 14442
Pay this Amount: Two Thousand, Seven Hundred Ninety One Dollars and Thirteen Cents ************ Payroll Check ******2,791.13
Pay to the order of: VALERIA GUNKOVA, 29701 Riptide Sq, Sterling, VA 20165
Authorized Signature

#14442 10/28 $2,791.13

Skin Logic LLC
ARIA Skin Care SPA
2 Pidgeon Hill Dr, Suite 100
Sterling, VA 20165
TD Bank, NA
Check Date October 16, 2024 — Check Number 14443
Pay this Amount: One Thousand, Seven Hundred Thirty Nine Dollars and Seventy Three Cents ****** Payroll Check ****** 1,739.73
Pay to the order of: ELENA KOSTINA, 12523 Ridgegate Dr, Herndon, VA 20170
Authorized Signature

#14443 10/24 $1,739.73

Skin Logic LLC
ARIA Skin Care SPA
2 Pidgeon Hill Dr, Suite 100
Sterling, VA 20165
TD Bank, NA
Check Date October 16, 2024 — Check Number 14444
Pay this Amount: One Thousand, One Hundred Eighty Six Dollars and Eighty Eight Cents ********** Payroll Check ****** 1,186.88
Pay to the order of: GULNARA MEURMISHVILI, 1372 Goldenrain CT, Reston, VA 20190
Authorized Signature

#14444 10/24 $1,186.88

Skin Logic LLC
ARIA Skin Care SPA
2 Pidgeon Hill Dr, Suite 100
Sterling, VA 20165
TD Bank, NA
Check Date October 16, 2024 — Check Number 14445
Pay this Amount: One Thousand, One Hundred Fifty Eight Dollars and Twenty Cents *************** Payroll Check ****** 1,158.20
Pay to the order of: MUNKHZUL WRATCHFORD, 22621 Amendola Tr. Apt 323, Asburn, VA 20148
Authorized Signature

#14445 10/23 $1,158.20

Skin Logic LLC
ARIA Skin Care SPA
2 Pidgeon Hill Dr, Suite 100
Sterling, VA 20165
TD Bank, NA
Check Date October 16, 2024 — Check Number 14446
Pay this Amount: One Thousand, Eight Hundred Sixty Five Dollars and Fifty One Cents ********** Payroll Check ****** 1,865.51
Pay to the order of: FARIBA HEJAZI, 47331 Blackwater Falls, Sterling, VA 20165
Authorized Signature

#14446 10/22 $1,865.51

Skin Logic LLC
ARIA Skin Care SPA
2 Pidgeon Hill Dr, Suite 100
Sterling, VA 20165
TD Bank, NA
Check Date October 16, 2024 — Check Number 14447
Pay this Amount: One Thousand, Five Hundred Twenty Dollars and Eighty Three Cents ************* Payroll Check ****** 1,520.83
Pay to the order of: ENKHTUYA KHISHIGT, 22069 Manning Sq, Sterling, VA 20166
Authorized Signature

#14447 10/23 $1,520.83

Skin Logic LLC
ARIA Skin Care SPA
2 Pidgeon Hill Dr, Suite 100
Sterling, VA 20165
TD Bank, NA
Check Date October 16, 2024 — Check Number 14448
Pay this Amount: One Thousand, Five Hundred Thirty Dollars and No Cents ********************** Payroll Check ****** 1,530.00
Pay to the order of: DIANA MOLINA DE SANCHEZ, 5365 Taney Ave, APT101, Alexandria, VA 22304
Authorized Signature

#14448 10/24 $1,530.00

Skin Logic LLC
ARIA Skin Care SPA
2 Pidgeon Hill Dr, Suite 100
Sterling, VA 20165
TD Bank, NA
Check Date October 16, 2024 — Check Number 14449
Pay this Amount: One Thousand, Nine Hundred Twenty One Dollars and No Cents ****************** Payroll Check ****** 1,921.00
Pay to the order of: SHEILA J MORRIS, 112 Seneca Ridge Dr, Sterling, VA 20164
Authorized Signature

#14449 10/28 $1,921.00

Skin Logic LLC
ARIA Skin Care SPA
2 Pidgeon Hill Dr, Suite 100
Sterling, VA 20165
TD Bank, NA
Check Date October 16, 2024 — Check Number 14454
Pay this Amount: Two Thousand, Seven Hundred Twenty Five Dollars and Ninety Cents ************* Payroll Check ****** 2,725.90
Pay to the order of: DAGMAR BENESOVA LLC ENTERPRISE, 47315 Vista Cr, Sterling, VA 20165
Authorized Signature

#14454 10/21 $2,725.90