**Fill in this information to identify the case:**

Debtor Name __Skin Logic, LLC__

United States Bankruptcy Court for the: Eastern District of Virginia

Case number: __23-11352__

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __11/2024__                     Date report filed: __02/17/2025__
                                                          MM / DD / YYYY

Line of business: __Medispa__          NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                  __Stephen Metz, Subchapter V Trustee__

Original signature of responsible party  /s/ Stephen Metz

Printed name of responsible party   __Stephen Metz__

The Subchapter V Trustee was authorized to operate the Debtor's business by order entered September 27, 2023. The responses to some of the questions are on information and belief based upon information provided to the Trustee from Valeria Gunkova and Jacob Bogatin.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Skin Logic, LLC                                    Case number  23-11352

17. Have you paid any bills you owed before you filed bankruptcy?          ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $  9,094.98

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.       $  87,971.24

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.       − $  -88,525.91

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.       + $  -554.67

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.       = $  8,540.31

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**       $  See Exhibit E

    *(Exhibit E)*

Debtor Name  Skin Logic, LLC _____     Case number 23-11352 _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?

28

27. What is the number of employees as of the date of this monthly report?

28

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?

$ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?

$ _____ 0.00

30. How much have you paid this month in other professional fees?

$ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?

$ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|   | **Projected** | − | **Actual** | = | **Difference** |
|   | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 87,971.24 | − | $ 87,971.24 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 88,525.91 | − | $ 88,525.91 | = | $ 0.00 |
| 34. **Net cash flow** | $ 554.67 | − | $ -554.67 | = | $ 0.00 |

35. Total projected cash receipts for the next month:

$ 164,234.48

36. Total projected cash disbursements for the next month:

− $ 137,305.79

37. Total projected net cash flow for the next month:

= $ 35,469.00

Debtor Name  Skin Logic, LLC                                              Case number 23-11352

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

## EXHIBIT A

3.    The Debtor did not pay lease payments to EagleBank/Elix.

4.    The Debtor issued checks to all employees but delayed (in some cases) delivering physical checks to some employees due to cash flow issues.


## EXHIBIT B

10.   One pre-petition account at TD Bank was not closed yet, but it had no activity.

## EXHIBIT E (Payables)

- The Debtor did not pay its EagleBank/Elix leases since the petition date. According to Mr. Bogatin, the monthly payments total $3,661.51. The Trustee filed a motion to sell substantially all of the Debtor's assets, which the Court approved in January of 2025. If a sale closes, the sales proceeds will be utilized to satisfy this claim as part of EagleBank's secured claim.
- A dispute exists between the Debtor and BNG, pursuant to which the Debtor contends it funded construction costs for suites in the building and that the funding of those construction costs constitutes prepaid rent. The Debtor took the position that it should be paying BNG $12,000 per month in rent, as opposed to the contractual rent obligation of approximately $28,000 per month. Assuming the sale closes, this dispute will be moot.

4907-6509-0844, v. 3

| EXHIBIT C CASH RECEIPTS SUMMARY | | | |
|---|---|---|---|
| NOVEMBER 2024 | | | |
|  |  |  |  |
|  |  |  |  |
| TD BANK | ████ 9515 |  | $ 87,971.24 |
|  |  |  |  |
|  |  |  |  |
| **TOTAL** |  |  | **$ 87,971.24** |

| | CHAPTER 11 CHECKING 9515 | | | |
|---|---|---|---|---|
| | RECEIPTS | | | |
| | NOVEMBER 2024 | | | |
| Date | Payee | Memo | Deposit | Account |
| 11/01/2024 | Mindbody Inc | MINDBODY, INC.  MINDBODY, | 1,584.05 | Sales:Services Income |
| 11/01/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 1,665.65 | Sales:Services Income |
| 11/04/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 1,169.85 | Sales:Services Income |
| 11/04/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 20.00 | Sales:Services Income |
| 11/04/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 2,553.19 | Sales:Services Income |
| 11/05/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 3,432.60 | Sales:Services Income |
| 11/05/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 3,902.42 | Sales:Services Income |
| 11/06/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 4,545.29 | Sales:Services Income |
| 11/07/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 4,609.10 | Sales:Services Income |
| 11/08/2024 | ClassPass | CLASSPASS INC.  EDI PYMNTS | 761.70 | Sales:Services Income |
| 11/08/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 3,110.97 | Sales:Services Income |
| 11/12/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 1,086.12 | Sales:Services Income |
| 11/12/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 2,195.71 | Sales:Services Income |
| 11/12/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 4,780.65 | Sales:Services Income |
| 11/12/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 7,800.21 | Sales:Services Income |
| 11/13/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 1,385.17 | Sales:Services Income |
| 11/14/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 2,725.90 | Sales:Services Income |
| 11/15/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 1,528.47 | Sales:Services Income |
| 11/18/2024 | Synchrony Bank Mtot | SYNCHRONY BANK   MTOT DEP | 2,394.58 | Sales:Services Income |
| 11/18/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 1,127.63 | Sales:Services Income |
| 11/18/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 1,586.22 | Sales:Services Income |
| 11/19/2024 | TSYS/TRANSFIRST | GRPN MERCH SVCS  N300075498 | 48.80 | Sales:Services Income |
| 11/19/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 707.82 | Sales:Services Income |
| 11/19/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 1,005.39 | Sales:Services Income |
| 11/20/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 1,336.70 | Sales:Services Income |
| 11/21/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 10,140.99 | Sales:Services Income |
| 11/22/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 4,407.14 | Sales:Services Income |
| 11/25/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 3,018.95 | Sales:Services Income |
| 11/25/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 2,787.76 | Sales:Services Income |
| 11/26/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 532.04 | Sales:Services Income |
| 11/26/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 4,017.24 | Sales:Services Income |
| 11/27/2024 | Blackhawk Network | BLACKHAWK NETWOR PAYMENT | 40.00 | Sales:Services Income |
| 11/27/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 2,411.38 | Sales:Services Income |
| 11/29/2024 | TSYS/TRANSFIRST | TSYS/TRANSFIRST  CR CD DEP | 3,551.55 | Sales:Services Income |
| | **TOTAL** | | **$      87,971.24** | |

| EXHIBIT D CASH DISBURSEMENTS SUMMARY | | | | |
|---|---|---|---|---|
| NOVEMBER 2024 | | | | |
| | | | | |
| TD BANK | ███ 9515 | | $ | 88,525.91 |
| | | | | |
| | | | | |
| **TOTAL** | | | **$** | **88,525.91** |

