# The VerStandig Law Firm, LLC
## 1452 W. Horizon Ridge Pkwy, #665
## Henderson, NV 89012
## Phone: 301-444-4600

Invoice submitted to:
**Skin Logic, LLC**

**Invoice # 10934**

Invoice Date: 03/22/25
Terms: COD
Services Through: 03/22/25
Due Date: 03/22/25

Description   Single invoice for Skin Logic, LLC

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Case Administration** | | | | |
| 08/24/23 | Mac VerStandig | E-mail to counsel for SBA re cash collateral; E-mail to counsel for EagleBank re cash collateral | 0.10 | 450.00 | $45.00 |
| 08/24/23 | Mac VerStandig | Draft cash collateral motion | 0.70 | 450.00 | $315.00 |
| 08/24/23 | Mac VerStandig | Review P&L statements for preceding weeks, begin to assemble budget based on same to support cash collateral motion, and e-mail client representatives re budgeting issues and variances | 0.60 | 450.00 | $270.00 |
| 08/24/23 | Mac VerStandig | Call with S. Metz (subchapter V trustee) re case, points of emphasis in endeavoring to reorganize, potential 363 sale, and debtor's business | 0.50 | 450.00 | $225.00 |
| 08/25/23 | Mac VerStandig | Draft motion to pay pre-petition wages | 0.80 | 450.00 | $360.00 |
| 08/25/23 | Mac VerStandig | Review and revise cash collateral motion | 0.30 | 450.00 | $135.00 |
| 08/25/23 | Mac VerStandig | E-mail to client representatives attaching draft cash collateral and employee wage motions, discussing both, and seeking review/comment | 0.10 | 450.00 | $45.00 |
| 08/25/23 | Mac VerStandig | Check judicial assignment of case; Locate e-mail address for courtroom deputy; E-mail deputy re first day motions | 0.10 | 450.00 | $45.00 |
| 08/25/23 | Mac VerStandig | Review e-mail from counsel for EagleBank re cash collateral and respond to same with discussion of UCC priorities, attaching liens | 0.20 | 450.00 | $90.00 |
| 08/26/23 | Mac VerStandig | Review and file budget in support of cash collateral motion | 0.40 | 450.00 | $180.00 |
| 08/28/23 | Mac VerStandig | Call with clerk re need for motion to expedite for each first day motion (.1); Review Local Rules (.2); Draft motions to expedite and proposed orders (.3) | 0.60 | 450.00 | $270.00 |
| 08/28/23 | Mac VerStandig | Exchange emails with counsel regarding unredacted payroll report and disseminate same accordingly | 0.10 | 450.00 | $45.00 |
| 08/29/23 | Mac VerStandig | Attend first day motions hearings, adduce testimony and argue motions (time includes time spent waiting for case to be called, but does not include lunch break) | 3.30 | 450.00 | $1,485.00 |
| 08/29/23 | Mac VerStandig | Meet with client witness in advance of first day motions hearing to prepare him for testimony and discuss case in general | 0.40 | 450.00 | $180.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 08/29/23 | Mac VerStandig | Meet with client witness following first day motions hearing to discuss outcome of two motions and next steps | 0.20 | 450.00 | $90.00 |
| 08/29/23 | Mac VerStandig | Review e-mails requesting various documents, review files, and send various documents to UST and Subchapter V trustee | 0.50 | 450.00 | $225.00 |
| 08/30/23 | Mac VerStandig | Call with J. Martin re principal's position on various open issues and status of global resolution discussions with state court plaintiff | 0.20 | 450.00 | $90.00 |
| 08/30/23 | Mac VerStandig | Call with T. Ohm re case status, potential reorganizational arc, and next steps | 0.10 | 450.00 | $45.00 |
| 08/31/23 | Mac VerStandig | Call with J. Bogatin, J. Martin, and state court counsel re pending suit against Skin Logic (and other defendants), posture of case, potential for global resolution, and potential removal | 0.90 | 450.00 | $405.00 |
| 09/09/23 | Mac VerStandig | Review and revise cash collateral order (.1); E-mail same, together with wage order (unrevised) to various counsel for review/endorsement (.1) | 0.20 | 450.00 | $90.00 |
| 09/13/23 | Mac VerStandig | Attend initial debtor interview | 0.70 | 450.00 | $315.00 |
| 09/13/23 | Mac VerStandig | Call with Subchapter V trustee, following initial debtor interview, re trustee taking possession and pertinent observations from IDI | 0.20 | 450.00 | $90.00 |
