IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11352-KHK |
| | ) | (Chapter 11) |
| SKIN LOGIC, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF OPPORTUNITY TO OBJECT TO—AND HEARING ON—FIRST AND FINAL APPLICATION OF THE VERSTANDIG LAW FIRM, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The VerStandig Law Firm, LLC has filed an application for the approval of $23,310.00 in attorneys' fees and $125.14 in expenses, to be discounted upon approval to a cumulative allowance of $19,887.00, in connection with the firm's representation of the debtor in this case. A copy of the application is being served, via US Mail, with this notice; for those receiving this notice through CM/ECF, a copy of the plan is available through CM/ECF and a copy will also be transmitted via US Mail.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**NOTICE**

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS APPLICATION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE APPLICATION AS CONCEDED.**

**A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS APPLICATION IS SCHEDULED FOR APRIL 15, 2025 AT 12:00 PM PREVAILING EASTERN TIME IN THE U.S. BANKRUPTCY COURT, 200 S. WASHINGTON STREET, ALEXANDRIA, VIRGINIA 22314, IN COURTROOM III.**

*[Signature and Certificate of Service on Following Page]*

                                                                           Respectfully Submitted,

Dated: March 23, 2025                By:    /s/ Maurice B. VerStandig
                                                                         Maurice B. VerStandig, Esq.
                                                                         Bar No. 81556
                                                                         The VerStandig Law Firm, LLC
                                                                         1452 W. Horizon Ridge Pkwy, #665
                                                                         Henderson, Nevada 89012
                                                                         Phone: (301) 444-4600
                                                                         Facsimile: (301) 444-4600
                                                                         mac@dcbankruptcy.com
                                                                         *Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 23rd day of March, 2025, a copy of the foregoing was served electronically upon filing via the ECF system and is being sent on March 24, 2025, via US Mail, postage prepaid, to all parties on the attached mailing matrix.

                                                                      /s/ Maurice B. VerStandig
                                                                      Maurice B. VerStandig