Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11352-KHK |
| | ) | (Chapter 11) |
| SKIN LOGIC, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING FIRST AND FINAL
APPLICATION OF THE VERSTANDIG LAW FIRM, LLC FOR
<u>ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

Upon consideration of the First and Final Application of The VerStandig Law Firm, LLC for Allowance of Compensation and Reimbursement of Expenses (the "Application") filed by Maurice VerStandig and The VerStandig Law Firm, LLC (collectively, "VLF"), governing law, and the record herein, it is, by the United States Bankruptcy Court for the Eastern District of Virginia, hereby:

FOUND, that the fees sought by VLF have been appropriately earned by the firm and its principal during the pendency of this case; and it is further

FOUND, that the expenses for which VLF seeks reimbursement represent costs validly incurred by VLF during the pendency of this case; and it is further

ORDERED, that the Application be, and hereby is, GRANTED; and it is further

ORDERED, that the total fees of $23,310.00, charged by VLF in connection with its representation of Skin Logic, LLC (the "Debtor") in this matter be, and hereby are, APPROVED; and it is further

ORDERED, that total reimbursements of $125.14, for out-of-pocket expenses actually and necessarily incurred by VLF in connection with its representation of the Debtor in this matter be, and hereby are, APPROVED; and it is further

ORDERED, that pursuant to the request of VLF in the Application, the cumulative compensation to be awarded to VLF in connection with this matter is $19,887.00, with remaining fees and expenses being approved but discounted; and it is further

ORDERED, that VLF may take such approved compensation out of funds being held in trust in the form of a pre-petition retainer.

Date:
Apr 17 2025

/s/ Klinette H Kindred
_____
Hon. Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Apr 17 2025

**I ask for this:**

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

**Seen:**

/s/ Stephen Metz (signed w/ express permission)
Stephen Metz, Esq.
Offit Kurman, P.A.
7501 Wisconsin Ave
Suite 1000W
Bethesda, MD 20814
*Subchapter V Trustee*

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I HEREBY CERTIFY that this proposed order has been signed by all necessary parties through their respective counsel.

                                                          /s/ Maurice B. VerStandig
                                                          Maurice B. VerStandig