**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **In re:** ) <br> ) <br> **SKIN LOGIC, LLC,** ) <br> ) <br> Debtor. ) <br> ) | **Case No. 23-11352-KHK** <br> **Chapter 11** |
| **ANGELA SHORTALL, CHIEF RESTRUCTURING OFFICER FOR BNG GROUP, LLC,** ) <br> ) <br> Movant, ) <br> ) <br> v. ) <br> ) <br> **SKIN LOGIC, LLC,** ) <br> ) <br> Defendant. ) | |

**NOTICE OF WITHDRAWAL OF CHIEF RESTRUCTURING OFFICER FOR BNG
GROUP LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that Angela Shortall (the "**CRO**"), the chief restructuring officer for BNG Group LLC ("**BNG**"), by counsel, hereby withdraws her *Motion for Relief From the Automatic Stay* (the "**Motion for Relief**") [Docket No. 157] in the above-referenced case. The CRO hereby requests that all hearings related to the Motion for Relief be removed from the Court's docket.

Lawrence A. Katz (VA Bar No. 47664)
Allison P. Klena (VA Bar No. 96400)
Hirschler Fleischer, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703-584-8362
Facsimile:  703-584-8901
Email:   lkatz@hirschlerlaw.com
           aklena@hirschlerlaw.com

*Counsel for the Chief Restructuring Officer*

Dated: June 18, 2025

Respectfully submitted,

*/s/ Lawrence A. Katz*
Lawrence A. Katz (VA Bar No. 47664)
Allison P. Klena (VA Bar No. 96400)
Hirschler Fleischer, PC
1676 International Drive, Suite 1350
Tysons, VA 22102
Telephone:  703-584-8362
Facsimile:  703-584-8901
Email:  lkatz@hirschlerlaw.com
        aklena@hirschlerlaw.com

*Counsel for Chief Restructuring Officer*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June, 2025, a true and correct copy of the foregoing *Notice of Withdrawal of Chief Restructuring Officer for BNG Group LLC's Motion for Relief From the Automatic Stay* was served on all parties receiving CM/ECF notices in this case, and by U.S. Mail, first class, postage prepaid, on and on each of the parties on the attached Mailing List.

                                                                      */s/ Lawrence A. Katz*
                                                                      Lawrence A. Katz

3

# MAILING LIST

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

BNG Group, LLC
2 Pidgeon Hill Dr. Ste. 110
Sterling, VA 20165-6129

Bethune Benes, PLLC
c/o Bethany Benes, Esq.
3975 Fair Ridge Drive, South Bldg
Suite 246
Fairfax, VA 22033-2911

Cadence Bank
1068 E Alameda Dr
Houston, TX 77075

Cadence Bank
c/o The Stark Firm|
3017 Bolling Way NE
Atlanta, GA 30305-2205

Cameron/ McEvoy
4100 Monument Corner Drive
Suite 420
Fairfax, VA 22030-8610

Capital One
PO Box 71087
Charlotte, NC 28272-1087

Capital One N.A. by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Citi
P.O. BOX 9001037
Louisville, KY 40290-1037

Discover
PO Box 6103
Carol Stream, IL 60197-6103

Discover Bank
P.O. Box 3025
New Albany, Oh 43054-3025

IRS
Special Procedures Support Staff
P. O. Box 10025
Richmond, VA 23240

Internal Revenue Service
P O box 7346
Philadelphia, PA 19101-7346

Lexus Financial Services
5005 N River Blvd NE
Cedar Rapids, IA 52411-6634

SBA
409 3rd Street, SW
Washington, DC 20416-0005

Skin Logic, LLC
2 Pidgeon Hill Dr. Ste. 110
Sterling, VA 20165-6129

State Farm
US Bank
P O Box 790408
St Louis, MO 63179-0408

Sterling Investment, LLC
2 Pidgeon Hill Dr. Ste. 110
Sterling, VA 20165-6129

TD Bank
PO Box 100114
Columbia, SC 29202-3114

TD Bank, N.A.
PO BOX 1931
Burlingame, CA 94011-1931

The Law Office of Jay M. McDannell PLLC
10617 Jones St, #301A
Fairfax, VA 22030-7505

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

| | |
|---|---|
| VNJ Management | Verizon by American InfoSource as agent |
| 2 Pidgeon Hill Drive Suite 110 | 4515 N Santa Fe Ave |
| Sterling, VA 20165-6129 | Oklahoma City, OK 73118-7901 |

23465328.1  050264.00001