**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF VIRGINIA**

**ALEXANDRIA DIVISION**

FILED
FRONT COUNTER

2025 JUN 23 AM 9: 17

US BANKRUPTCY COURT
ALEXANDRIA DIVISION

---

In re: BNG GROUP LLC

Case No. 25-10463-BFK

Chapter 11 (Subchapter V)


In re: SKIN LOGIC, LLC

Case No. 23-11352-KHK

Chapter 11

**ORDER GRANTING MOTION TO ENFORCE ASSET PURCHASE AGREEMENTS, PROTECT PURCHASER'S DEPOSITS, AND EXTEND CLOSING DEADLINES**

Upon consideration of the Motion of Dr. Leila Kump, M.D., to Enforce Asset Purchase Agreements, Protect Purchaser's Deposits, and Grant a 30-Day Extension to Close, and for good cause shown, it is hereby ORDERED that:

1. The Asset Purchase Agreements dated November 8, 2024, and March 9, 2025, are hereby enforced as valid and binding.

2. The closing deadlines under both agreements are hereby extended by thirty (30) days, through and including July 20, 2025.

3. The Purchaser's deposits of $240,000 shall be preserved and protected from forfeiture.

4. The lease penalty clause requiring $896,000 in rent penalties is hereby declared unenforceable.

5. The Court retains jurisdiction to enforce and interpret this Order.

IT IS SO ORDERED.

_____

United States Bankruptcy Judge

Dated: _____

Dr. Leila Kump, M.D.
4735 Courtney Lane,
Sterling, VA 21065
Leila.Kump@gmail.com.
240 482 9474

FILED
FRONT COUNTER

2025 JUN 23 AM 9:17

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

June 23, 2025

Clerk of the Court

United States Bankruptcy Court

Eastern District of Virginia

200 South Washington Street

Alexandria, VA 22314

Re: Submission of Motion to Enforce APAs, Declaration, and Proposed Order

Cases: In re BNG Group LLC (25-10463-BFK) and In re Skin Logic, LLC (23-11352-KHK)

Dear Clerk,

Please find enclosed the following documents for filing and presentation to the Court:

1. Motion to Enforce Asset Purchase Agreements, Protect Deposits, and Grant a 30-Day Extension

2. Proposed Order

3. Declaration From Dr. Leila Kump, M.D.

Thank you for your attention to this matter. Please do not hesitate to contact me if further information is required.

Sincerely,

*[signature]*

Dr. Leila Kump, M.D.