UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re: **BNG GROUP LLC Case No. 25-10463-BFK**
In re: **SKIN LOGIC, LLC Case No. 23-11352-KHK**

Leila Kump,

**CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1**

Document Title: **EMERGENCY MOTION TO ENFORCE ASSET PURCHASE AGREEMENTS, PROTECT PURCHASER'S DEPOSITS, AND GRANT A 30-DAY EXTENSION TO CLOSE IN THE BEST INTEREST OF CREDITORS AND EMPLOYEES**

**Date Document Filed:**
**June 23, 2025,**
**Docket Entry No.:** _____
**I declare under penalty of perjury that (Check one box):**
☒ **No attorney has prepared or assisted in the preparation of this document.**

[ ] The following attorney prepared or assisted in the preparation of this document.

Name of Attorney: _____
Address of Attorney: _____
Telephone Number of Attorney: _____
**Name of Pro Se Party (Print or Type):**   /s/ Leila Kump

**Signature of Pro Se Party:** _/s/ Leila Kump_

Executed on   June 23, 2025