# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:

Skin Logic, LLC

Case No. 23-11352-KHK

(Chapter 11) (Subchapter V)

Debtor.

## ORDER SETTING STATUS HEARING

This case is before the Court pursuant to the Emergency Motion to Enforce Asset Purchase Agreement (Docket No. 197) filed by Dr. Leila Kump, a proposed purchaser under an asset purchase agreement in the above-captioned case. It appearing necessary and proper to do so, it is hereby,

**ORDERED:**

1. A status hearing will be held on **July 1, 2025 at 11:00 AM** in Courtroom III.

2. The Clerk shall provide a copy of this order and notice of its entry to the parties listed below.

Date: Jun 24 2025

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Jun 25 2025

**Copy electronically to:**

Maurice Belmont VerStandig
*Counsel for the Debtor*

Stephen A. Metz
*SubChapter V Trustee*

Michael T. Freeman
*Assistant United States Trustee*

Bethany R. Benes
*Counsel to Harry Kamin, individually and on behalf of BNG Group LLC*

Tracey M. Ohm
*Counsel to Harry Kamin, individually and on behalf of BNG Group LLC*

**Copy mailed to**:

Dr. Leila Kump, M.D.
2 Pidgeon Hill Dr. Suite 120
Sterling, VA 20165
*Movant*