IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE: SKIN LOGIC, LLC,                )
                                       )
         Debtor,                       )     Bankr. No. 23-11352-KHK
                                       )
_____)

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Robert P. McIntosh, Assistant United States Attorney, hereby enters his appearance as counsel for the creditor, United States of America, and shall be substituted in the place of Matthew J. Troy, Assistant United States Attorney, as counsel of record for the United States. Request is hereby made, pursuant to Fed. R. Bankr. P. 2002(j) and 9007, that all notices given or required to be given in this case and all papers, pleadings, motion, applications, plans, and disclosure statements served or required to be served in this case shall be be served on undersigned counsel as follows:

> Robert P. McIntosh
> Assistant United States Attorney
> 919 East Main Street, Suite 1900
> Richmond, Virginia  23219
> Telephone:  (804) 819-7404
> Facsimile:  (804) 771-2316
> E-mail: Robert.McIntosh@usdoj.gov

Robert P. McIntosh
VSB No. 66113
Assistant United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-7404
Facsimile: (804) 771-2316
E-Mail: Robert.McIntosh@usdoj.gov
*Counsel for the United States of America*

In addition, with respect to any contested matter or adversary proceeding, service of all pleadings, motions, applications, notices, and all other documents shall also be made on the following pursuant to Fed. R. Bankr. P. 7004:

> Attorney General of the United States
> Main Justice Building, Room 5111
> 10th Street and Constitution Avenue, N.W.
> Washington, D.C. 20530

Pursuant to Fed. R. Bankr. P. 2002, notices must be sent to the specific department, agency, or instrumentality of the United States through which the debtors became indebted.

This entry of appearance is without prejudice to the rights of the United States to proper service of process, and shall not be deemed to be a waiver of the right to: have final orders in non-core matters entered only after de novo review by a district judge; trial by jury; withdrawal of the reference; or any other rights, claims, actions, set offs, recoupments, including the right of sovereign immunity to which the United States may be entitled. The United States further reserves all defenses, including the Fed R. Civ. P. 12(b) defenses of lack of subject matter jurisdiction, lack of personal jurisdiction, insufficient process, insufficient service of process, and failure to state a claim upon which relief can be granted.

DATED:   June 26, 2025

          ERIK S. SIEBERT
          UNITED STATES ATTORNEY

By:   /s/ Robert P. McIntosh
      Robert P. McIntosh
      Assistant United States Attorney

**CERTIFICATE OF SERVICE**

      I certify that the foregoing will be filed electronically with the United States Bankruptcy Court in the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                    /s/ Robert P. McIntosh
                    Robert P. McIntosh
                    Assistant United States Attorney