# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

Skin Logic, LLC                                    Case No. 23-11352-KHK

                                                                (Chapter 11) (Subchapter V)

         Debtor.

## ORDER SETTING STATUS HEARING

This case is before the Court pursuant to the Emergency Motion to Enforce Asset Purchase Agreement (Docket No. 197) filed by Dr. Leila Kump, a proposed purchaser under an asset purchase agreement in the above-captioned case. It appearing necessary and proper to do so, it is hereby,

**ORDERED:**

1. A status hearing will be held on **July 1, 2025 at 11:00 AM** in Courtroom III.

2. The Clerk shall provide a copy of this order and notice of its entry to the parties listed below.

Date: Jun 24 2025

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Jun 25 2025

**Copy electronically to:**

Maurice Belmont VerStandig
*Counsel for the Debtor*

Stephen A. Metz
*SubChapter V Trustee*

Michael T. Freeman
*Assistant United States Trustee*

Bethany R. Benes
*Counsel to Harry Kamin, individually and on behalf of BNG Group LLC*

Tracey M. Ohm
*Counsel to Harry Kamin, individually and on behalf of BNG Group LLC*

**Copy mailed to**:

Dr. Leila Kump, M.D.
2 Pidgeon Hill Dr. Suite 120
Sterling, VA 20165
*Movant*

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-11352-KHK |
| Skin Logic, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 1 of 2 |
| Date Rcvd: Jun 25, 2025 | Form ID: pdford7 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Bethany R Benes, BETHUNE BENES, PLLC, 3975 Fair Ridge Drive, South Terrace, Suite 25C Fairfax, VA 22033-2911 |
| | + | Dr. Leila Kump, M.D., 2 Pidgeon Hill Dr., Suite 120, Sterling,, VA 20165-6129 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jun 26 2025 01:07:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 27, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan D. Eisler | on behalf of Interested Party Radiant World Enterprise  LLC aeisler@e-hlegal.com, mcghamilton@gmail.com |
| Benjamin P. Smith | on behalf of Creditor EagleBank bsmith@shulmanrogers.com ctremper@shulmanrogers.com;kdiaz@shulmanrogers.com;rparadis@shulmanrogers.com;MZawalick@shulmanrogers.com |
| David William Gaffey | on behalf of Creditor Atlantic Union Bank dgaffey@whitefordlaw.com  clano@whitefordlaw.com |

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 2 of 2 |
| Date Rcvd: Jun 25, 2025 | Form ID: pdford7 | Total Noticed: 3 |

Jack Frankel
    on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Lawrence Allen Katz
    on behalf of Creditor BNG Group LLC lkatz@hirschlerlaw.com chall@hirschlerlaw.com;aklena@hirschlerlaw.com

Marc E. Albert
    on behalf of Creditor Harry Kamin marc.albert@stinson.com
    dc05@ecfcbis.com;porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com

Matthew J. Troy
    on behalf of Creditor United States of America matthew.troy@usdoj.gov USAVAE.ALX.ECF.CIVIL@usdoj.gov

Matthew W. Cheney
    ustpregion04.ax.ecf@usdoj.gov

Maurice Belmont VerStandig
    on behalf of Debtor Skin Logic LLC mac@mbvesq.com,
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Skin Logic LLC mac@mbvesq.com,
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Attorney The VerStandig Law Firm LLC mac@mbvesq.com,
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
    on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

Stephen A. Metz
    smetz@offitkurman.com MD71@ecfcbis.com

Stephen A. Metz
    on behalf of Trustee Stephen A. Metz smetz@offitkurman.com MD71@ecfcbis.com

Tracey Michelle Ohm
    on behalf of Plaintiff Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com

Tracey Michelle Ohm
    on behalf of Creditor Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com

TOTAL: 16