**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: | |
| Skin Logic, LLC, | Case No. 23-11352-KHK |
| Debtor. | Chapter 11 – Subchapter V |

**ORDER GRANTING MOTION TO EXPEDITE HEARING AND TO SHORTEN TIME
TO RESPOND TO THE ACTING UNITED STATES TRUSTEE'S
MOTION TO DISMISS CHAPTER 11 CASE**

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 (the "U.S. Trustee") to Expedite Hearing and Shorten Time to Respond (the "Motion"), and good cause having been shown for the requested relief,

IT IS HEREBY ORDERED:

1. The Motion is Granted.

2. The hearing on the U.S. Trustee's Motion to Dismiss shall be held on July 29, 2025 at 11:00 a.m.

3. Any opposition to the Motion to Dismiss shall be filed not later than July 28, 2025 by 5:00 p.m.

4. ORDERED, that immediately upon entry of this Order, the U.S. Trustee shall serve a notice of the hearing to all required parties.

Date: _____          _____
                                Klinette H. Kindred
                                United States Bankruptcy Judge

                                Entered on Docket: _____

We ask for this:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*
Michael T. Freeman
Virginia State Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell

### ***CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)***

I certify that on July 11, 2025, this Proposed Order was served electronically through the electronic case filing system or by first class United States mail, postage prepaid to the following:

Marc E. Albert marc.albert@stinson.com, dc05@ecfcbis.com; porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com

Jack Frankel jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

David William Gaffey dgaffey@whitefordlaw.com, clano@whitefordlaw.com

Lawrence Allen Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com; aklena@hirschlerlaw.com

Robert P. McIntosh Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov

Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

Benjamin P. Smith bsmith@shulmanrogers.com, ctremper@shulmanrogers.com; kdiaz@shulmanrogers.com;rparadis@shulmanrogers.com;MZawalick@shulmanrogers.com

Maurice Belmont VerStandig mac@mbvesq.com,
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Bethany R Benes
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Terrace, Suite 25C
Fairfax, VA 22033

Valeria Gunkova
2 Pidgeon Hill Dr
Sterling, VA 20165

Leila Kump
4735 Courtney Lane
Sterling, VA 20165

*/s/ Michael T. Freeman*
Michael T. Freeman

**Copies To**:

Marc E. Albert marc.albert@stinson.com, dc05@ecfcbis.com; porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Alan  D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com

Jack  Frankel jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

David William Gaffey dgaffey@whitefordlaw.com, clano@whitefordlaw.com

Lawrence Allen Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com; aklena@hirschlerlaw.com

Robert P. McIntosh Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov

Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

Benjamin P. Smith bsmith@shulmanrogers.com,  ctremper@shulmanrogers.com; kdiaz@shulmanrogers.com;rparadis@shulmanrogers.com;MZawalick@shulmanrogers.com

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Bethany R Benes
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Terrace, Suite 25C
Fairfax, VA 22033

Valeria Gunkova
2 Pidgeon Hill Dr
Sterling, VA 20165

Leila Kump
4735 Courtney Lane
Sterling, VA 20165