IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re:<br><br>**Skin Logic, LLC,**<br><br>Debtor. | **Case No. 23-11352-KHK**<br><br>Chapter 11 – Subchapter V |

### NOTICE OF MOTION AND NOTICE OF EXPEDITED HEARING

The United States Trustee has filed with the Court a Motion to Dismiss Chapter 11 Case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **<u>July 28, 2025 by 5:00 p.m.</u>** you or your attorney must:

- File with the court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

- Attend the hearing scheduled to be held on **<u>July 29, 2025 at 11:00 a.m.</u>** in Courtroom No. III, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

- A copy of any written response must be mailed to the following persons:

  United States Trustee for Region 4
  1725 Duke Street, Suite 650
  Alexandria, VA  22314

Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: July 15, 2025

                                                  MATTHEW W. CHENEY
                                                  Acting United States Trustee, Region Four

                                                  By: */s/ Michael T. Freeman*
                                                  Michael T. Freeman
                                                  Asst. United States Trustee
                                                  Office of the United States Trustee
                                                  1725 Duke Street, Suite 650
                                                  Alexandria, VA 22314
                                                  (703) 557-7274- Direct Dial
                                                  (202) 934-4174- Office Cell
                                                  Michael.T.Freeman@usdoj.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 15, 2025, I electronically filed the foregoing Notice with the Clerk of the Court and served it on the parties listed below who are registered Users of the CM/ECF system, by the Notice of Electronic filing generated by the Court's ECF system:

Marc E. Albert marc.albert@stinson.com, dc05@ecfcbis.com; porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com

Jack Frankel jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

David William Gaffey dgaffey@whitefordlaw.com, clano@whitefordlaw.com

Lawrence Allen Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com; aklena@hirschlerlaw.com

Robert P. McIntosh Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov

Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

Benjamin P. Smith bsmith@shulmanrogers.com, ctremper@shulmanrogers.com; kdiaz@shulmanrogers.com;rparadis@shulmanrogers.com;MZawalick@shulmanrogers.com

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

      I further certify that on July 15, 2025, a copy of the foregoing Notice was served by first class United States mail, postage prepaid to the following:

| | |
|---|---|
| Bethany R Benes<br>BETHUNE BENES, PLLC<br>3975 Fair Ridge Drive<br>South Terrace, Suite 25C<br>Fairfax, VA 22033 | Valeria Gunkova<br>2 Pidgeon Hill Dr<br>Sterling, VA 20165 |
| Leila Kump<br>4735 Courtney Lane<br>Sterling, VA 20165 | |

                      */s/ Robert W. Ours*
                      Robert W. Ours
                      Paralegal Specialist