**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

Skin Logic, LLC,

Debtor.

Case No. 23-11352-KHK

Chapter 11 – Subchapter V

**ORDER GRANTING MOTION TO EXPEDITE HEARING AND TO SHORTEN TIME TO RESPOND TO THE ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS CHAPTER 11 CASE**

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 (the "U.S. Trustee") to Expedite Hearing and Shorten Time to Respond (the "Motion"), and good cause having been shown for the requested relief,

IT IS HEREBY ORDERED:

1. The Motion is Granted.

2. The hearing on the U.S. Trustee's Motion to Dismiss shall be held on July 29, 2025 at 11:00 a.m.

3. Any opposition to the Motion to Dismiss shall be filed not later than July 28, 2025 by 5:00 p.m.

4. ORDERED, that immediately upon entry of this Order, the U.S. Trustee shall serve a notice of the hearing to all required parties.

Date: Jul 14 2025

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: Jul 15 2025

We ask for this:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: /s/ Michael T. Freeman
Michael T. Freeman
Virginia State Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell

### *CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)*

I certify that on July 11, 2025, this Proposed Order was served electronically through the electronic case filing system or by first class United States mail, postage prepaid to the following:

Marc E. Albert marc.albert@stinson.com, dc05@ecfcbis.com; porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com

Jack Frankel jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

David William Gaffey dgaffey@whitefordlaw.com, clano@whitefordlaw.com

Lawrence Allen Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com; aklena@hirschlerlaw.com

Robert P. McIntosh Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov

Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

Benjamin P. Smith bsmith@shulmanrogers.com, ctremper@shulmanrogers.com; kdiaz@shulmanrogers.com;rparadis@shulmanrogers.com;MZawalick@shulmanrogers.com

Maurice Belmont VerStandig mac@mbvesq.com,
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Bethany R Benes
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Terrace, Suite 25C
Fairfax, VA 22033

Valeria Gunkova
2 Pidgeon Hill Dr
Sterling, VA 20165

Leila Kump
4735 Courtney Lane
Sterling, VA 20165

                                      */s/ Michael T. Freeman*
                                      Michael T. Freeman

**Copies To**:

Marc E. Albert marc.albert@stinson.com, dc05@ecfcbis.com; porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com

Jack Frankel jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

David William Gaffey dgaffey@whitefordlaw.com, clano@whitefordlaw.com

Lawrence Allen Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com; aklena@hirschlerlaw.com

Robert P. McIntosh Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov

Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

Benjamin P. Smith bsmith@shulmanrogers.com,  ctremper@shulmanrogers.com; kdiaz@shulmanrogers.com;rparadis@shulmanrogers.com;MZawalick@shulmanrogers.com

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Bethany R Benes
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Terrace, Suite 25C
Fairfax, VA 22033

Valeria Gunkova
2 Pidgeon Hill Dr
Sterling, VA 20165

Leila Kump
4735 Courtney Lane
Sterling, VA 20165

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-11352-KHK |
| Skin Logic, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 1 of 2 |
| Date Rcvd: Jul 15, 2025 | Form ID: pdford7 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Bethany R Benes, BETHUNE BENES, PLLC, 3975 Fair Ridge Drive, South Terrace, Suite 25C Fairfax, VA 22033-2911 |
| op | | Leila Krump, 4735 Courtney Lane, Sterling, VA 20165 |
| desig | + | Valeria Gunkova, 2 Pidgeon Hill Dr, Sterling, VA 20165-6145 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jul 16 2025 00:49:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 17, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D. Eisler | |
| | on behalf of Interested Party Radiant World Enterprise LLC aeisler@e-hlegal.com, mcghamilton@gmail.com |
| Benjamin P. Smith | |
| | on behalf of Creditor EagleBank bsmith@shulmanrogers.com ctremper@shulmanrogers.com;kdiaz@shulmanrogers.com;rparadis@shulmanrogers.com;MZawalick@shulmanrogers.com |
| David William Gaffey | |

| District/off: 0422-9 | User: Nathaniel | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2025 | Form ID: pdford7 | Total Noticed: 4 |

    on behalf of Creditor Atlantic Union Bank dgaffey@whitefordlaw.com clano@whitefordlaw.com

Jack Frankel

    on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Lawrence Allen Katz

    on behalf of Creditor BNG Group LLC lkatz@hirschlerlaw.com
    chall@hirschlerlaw.com;aklena@hirschlerlaw.com;jgardella@hirschlerlaw.com

Marc E. Albert

    on behalf of Creditor Harry Kamin marc.albert@stinson.com
    dc05@ecfcbis.com;porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com

Matthew W. Cheney

    ustpregion04.ax.ecf@usdoj.gov

Maurice Belmont VerStandig

    on behalf of Debtor Skin Logic  LLC mac@mbvesq.com,
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

    on behalf of Defendant Skin Logic  LLC mac@mbvesq.com,
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

    on behalf of Attorney The VerStandig Law Firm  LLC mac@mbvesq.com,
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman

    on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

Robert P. McIntosh

    on behalf of Creditor United States of America Robert.McIntosh@usdoj.gov
    USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov

Stephen A. Metz

    smetz@offitkurman.com MD71@ecfcbis.com

Stephen A. Metz

    on behalf of Trustee Stephen A. Metz smetz@offitkurman.com MD71@ecfcbis.com

Tracey Michelle Ohm

    on behalf of Creditor Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com

Tracey Michelle Ohm

    on behalf of Plaintiff Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com

TOTAL: 16