# EXHIBIT 2

| Funds Necessary for Payment to Creditors | | Notes |
|---|---:|---|
| | | |
| Purchase Price | $1,150,000.00 | |
| Less | | |
|    EagleBank | -$435,000.00 | |
|    SBA | -$541,058.45 | Exact Payoff as of 8/29/25 is $543,258.45. Amount to left accounts for $2,200 held in Trustee's cash collateral account. |
|    Cadence | -$40,000.00 | Exact Payoff as of 8/29/25 |
|    Unsecured Creditors | -$30,000.00 | Exact Amount Promised |
|    Subtotal | $103,941.55 | |
| | | |
| Add Professional Fee Escrow | $30,000.00 | |
| Funds Available | $133,941.55 | |
| | | |
| Less | | |
|    Offit Kurman | $85,341.55 | owed around $110,000 |
|    SPS (Chris Maloney) | $25,000.00 | |
|    Bassman | $3,600.00 | |
|    Transworld | $20,000.00 | |
| | $133,941.55 | |