Stephen A. Metz, Esq. (89738)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
240-507-1723
smetz@offitkurman.com
Subchapter V trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| **In re:** | * | |
| **SKIN LOGIC, LLC** | * | Case No. 23-11352 KHK <br> **(Chapter 11)** |
| **Debtor.** | * | |

### ORDER APPROVING FIRST AND FINAL APPLICATION OF SUBCHAPTER V TRUSTEE FOR COMPENSATION UNDER SUBCHAPTER V OF CHAPTER 11 AND REQUEST TO APPLY FUNDS HELD BY TRUSTEE FOR PAYMENT OF TRUSTEE'S FEE AND FOR FEES OF OTHER PROFESSIONALS

UPON CONSIDERATION of the First and Final Application of Stephen A. Metz, Subchapter V Trustee ("**Applicant**"), for allowance of compensation and expenses for services performed (the "**Application**"), no objections having been filed thereto, and for good cause shown, it is by the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division,

**ORDERED,** that the Application is hereby GRANTED on a final basis, and Applicant is hereby awarded a chapter 11 administrative expense priority claim for professional services rendered and out-of-pocket expenses necessarily incurred as Subchapter V Trustee in the amount of $109,294.50; and it is further

**ORDERED**, that the Applicant is authorized to pay Applicant's allowed fees, and the fees approved for Bassman, Adelman &Weiss, P.C. ("Bassman") and for SPS Consulting, LLC ("SPS"), with the $130,000 in funds Applicant is holding as described in the Application, and the Court shall retain jurisdiction over any disputes among Applicant, Bassman and SPS concerning the allocation of those funds toward the allowed professional fees; and it is further

**ORDERED**, that Applicant shall remit to the Small Business Administration the $2,200 Applicant is holding in a cash collateral account, as described in the Application.

Date: _____

_____
The Honorable Klinette H. Kindred
United States Bankruptcy Judge

**Local Rule 9022-1(C)(1) Certification**

Pursuant to Local Rule 9022-1(C), this proposed order has been endorsed by all necessary parties.

/s/ Stephen A. Metz
Stephen A. Metz

I ASK FOR THIS:

*/s/ Stephen A. Metz*
Stephen A, Metz, VA Bar No. 89738
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1723
Facsimile: (240) 507-1735
Email: smetz@offitkurman.com

 *Subchapter V Trustee*

2

4903-6063-2926, v. 1