```
Label Matrix for local noticing          EagleBank                                  Radiant World Enterprise, LLC
0422-1                                   c/o Benjamin P. Smith                      c/o Powell Chee, Managing Partner
Case 23-11352-KHK                        Shulman, Rogers, Gandal, Pordy & Ecker     30 N. Gould Street, Suite R
Eastern District of Virginia             12505 Park Potomac Ave, 6th Floor          Sheridan, WY 82801-6317
Alexandria                               Potomac, MD 20854-6803
Thu Aug 21 10:14:30 EDT 2025

Skin Logic, LLC                          The VerStandig Law Firm, LLC               United States of America
2 Pidgeon Hill Drive                     1452 W. Horizon Ridge Pkwy                 2100 Jamieson Avenue
Sterling, VA 20165-6148                  #665                                       Alexandria, va 22314-5794
                                         Henderson, NV 89012-4422

United States Bankruptcy Court           BNG Group LLC                              BNG Group LLC
200 South Washington Street              2 Pidgeon Hill Drive Suite 100             2 Pidgeon Hill Drive Suite 120
Alexandria, VA 22314-5405                Sterling, VA 20165-6148                    Sterling, VA 20165-6129

BNG Group LLC                            Bethany Benes, Esq.                        Bitty Advance 2, LLC
Successor to Judicial Drive Property Hol Bethune Benes, PLLC                        1855 Griffin Road #A-474
2 Pidgeon Hill Drive Suite 120           3975 Fair Ridge Drive South Suite 246      Dania, FL 33004-2241
Sterling, VA 20165-6129                  Fairfax, VA 22033-2911

Cadence Bank                             Cadence Bank                               Cadence Bank
201 S. Spring Street                     2100 3rd Avenue North                      PO Box 789
Tupelo, MS 38804-4811                    Suite 1100                                 Tupelo, MS 38802-0789
                                         Birmingham, AL 35203-3385

Cadence Bank                             Commonwealth of Virginia                   EagleBank
c/o The Stark Firm, PLLC                 1957 Westmoreland Street                   7830 Old Georgetown Road 3rd Floor
3017 Bolling Way NE                      Richmond, VA 23230-3225                    Bethesda, MD 20814-2432
Atlanta, GA 30305-2205

EagleBank                                Financial Pacific Leasing, Inc.            Harry Kamin
Shulman, Rogers, Gandal, Pordy           P.O. Box 4568                              320 S. Surf Road Apt. 504
& Ecker, PA                              Auburn, WA 98063-4568                      Hollywood, FL 33019-2033
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854-6802

Harry Kamin                              Harry Kamin, on behalf of BNG Group LLC    Internal Revenue Service
Bethany R. Benes, Esq                    c/o Bethany Benes, Bethune Benes PLLC      P O Box 7346
Bethune Benes PLLC                       3975 Fair Ridge Dr, South Bldg Suite 246   Philadelphia, PA 19101-7346
3975 Fair Ridge Dr, South Bldg Suite 246 Fairfax, VA 22033-2911
Fairfax, VA 22033-2911

Jacob Bogatin                            Janet M. Meiburger, Esq.                   Janet M. Meiburger, Esq.
20701 Riptide Square                     Trustee of Estate of Sterling Investment   Trustee of Estate of VNJ Management, LLC
Sterling, VA 20165-7436                  The Meiburger Law Firm, P.C. 1493 Chain    The Meiburger Law Firm, P.C. 1493 Chain
                                         Mc Lean, VA 22101                          Mc Lean, VA 22101

Marc E. Albert, No. 26096                Parafin, Inc.                              Parafin, Inc.
Tracey M. Ohm, No. 77150 STINSON LLP     360 9th Street                             c/o Incorporating Services, Ltd.
1775 Pennsylvania Ave., N.W., Suite 800  San Francisco, CA 94103-3809               3500 S. Dupont Hwy
Washington, DC 20006-4760                                                           Dover, DE 19901-6041
```

Sterling Investment LLC
2 Pidgeon Hill Drive Suite 100
Sterling, VA 20165-6148

The Flex Group, Inc.
P.O. Box 14
Medford, NJ 08055-0014

The Law Offices of Jay M. McDannell, PLL
10617 Jones Street #301A
Fairfax, VA 22030-7505

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203

U.S. Small Business Administration
409 3rd Street SW 2nd Floor
Washington DC 20416-0005

VNJ Management LLC
2 Pidgeon Hill Drive Suite 100
Sterling, VA 20165-6148

Valeria Gunkova
20701 Riptide Sq
Sterling, VA 20165-7436

Harry Kamin
Bethune Benes, PLLC
c/o Bethany Benes, Esq.
3975 Fair Ridge Drive, South Bldg
Suite 246
Fairfax, VA 22033-2951

Leila Krump
4735 Courtney Lane
Sterling, VA 20165

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854-3976

Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814-6604

Valeria Gunkova
2 Pidgeon Hill Dr
Sterling, VA 20165-6145

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Atlantic Union Bank

(u)BNG Group LLC

(u)Bassman, Adelman & Weiss, P.C.

(u)SPS Consulting LLC

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(u)Leila Krump

(u)Mark Irion

Transworld Business Advisors of Richmond

End of Label Matrix
Mailable recipients    43
Bypassed recipients     7
Total                  50