| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 23-11352-KHK<br>Eastern District of Virginia<br>Alexandria<br>Thu Aug 21 10:14:30 EDT 2025 | EagleBank<br>c/o Benjamin P. Smith<br>Shulman, Rogers, Gandal, Pordy & Ecker<br>12505 Park Potomac Ave, 6th Floor<br>Potomac, MD 20854-6803 | Radiant World Enterprise, LLC<br>c/o Powell Chee, Managing Partner<br>30 N. Gould Street, Suite R<br>Sheridan, WY 82801-6317 |
| Skin Logic, LLC<br>2 Pidgeon Hill Drive<br>Sterling, VA 20165-6148 | The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, NV 89012-4422 | United States of America<br>2100 Jamieson Avenue<br>Alexandria, va 22314-5794 |
| United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 | BNG Group LLC<br>2 Pidgeon Hill Drive Suite 100<br>Sterling, VA 20165-6148 | BNG Group LLC<br>2 Pidgeon Hill Drive Suite 120<br>Sterling, VA 20165-6129 |
| BNG Group LLC<br>Successor to Judicial Drive Property Hol<br>2 Pidgeon Hill Drive Suite 120<br>Sterling, VA 20165-6129 | Bethany Benes, Esq.<br>Bethune Benes, PLLC<br>3975 Fair Ridge Drive South Suite 246<br>Fairfax, VA 22033-2911 | Bitty Advance 2, LLC<br>1855 Griffin Road #A-474<br>Dania, FL 33004-2241 |
| Cadence Bank<br>201 S. Spring Street<br>Tupelo, MS 38804-4811 | Cadence Bank<br>2100 3rd Avenue North<br>Suite 1100<br>Birmingham, AL 35203-3385 | Cadence Bank<br>PO Box 789<br>Tupelo, MS 38802-0789 |
| Cadence Bank<br>c/o The Stark Firm, PLLC<br>3017 Bolling Way NE<br>Atlanta, GA 30305-2205 | Commonwealth of Virginia<br>1957 Westmoreland Street<br>Richmond, VA 23230-3225 | EagleBank<br>7830 Old Georgetown Road 3rd Floor<br>Bethesda, MD 20814-2432 |
| EagleBank<br>Shulman, Rogers, Gandal, Pordy<br>& Ecker, PA<br>12505 Park Potomac Avenue, Sixth Floor<br>Potomac, MD 20854-6802 | Financial Pacific Leasing, Inc.<br>P.O. Box 4568<br>Auburn, WA 98063-4568 | Harry Kamin<br>320 S. Surf Road Apt. 504<br>Hollywood, FL 33019-2033 |
| Harry Kamin<br>Bethany R. Benes, Esq<br>Bethune Benes PLLC<br>3975 Fair Ridge Dr, South Bldg Suite 246<br>Fairfax, VA 22033-2911 | Harry Kamin, on behalf of BNG Group LLC<br>c/o Bethany Benes, Bethune Benes PLLC<br>3975 Fair Ridge Dr, South Bldg Suite 246<br>Fairfax, VA 22033-2911 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 |
| Jacob Bogatin<br>20701 Riptide Square<br>Sterling, VA 20165-7436 | Janet M. Meiburger, Esq.<br>Trustee of Estate of Sterling Investment<br>The Meiburger Law Firm, P.C. 1493 Chain<br>Mc Lean, VA 22101 | Janet M. Meiburger, Esq.<br>Trustee of Estate of VNJ Management, LLC<br>The Meiburger Law Firm, P.C. 1493 Chain<br>Mc Lean, VA 22101 |
| Marc E. Albert, No. 26096<br>Tracey M. Ohm, No. 77150 STINSON LLP<br>1775 Pennsylvania Ave., N.W., Suite 800<br>Washington, DC 20006-4760 | Parafin, Inc.<br>360 9th Street<br>San Francisco, CA 94103-3809 | Parafin, Inc.<br>c/o Incorporating Services, Ltd.<br>3500 S. Dupont Hwy<br>Dover, DE 19901-6041 |

Sterling Investment LLC
2 Pidgeon Hill Drive Suite 100
Sterling, VA 20165-6148

The Elex Group, Inc.
P.O. Box 14
Medford, NJ 08055-0014

The Law Offices of Jay M. McDannell, PLL
10617 Jones Street #301A
Fairfax, VA 22030-7505


(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203

U.S. Small Business Administration
409 3rd Street SW 2nd Floor
Washington DC 20416-0005


VNJ Management LLC
2 Pidgeon Hill Drive Suite 100
Sterling, VA 20165-6148

Valeria Gunkova
20701 Riptide Sq
Sterling, VA 20165-7436

Harry Kamin
Bethune Benes, PLLC
c/o Bethany Benes, Esq.
3975 Fair Ridge Drive, South Bldg
Suite 246
Fairfax, VA 22033-2951


Leila Krump
4735 Courtney Lane
Sterling, VA 20165

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854-3976


Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814-6604

Valeria Gunkova
2 Pidgeon Hill Dr
Sterling, VA 20165-6145


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Atlantic Union Bank

(u)BNG Group LLC

(u)Bassman, Adelman & Weiss, P.C.


(u)SPS Consulting LLC

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(u)Leila Krump

(u)Mark Irion

Transworld Business Advisors of Richmond

End of Label Matrix
Mailable recipients    43
Bypassed recipients     7
Total                  50