**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:** | * |
| **SKIN LOGIC, LLC** | *   Case No. 23-11352 KHK (Chapter 11) |
| Debtor. | * |

**FIRST AND FINAL APPLICATION OF BASSMAN, ADELMAN & WEISS, P.C.**
**AS ACCOUNTANTS TO SUBCHAPTER V TRUSTEE FOR**
**COMPENSATION UNDER SUBCHAPTER V OF CHAPTER 11**

Bassman, Adelman & Weiss, P.C. (the "**Applicant**"), hereby requests entry of an order approving first and final compensation as the Accountants to Stephen Metz, Subchapter V Trustee ("Trustee") in this case under Subchapter V of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"). By this Application, Applicant requests that the Court approve on a final basis, allowance as a chapter 11 administrative expense claim, fees of $3,884.00. Applicant submits this application pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rules of Procedure 2016, and states as follows:

1. On August 20, 2024, the Debtor filed a Petition under Subchapter V of Chapter 11 of the Bankruptcy Code in Case No. 23-11352 KHK (the "**Petition Date**").

2. On October 12, 2023, the Court entered an Order Authorizing Employment of SPS Consulting LLC as Accountant to Trustee the Applicant.

3. The time period covered by this Application is July 11, 2024 through March 14, 2025.

4. The Fees requested in this Application:     $3,884.00

---

Stephen A. Metz (VA Bar No. 89738)
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1723
Facsimile: (240) 507-1735
Email: smetz@offitkurman.com
Subchapter V Trustee

5. The total hours covered by this Application: 14.45

6. The total expenses requested in this Application: 0.00

7. The total fees and expenses requested in this Application: $3,884.00

8. A copy of Applicant's detailed time records are attached as Exhibit A.

9. Brief description of services: The services Bassman, Adelman & Weiss, P.C. provided for the Trustee primarily included preparing the 2023 tax returns, downloading of source documents, a reconciliation of bank statements and QuickBooks records and preparing an extension to file 2024 tax returns.

10. Applicant hereby affirms to the Court that the fees and expenses requested by this Application are (i) for actual, reasonable, and necessary services rendered by the Applicant, and (ii) based upon customary fees charged and generally approved by this Court for services of this nature provided by comparably skilled professionals.

11. Applicant submits that this Application satisfies the lodestar formula and factors set forth in § 330(a) of the Bankruptcy Code and in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974). The fees sought in this case represent reasonable compensation for actual, necessary services rendered as Accountants for the Subchapter V Trustee for services provided during the Application Period, taking into account the time and labor expended, the novelty and difficulty of the questions raised, the skill required to perform properly the services rendered, the Applicant's opportunity costs in pursuing the matter, the customary fee for like work, the Applicant's expectations at the outset of the matter, the time limitations imposed by the circumstances, the amount in controversy and the results obtained, the experience, reputation and ability of the Applicant, the desirability or undesirability of the case within the legal community

in which the case arose, the nature and length of the professional relationship between the Applicant and other parties in the case, and fee awards in similar cases.

12. No agreement or understanding exists between the Applicant and any other person for the division or sharing of the compensation or expenses that are the subject of this Application.

WHEREFORE, the Applicant prays that the Court enter an Order approving on a final basis the compensation sought in this Application, allowing such approved compensation as an allowed chapter 11 administrative expense priority claim, and ordering the Debtors to pay the allowed fees.

Date: August 21, 2025

/s/ Stephen A. Metz
Stephen A. Metz, Bar No. 89738
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
O (240) 507-1723; F (240) 507-1735
smetz@offitkurman.com
*Subchapter V Trustee*

/s/ Alan G. Bassman
Bassman, Adelman & Weiss, P.C.
630 Sentry Parkway East, Suite 200
Blue Bell, PA 19422
215-B-A-S-S-M-A-N

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2025, a true and correct copy of the First and Final Application of Bassman, Adelman & Weiss, P.C. for Compensation and proposed order, were served on all parties receiving CM/ECF notices in this case, as follow:

- **Marc E. Albert**    marc.albert@stinson.com, dc05@ecfcbis.com; porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com
- **Matthew W. Cheney**    ustpregion04.ax.ecf@usdoj.gov
- **Alan D. Eisler**    aeisler@e-hlegal.com, mcghamilton@gmail.com
- **Jack Frankel**    jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov
- **Michael T. Freeman**    michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov
- **David William Gaffey**    dgaffey@whitefordlaw.com, clano@whitefordlaw.com
- **Lawrence Allen Katz**    lkatz@hirschlerlaw.com, chall@hirschlerlaw.com;aklena@hirschlerlaw.com
- **Robert P. McIntosh**    Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov
- **Stephen A. Metz**    smetz@offitkurman.com, MD71@ecfcbis.com
- **Tracey Michelle Ohm**    tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **Benjamin P. Smith**    bsmith@shulmanrogers.com, rparadis@shulmanrogers.com;MZawalick@shulmanrogers.com;vdeguzman@shulmanrogers.com
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

And all parties on the attached Service List by first class mail, postage prepaid:

                                */s/ Stephen A. Metz*
                                Stephen A. Metz

4917-9041-9295, v. 1