# EXHIBIT A

# Bassman, Adelman & Weiss, P.C.
## 630 Sentry Parkway East   Suite 200
## Blue Bell, PA 19422

Phone: 215-628-0420        www.bassman.com        Fax: 215-628-3461

**Skin Logic, LLC**
**2 Pidgeon Hill Drive, Suite 100**
**Sterling, VA 20165**

| | |
|---|---|
| Invoice: | 118515 |
| Date: | 03/31/2025 |
| Due Date: | 04/30/2025 |
| Client Number: | 4321 |
| Terms | 18% service charge after due date |

Amount Enclosed: $_____

Please return this portion with payment.

For professional services rendered as follows:

| Date | Staff | Description | Hours/Units | Amount |
|---|---|---|---|---|
| 03/14/2025 | AGB | Prepare extensions | 0.50 | 187.50 |
| 03/14/2025 | DS | Prepare 2024 Fed/VA extensions. | 0.30 | 66.00 |
| | | Invoice Total | | $253.50 |

### Account Summary:

| | |
|---|---|
| Beginning Balance | $3,630.50 |
| Current Invoices | 253.50 |
| Receipts | 0.00 |
| Amount Due | $3,884.00 |

**Bassman, Adelman & Weiss, P.C.**
**630 Sentry Parkway East**
**Suite 200**
**Blue Bell, PA 19422**

Terms   18% service charge after due date

Invoice: 118515
Date: 03/31/2025
Client Number: 4321
**Our Phone: 215-628-0420**

# Bassman, Adelman & Weiss, P.C.
## 630 Sentry Parkway East   Suite 200
## Blue Bell, PA 19422

Phone: 215-628-0420      www.bassman.com      Fax: 215-628-3461

**Skin Logic, LLC**
**2 Pidgeon Hill Drive, Suite 100**
**Sterling, VA  20165**

| | |
|---|---|
| Invoice: | 117626 |
| Date: | 09/30/2024 |
| Due Date: | 10/30/2024 |
| Client Number: | 4321 |
| Terms | 18% service charge after due date |

Amount Enclosed: $_____

Please return this portion with payment.

---

For professional services rendered as follows:

| Date | Staff | Description | Hours/Units | Amount |
|---|---|---|---|---|
| 07/11/2024 | DS | Review QB 2023 financials. Downloaded 2023 source documents and organized files from Jacob. Sent Jacob 2023 starting open items. | 1.40 | 308.00 |
| 08/06/2024 | DS | Start adjustments to 2023 Quickbooks and workpapers. | 2.10 | 462.00 |
| 08/07/2024 | DS | Call with Jacob regarding 2023 outstanding open items. | 0.20 | 44.00 |
| 09/11/2024 | DS | 2023 1120-S tax return preparation. | 1.80 | 396.00 |
| 09/12/2024 | DS | 2023 1120-S tax return preparation. | 0.60 | 132.00 |
| 09/13/2024 | DS | 2023 1120-S tax return preparation. | 4.40 | 968.00 |
| 09/14/2024 | AGB | Review and print tax returns. | 2.80 | 1,050.00 |
| 09/15/2024 | NEW | Process 2023 returns | 0.35 | 63.00 |

Invoice Total     $3,423.00

**Account Summary:**

| | |
|---|---|
| Beginning Balance | $207.50 |
| Current Invoices | 3,423.00 |
| Receipts | 0.00 |
| Amount Due | $3,630.50 |

**Bassman, Adelman & Weiss, P.C.**
**630 Sentry Parkway East**
**Suite 200**
**Blue Bell, PA  19422**

Terms   18% service charge after due date

Invoice: 117626
Date: 09/30/2024
Client Number: 4321
**Our Phone: 215-628-0420**

# Bassman, Adelman & Weiss, P.C.
## 630 Sentry Parkway East   Suite 200
## Blue Bell, PA 19422

Phone: 215-628-0420    www.bassman.com    Fax: 215-628-3461

**Skin Logic, LLC**
**2 Pidgeon Hill Drive, Suite 100**
**Sterling, VA 20165**

Invoice: 115885
Date: 02/29/2024
Due Date: 03/30/2024
Client Number: 4321
Terms: 18% service charge after due date

Amount Enclosed: $_____

Please return this portion with payment.

For professional services rendered as follows:

| Date | Staff | Description | Hours/Units | Amount |
|---|---|---|---|---|
| 02/05/2024 | AGB | Prepare extensions | 0.30 | 112.50 |
| 02/05/2024 | AGB | VA - Software Per Return Pricing charge at our cost. | 35.00 | 35.00 |
| 02/07/2024 | DS | Call with Jacob regarding 2020 - 2022 Amortization expense. | 0.10 | 20.00 |
| 02/16/2024 | DS | Requested 2023 QB and supporting documents from Jacob. | 0.20 | 40.00 |

Invoice Total    $207.50

**Account Summary:**

| | |
|---|---|
| Beginning Balance | $9,947.75 |
| Current Invoices | 207.50 |
| Receipts | 0.00 |
| Amount Due | $10,155.25 |

**Bassman, Adelman & Weiss, P.C.**
**630 Sentry Parkway East**
**Suite 200**
**Blue Bell, PA 19422**

Terms   18% service charge after due date

Invoice: 115885
Date: 02/29/2024
Client Number: 4321
**Our Phone: 215-628-0420**