```
Label Matrix for local noticing         EagleBank                                    Radiant World Enterprise, LLC
0422-1                                  c/o Benjamin P. Smith                        c/o Powell Chee, Managing Partner
Case 23-11352-KHK                       Shulman, Rogers, Gandal, Pordy & Ecker       30 N. Gould Street, Suite R
Eastern District of Virginia            12505 Park Potomac Ave, 6th Floor            Sheridan, WY 82801-6317
Alexandria                              Potomac, MD 20854-6803
Thu Aug 21 10:14:30 EDT 2025

Skin Logic, LLC                         The VerStandig Law Firm, LLC                 United States of America
2 Pidgeon Hill Drive                    1452 W. Horizon Ridge Pkwy                   2100 Jamieson Avenue
Sterling, VA 20165-6148                 #665                                         Alexandria, va 22314-5794
                                        Henderson, NV 89012-4422

United States Bankruptcy Court          BNG Group LLC                                BNG Group LLC
200 South Washington Street             2 Pidgeon Hill Drive Suite 100               2 Pidgeon Hill Drive Suite 120
Alexandria, VA 22314-5405               Sterling, VA 20165-6148                      Sterling, VA 20165-6129

BNG Group LLC                           Bethany Benes, Esq.                          Bitty Advance 2, LLC
Successor to Judicial Drive Property Hol Bethune Benes, PLLC                         1855 Griffin Road #A-474
2 Pidgeon Hill Drive Suite 120          3975 Fair Ridge Drive South Suite 246        Dania, FL 33004-2241
Sterling, VA 20165-6129                 Fairfax, VA 22033-2911

Cadence Bank                            Cadence Bank                                 Cadence Bank
201 S. Spring Street                    2100 3rd Avenue North                        PO Box 789
Tupelo, MS 38804-4811                   Suite 1100                                   Tupelo, MS 38802-0789
                                        Birmingham, AL 35203-3385

Cadence Bank                            Commonwealth of Virginia                     EagleBank
c/o The Stark Firm, PLLC                1957 Westmoreland Street                     7830 Old Georgetown Road 3rd Floor
3017 Bolling Way NE                     Richmond, VA 23230-3225                      Bethesda, MD 20814-2432
Atlanta, GA 30305-2205

EagleBank                               Financial Pacific Leasing, Inc.              Harry Kamin
Shulman, Rogers, Gandal, Pordy          P.O. Box 4568                                320 S. Surf Road Apt. 504
& Ecker, PA                             Auburn, WA 98063-4568                        Hollywood, FL 33019-2033
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854-6802

Harry Kamin                             Harry Kamin, on behalf of BNG Group LLC      Internal Revenue Service
Bethany R. Benes, Esq                   c/o Bethany Benes, Bethune Benes PLLC        P O Box 7346
Bethune Benes PLLC                      3975 Fair Ridge Dr, South Bldg Suite 246     Philadelphia, PA 19101-7346
3975 Fair Ridge Dr, South Bldg Suite 246 Fairfax, VA 22033-2911
Fairfax, VA 22033-2911

Jacob Bogatin                           Janet M. Meiburger, Esq.                     Janet M. Meiburger, Esq.
20701 Riptide Square                    Trustee of Estate of Sterling Investment     Trustee of Estate of VNJ Management, LLC
Sterling, VA 20165-7436                 The Meiburger Law Firm, P.C. 1493 Chain      The Meiburger Law Firm, P.C. 1493 Chain
                                        Mc Lean, VA 22101                            Mc Lean, VA 22101

Marc E. Albert, No. 26096               Parafin, Inc.                                Parafin, Inc.
Tracey M. Ohm, No. 77150 STINSON LLP    360 9th Street                               c/o Incorporating Services, Ltd.
1775 Pennsylvania Ave., N.W., Suite 800 San Francisco, CA 94103-3809                 3500 S. Dupont Hwy
Washington, DC 20006-4760                                                            Dover, DE 19901-6041
```

Sterling Investment LLC
2 Pidgeon Hill Drive Suite 100
Sterling, VA 20165-6148

The Elex Group, Inc
P.O. Box 14
Medford, NJ 08055-0014

The Law Offices of Jay M. McDannell, PLL
10617 Jones Street #301A
Fairfax, VA 22030-7505


(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203

U.S. Small Business Administration
409 3rd Street SW 2nd Floor
Washington DC 20416-0005


VNJ Management LLC
2 Pidgeon Hill Drive Suite 100
Sterling, VA 20165-6148

Valeria Gunkova
20701 Riptide Sq
Sterling, VA 20165-7436

Harry Kamin
Bethune Benes, PLLC
c/o Bethany Benes, Esq.
3975 Fair Ridge Drive, South Bldg
Suite 246
Fairfax, VA 22033-2951


Leila Krump
4735 Courtney Lane
Sterling, VA 20165

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854-3976


Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814-6604

Valeria Gunkova
2 Pidgeon Hill Dr
Sterling, VA 20165-6145


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Atlantic Union Bank

(u)BNG Group LLC

(u)Bassman, Adelman & Weiss, P.C.


(u)SPS Consulting LLC

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(u)Leila Krump

(u)Mark Irion

Transworld Business Advisors of Richmond

End of Label Matrix
Mailable recipients    43
Bypassed recipients    7
Total    50