**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | * | |
| **SKIN LOGIC, LLC** | * | **Case No. 23-11352 KHK** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |

_____

**NOTICE OF ACCOUNTANT'S FIRST AND FINAL APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11**

NOTICE IS HEREBY GIVEN THAT:

On August 21, 2025, Bassman, Adelman & Weiss, P.C., Accountant for Stephen Metz, Subchapter V Trustee, filed an application for compensation, seeking compensation as an allowed chapter 11 administrative claim in the amount of <u>$3,884.00</u>.

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS APPLICATION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE APPLICATION AS CONCEDED AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

**A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS APPLICATION IS SCHEDULED FOR <u>SEPTEMBER 16, 2025 AT 11:00 AM,</u> AT THE U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF VIRGINIA, 200 S. WASHINGTON STREET, ALEXANDRIA, VA 22314 (JUDGE KINDRED'S COURTROOM). HOWEVER, THE MOVING PARTY MAY CANCEL THIS HEARING IF THERE IS NO TIMELY FILED RESPONSE IN OPPOSITION TO THE RELIEF REQUESTED.**

_____
Stephen A. Metz (VA Bar No. 89738)
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1723
Facsimile: (240) 507-1735
Email: smetz@offitkurman.com
Subchapter V Trustee

Date:  August 21, 2025

*/s/ Stephen A. Metz*
Stephen A. Metz, Bar No. 89738
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
 Bethesda, Maryland 20814
O (240) 507-1723; F (240) 507-1735
smetz@offitkurman.com
*Subchapter V Trustee*


## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025, a true and correct copy of the Notice of First and Final Application of Bassman, Adelman & Weiss, P.C. for Compensation, was served on all parties receiving CM/ECF notices in this case, as follows:

- **Marc E. Albert**    marc.albert@stinson.com, dc05@ecfcbis.com; porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com
- **Matthew W. Cheney**    ustpregion04.ax.ecf@usdoj.gov
- **Alan D. Eisler**    aeisler@e-hlegal.com, mcghamilton@gmail.com
- **Jack Frankel**    jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov
- **Michael T. Freeman**    michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov
- **David William Gaffey**    dgaffey@whitefordlaw.com, clano@whitefordlaw.com
- **Lawrence Allen Katz**    lkatz@hirschlerlaw.com, chall@hirschlerlaw.com;aklena@hirschlerlaw.com
- **Robert P. McIntosh**    Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov
- **Stephen A. Metz**    smetz@offitkurman.com, MD71@ecfcbis.com
- **Tracey Michelle Ohm**    tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **Benjamin P. Smith**    bsmith@shulmanrogers.com, rparadis@shulmanrogers.com ;MZawalick@shulmanrogers.com;vdeguzman@shulmanrogers.com
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email


And all parties on the attached Service List by first class mail, postage prepaid:

/s/ Stephen A. Metz
Stephen A. Metz

4918-3334-5887, v. 1