Stephen A. Metz, Esq. (89738)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
240-507-1723
smetz@offitkurman.com
Subchapter V trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | * | |
| **SKIN LOGIC, LLC** | * | Case No. 23-11352 KHK (Chapter 11) |
| **Debtor.** | * | |

**ORDER GRANTING FIRST AND FINAL APPLICATION**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**OF SPS CONSULTING, LLC AS ACCOUNTANTS**
**TO SUBCHAPTER V TRUSTEE IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11**

UPON CONSIDERATION of the First and Final Application of SPS Consulting, LLC, Accountants to Stephen Metz, Subchapter V Trustee ("**Applicant**"), for allowance of compensation and expenses for services performed (the "**Application**"), no objections having been filed thereto, and for good cause shown, it is by the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division,

**ORDERED,** that the Application is hereby GRANTED on a final basis, and Applicant is hereby awarded a chapter 11 administrative expense priority claim for professional services rendered and out-of-pocket expenses necessarily incurred as Accountants to Subchapter V Trustee in the amount of $28,454.99, for the period October 1, 2023 through April 30, 2025; and it is further

**ORDERED**, that the Debtor shall pay the above allowed fees to the Applicant.

Date: Sep 17 2025

/s/ Klinette H Kindred
The Honorable Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Sep 18 2025

**Local Rule 9022-1(C)(1) Certification**

Pursuant to Local Rule 9022-1(C), this proposed order has been endorsed by all necessary parties.

/s/ Stephen A. Metz
Stephen A. Metz

I ASK FOR THIS:

/s/ Stephen A. Metz
Stephen A, Metz, VA Bar No. 89738
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1723
Facsimile: (240) 507-1735
Email: smetz@offitkurman.com

*Subchapter V Trustee*

2

4910-9715-3630, v. 1