IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

Skin Logic, LLC,

Debtor.

Case No. 23-11352-KHK

Chapter 11 – Subchapter V

### ORDER DISMISSING CASE WITH PREJUDICE

This matter came before the court on the motion of the United States Trustee to dismiss this case. For good cause having been shown, and as stated on the record, it is hereby:

ORDERED that the motion of the United States Trustee is hereby **GRANTED** and this case is hereby **DISMISSED WITH PREJUDICE** for ninety (90) days from the date of entry of this Order.

ORDERED that a copy of this order be served by the clerk on the parties listed below.

Date: Sep 18 2025

/s/ Klinette H Kindred
Klinette H. Kindred
Bankruptcy Judge

Entered on Docket: Sep 18 2025

[signature on next page]

Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell

I ask for this:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*
Michael T. Freeman
Va. Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

### ***CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)***

I certify that on September 16, 2025, this Proposed Order was served by first class United States mail, postage prepaid to the following:

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854

*/s/ Michael T. Freeman*
Michael T. Freeman

Copies To:

Marc E. Albert marc.albert@stinson.com,  dc05@ecfcbis.com; porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Alan  D. Eisler aeisler@e-hlegal.com,  mcghamilton@gmail.com

Jack  Frankel jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov,  robert.w.ours@usdoj.gov

David William Gaffey dgaffey@whitefordlaw.com,  clano@whitefordlaw.com;david-gaffey-4491@ecf.pacerpro.com

Lawrence Allen Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com; aklena@hirschlerlaw.com

Robert P. McIntosh Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov; Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov

Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

Benjamin P. Smith bsmith@shulmanrogers.com, MZawalick@shulmanrogers.com; vdeguzman@shulmanrogers.com;tlong@shulmanrogers.com;cwarren@shulmanrogers.com;rparadis@shulmanrogers.com

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Parties listed on the mailing matrix for this case