# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**In re:**

**Skin Logic, LLC,**

**Case No. 23-11352-KHK**

**Debtor.**

**Chapter 11 – Subchapter V**

## ORDER DISMISSING CASE WITH PREJUDICE

This matter came before the court on the motion of the United States Trustee to dismiss this case. For good cause having been shown, and as stated on the record, it is hereby:

ORDERED that the motion of the United States Trustee is hereby **GRANTED** and this case is hereby **DISMISSED WITH PREJUDICE** for ninety (90) days from the date of entry of this Order.

ORDERED that a copy of this order be served by the clerk on the parties listed below.

Date: Sep 18 2025

/s/ Klinette H Kindred
Klinette H. Kindred
Bankruptcy Judge

Entered on Docket: Sep 18 2025

[signature on next page]

Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell

I ask for this:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: /s/ Michael T. Freeman
Michael T. Freeman
Va. Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

### *CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)*

I certify that on September 16, 2025, this Proposed Order was served by first class United States mail, postage prepaid to the following:

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854

/s/ Michael T. Freeman
Michael T. Freeman

Copies To:

Marc E. Albert marc.albert@stinson.com, dc05@ecfcbis.com; porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com

Jack Frankel jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

David William Gaffey dgaffey@whitefordlaw.com, clano@whitefordlaw.com;david-gaffey-4491@ecf.pacerpro.com

Lawrence Allen Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com; aklena@hirschlerlaw.com

Robert P. McIntosh Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov; Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov

Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

Benjamin P. Smith bsmith@shulmanrogers.com, MZawalick@shulmanrogers.com; vdeguzman@shulmanrogers.com;tlong@shulmanrogers.com;cwarren@shulmanrogers.com;rparadis@shulmanrogers.com

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Parties listed on the mailing matrix for this case

