Stephen A. Metz, Esq. (89738)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
240-507-1723
smetz@offitkurman.com
Subchapter V trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| **In re:** | * | |
| **SKIN LOGIC, LLC** | * | Case No. 23-11352 KHK |
| | | (Chapter 11) |
| Debtor. | * | |

_____

### ORDER GRANTING FIRST AND FINAL APPLICATION
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
### OF SPS CONSULTING, LLC AS ACCOUNTANTS
### TO SUBCHAPTER V TRUSTEE IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11

UPON CONSIDERATION of the First and Final Application of SPS Consulting, LLC, Accountants to Stephen Metz, Subchapter V Trustee ("**Applicant**"), for allowance of compensation and expenses for services performed (the "**Application**"), no objections having been filed thereto, and for good cause shown, it is by the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division,

**ORDERED,** that the Application is hereby GRANTED on a final basis, and Applicant is hereby awarded a chapter 11 administrative expense priority claim for professional services rendered and out-of-pocket expenses necessarily incurred as Accountants to Subchapter V Trustee in the amount of $28,454.99, for the period October 1, 2023 through April 30, 2025; and it is further

**ORDERED**, that the Debtor shall pay the above allowed fees to the Applicant.

Date: Sep 17 2025

/s/ Klinette H Kindred
The Honorable Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Sep 18 2025

**Local Rule 9022-1(C)(1) Certification**

Pursuant to Local Rule 9022-1(C), this proposed order has been endorsed by all necessary parties.

/s/ Stephen A. Metz
Stephen A. Metz

I ASK FOR THIS:

/s/ Stephen A. Metz
Stephen A, Metz, VA Bar No. 89738
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1723
Facsimile: (240) 507-1735
Email: smetz@offitkurman.com

*Subchapter V Trustee*

2

4910-9715-3630, v. 1

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-11352-KHK |
| Skin Logic, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 1 of 2 |
| Date Rcvd: Sep 18, 2025 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

**Recip ID     Recipient Name and Address**
db            + Skin Logic, LLC, 2 Pidgeon Hill Drive, Sterling, VA 20165-6148

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:

**Name**                **Email Address**

Alan D. Eisler
    on behalf of Interested Party Radiant World Enterprise  LLC aeisler@e-hlegal.com, mcghamilton@gmail.com

Benjamin P. Smith
    on behalf of Creditor EagleBank bsmith@shulmanrogers.com
    MZawalick@shulmanrogers.com;vdeguzman@shulmanrogers.com;tlong@shulmanrogers.com;cwarren@shulmanrogers.com;rparadis@shulmanrogers.com

David William Gaffey
    on behalf of Creditor Atlantic Union Bank dgaffey@whitefordlaw.com
    clano@whitefordlaw.com;david-gaffey-4491@ecf.pacerpro.com

Jack Frankel
    on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Lawrence Allen Katz

| District/off: 0422-9 | User: Nathaniel | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: pdford9 | Total Noticed: 1 |

        on behalf of Creditor BNG Group LLC lkatz@hirschlerlaw.com  chall@hirschlerlaw.com;aklena@hirschlerlaw.com

Marc E. Albert
        on behalf of Creditor Harry Kamin marc.albert@stinson.com
        dc05@ecfcbis.com;porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com

Matthew W. Cheney
        ustpregion04.ax.ecf@usdoj.gov

Maurice Belmont VerStandig
        on behalf of Defendant Skin Logic  LLC mac@mbvesq.com,
        lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
        on behalf of Attorney The VerStandig Law Firm  LLC mac@mbvesq.com,
        lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
        on behalf of Debtor Skin Logic  LLC mac@mbvesq.com,
        lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
        on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Robert P. McIntosh
        on behalf of Creditor United States of America Robert.McIntosh@usdoj.gov
        USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov

Stephen A. Metz
        smetz@offitkurman.com  MD71@ecfcbis.com

Stephen A. Metz
        on behalf of Trustee Stephen A. Metz smetz@offitkurman.com  MD71@ecfcbis.com

Tracey Michelle Ohm
        on behalf of Creditor Harry Kamin tracey.ohm@stinson.com  porsche.barnes@stinson.com

Tracey Michelle Ohm
        on behalf of Plaintiff Harry Kamin tracey.ohm@stinson.com  porsche.barnes@stinson.com

TOTAL: 16