**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **SKIN LOGIC, LLC** | ) | |
| | ) | **Case No. 23-11352-KHK** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER DISCHARGING SUBCHAPTER V TRUSTEE</u>

It appearing to the Court that the Subchapter V Trustee in the above−entitled case has performed all duties required of him in the administration of said estate;

ORDERED, that the Subchapter V Trustee be and he/she hereby is discharged from and relieved of his trust.

Date: Oct 6 2025

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: Oct 7 2025

I ask for this:

*/s/ Stephen A. Metz*
Stephen A. Metz
Virginia State Bar No. 89738
Offit Kurman, P.A.
7501 Wisconsin Ave., Suite 100W
Bethesda, MD 20814
Phone: (240) 507-1723
smetz@offitkurman.com
Subchapter V Trustee

Case 23-11352-KHK   Doc 233   Filed 10/07/25   Entered 10/07/25 12:14:43   Desc Main
Document     Page 2 of 2

Seen and No Objection:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman (SAM w/permission)*
Michael T. Freeman
Virginia State Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell

## Certificate of Endorsement by All Parties

Pursuant to Local Rule 9022-1(C), I hereby certify that the proposed order has been endorsed by all necessary parties.

*/s/ Stephen A. Metz*
Stephen A. Metz

4926-5333-6687, v. 1