**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **SKIN LOGIC, LLC** | ) | |
| | ) | **Case No. 23-11352-KHK** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER DISCHARGING SUBCHAPTER V TRUSTEE

It appearing to the Court that the Subchapter V Trustee in the above−entitled case has performed all duties required of him in the administration of said estate;

ORDERED, that the Subchapter V Trustee be and he/she hereby is discharged from and relieved of his trust.

Date: Oct 6 2025

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: Oct 7 2025

I ask for this:

*/s/ Stephen A. Metz*
Stephen A. Metz
Virginia State Bar No. 89738
Offit Kurman, P.A.
7501 Wisconsin Ave., Suite 100W
Bethesda, MD 20814
Phone: (240) 507-1723
smetz@offitkurman.com
Subchapter V Trustee

Seen and No Objection:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: _/s/ Michael T. Freeman (SAM w/permission)_
Michael T. Freeman
Virginia State Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell


### Certificate of Endorsement by All Parties

Pursuant to Local Rule 9022-1(C), I hereby certify that the proposed order has been endorsed by all necessary parties.

_/s/ Stephen A. Metz_
Stephen A. Metz

4926-5333-6687, v. 1

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                              Case No. 23-11352-KHK
Skin Logic, LLC                                                                     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                          User: Nathaniel                          Page 1 of 2
Date Rcvd: Oct 07, 2025                        Form ID: pdford9                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 08 2025 01:02:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D. Eisler | on behalf of Interested Party Radiant World Enterprise LLC aeisler@e-hlegal.com, mcghamilton@gmail.com |
| Benjamin P. Smith | on behalf of Creditor EagleBank bsmith@shulmanrogers.com MZawalick@shulmanrogers.com;vdeguzman@shulmanrogers.com;tlong@shulmanrogers.com;cwarren@shulmanrogers.com;rparadis@shulmanrogers.com |
| David William Gaffey | on behalf of Creditor Atlantic Union Bank dgaffey@whitefordlaw.com clano@whitefordlaw.com;david-gaffey-4491@ecf.pacerpro.com |
| Jack Frankel | |

|  |  |
|---|---|
|  | on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| Lawrence Allen Katz | on behalf of Creditor BNG Group LLC lkatz@hirschlerlaw.com  chall@hirschlerlaw.com;aklena@hirschlerlaw.com |
| Marc E. Albert | on behalf of Creditor Harry Kamin marc.albert@stinson.com dc05@ecfcbis.com;porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Defendant Skin Logic  LLC mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Attorney The VerStandig Law Firm  LLC mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor Skin Logic  LLC mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov |
| Robert P. McIntosh | on behalf of Creditor United States of America Robert.McIntosh@usdoj.gov USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov |
| Stephen A. Metz | smetz@offitkurman.com  MD71@ecfcbis.com |
| Stephen A. Metz | on behalf of Trustee Stephen A. Metz smetz@offitkurman.com  MD71@ecfcbis.com |
| Tracey Michelle Ohm | on behalf of Creditor Harry Kamin tracey.ohm@stinson.com  porsche.barnes@stinson.com |
| Tracey Michelle Ohm | on behalf of Plaintiff Harry Kamin tracey.ohm@stinson.com  porsche.barnes@stinson.com |

TOTAL: 16