| CHAPTER 11 CHECKING 9515 | | | | | |
|---|---|---|---|---|---|
| DISBURSEMENTS | | | | | |
| NOVEMBER 2024 | | | | | |
| Date | Ref No. | Payee | Memo | Payment | Account |
| 11/01/2024 | | GoDaddy | VISA DDA PUR AP - 469216    DNH GODADDY COM      480 505 8855 * AZ | 88.68 | Office expenses:Software & apps |
| 11/04/2024 | | My Advice | VISA DDA PUR AP - 490641    PST MYADVICECEATUS MRKTG    435 5757470  * UT | 1,002.96 | Long-term office equipment:Computers & tablets |
| 11/04/2024 | | Google | VISA DDA PUR AP - 480394 GOOGLE GSUITE ARIAMEDI      CC GOOGLE COM * CA | 50.40 | Office expenses:Software & apps |
| 11/04/2024 | | Google | VISA DDA PUR AP - 469216 GOOGLE  GSUITE VNBMANA      CC GOOGLE COM * CA | 43.20 | Office expenses:Software & apps |
| 11/04/2024 | | QuickBooks Payments | VISA DDA PUR AP - 469216    INTUIT QBOOKS ONLINE      CL INTUIT COM * CA | 35.00 | Office expenses:Software & apps |
| 11/04/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269    ARC3 GASES 202          804 644 4521  * VA | 123.77 | Cost of goods sold:Skin Care & Food Supplies |
| 11/04/2024 | 14451 | Kelly DeMarce | CHECK 14451 | 90.00 | Payroll expenses:Wages and Compensation |
| 11/04/2024 | 14433 | Kelly DeMarce | CHECK 14433 | 90.00 | Payroll expenses:Wages and Compensation |
| 11/04/2024 | 14428 | Karina E Shupilova | CHECK 14428 | 1,126.82 | Payroll expenses:Wages and Compensation |
| 11/04/2024 | 14393 | Karina E Shupilova | CHECK 14393 | 895.80 | Payroll expenses:Wages and Compensation |
| 11/05/2024 | | Accupay Accounting | 1555 SKIN LOGIC  TRANSFER | 206.68 | Payroll expenses:Payroll Accounting Fees |
| 11/05/2024 | | Spam Fighter | VISA DDA PUR AP - 469216    CBI SPAMFIGHTER        800 799 9570 * IL | 29.00 | Long-term office equipment:Custom software or app |
| 11/05/2024 | | Accupay Accounting | 1555 SKIN LOGIC  TRANSFER | 5,255.73 | Payroll expenses:Wages and Compensation |
| 11/05/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL IG3OK2YE3 AMZN COM BILL * WA | 73.13 | Office expenses |
| 11/05/2024 | | Verizon | VERIZON        PAYMENTREC | 274.00 | Utilities:Telephone & Internet |
| 11/05/2024 | | Accupay Payroll | NATPAY-10570488  DIRDEP | 4,518.10 | Payroll expenses:Wages and Compensation |
| 11/05/2024 | 14459 | Alinah Fawad | CHECK 14459 | 1,071.02 | Payroll expenses:Wages and Compensation |
| 11/06/2024 | 14457 | Porfirio H. Ramos Bonilla | CHECK 14457 | 995.00 | Payroll expenses:Wages and Compensation |
| 11/07/2024 | 14472 | Dagmar Benesova | CHECK 14472 | 2,654.40 | Payroll expenses:Wages and Compensation |
| 11/07/2024 | 14464 | Fariba Hejazi | CHECK 14464 | 2,459.04 | Payroll expenses:Wages and Compensation |
| 11/07/2024 | 14463 | Munkhzul Wratchford | CHECK 14463 | 1,307.45 | Payroll expenses:Wages and Compensation |
| 11/07/2024 | 14458 | Randy Salomon De La Cruz | CHECK 14458 | 1,305.87 | Payroll expenses:Wages and Compensation |
| 11/08/2024 | | Amazon | VISA DDA PUR AP - 469216    AMZN MKTP US 3H24C2H63    AMZN COM BILL * WA | 94.31 | Office expenses |

| 11/08/2024 | 14471 | Lucas Gavitt | CHECK 14471 | 195.00 | Payroll expenses:Wages and Compensation |
|---|---|---|---|---|---|
| 11/08/2024 | 14466 | ENKHTUYA KHISHIGH | CHECK 14466 | 1,901.29 | Payroll expenses:Wages and Compensation |
| 11/08/2024 | 14460 | Gunkova, Valeria | CHECK 14460 | 2,872.87 | Payroll expenses:Wages and Compensation |
| 11/08/2024 | 14456 | Jacob Bogatin | CHECK 14456 | 1,875.00 | Payroll expenses:Wages and Compensation |
| 11/08/2024 | 14453 | Lucas Gavitt | CHECK 14453 | 65.00 | Payroll expenses:Wages and Compensation |
| 11/12/2024 | | Blackhawk | VISA DDA PUR AP - 478930 BLACKHAWK ISSUED CONTENT 480 4866880  * CA | 10.00 | Office expenses |
| 11/12/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL BK10W0QI3 AMZN COM BILL * WA | 116.59 | Office expenses |
| 11/12/2024 | | Sunoco | DDA PURCHASE AP - 69345904 SUNOCO 80015913 STERLING     * VA | 17.56 | Office expenses |
| 11/12/2024 | | Ap Store | VISA DDA PUR AP - 463923    A A CENTRIC  COECO    410 9023300 * CT | 85.49 | Office expenses |
| 11/12/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL YV4863PS3 AMZN COM BILL * WA | 10.59 | Office expenses |
| 11/12/2024 | | Ap Store | VISA DDA PUR AP - 463923    A A CENTRIC  COECO    410 9023300 * CT | 86.74 | Office expenses |
| 11/12/2024 | | Ap Store | VISA DDA PUR AP - 463923    A A CENTRIC  COECO    410 9023300 * CT | 83.95 | Office expenses |
| 11/12/2024 | | Inmode | VISA DDA PUR AP - 401134    SP INMODE E STORE        US INMODERESO * CA | 1,213.00 | Furniture & Fixtures |
| 11/12/2024 | | Restaurant Depot | DDA PURCHASE AP - 00A64419 RESTAURANT DEPOT CHANTILLY   * VA | 514.76 | Cost of goods sold:Skin Care & Food Supplies |
| 11/12/2024 | | QuickBooks Payments | VISA DDA PUR AP - 469216    INTUIT QBOOKS ONLINE     CL INTUIT COM * CA | 65.00 | Office expenses:Software & apps |
| 11/12/2024 | | TSYS/TRANSFIRST MERCH FEES | TSYS/TRANSFIRST  MERCH FEES | 2,395.89 | General business expenses:Merchant account fees |
| 11/12/2024 | 14470 | Kelly DeMarce | CHECK 14470 | 137.00 | Payroll expenses:Wages and Compensation |
| 11/12/2024 | 14468 | Morris, Sheila | CHECK 14468 | 1,735.00 | Payroll expenses:Wages and Compensation |
| 11/12/2024 | 14462 | Gulnara Meurmishvili | CHECK 14462 | 1,394.67 | Payroll expenses:Wages and Compensation |
| 11/12/2024 | 14450 | Jessica Beardsley | CHECK 14450 | 65.00 | Payroll expenses:Wages and Compensation |
| 11/12/2024 | 14432 | Jessica Beardsley | CHECK 14432 | 130.00 | Payroll expenses:Wages and Compensation |
| 11/13/2024 | | Amazon | VISA DDA PUR AP - 469216    AMZN MKTP US I892K2IJ3    AMZN COM BILL * WA | 66.77 | Office expenses |
| 11/13/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON PRIME IR1FU9DJ3 AMZN COM BILL * WA | 14.99 | Office expenses |