| 09/13/23 | Mac VerStandig | Virtual meeting with Assistant US Trustee and Subchapter V trustee, in advance of IDI, to discuss placing Subchapter V trustee in possession of debtor | 0.20 | 450.00 | $90.00 |
| 09/21/23 | Mac VerStandig | Attend meeting of creditors (2.5); Meet with counsel beforehand (.5); Discuss logistics and case-centric focal points with various combinations of counsel after (.4) | 3.40 | 450.00 | $1,530.00 |
| 09/25/23 | Mac VerStandig | E-mail to other counsel re intent to withdraw cash collateral hearing | 0.10 | 450.00 | $45.00 |
| 09/25/23 | Mac VerStandig | Exchange e-mails with client re documents to be produced, cash position, and need to proceed with cash collateral motion | 0.10 | 450.00 | $45.00 |
| 09/30/23 | Mac VerStandig | Draft monthly operating report for client's review, using bank statements furnished by client and report furnished by client (1.2); E-mail same to client with notes and observations (.2) | 1.40 | 450.00 | $630.00 |
| 10/03/23 | Mac VerStandig | Attend continued 341 meeting | 2.50 | 450.00 | $1,125.00 |
| 10/17/23 | Mac VerStandig | Draft and file status report | 0.40 | 450.00 | $180.00 |
| 10/23/23 | Mac VerStandig | Call with trustee-in-possession re case progress and status, including debtor's cash position | 0.20 | 450.00 | $90.00 |
| 10/23/23 | Mac VerStandig | Draft and submit request for remote appearance | 0.10 | 450.00 NC | $0.00 |
| 12/17/23 | Mac VerStandig | Review August MOR info, begin to draft report, and send to client for completion of pertinent data and review | 0.70 | 450.00 | $315.00 |
| 12/17/23 | Mac VerStandig | Review adversary complaint in detail and assess grounds upon which to seek dismissal of same (2.4); E-mail to client re same (no charge since same e-mail as operating report) | 2.40 | 450.00 | $1,080.00 |
| 12/19/23 | Mac VerStandig | Attend status conference and give update on posture of case (.3); Confer with counsel for interested parties, concerning plan and finances, before and after hearing (.2) | 0.50 | 450.00 | $225.00 |
| 12/19/23 | Mac VerStandig | Review plan and temporal items in advance of status conference | 0.50 | 450.00 | $225.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/20/23 | Mac VerStandig | Review and file August operating report | 0.20 | 450.00 | $90.00 |
| 01/04/24 | Mac VerStandig | Call with opposing counsel re potential consolidation of nondischargeability adversary proceeding | 0.20 | 450.00 | $90.00 |
| 01/08/24 | Mac VerStandig | Call with counsel for H. Kamin, J. Bogatin, and V. Gunkova re potential removal of state court litigation and consolidation of discharge-centric adversary proceedings alongside claim objections | 0.40 | 450.00 | $180.00 |
| 03/11/24 | Mac VerStandig | Review proposed order on motion to dismiss adversary and consent to endorsement of same | 0.10 | 450.00 | $45.00 |
| 03/19/24 | Mac VerStandig | Review complaint and draft answer to adversary proceeding (1.7); E-mail copy to client to ensure accuracy of admissions/denials (.1) | 1.80 | 450.00 | $810.00 |
| 03/20/24 | Mac VerStandig | Call with J. Bogatin re V. Gunkova's consent to file answer and re questions about mechanics of a sale with disputed claims awaiting resolution | 0.20 | 450.00 | $90.00 |
| 04/24/24 | Mac VerStandig | Call with L. Katz re plan objection, potential waiver of discharge, and status of debtor's marketing efforts | 0.20 | 450.00 | $90.00 |
| 07/15/24 | Mac VerStandig | Review motion to dismiss or convert filed by UST and assess same in detail | 0.50 | 450.00 | $225.00 |
| 07/16/24 | Mac VerStandig | Detailed e-mail to client's principals re motion to dismiss, grounds for opposing same, potential for dismissal versus potential for conversion, concerns about finances of entity, and next steps | 0.40 | 450.00 | $180.00 |
| 07/26/24 | Mac VerStandig | Review briefs of S. Kamin and CRO advocating for conversion | 0.40 | 450.00 | $180.00 |
| 07/27/24 | Mac VerStandig | Detailed e-mail to V. Gunkova re S. Kamin brief advocating for conversion and CRO joinder in position, discussing contentions set forth therein, discussing strategy for advocating for dismissal in forthcoming hearing, and noting variety of testimony that will be needed at hearing | 0.70 | 450.00 | $315.00 |