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-11352-KHK |
| Skin Logic, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 1 of 3 |
| Date Rcvd: Sep 18, 2025 | Form ID: pdford6 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 16213708 | + | BNG Group LLC, 2 Pidgeon Hill Drive Suite 120, Sterling, VA 20165-6129 |
| 16213710 | + | BNG Group LLC, Successor to Judicial Drive Property Hol, 2 Pidgeon Hill Drive Suite 120, Sterling, VA 20165-6129 |
| 16213709 | + | BNG Group LLC, 2 Pidgeon Hill Drive Suite 100, Sterling, VA 20165-6148 |
| 16213706 | + | Bethany Benes, Esq., Bethune Benes, PLLC, 3975 Fair Ridge Drive South Suite 246, Fairfax, VA 22033-2911 |
| 16382589 | + | Cadence Bank, c/o The Stark Firm, PLLC, 3017 Bolling Way NE, Atlanta, GA 30305-2205 |
| 16213711 | + | Cadence Bank, 201 S. Spring Street, Tupelo, MS 38804-4811 |
| 16213713 | + | Commonwealth of Virginia, 1957 Westmoreland Street, Richmond, VA 23230-3225 |
| 16213714 | + | EagleBank, 7830 Old Georgetown Road 3rd Floor, Bethesda, MD 20814-2432 |
| 16214884 | + | EagleBank, Shulman, Rogers, Gandal, Pordy, & Ecker, PA, 12505 Park Potomac Avenue, Sixth Floor, Potomac, MD 20854-6802 |
| 16213716 | + | Harry Kamin, Bethany R. Benes, Esq, Bethune Benes PLLC, 3975 Fair Ridge Dr, South Bldg Suite 246, Fairfax, VA 22033-2911 |
| 16270067 | + | Harry Kamin, 320 S. Surf Road Apt. 504, Hollywood, FL 33019-2033 |
| 16268781 | + | Harry Kamin, on behalf of BNG Group LLC, c/o Bethany Benes, Bethune Benes PLLC, 3975 Fair Ridge Dr, South Bldg Suite 246, Fairfax, VA 22033-2911 |
| 16213718 | + | Jacob Bogatin, 20701 Riptide Square, Sterling, VA 20165-7436 |
| 16213720 | | Janet M. Meiburger, Esq., Trustee of Estate of Sterling Investment, The Meiburger Law Firm, P.C. 1493 Chain, Mc Lean, VA 22101 |
| 16213719 | | Janet M. Meiburger, Esq., Trustee of Estate of VNJ Management, LLC, The Meiburger Law Firm, P.C. 1493 Chain, Mc Lean, VA 22101 |
| 16217761 | + | Marc E. Albert, No. 26096, Tracey M. Ohm, No. 77150 STINSON LLP, 1775 Pennsylvania Ave., N.W., Suite 800, Washington, DC 20006-4760 |
| 16213721 | + | Parafin, Inc., c/o Incorporating Services, Ltd., 3500 S. Dupont Hwy, Dover, DE 19901-6041 |
| 16213722 | + | Parafin, Inc., 360 9th Street, San Francisco, CA 94103-3809 |
| 16213723 | + | Sterling Investment LLC, 2 Pidgeon Hill Drive Suite 100, Sterling, VA 20165-6148 |
| 16213724 | + | The Elex Group, Inc., P.O. Box 14, Medford, NJ 08055-0014 |
| 16213725 | + | The Law Offices of Jay M. McDannell, PLL, 10617 Jones Street #301A, Fairfax, VA 22030-7505 |
| 16213726 | | U.S. Small Business Administration, 2 North Street Suite 320, Birmingham, AL 35203 |
| 16213728 | + | VNJ Management LLC, 2 Pidgeon Hill Drive Suite 100, Sterling, VA 20165-6148 |
| 16213727 | + | Valeria Gunkova, 20701 Riptide Sq, Sterling, VA 20165-7436 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 19 2025 00:43:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 16213707 | + | Email/Text: jorleidy@bittyadvance.com | Sep 19 2025 00:42:00 | Bitty Advance 2, LLC, 1855 Griffin Road #A-474, Dania, FL 33004-2241 |
| 16232205 | + | Email/Text: bankruptcy.dept@cadencebank.com | Sep 19 2025 00:43:00 | Cadence Bank, 2100 3rd Avenue North, Suite 1100, Birmingham, AL 35203-3385 |
| 16213712 | + | Email/Text: mtgbankruptcy@cadencebank.com | Sep 19 2025 00:42:00 | Cadence Bank, PO Box 789, Tupelo, MS 38802-0789 |
| 16213715 | + | Email/Text: psadmin@finpac.com | Sep 19 2025 00:42:00 | Financial Pacific Leasing, Inc., P.O. Box 4568, Auburn, WA 98063-4568 |
| 16213717 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 19 2025 00:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| | | | |
|---|---|---|---|
| District/off: 0422-9 | User: Nathaniel | | Page 2 of 3 |
| Date Rcvd: Sep 18, 2025 | Form ID: pdford6 | | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 16584014 | + Email/Text: bankruptcynotices@sba.gov | | Sep 19 2025 00:42:00 | U.S. Small Business Administration, 409 3rd Street SW 2nd Floor, Washington DC 20416-0005 |
| 16249176 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | Sep 19 2025 00:43:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16243451 | *+ | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 20, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan D. Eisler | on behalf of Interested Party Radiant World Enterprise LLC aeisler@e-hlegal.com, mcghamilton@gmail.com |
| Benjamin P. Smith | on behalf of Creditor EagleBank bsmith@shulmanrogers.com MZawalick@shulmanrogers.com;vdeguzman@shulmanrogers.com;tlong@shulmanrogers.com;cwarren@shulmanrogers.com;rparadis@shulmanrogers.com |
| David William Gaffey | on behalf of Creditor Atlantic Union Bank dgaffey@whitefordlaw.com clano@whitefordlaw.com;david-gaffey-4491@ecf.pacerpro.com |
| Jack Frankel | on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| Lawrence Allen Katz | on behalf of Creditor BNG Group LLC lkatz@hirschlerlaw.com chall@hirschlerlaw.com;aklena@hirschlerlaw.com |
| Marc E. Albert | on behalf of Creditor Harry Kamin marc.albert@stinson.com dc05@ecfcbis.com;porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor Skin Logic LLC mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 3 of 3 |
| Date Rcvd: Sep 18, 2025 | Form ID: pdford6 | Total Noticed: 32 |

| | |
|---|---|
| | on behalf of Defendant Skin Logic  LLC mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Attorney The VerStandig Law Firm  LLC mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Robert P. McIntosh | on behalf of Creditor United States of America Robert.McIntosh@usdoj.gov USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov |
| Stephen A. Metz | on behalf of Trustee Stephen A. Metz smetz@offitkurman.com MD71@ecfcbis.com |
| Stephen A. Metz | smetz@offitkurman.com MD71@ecfcbis.com |
| Tracey Michelle Ohm | on behalf of Creditor Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com |
| Tracey Michelle Ohm | on behalf of Plaintiff Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com |

TOTAL: 16