| Date | Num | Name | Memo/Description | Amount | Account |
|---|---|---|---|---|---|
| 11/13/2024 | | | VISA DDA PUR AP - 469216    SQ CHA  STERLING VA    STERLING * VA | 27.09 | Office expenses |
| 11/13/2024 | | VA DEPT TAXATION TAX | VA DEPT TAXATION TAX PAYMEN | 221.45 | Taxes paid:State taxes |
| 11/13/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269    ARC3 GASES 202        804 644 4521 * VA | 330.35 | Cost of goods sold:Skin Care & Food Supplies |
| 11/13/2024 | 14474 | Valerity Boranchuk | CHECK 14474 | 1,645.00 | Payroll expenses:Wages and Compensation |
| 11/13/2024 | 14467 | Diana Molina De Sanchez | CHECK 14467 | 1,530.00 | Payroll expenses:Wages and Compensation |
| 11/14/2024 | | Amber Products | VISA DDA PUR AP - 411641 AMBER PRODUCTS CO  INC    724 695 2776  * PA | 325.89 | Inventory Asset |
| 11/14/2024 | | Panera Bread | VISA DDA PUR AP - 469216 PANERA BREAD  601579 K STERLING     * VA | 20.29 | Cost of goods sold:Skin Care & Food Supplies |
| 11/14/2024 | 14461 | Kostina, Elena | CHECK 14461 | 950.12 | Payroll expenses:Wages and Compensation |
| 11/15/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON COM Q77MN3753 AMZN COM BILL * WA | 95.15 | Office expenses |
| 11/15/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL Z27522823 AMZN COM BILL * WA | 246.02 | Inventory Asset |
| 11/15/2024 | | Eminence Organic Skin | INTL DDA PUR AP - 431518 EMINENCE ORGANIC SKINCAR VANCOUVER    C AN | 2,336.17 | Inventory Asset |
| 11/15/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL EB6CU4XM3 AMZN COM BILL * WA | 179.12 | Office expenses |
| 11/15/2024 | | VA DEPT TAXATION TAX | VA DEPT TAXATION TAX PAYMEN | 132.53 | Taxes paid:State taxes |
| 11/15/2024 | | Home Depot | VISA DDA PUR AP - 494301    THE HOME DEPOT 4602      STERLING * VA | 100.56 | Cost of goods sold:Skin Care & Food Supplies |
| 11/18/2024 | | Food Lion | VISA DDA PUR AP - 469216    FOOD LION  1337        STERLING    * VA | 42.41 | Cost of goods sold:Skin Care & Food Supplies |
| 11/18/2024 | | Ebay | VISA DDA PUR AP - 420429    EBAY O 01 12339 39995        408 3766151 * CA | 774.75 | Furniture & Fixtures |
| 11/18/2024 | | Dropbox | VISA DDA PUR AP - 469216 DROPBOX 49VSCF355HL8 DROPBOX COM * CA | 199.00 | Office expenses:Software & apps |
| 11/18/2024 | | Home Depot | DDA PURCHASE AP - 306039    THE HOME DEPOT 4602      STERLING * VA | 114.58 | Cost of goods sold:Skin Care & Food Supplies |
| 11/19/2024 | | Inmode | VISA DDA PUR AP - 401134    SP INMODE E STORE        US INMODERESO * CA | 524.00 | Furniture & Fixtures |
| 11/19/2024 | | Wawa | DDA PURCHASE AP - 315790 WAWA 566            OCEAN CITY * MD | 61.30 | Cost of goods sold:Skin Care & Food Supplies |
| 11/19/2024 | | Accupay Accounting | 1555 SKIN LOGIC  TRANSFER | 5,875.70 | Payroll expenses:Wages and Compensation |
| 11/19/2024 | | Dexter | VISA DDA PUR AP - 475542    DEXT CAPITAL LLC        971 7622984 * OR | 240.00 | Repairs & maintenance |
| 11/19/2024 | | Accupay Accounting | 1555 SKIN LOGIC  TRANSFER | 176.21 | Payroll expenses:Payroll Accounting Fees |