| 07/27/24 | Mac VerStandig | Review bid procedures order to assess if there exist grounds to pose technical objection to any bids received | 0.20 | 450.00 | $90.00 |
| 08/06/24 | Mac VerStandig | E-mail to J. Bogatin and V. Gunkova re foreign language in settlement agreement, updating as to call with B. Benes, and updating as anticipated continuance of August 13 hearing date | 0.10 | 450.00 | $45.00 |
| 08/06/24 | Mac VerStandig | Call with B. Benes re settlement offer and potential global resolution | 0.30 | 450.00 | $135.00 |
| 08/06/24 | Mac VerStandig | Review e-mail from J. Bogatin re potential settlement and e-mail B. Benes and T. Ohm re same | 0.10 | 450.00 | $45.00 |
| 08/06/24 | Mac VerStandig | Review e-mail from J. Bogatin re potential settlement and e-mail B. Benes and T. Ohm re same | 0.10 | 450.00 | $45.00 |
| 08/06/24 | Mac VerStandig | Call with B. Benes re settlement offer and potential global resolution | 0.30 | 450.00 | $135.00 |
| 08/06/24 | Mac VerStandig | E-mail to J. Bogatin and V. Gunkova re foreign language in settlement agreement, updating as to call with B. Benes, and updating as anticipated continuance of August 13 hearing date | 0.10 | 450.00 | $45.00 |
| 08/09/24 | Mac VerStandig | Review e-mails re moving hearing date; Review draft consent order from T. Ohm; Respond to same approving endorsement of signature | 0.10 | 450.00 | $45.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 08/09/24 | Mac VerStandig | Review e-mails re moving hearing date; Review draft consent order from T. Ohm; Respond to same approving endorsement of signature | 0.10 | 450.00 | $45.00 |
| 08/30/24 | Mac VerStandig | Call with D. Gaffey re creditors' intent to advocate for a 90 day continuation of Chapter 11 case | 0.20 | 450.00 | $90.00 |
| 08/30/24 | Mac VerStandig | Call with L. Katz re scope of forthcoming hearing and whether debtor intends to pursue confirmation of plan | 0.10 | 450.00 | $45.00 |
| 09/01/24 | Mac VerStandig | Detailed e-mail to D. King re Skin Logic case and forthcoming hearing | 0.20 | 450.00 | $90.00 |
| 09/01/24 | Mac VerStandig | Review schedules in G. Gunkova's personal case to ascertain extent of exemption of Skin Logic asset (.1); E-mail to V. Gunkova and J. Bogatin re forthcoming hearing, impact of conversion of Ms. Gunkova's personal case, and compromise being advocated by some faction of creditors (.3) | 0.40 | 450.00 | $180.00 |
| 09/02/24 | Mac VerStandig | Call with D. King re impact of conversion of V. Gunkova's personal bankruptcy and his views, as trustee, on a potential continuance of the hearing on confirmation, conversion, and/or dismissal | 0.20 | 450.00 | $90.00 |
| 09/02/24 | Mac VerStandig | Call with D. King re impact of conversion of V. Gunkova's personal bankruptcy and his views, as trustee, on a potential continuance of the hearing on confirmation, conversion, and/or dismissal | 0.20 | 450.00 | $90.00 |
| 09/03/24 | Mac VerStandig | Attend hearing on dismissal of adversary complaint (.1); Wait for main case to be called (1.1); Attend main case hearing and secure continuance (.1); Meet with counsel for other parties following hearing, to discuss potential resolutions (.4); Meet with counsel prior to hearing, to negotiate continuance terms (.3) | 2.00 | 450.00 | $900.00 |
| 09/07/24 | Mac VerStandig | E-mail to D. King and B. Al-Saif re discussions with stakeholders and potential to propose consensual amended plan of liquidation | 0.20 | 450.00 | $90.00 |
| 11/19/24 | Mac VerStandig | Attend hearing on motion to dismiss and plan confirmation; Wait for case to be called; Agree to continuance with counsel for other parties | 1.00 | 450.00 | $450.00 |
| 12/25/24 | Mac VerStandig | Review e-mail from V. Gunkova seeking copy of various documents; Review file and e-mail to assess scope of documents; Forward e-mail to D. King and A. Bandar seeking guidance on how they wish for request to be handled | 0.60 | 450.00 | $270.00 |
| 01/02/25 | Mac VerStandig | Review e-mail from J. Duarte re efforts to collect debt for CAREstream Medical and apparent willingness of V. Gunkova to pay same; Respond to e-mail, CCing S. Metz | 0.10 | 450.00 | $45.00 |
| 01/23/25 | Mac VerStandig | Review e-mail from J. Duerte re payment of CAREstream debt and respond to same, CCing S. Metz | 0.10 | 450.00 | $45.00 |