| Date | Check # | Payee | Memo | Amount | Category |
|---|---|---|---|---|---|
| 11/19/2024 | | Accupay Payroll | NATPAY-10570488  DIRDEP | 5,690.50 | Payroll expenses:Wages and Compensation |
| 11/20/2024 | | Sunoco | DDA PURCHASE AP - 69345904 SUNOCO 80015913 STERLING     * VA | 12.18 | Office expenses |
| 11/20/2024 | | 7-Eleven | DDA PURCHASE AP - 00MOGV13  7 ELEVEN              STERLING     * VA | 10.97 | Cost of goods sold:Skin Care & Food Supplies |
| 11/21/2024 | | Starbucks | VISA DDA PUR AP - 469216 STARBUCKS STORE 53001 OCEAN CITY  * MD | 16.07 | Cost of goods sold:Skin Care & Food Supplies |
| 11/21/2024 | | Tavern | VISA DDA PUR AP - 406466 SHAMANIC SUPPLY SHAMANICSUPPL * NM | 81.53 | Inventory Asset |
| 11/21/2024 | | Panera Bread | VISA DDA PUR AP - 469216 PANERA BREAD  601579 K STERLING     * VA | 11.91 | Cost of goods sold:Skin Care & Food Supplies |
| 11/21/2024 | | Tavern | VISA DDA PUR AP - 463923    A A CENTRIC  COECO      410 9023300 * CT | 86.74 | Cost of goods sold:Skin Care & Food Supplies |
| 11/21/2024 | | Tavern | VISA DDA PUR AP - 469216    WPY SPIRIT VISIONS LLC    936 445 7694 * TX | 151.19 | Cost of goods sold:Skin Care & Food Supplies |
| 11/21/2024 | | Tavern | VISA DDA PUR AP - 407314    DUFFY S TAVERN           OCEAN CITY  * MD | 63.23 | Cost of goods sold:Skin Care & Food Supplies |
| 11/21/2024 | 14491 | Dagmar Benesova | CHECK 14491 | 3,033.13 | Payroll expenses:Wages and Compensation |
| 11/21/2024 | 14480 | Munkhzul Wratchford | CHECK 14480 | 1,290.54 | Payroll expenses:Wages and Compensation |
| 11/22/2024 | | Home Depot | VISA DDA PUR AP - 494301    THE HOME DEPOT 4647       ASHBURN * VA | 164.04 | Cost of goods sold:Skin Care & Food Supplies |
| 11/22/2024 | | Comcast | COMCAST 8299610 451095748 | 64.22 | Utilities:Telephone & Internet |
| 11/22/2024 | | Home Depot | VISA DDA PUR AP - 494301    THE HOME DEPOT 4647       ASHBURN * VA | 1.00 | Cost of goods sold:Skin Care & Food Supplies |
| 11/22/2024 | 14481 | Fariba Hejazi | CHECK 14481 | 1,782.55 | Payroll expenses:Wages and Compensation |
| 11/22/2024 | 14477 | Gunkova, Valeria | CHECK 14477 | 2,816.94 | Payroll expenses:Wages and Compensation |
| 11/22/2024 | 14476 | Randy Salomon De La Cruz | CHECK 14476 | 1,442.40 | Payroll expenses:Wages and Compensation |
| 11/22/2024 | 14475 | Jacob Bogatin | CHECK 14475 | 1,875.00 | Payroll expenses:Wages and Compensation |
| 11/25/2024 | | USPS | DDA PURCHASE AP - 88034298 USPS PO 5 46164 WESTLA STERLING     * VA | 600.00 | Advertising & Marketing |
| 11/25/2024 | | USPS | DDA PURCHASE AP - 88034298 USPS PO 5 46164 WESTLA STERLING     * VA | 1,000.00 | Advertising & Marketing |
| 11/25/2024 | | LOUDOUN MEDICAL GROUP | VISA DDA PUR AP - 443565 LOUDOUN MEDICAL GROUP PC 703 737 6010  * VA | 37.89 | Office expenses |
| 11/25/2024 | | La Madaleine | VISA DDA PUR AP - 444500    LA MADELEINE  027        RESTON * VA | 30.19 | Cost of goods sold:Skin Care & Food Supplies |
| 11/25/2024 | | USPS | DDA PURCHASE AP - 46018099 USPS PO 5 10001 GEORGE GREAT FALLS  * VA | 185.54 | Office expenses |
| 11/25/2024 | | AT&T | T-MOBILE       PCS SVC | 168.23 | Utilities:Telephone & Internet |

| 11/25/2024 | | Home Depot | DDA PURCHASE AP - 306039    THE HOME DEPOT 4602    STERLING * VA | 52.97 | Cost of goods sold:Skin Care & Food Supplies |
|---|---|---|---|---|---|
| 11/25/2024 | | Home Depot | VISA DDA PUR AP - 494301    THE HOME DEPOT 4647    ASHBURN * VA | 74.11 | Cost of goods sold:Skin Care & Food Supplies |
| 11/25/2024 | 14483 | Khishigt, Enkhtuya | CHECK 14483 | 2,433.08 | Payroll expenses:Wages and Compensation |
| 11/26/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL BV6P60CI3 AMZN COM BILL * WA | 98.50 | Office expenses |
| 11/26/2024 | | Amazon | VISA DDA PUR AP - 469216    AMZN MKTP US EF0EH4WB3    AMZN COM BILL * WA | 52.98 | Office expenses |
| 11/26/2024 | | Amazon | VISA DDA PUR AP - 469216    AMZN MKTP US CJ7AO57Z3    AMZN COM BILL * WA | 98.53 | Office expenses |
| 11/26/2024 | | Amazon | VISA DDA PUR AP - 469216    AMZN MKTP US 599NZ61S3    AMZN COM BILL * WA | 101.76 | Office expenses |
| 11/26/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL GS83J8U83 AMZN COM BILL * WA | 48.69 | Office expenses |
| 11/26/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL 0I57W4LV3 AMZN COM BILL * WA | 88.16 | Office expenses |
| 11/26/2024 | | VA DEPT TAXATION TAX | VA DEPT TAXATION TAX PAYMEN | 32.69 | Taxes paid:State taxes |
| 11/26/2024 | | The Hartford | THE HARTFORD    INSPMTCL | 765.36 | Insurance |
| 11/26/2024 | 14484 | Diana Molina De Sanchez | CHECK 14484 | 1,530.00 | Payroll expenses:Wages and Compensation |
| 11/26/2024 | 14478 | Kostina, Elena | CHECK 14478 | 1,809.77 | Payroll expenses:Wages and Compensation |
| 11/27/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL 4M2WR15T3 AMZN COM BILL * WA | 37.09 | Office expenses |
| 11/27/2024 | | Amazon | VISA DDA PUR AP - 469216    AMZN MKTP US 6U5140G63    AMZN COM BILL * WA | 111.29 | Office expenses |
| 11/27/2024 | | Ap Store | VISA DDA PUR AP - 463923    A A CENTRIC  COECO    410 9023300 * CT | 83.95 | Office expenses |
| 11/27/2024 | | State Farm | STATE FARM RO 27 CPC-CLIENT | 270.33 | Insurance |
| 11/27/2024 | | VA DEPT TAXATION TAX | VA DEPT TAXATION TAX PAYMEN | 216.06 | Taxes paid:State taxes |
| 11/27/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269    ARC3 GASES 202    804 644 4521 * VA | 88.15 | Cost of goods sold:Skin Care & Food Supplies |
| 11/27/2024 | | Comcast | COMCAST    CABLE | 345.00 | Utilities:Telephone & Internet |
| 11/27/2024 | 14485 | Morris, Sheila | CHECK 14485 | 2,337.00 | Payroll expenses:Wages and Compensation |
| 11/29/2024 | | Mindbody Inc | VISA DDA PUR AP - 401134 MINDBODY INC    WWW MINDBODYO * CA | 676.10 | Long-term office equipment:Custom software or app |
| 11/29/2024 | | Amazon | VISA DDA PUR AP - 469216 AMAZON MKTPL Z35CN0PU2 AMZN COM BILL * WA | 132.82 | Office expenses |