In Reference To: **Case Administration (Expenses)**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 08/25/23 | Mac VerStandig | Serve cash collateral motion and notice on matrix (done in-house due to late hour; fee charged is solely for postage and does not include printing or envelopes). Charge at current rate of postage, though "forever" stamps were used and it is unclear at what price they were originally purchased. | 27.00 | 0.66 | $17.82 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| | | | Hours | | 35.50 |
| | | | Labor: | | $15,930.00 |
| | | | Invoice Amount: | | $15,947.82 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Dischargeability Adversary** | | | | |
| 12/19/23 | Mac VerStandig | Review dischargeability complaint and begin conceptualizing and outlining motion to dismiss same | 2.10 | 450.00 | $945.00 |
| 12/21/23 | Mac VerStandig | Continue drafting motion to dismiss case, including research on damages requirement of Section 523 claims and apparent oddity with Section 1141 discharge language being inapplicable to nonconsensual plans of reorganization | 5.80 | 450.00 | $2,610.00 |
| 04/24/24 | Mac VerStandig | Call with B. Benes re discovery and potential waiver of discharge | 0.20 | 450.00 | $90.00 |
| 04/25/24 | Mac VerStandig | Call with J. Bogatin re potential waiver of discharge to moot adversary proceeding | 0.40 | 450.00 | $180.00 |
| 05/01/24 | Mac VerStandig | Detailed e-mail to client representatives re discharge and potential waiver | 0.40 | 450.00 | $180.00 |
| | | | Hours | | 8.90 |
| | | | Labor: | | $4,005.00 |
| | | | Invoice Amount: | | $4,005.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Fee and Employment Applications** | | | | |
| 08/24/23 | Mac VerStandig | Draft and file employment application, alongside supporting declaration (forbear from drafting/filing notice of same until a judge is assigned and a hearing date/time may be selected) | 0.40 | 450.00 | $180.00 |
| | | | Hours | | 0.40 |
| | | | Labor: | | $180.00 |
| | | | Invoice Amount: | | $180.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Plan and Disclosure Statement** | | | | |
| 11/20/23 | Mac VerStandig | Call with Subchapter V trustee re plan contents, timeline for sale, cash flow concerns, and next steps to be pursued | 0.40 | 450.00 | $180.00 |
| 11/20/23 | Mac VerStandig | E-mail to client re plan, timelines to be proposed in plan, cash flow concerns, and forthcoming deadline | 0.20 | 450.00 | $90.00 |
| 03/08/24 | Mac VerStandig | Review objections to plan from H. Kamins, A. Shortall, and SBA (1.0); Detailed e-mail to client re same and potential next steps (.2) | 1.20 | 450.00 | $540.00 |
| 03/08/24 | Mac VerStandig | Calls with L. Katz (.1) and B. Benes (.1) re potential plan amendments | 0.20 | 450.00 | $90.00 |
| 03/08/24 | Mac VerStandig | Call with S. Metz re case status, sale efforts, plan objections, and next steps | 0.60 | 450.00 | $270.00 |
| 03/09/24 | Mac VerStandig | Call with J. Bogatin re plan amendment | 0.10 | 450.00 | $45.00 |
| 03/09/24 | Mac VerStandig | E-mail to counsel for various parties re intent to amend plan | 0.10 | 450.00 | $45.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 03/10/24 | Mac VerStandig | Amend plan of reorganization to one of liquidation, including establishment of payment mechanism, drafting of timelines/remedies provisions, reclassification of SBA claim per prior objection, new language governing trustee's role, and general review of document to ensure consistency | 2.70 | 450.00 | $1,215.00 |
| 03/11/24 | Mac VerStandig | Review e-mail from client approving amended plan and file same | 0.10 | 450.00 | $45.00 |
| 05/14/24 | Mac VerStandig | Attend hearing on plan; Wait for case to be called (no charge for travel) | 1.50 | 450.00 | $675.00 |