| | | | | | |
|---|---|---|---|---|---|
| 11/29/2024 | | Amazon | VISA DDA PUR AP - 469216    AMZN MKTP US TJ24G8WN3    AMZN COM BILL * WA | 47.45 | Office expenses |
| 11/29/2024 | | ARC3 GASES | VISA DDA PUR AP - 463269    ARC3 GASES 202        804 644 4521  * VA | 148.70 | Cost of goods sold:Skin Care & Food Supplies |
| 11/29/2024 | 14479 | Gulnara Meurmishvili | CHECK 14479 | 1,239.17 | Payroll expenses:Wages and Compensation |
| | | **TOTAL** | | **$      88,525.91** | |

# SKIN LOGIC LLC

## Profit and Loss

### November 2024

|  | TOTAL |
|---|---|
| Income |  |
| Sales |  |
| Services Income | 87,971.24 |
| **Total Sales** | **87,971.24** |
| **Total Income** | **$87,971.24** |
| Cost of Goods Sold |  |
| Cost of goods sold |  |
| Skin Care & Food Supplies | 2,207.29 |
| **Total Cost of goods sold** | **2,207.29** |
| **Total Cost of Goods Sold** | **$2,207.29** |
| GROSS PROFIT | **$85,763.95** |
| Expenses |  |
| Advertising & marketing | 1,600.00 |
| General business expenses |  |
| Merchant account fees | 2,395.89 |
| **Total General business expenses** | **2,395.89** |
| Insurance | 1,035.69 |
| Office expenses | 2,098.31 |
| Software & apps | 481.28 |
| **Total Office expenses** | **2,579.59** |
| Payroll expenses |  |
| Payroll Accounting Fees | 382.89 |
| Wages and Compensation | 69,420.96 |
| **Total Payroll expenses** | **69,803.85** |
| Repairs & maintenance | 240.00 |
| Taxes paid |  |
| State taxes | 602.73 |
| **Total Taxes paid** | **602.73** |
| Utilities |  |
| Telephone & Internet | 851.45 |
| **Total Utilities** | **851.45** |
| **Total Expenses** | **$79,109.20** |
| NET OPERATING INCOME | **$6,654.75** |
| NET INCOME | **$6,654.75** |

# TD Bank

**America's Most Convenient Bank®**



E      **STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA
2 PIDGEON HILL DR STE 100
STERLING VA  20165-6148

| | |
|---|---|
| Page: | 1 of 12 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | ▓9515-039-E-*** |
| Primary Account #: | ▓9515 |

## Chapter 11 Checking

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

Account #▓9515

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,094.98 | Average Collected Balance | 9,222.39 |
| Electronic Deposits | 87,971.24 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 48,080.93 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 40,444.98 | Days in Period | 30 |
| Ending Balance | 8,540.31 | | |

$88,525.91

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $175.00 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $175.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,665.65 |
| 11/01 | CCD DEPOSIT, MINDBODY, INC. MINDBODY, ST-H1R0S0V4H4F0 | 1,584.05 |
| 11/04 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,553.19 |
| 11/04 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,169.85 |
| 11/04 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 20.00 |
| 11/05 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,902.42 |
| 11/05 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,432.60 |
| 11/06 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 4,545.29 |
| 11/07 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 4,609.10 |
| 11/08 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,110.97 |
| 11/08 | CCD DEPOSIT, CLASSPASS INC. EDI PYMNTS ****99089645170 | 761.70 |
| 11/12 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 7,800.21 |
| 11/12 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 4,780.65 |
| 11/12 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,195.71 |
| 11/12 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,086.12 |
| 11/13 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,385.17 |
| 11/14 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,725.90 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 8,540.31 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible.  We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 3 of 12 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | ▮▮▮9515-039-E-*** |
| Primary Account #: | ▮▮▮9515 |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/15 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,528.47 |
| 11/18 | CCD DEPOSIT, SYNCHRONY BANK MTOT DEP ****12130137961 | 2,394.58 |
| 11/18 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,586.22 |
| 11/18 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,127.63 |
| 11/19 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,005.39 |
| 11/19 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 707.82 |
| 11/19 | CCD DEPOSIT, GRPN MERCH SVCS N300075498 C****75498P992 | 48.80 |
| 11/20 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 1,336.70 |
| 11/21 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 10,140.99 |
| 11/22 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 4,407.14 |
| 11/25 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,018.95 |
| 11/25 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,787.76 |
| 11/26 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 4,017.24 |
| 11/26 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 532.04 |
| 11/27 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 2,411.38 |
| 11/27 | CCD DEPOSIT, BLACKHAWK NETWOR PAYMENT | 40.00 |
| 11/29 | CCD DEPOSIT, TSYS/TRANSFIRST CR CD DEP ****84555830732 | 3,551.55 |
| | Subtotal: | 87,971.24 |

**Checks Paid**    No. Checks: 34    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/04 | 14393 | 895.80 | 11/07 | 14463 | 1,307.45 |
| 11/04 | 14428* | 1,126.82 | 11/07 | 14464 | 2,459.04 |
| 11/12 | 14432* | 130.00 | 11/08 | 14466* | 1,901.29 |
| 11/04 | 14433 | 90.00 | 11/13 | 14467 | 1,530.00 |
| 11/12 | 14450* | 65.00 | 11/12 | 14468 | 1,735.00 |
| 11/04 | 14451 | 90.00 | 11/12 | 14470* | 137.00 |
| 11/08 | 14453* | 65.00 | 11/08 | 14471 | 195.00 |
| 11/08 | 14456* | 1,875.00 | 11/07 | 14472 | 2,654.40 |
| 11/06 | 14457 | 995.00 | 11/13 | 14474* | 1,645.00 |
| 11/07 | 14458 | 1,305.87 | 11/22 | 14475 | 1,875.00 |
| 11/05 | 14459 | 1,071.02 | 11/22 | 14476 | 1,442.40 |
| 11/08 | 14460 | 2,872.87 | 11/22 | 14477 | 2,816.94 |
| 11/14 | 14461 | 950.12 | 11/26 | 14478 | 1,809.77 |
| 11/12 | 14462 | 1,394.67 | 11/29 | 14479 | 1,239.17 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 4 of 12 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | ▉▉9515-039-E-*** |
| Primary Account #: | ▉▉9515 |