In Reference To: **Plan and Disclosure Statement (Expenses)**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/18/23 | Mac VerStandig | Mailing of plan and ballots, via third party mailing vendor | 1.00 | 107.32 | $107.32 |

|  |  |
|---|---|
| Hours | 7.10 |
| Labor: | $3,195.00 |
| Invoice Amount: | $3,302.32 |

|  |  |
|---|---|
| Total Hours: | 51.90 |
| Total Labor: | $23,310.00 |
| Total Expenses: | $125.14 |
| **Total Invoice Amount:** | **$23,435.14** |
| **Total Amount Due:** | **$23,435.14** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Mac VerStandig | 51.80 | @ 450.000 | 23,310.00 |
| Mac VerStandig | 0.10 | @ N/C | 0.00 |

## Trust Account

The Trust Activity shown here is from the previous Invoice date of 08/24/23 to the latest payment applied to this invoice which is 03/22/25

| Date | Trust Account | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| **Matter : Non-Matter Related** | | | | | |
| **Skin Logic - Trust Acct.** | | | | | |
|  | Skin Logic - Trust Acct. | Trust account balance forward as of 08/24/23 | 0.00 | 25,000.00 | 25,000.00 |
| 08/24/23 | Skin Logic - Trust Acct. |  | 5,113.00 | 0.00 | 19,887.00 |
|  |  | Trust account ending balance as of 03/22/25 for Skin Logic - Trust Acct.: |  |  | **19,887.00** |
|  |  | Trust account ending balance as of 03/22/25 for Non-Matter Related: |  |  | **19,887.00** |
|  |  | Total for Skin Logic, LLC: |  |  | **19,887.00** |