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/21 | 14480 | 1,290.54 | 11/26 | 14484 | 1,530.00 |
| 11/22 | 14481 | 1,782.55 | 11/27 | 14485 | 2,337.00 |
| 11/25 | 14483* | 2,433.08 | 11/21 | 14491* | 3,033.13 |
| | | | | Subtotal: | 48,080.93 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | DBCRD PMT AP, *****04034431860, AUT 103124 VISA DDA PUR AP DNH GODADDY COM      480 505 8855  * AZ | 88.68 |
| 11/04 | DBCRD PUR AP, *****04034431860, AUT 110324 VISA DDA PUR AP PST MYADVICECEATUS MRKTG   435 5757470  * UT | 1,002.96 |
| 11/04 | DBCRD PUR AP, *****04034431860, AUT 103124 VISA DDA PUR AP ARC3 GASES 202      804 644 4521  * VA | 123.77 |
| 11/04 | DBCRD PUR AP, *****04034431860, AUT 110124 VISA DDA PUR AP GOOGLE GSUITE ARIAMEDI    CC GOOGLE COM * CA | 50.40 |
| 11/04 | DBCRD PMT AP, *****04034431860, AUT 110324 VISA DDA PUR AP GOOGLE  GSUITE VNBMANA    CC GOOGLE COM * CA | 43.20 |
| 11/04 | DBCRD PMT AP, *****04034431860, AUT 110324 VISA DDA PUR AP INTUIT  QBOOKS ONLINE     CL INTUIT COM * CA | 35.00 |
| 11/05 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 5,255.73 |
| 11/05 | CCD DEBIT, NATPAY-10570488 DIRDEP 10570488 | 4,518.10 |
| 11/05 | ELECTRONIC PMT-WEB, VERIZON PAYMENTREC ****340630001 | 274.00 |
| 11/05 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 206.68 |
| 11/05 | DBCRD PUR AP, *****04034431860, AUT 110124 VISA DDA PUR AP AMAZON MKTPL IG3OK2YE3     AMZN COM BILL * WA | 73.13 |
| 11/05 | DBCRD PMT AP, *****04034431860, AUT 110424 VISA DDA PUR AP CBI SPAMFIGHTER      800 799 9570  * IL | 29.00 |
| 11/08 | DBCRD PUR AP, *****04034431860, AUT 110824 VISA DDA PUR AP AMZN MKTP US 3H24C2H63    AMZN COM BILL * WA | 94.31 |
| 11/12 | CCD DEBIT, TSYS/TRANSFIRST MERCH FEES ****84555830732 | 2,395.89 |
| 11/12 | DBCRD PUR AP, *****04034431860, AUT 111124 VISA DDA PUR AP SP INMODE E STORE     US INMODERESO * CA | 1,213.00 |
| 11/12 | DEBIT POS AP, *****04034431860, AUT 111124 DDA PURCHASE AP RESTAURANT DEPOT     CHANTILLY   * VA | 514.76 |
| 11/12 | DBCRD PUR AP, *****04034431860, AUT 111024 VISA DDA PUR AP AMAZON MKTPL BK10W0QI3    AMZN COM BILL * WA | 116.59 |
| 11/12 | DBCRD PUR AP, *****04034431860, AUT 110824 VISA DDA PUR AP A A  CENTRIC  COECO    410 9023300  * CT | 86.74 |
| 11/12 | DBCRD PUR AP, *****04034431860, AUT 110824 VISA DDA PUR AP A A  CENTRIC  COECO    410 9023300  * CT | 85.49 |
| 11/12 | DBCRD PUR AP, *****04034431860, AUT 110824 VISA DDA PUR AP A A  CENTRIC  COECO    410 9023300  * CT | 83.95 |



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 5 of 12 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | ███9515-039-E-*** |
| Primary Account #: | ███515 |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/12 | DBCRD PMT AP, *****04034465595, AUT 110924 VISA DDA PUR AP<br>INTUIT  QBOOKS ONLINE     CL INTUIT COM * CA | 65.00 |
| 11/12 | DEBIT POS AP, *****04034431860, AUT 111124 DDA PURCHASE AP<br>SUNOCO 80015913     STERLING     * VA | 17.56 |
| 11/12 | DBCRD PUR AP, *****04034431860, AUT 110924 VISA DDA PUR AP<br>AMAZON MKTPL YV4863PS3     AMZN COM BILL * WA | 10.59 |
| 11/12 | DBCRD PMT AP, *****04034431860, AUT 110824 VISA DDA PUR AP<br>BLACKHAWK ISSUED CONTENT    480 4866880  * CA | 10.00 |
| 11/13 | DBCRD PUR AP, *****04034431860, AUT 111124 VISA DDA PUR AP<br>ARC3 GASES 202        804 644 4521 * VA | 330.35 |
| 11/13 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3849 | 221.45 |
| 11/13 | DBCRD PUR AP, *****04034431860, AUT 111224 VISA DDA PUR AP<br>AMZN MKTP US I892K2IJ3     AMZN COM BILL * WA | 66.77 |
| 11/13 | DBCRD PUR AP, *****04034431860, AUT 111224 VISA DDA PUR AP<br>SQ  CHA  STERLING VA      STERLING     * VA | 27.09 |
| 11/13 | DBCRD PUR AP, *****04034431860, AUT 111224 VISA DDA PUR AP<br>AMAZON PRIME IR1FU9DJ3     AMZN COM BILL * WA | 14.99 |
| 11/14 | DBCRD PUR AP, *****04034431860, AUT 111324 VISA DDA PUR AP<br>AMBER PRODUCTS CO  INC    724 695 2776  * PA | 325.89 |
| 11/14 | DBCRD PUR AP, *****04034431860, AUT 111324 VISA DDA PUR AP<br>PANERA BREAD  601579 K     STERLING     * VA | 20.29 |
| 11/15 | INTL DBCD PUR AP, *****04034431860, AUT 111324 INTL DDA PUR AP<br>EMINENCE ORGANIC SKINCAR   VANCOUVER    C AN | 2,336.17 |
| 11/15 | DBCRD PUR AP, *****04034431860, AUT 111224 VISA DDA PUR AP<br>AMAZON MKTPL Z27522823     AMZN COM BILL * WA | 246.02 |
| 11/15 | DBCRD PUR AP, *****04034431860, AUT 111324 VISA DDA PUR AP<br>AMAZON MKTPL EB6CU4XM3     AMZN COM BILL * WA | 179.12 |
| 11/15 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3849 | 132.53 |
| 11/15 | DBCRD PUR AP, *****04034431860, AUT 111324 VISA DDA PUR AP<br>THE HOME DEPOT  4602      STERLING     * VA | 100.56 |
| 11/15 | DBCRD PUR AP, *****04034431860, AUT 111324 VISA DDA PUR AP<br>AMAZON COM Q77MN3753     AMZN COM BILL * WA | 95.15 |
| 11/18 | DBCRD PUR AP, *****04034431860, AUT 111624 VISA DDA PUR AP<br>EBAY O 01 12339 39995     408 3766151  * CA | 774.75 |
| 11/18 | DBCRD PMT AP, *****04034431860, AUT 111524 VISA DDA PUR AP<br>DROPBOX 49VSCF355HL8     DROPBOX COM  * CA | 199.00 |
| 11/18 | DEBIT POS AP, *****04034431860, AUT 111724 DDA PURCHASE AP<br>THE HOME DEPOT  4602      STERLING     * VA | 114.58 |
| 11/18 | DBCRD PUR AP, *****04034431860, AUT 111724 VISA DDA PUR AP<br>FOOD LION  1337       STERLING     * VA | 42.41 |
| 11/19 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 5,875.70 |
| 11/19 | CCD DEBIT, NATPAY-10570488 DIRDEP 10570488 | 5,690.50 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 6 of 12 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | ████████9515-039-E-*** |
| Primary Account #: | ████████ 9515 |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/19 | DBCRD PUR AP, *****04034431860, AUT 111824 VISA DDA PUR AP<br>SP INMODE E STORE         US INMODERESO * CA | 524.00 |
| 11/19 | DBCRD PUR AP, *****04034431860, AUT 111824 VISA DDA PUR AP<br>DEXT CAPITAL LLC         971 7622984   * OR | 240.00 |
| 11/19 | CCD DEBIT, 1555 SKIN LOGIC TRANSFER 1555 | 176.21 |
| 11/19 | DEBIT POS AP, *****04034431860, AUT 111924 DDA PURCHASE AP<br>WAWA 566         OCEAN CITY   * MD | 61.30 |
| 11/20 | DEBIT POS AP, *****04034431860, AUT 112024 DDA PURCHASE AP<br>SUNOCO 80015913         STERLING   * VA | 12.18 |
| 11/20 | DEBIT POS AP, *****04034431860, AUT 112024 DDA PURCHASE AP<br>7 ELEVEN         STERLING   * VA | 10.97 |
| 11/21 | DBCRD PUR AP, *****04034431860, AUT 112024 VISA DDA PUR AP<br>WPY SPIRIT VISIONS LLC     936 445 7694 * TX | 151.19 |
| 11/21 | DBCRD PUR AP, *****04034431860, AUT 111924 VISA DDA PUR AP<br>A A  CENTRIC  COECO     410 9023300  * CT | 86.74 |
| 11/21 | DBCRD PUR AP, *****04034431860, AUT 112024 VISA DDA PUR AP<br>SHAMANIC SUPPLY         SHAMANICSUPPL * NM | 81.53 |
| 11/21 | DBCRD PUR AP, *****04034431860, AUT 111924 VISA DDA PUR AP<br>DUFFY S TAVERN         OCEAN CITY   * MD | 63.23 |
| 11/21 | DBCRD PUR AP, *****04034431860, AUT 111924 VISA DDA PUR AP<br>STARBUCKS STORE 53001     OCEAN CITY   * MD | 16.07 |
| 11/21 | DBCRD PUR AP, *****04034431860, AUT 112024 VISA DDA PUR AP<br>PANERA BREAD  601579 K     STERLING   * VA | 11.91 |
| 11/22 | DBCRD PUR AP, *****04034431860, AUT 112024 VISA DDA PUR AP<br>THE HOME DEPOT  4647         ASHBURN   * VA | 164.04 |
| 11/22 | ACH DEBIT, COMCAST 8299610 451095748 0263728 | 64.22 |
| 11/22 | DBCRD PUR AP, *****04034431860, AUT 112024 VISA DDA PUR AP<br>THE HOME DEPOT  4647         ASHBURN   * VA | 1.00 |
| 11/25 | DEBIT POS AP, *****04034431860, AUT 112324 DDA PURCHASE AP<br>USPS PO 5 46164 WESTLA     STERLING   * VA | 1,000.00 |
| 11/25 | DEBIT POS AP, *****04034431860, AUT 112324 DDA PURCHASE AP<br>USPS PO 5 46164 WESTLA     STERLING   * VA | 600.00 |
| 11/25 | DEBIT POS AP, *****04034431860, AUT 112324 DDA PURCHASE AP<br>USPS PO 5 10001 GEORGE     GREAT FALLS  * VA | 185.54 |
| 11/25 | ELECTRONIC PMT-WEB, T-MOBILE PCS SVC 1165849 | 168.23 |
| 11/25 | DBCRD PUR AP, *****04034431860, AUT 112224 VISA DDA PUR AP<br>THE HOME DEPOT  4647         ASHBURN   * VA | 74.11 |
| 11/25 | DEBIT POS AP, *****04034431860, AUT 112324 DDA PURCHASE AP<br>THE HOME DEPOT  4602         STERLING   * VA | 52.97 |
| 11/25 | DBCRD PUR AP, *****04034431860, AUT 112424 VISA DDA PUR AP<br>LOUDOUN MEDICAL GROUP PC   703 737 6010  * VA | 37.89 |
| 11/25 | DBCRD PUR AP, *****04034431860, AUT 112324 VISA DDA PUR AP<br>LA MADELEINE  027         RESTON   * VA | 30.19 |

**TD Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 7 of 12 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | ███████515-039-E-*** |
| Primary Account #: | ████████9515 |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/26 | CCD DEBIT, THE HARTFORD INSPMTCL 16634456 | 765.36 |
| 11/26 | DBCRD PUR AP, *****04034431860, AUT 112524 VISA DDA PUR AP AMZN MKTP US 599NZ61S3    AMZN COM BILL * WA | 101.76 |
| 11/26 | DBCRD PUR AP, *****04034431860, AUT 112224 VISA DDA PUR AP AMZN MKTP US CJ7AO57Z3    AMZN COM BILL * WA | 98.53 |
| 11/26 | DBCRD PUR AP, *****04034431860, AUT 112424 VISA DDA PUR AP AMAZON MKTPL BV6P60CI3    AMZN COM BILL * WA | 98.50 |
| 11/26 | DBCRD PUR AP, *****04034431860, AUT 112424 VISA DDA PUR AP AMAZON MKTPL 0I57W4LV3    AMZN COM BILL * WA | 88.16 |
| 11/26 | DBCRD PUR AP, *****04034431860, AUT 112324 VISA DDA PUR AP AMZN MKTP US EF0EH4WB3    AMZN COM BILL * WA | 52.98 |
| 11/26 | DBCRD PUR AP, *****04034431860, AUT 112324 VISA DDA PUR AP AMAZON MKTPL GS83J8U83    AMZN COM BILL * WA | 48.69 |
| 11/26 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3849 | 32.69 |
| 11/27 | CCD DEBIT, COMCAST CABLE 1919848 | 345.00 |
| 11/27 | CCD DEBIT, STATE FARM RO 27 CPC-CLIENT ** S **94797707 | 270.33 |
| 11/27 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3849 | 216.06 |
| 11/27 | DBCRD PUR AP, *****04034431860, AUT 112524 VISA DDA PUR AP AMZN MKTP US 6U5140G63    AMZN COM BILL * WA | 111.29 |
| 11/27 | DBCRD PUR AP, *****04034431860, AUT 112524 VISA DDA PUR AP ARC3 GASES 202        804 644 4521 * VA | 88.15 |
| 11/27 | DBCRD PUR AP, *****04034431860, AUT 112524 VISA DDA PUR AP A A  CENTRIC  COECO      410 9023300  * CT | 83.95 |
| 11/27 | DBCRD PUR AP, *****04034431860, AUT 112524 VISA DDA PUR AP AMAZON MKTPL 4M2WR15T3    AMZN COM BILL * WA | 37.09 |
| 11/29 | DBCRD PMT AP, *****04034431860, AUT 112724 VISA DDA PUR AP MINDBODY  INC          WWW  MINDBODYO * CA | 676.10 |
| 11/29 | DBCRD PUR AP, *****04034431860, AUT 112824 VISA DDA PUR AP ARC3 GASES 202        804 644 4521 * VA | 148.70 |
| 11/29 | DBCRD PUR AP, *****04034431860, AUT 112724 VISA DDA PUR AP AMAZON MKTPL Z35CN0PU2    AMZN COM BILL * WA | 132.82 |
| 11/29 | DBCRD PUR AP, *****04034431860, AUT 112524 VISA DDA PUR AP AMZN MKTP US TJ24G8WN3    AMZN COM BILL * WA | 47.45 |
| | Subtotal: | 40,444.98 |

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 9,094.98 | 11/15 | 10,969.77 |
| 11/01 | 12,256.00 | 11/18 | 14,947.46 |
| 11/04 | 12,541.09 | 11/19 | 4,141.76 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# **TD** Bank

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 8 of 12 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | ████9515-039-E-*** |
| Primary Account #: | ████ 9515 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/05 | 8,448.45 | 11/20 | 5,455.31 |
| 11/06 | 11,998.74 | 11/21 | 10,861.96 |
| 11/07 | 8,881.08 | 11/22 | 7,122.95 |
| 11/08 | 5,750.28 | 11/25 | 8,347.65 |
| 11/12 | 13,551.73 | 11/26 | 8,270.49 |
| 11/13 | 11,101.25 | 11/27 | 7,233.00 |
| 11/14 | 12,530.85 | 11/29 | 8,540.31 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# TD Bank

**America's Most Convenient Bank®**

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 9 of 12 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | 9515-039-E-*** |
| Primary Account #: | 9515 |




| #14393 | 11/04 | $895.80 |
|---|---|---|
| #14428 | 11/04 | $1,126.82 |
| #14432 | 11/12 | $130.00 |
| #14433 | 11/04 | $90.00 |
| #14450 | 11/12 | $65.00 |
| #14451 | 11/04 | $90.00 |
| #14453 | 11/08 | $65.00 |
| #14456 | 11/08 | $1,875.00 |
| #14457 | 11/06 | $995.00 |
| #14458 | 11/07 | $1,305.87 |

## TD Bank
### America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 10 of 12 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | 9515-039-E-*** |
| Primary Account #: | 9515 |



| | | |
|---|---|---|
| #14459 | 11/05 | $1,071.02 |
| #14460 | 11/08 | $2,872.87 |
| #14461 | 11/14 | $950.12 |
| #14462 | 11/12 | $1,394.67 |
| #14463 | 11/07 | $1,307.45 |
| #14464 | 11/07 | $2,459.04 |
| #14466 | 11/08 | $1,901.29 |
| #14467 | 11/13 | $1,530.00 |
| #14468 | 11/12 | $1,735.00 |
| #14470 | 11/12 | $137.00 |

# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 11 of 12 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | 9515-039-E-*** |
| Primary Account #: | 9515 |



#14471    11/08    $195.00



#14472    11/07    $2,654.40



#14474    11/13    $1,645.00



#14475    11/22    $1,875.00



#14476    11/22    $1,442.40



#14477    11/22    $2,816.94



#14478    11/26    $1,809.77



#14479    11/29    $1,239.17



#14480    11/21    $1,290.54



#14481    11/22    $1,782.55

# TD Bank
America's Most Convenient Bank®

SKIN LOGIC LLC
DBA ARIA MEDICAL SPA
DIP CASE 23-11352 EDVA

| | |
|---|---|
| Page: | 12 of 12 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | 9515-039-E-*** |
| Primary Account #: | 9515 |



#14483          11/25          $2,433.08



#14485          11/27          $2,337.00



#14484          11/26          $1,530.00



#14491          11/21          $3,033.13

STATEMENT OF ACCOUNT